# EXHIBIT "2"

IN THE CIRCUIT COURT OF
COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| **PIONEER SERVICES, INC.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: CV-05-110 ) ) |
| **AUTO-OWNERS INSURANCE COMPANY, INC.,** a corporation, | ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:

Mr. Roger A. Powell
Covington County Courthouse
1-K N. Court Square
Andalusia, Alabama  36420-3995

Please take notice that Defendant, Auto-Owners Insurance Company, has on this date filed its Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A", in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division at Montgomery, Alabama.

Dated this the 25th day of April 2006.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)
ATTORNEYS FOR DEFENDANT
AUTO-OWNERS INSURANCE COMPANY

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 25th day of April, 2006.

Leland Enzor, Jr., Esq.
Enzor & Enzor
P.O. Box 339
Andalusia, AL 36420

Harry P. Hall, II, Esq.
Farmer, Price, Hornsby & Weatherford, LLC
P.O. Drawer 2228
Dothan, AL 36303

_____
OF COUNSEL