# EXHIBIT "3"

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| PIONEER SERVICES, INC.,<br>JIMMY WILLIAMSON, and<br>KELLY WILLIAMSON, | ) ) ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| V. | ) | CASE NO. CV 05-110 |
| | ) | |
| AUTO-OWNERS INSURANCE<br>COMPANY, INC., a corporation, and<br>SOUTH CENTRAL AGENCY, INC.,<br>et al., | ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

### ANSWERS TO DEFENDANT, AUTO-OWNERS INSURANCE COMPANY, INC.'S INTERROGATORIES TO PLAINTIFFS

Comes now the Plaintiffs by and through their attorneys and for answer to Defendant's Auto-Owners Insurance Company, Inc.'s Interrogatories would state as follows:

1. For each individual plaintiff, please state the following:

    a) Your full legal name;

    b) Your present address;

    c) Your current telephone number;

    d) Your Social Security number; and

    e) Your date of birth;

    f) The name, address and telephone number of your current spouse and any other previous spouses.

**ANSWER:**  a)  James H. Williamson

b)    26174 Reddberry Road, Andalusia, Alabama 36421

c)    (334) 222-7267

d)    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

e)    04/30/62

f)    Kellie Williamson

a)    J. Kellie Williamson

b)    26174 Reddberry Road, Andalusia, Alabama 36421

c)    (334) 222-7267

d)    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

e)    12/18/65

f)    Jimmy Williamson

2.    For the corporate Plaintiff, please state the following:

a)    The correct legal name of the corporation;

b)    The date and place of incorporation; and

c)    The names, addresses and telephone numbers of all stockholders, officers and directors.

**ANSWER:**    a)    Pioneer Telephone Services, Inc.

b)    1984 in Alabama

c)    James and Kellie Williamson

3.    Please identify each person whom you expect to call as an expert witness at the trial of this case and for each such expert witness state:

2

a)     The subject matter on which the expert is expected to testify;

b)     The substance of the facts and opinions to which the expert is expected to testify;

c)     A summary of the grounds for each opinion;

d)     The qualifications of such person to render these opinions;

e)     State whether such person(s) has conducted or performed any examination compilation inspection or test on behalf of Plaintiff or his attorneys and specify:

     (i)  the place and date of each; and

     (ii) the identities of all other persons present during each;

f)     A list of all cases, and the name of the attorneys involved and the court where the case was filed of each and every case where such expert provided testimony at trial or by depositions.

**ANSWER:** None at this time.

4.     Please identify the policy numbers of all three (3) insurance policies that you referenced in your Complaint and describe the type policy for each policy number, and list the named insureds as stated in each policy.

**ANSWER:** 44-404-780-00; Homeowners Policy; James H. Williamson & Kellie Williamson.   034617-38525851-04; Tailored Protection Policy Declarations; Pioneer Telephone Services, Inc.

5.    As to all policies listed above and as to all claims which are the subject of this lawsuit, please itemize all items of property that you have replaced by purchasing replacement items of property. As to each such item of property replaced, please provide the following:

a)    The date you purchased the replacement item of property;

b)    The amount paid for the replacement item of property;

c)    The store, entity, business, or individual from whom you purchased the replacement item or property.

**ANSWER:** a)    Replacement equipment was already in stock.

b)    See estimate attached hereto as Exhibit "A"

c)    Records reflecting the purchase of these items are available for inspection at Pioneer's office at a mutually convenient time.

6.    Please identify and provide the address and telephone number of all persons who you claim told you that you could dispose of any item of property that you claim was damaged by lightning, water or other causes for which you claim payment from Auto-Owners in this lawsuit.

**ANSWER:**    John Tomberlin
South Central Agency
1831 East Three Notch Street
Andalusia, Alabama 36420

Harold Young
South Central Agency
1831 East Three Notch Street
Andalusia, Alabama 36420

4

7.    Please itemize and fully describe each piece of property which you claim was damaged by lightning, water or other causes for which you claim payment in this lawsuit and identify the current location of each item of tangible property. If you do not have possession or ownership of any item or property which is the subject of this lawsuit for which you claim payment, please provide the following information.

a)    The reason(s) why you do not have current possession or ownership of each item of tangible property;

b)    The name, address and telephone number of the current owner of each item of property; and

c)    The address and telephone number of the person or entity having current possession, custody or ownership of each item of property.

**ANSWER:**  See attached Exhibit "A".

a)    Disposed of property. Both agents told me after the storm to take pictures of damages and to go ahead and get things taken care of (repair & replace). Later I was instructed to dispose of property by agent (John Tomberlin) after three adjusters had looked at damages & equipment and taken pictures. I never heard anything from adjusters so asked agent what to do with property, as we needed the space. I was instructed to dispose of the equipment if I needed to because he did not see any use in keeping it since adjusters had already seen and photographed it. Not long after I disposed of

5

equipment, I was contacted by a third party who wanted to look at

equipment for salvage purposes.

b)    None.

c)    None

8.    Have you sold, transferred ownership, discarded or disposed of any item of

property for which you claim damages or payment? If so, please provide a description of

each item sold, transferred, discarded or disposed of and provide:

a)    The date of sale, transfer, discard or disposal;

b)    The name of the person who purchased or acquired possession or

ownership of the property; and

c)    The amount of money or other compensation that you received for

the sale, transfer, discard or disposal of such property.

**ANSWER:** Yes, see response to # 7.

9.    Please describe in complete detail as to each item of property at issue in this

case the factual, scientific or engineering basis or analysis supporting your claim that

each item or property was damaged by lightning, water or other cause. Please also

include in your answer:

a)    The name, address and telephone number of the person or entity

who made the determination that said property was damaged by

lightning, water or other cause;

b)      A detailed description of all methodologies and testing utilized to

make this determination;

c)      The dates that the testing and examination was performed; and

d)      The results of all testing and examinations.

**ANSWER:** Because equipment was dead after Hurricane Ivan and lightning storm.

Visual damage done to printed circuit boards and smell of the boards. Water damaged

equipment and boxes were completely covered and soaked with water.

a)      Pioneer Telephone Services, Inc., Jimmy Williamson; Tel-Com

Services, Inc.; Mac Bracewell, South Central Agency; John

Tomberlin.

b)      Sight, smell, voltage meter, experience

c)      September 17-25, 2004.

d)      Equipment damaged by lightning was not repairable and water

damaged equipment would never be dependable nor could be sold.

10.      As to Plaintiff Jimmy Williamson, please describe in complete detail how

you claim that you are an insured under the insurance policy at issue and how you

sustained damages and are entitled for coverage in this lawsuit.

**ANSWER:** We are the owners of Pioneer Telephone Services, Inc. We were assured that

because this was damage done by Hurricane Ivan that this damage was covered. We did

what the agents and adjuster instructed us to do, and were told that the check was being

processed.

11.     As to Plaintiff Kelly Williamson, please describe in complete detail how you claim that you are an insured under the insurance policy at issue and how you sustained damages and are entitled for coverage in this lawsuit.

**ANSWER:** See response to # 10.

12.     Please state the name and address of any individual or entity that has a security interest, mortgage interest or ownership interest in any item of property which is the subject of this lawsuit for which you claim payment.

**ANSWER:** None

13.     Please identify the policy number and policy period of the specific insurance policy under which you are claiming coverage.

**ANSWER:** 034617-38525851-04.  From 6/16/04 to 6/16/05.

14.     Other than the current suit, have you ever sued or made claim against any person, company or entity or have you been sued?  If your response is in the affirmative, state the following as to each such claim or lawsuit:

        a)     The date the claim was made or the lawsuit was filed;

        b)     The parties involved in each such claim or suit, and the address of each.

        c)     The nature of the said claim or suit;

        d)     The Court in which the claim was filed; and

        e)     The resolution of the claim and/or lawsuit.

**ANSWER:** As to Pioneer, none.  As to Jimmy Williamson, yes.

a)  1985

b)  Geico Insurance

c)  Car accident

d)  Covington County

e)  Settled

15.  Have you ever been arrested for the alleged commission of a felony or misdemeanor? If your response is in the affirmative, for each such arrest state the following:

a)  The nature of the offense for which you were arrested;

b)  The state, county, and city in which you were arrested;

c)  The approximate date you were arrested; and

d)  Whether you pled guilty or were convicted or acquitted of the charge.

**ANSWER:**  No

16.  State the name, address, and telephone number of each person you may utilize as a "pattern and practice" witness, and for each such person, state the testimony you expect each to give.

**ANSWER:** Unknown at this time.

17.  For each property, casualty and liability policy obtained by you in the past fifteen years, state the name, address, and telephone number of each entity from whom

you obtained the insurance, the name of the insurer, the policy number, and the period of coverage.

**ANSWER:** South Central Agency has had all of my insurance for as long as I can remember. I would have to get copies from them.

18. For each claim you have ever made under any homeowners, business owners, dwelling, automobile, or other property or casualty insurance policy, state the following:

        a) The name of the insurance company with whom the claim was made;

        b) The dates such claims were made;

        c) The nature of the loss for which you made claims; and

        d) The resolution of your claim.

**ANSWER:** Plaintiff objects as these questions exceed the number allowed by the Alabama Rules of Civil Procedure.

19 Please identify the dates and type claim of every insurance claim you have filed with Auto-Owners Insurance and provide the following information:

        a) The date of the alleged loss;

        b) The cause of the loss;

        c) The amount claimed;

        d) The total amount paid by Auto-Owners; and

        e) The policy number of the policy under which the claim was made.

**ANSWER:**  See response to # 18.

20.     Were you paid by Auto-Owners for any losses caused by the Hurricane referenced in the Complaint?   If the answer to this interrogatory is in the affirmative please state the following:

> a)     The amount you were paid and the policy number and coverage under which each amount was paid;
>
> b)     Whether you contend that the amount paid was the correct amount; and
>
> c)     If you contend the amount was not correct, please state the amount you contend you should have been paid and explain in detail your basis for claiming such amounts.

**ANSWER:**  See response to # 18.

21.     Please state in complete detail each error, omission negligent act, wanton act or wrongful act that you claim was committed by Auto-Owners Insurance or agents or employees of Auto-Owners Insurance.  Please include in your answer:

> a)     The dates the error, omission or wrongful act occurred;
>
> b)     The name and address of the person who committed each such error, omission or wrongful act; and
>
> c)     Please detail all injuries or damages you claim you suffered as a result of each error, omission or wrongful act.

**ANSWER:**  See response to # 18.

22.     In your complaint you allege that fraud or misrepresentation was committed by Auto-Owners Insurance. As to those allegations please state the following:

   a)     The name, address and telephone number of each person that you claim made a misrepresentation or suppressed facts from you;

   b)     The date of each alleged misrepresentation or suppression of fact;

   c)     How you specifically relied on each alleged misrepresentation or suppression of fact;

   d)     Exactly how you were injured by each alleged misrepresentation or suppression of fact; and

   e)     When you allegedly discovered the falsity of each misrepresentation or the fact allegedly suppressed and how you made such discovery.

**ANSWER:** See response to # 18.

23.     Describe in detail all damages or losses incurred by you as a result of the matters of which you complain.

**ANSWER:** See response to # 18.

24.     Describe in detail each and every fact upon which you predicate your contention that you are entitled to an award of punitive damages against any or all of the Defendants.

**ANSWER:** See response to # 18.

25.     Itemize all damages and losses you claim were not paid by Auto-Owners Insurance.

12

**ANSWER:** See response to # 18.

26.   State the amount of punitive damages you claim in this case.

**ANSWER:** See response to # 18.

27.   State the full names, addresses, occupation, and relation to you of all persons over the age of nineteen that reside in Covington County, Alabama that are related to you by blood or marriage.

**ANSWER:** See response to # 18.

28.   Have you ever filed any type of bankruptcy proceedings in any court in the United States?  If so, please state the following:

      a)   The type bankruptcy petition filed; and

      b)   The date of the filing of the bankruptcy petition.

**ANSWER:** See response to # 18.

29.   Have you ever been treated by a psychologist, psychiatrist or counselor?  If the answer to this interrogatory is in the affirmative, please state the following:

      a)   The name, address and telephone number of the psychologist, psychiatrist or counselor from whom you obtained treatment;

      b)   The reasons for seeking treatment; and

      c)   The dates of treatment.

**ANSWER:** See response to # 18.

30.   Do you claim that you have sustained bodily injury or personal injury for which you have received medical treatment?  If so, please state the following:

a)  The type bodily injury or personal injury that you contend you have

sustained;

b)  List the names and addresses of all doctors, hospitals, and other

medical providers that have provided you treatment; and

c)  Please list the dates of all treatments and hospitalizations.

**ANSWER:** See response to # 18.


STATE OF ALABAMA )

COVINGTON COUNTY)

    I hereby swear that the response to the discovery requests listed above are true and complete to the best of our information, knowledge, and belief.

JIMMY WILLIAMSON

Sworn and subscribed before me this the _____ day of December 2005.

Notary Public
My Commission Expires: _____


STATE OF ALABAMA )

COVINGTON COUNTY)

    I hereby swear that the response to the discovery requests listed above are true and complete to the best of our information, knowledge, and belief.

14

*Kellie Williamson*

KELLIE WILLIAMSON

Sworn and subscribed before me this the __15__ day of December 2005.

*Donna Keith*

Notary Public
My Commission Expires: __6 30 06__

*Harry P. Hall II*

Harry P. Hall, II (HAL053)
Counsel for Plaintiffs


OF COUNSEL:
Farmer, Price, Hornsby & Weatherford, L.L.P.
P.O. Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624-Facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that on the __16th__ day of December, 2005, I have served a copy of the foregoing pleading on the following by hand delivering same or by mailing the same by U.S. Mail properly addressed and First Class postage prepaid.


Roger S. Morrow
Joel H. Pearson
P.O. Box 4804
Montgomery, Alabama 36103-44804

James E. Robertson, Jr.
Carroll H Sullivan
P.O. Box 1034
Mobile, Alabama  36633


Of Counsel

**A**

Tel-Com Services, Inc.
1833A East Three Notch Stree
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number
10023

Quote Date
Oct 29, 200

Page

**Quoted to:**
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | Lightning damage done during hurricane Ivan's storms. | | |
| 1.00 | LBR | LABOR | 2,410.00 | 2,410.00 |
| 1.00 | NS19404 | Norstar Modular ICS 0x32 KSU | 989.00 | 989.00 |
| 1.00 | NS19419 | Norstar Caller ID Trunk Cart. | 498.00 | 498.00 |
| 1.00 | NS19467 | Call Pilot 150 Voice Mail Unit | 1,995.00 | 1,995.00 |
| 1.00 | M7324 | 24-Button Keyset w/display | 150.00 | 150.00 |
| 3.00 | T7316B | 16-Button Keyset w/display Blk | 129.00 | 387.00 |
| 3.00 | T7208B | 8-Button Keyset w/display Blk | 115.00 | 345.00 |
| 1.00 | VISIA-20P | V20P Attack Pack w/6160 | 804.35 | 804.35 |
| 1.00 | DSDX16C80GB | Digital Sprite System | 2,908.01 | 2,908.01 |
| 2.00 | 1K629A | 1/3" Color Digital Camera 350 | 173.99 | 347.98 |
| 2.00 | 13VG550S | 1/3" 5.5mm Varifocal Lense | 136.00 | 272.00 |
| 2.00 | EH3512MT | Camera Mount | 89.98 | 179.96 |
| 1.00 | PS2416 | CCTV Power Supply | 147.90 | 147.90 |
| 1.00 | FMA | Television Antenna | 167.95 | 167.95 |
| 1.00 | TelAA | Television Antenna Amplifier | 119.60 | 119.60 |
| 1.00 | TELMST | 30' TV Antenna Pole | 169.00 | 169.00 |
| 1.00 | VWM-680 | 4-Head HI-FI VCR | 79.96 | 79.96 |
| 1.00 | Tx-DS797 | THX Select Receiver | 946.00 | 946.00 |
| 1.00 | Tx-8511 | Stereo Receiver | 259.00 | 259.00 |
| 1.00 | DCS | Dell Computer System (Flat Panel 17" Monitor, Keyboard, Hard Drive, & Printer) | 1,687.00 | 1,687.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

**19**

# Quotatio

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Numbe
002

Quote Da
Oct 29, 20

Pag

Quoted to:
    Pioneer Telephone Services, In
    P.O. Box 1606
    Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | DIL17 | 17" Dell Inspiron Laptop (17" Flat Panel Display, Port Replicator, Printer) | 2,683.33 | 2,683.3 |
| 1.00 | GWS | Gateway Computer (Monitor, Keyboard, Hard Drive) | 1,650.00 | 1,650.0 |
| 1.00 | NS900 | 900mhz Cordless Phone | 435.00 | 435.0 |
| 1.00 | Encore 8 | Subwoofer | 525.00 | 525.0 |

| | |
|---|---|
| Subtotal | 20,156.04 |
| Sales Tax | 1,419.68 |
| Total | 21,575.72 |

PIONEER 0153

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL 36420-1227

Quote Number:
0023

Quote Date
Oct 29, 200

Page

Quoted to:
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL 36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | Equipment in warehouse that was water damaged by Ivan's storms. | | |
| 1.00 | SX50 | Mitel Cabinet | 375.00 | 375.00 |
| 1.00 | SX50PS | Mitel SX50 Power Supply | 325.00 | 325.00 |
| 1.00 | 9102-018-000 | Mitel Console | 375.00 | 375.00 |
| 1.00 | 9110-211-000 | Mitel 4 Trk. Circuit Card | 175.00 | 175.00 |
| 2.00 | 9104-020-001SA | Mitel 16 CT Station Card | 559.00 | 1,118.00 |
| 1.00 | NSCICS | Norstar CICS KSU | 300.00 | 300.00 |
| 13.00 | T7100B | Norstar Single Line B | 89.00 | 1,157.00 |
| 2.00 | T7100 | Norstar Single Line P | 89.00 | 178.00 |
| 7.00 | T7208B | 8-Button Keyset w/display Blk | 105.00 | 735.00 |
| 6.00 | T7316B | 16-Button Keyset w/display Blk | 129.00 | 774.00 |
| 20.00 | 2831-00 | 4x8 CO Key Station Board | 175.00 | 3,500.00 |
| 1.00 | 2830-16 | CPU/VCM Processor | 225.00 | 225.00 |
| 27.00 | 1414-08 | Executive Speakerphone w/displ | 135.00 | 3,645.00 |
| 12.00 | 1412-08 | Enhanced Speakerphone | 109.00 | 1,308.00 |
| 1.00 | SP4000-00 | BKSU (Basic KSU) | 1,499.00 | 1,499.00 |
| 1.00 | SP4074-00 | DCU | | |
| 1.00 | SP4032-00 | KIB Board | | |
| 1.00 | SP4031-00 | COB Board | | |
| 1.00 | SP4030-00 | CPB Board | | |
| 1.00 | SP4033-00 | SIB Board | | |
| 1.00 | SP4035-00 | APL | | |
| 6.00 | SP4032-00 | KIB Board | 139.00 | 834.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

PIONEER 0154

Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL 36420-1227

Quote Number
0023

Quote Date
Oct 29, 200

Page

Quoted to:
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL 36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | 612.1000 | GLX-12 KSU | 250.00 | 2,250.00 |
| 22.00 | 612.3201 | GLX Std. Keyset | 150.00 | 3,300.00 |
| 1.00 | CD616 | Comdial 616 KSU | 400.00 | 400.00 |
| 1.00 | CDDSS | Comdial DSS | 100.00 | 100.00 |
| 17.00 | 6600E | Comdial Keyset | 139.00 | 2,363.00 |
| 6.00 | 6714-X | Comdial Keyset | 70.00 | 420.00 |
| 13.00 | 6714V-PG | Comdial Keyset | 70.00 | 910.00 |
| 9.00 | 6614E-PG | Comdial Keyset | 95.00 | 855.00 |
| 1.00 | 6614T-PG | Comdial Keyset | 120.00 | 120.00 |
| 1.00 | 6714S | Comdial Keyset | 95.00 | 95.00 |
| 1.00 | CD820 | Comdial 820 KSU | 425.00 | 425.00 |
| 1.00 | E80 | E80PT KSU | 250.00 | 250.00 |
| 2.00 | M0016 | Station Card | 175.00 | 350.00 |
| 1.00 | CDOPX | Comdial 2-Port OPX | 200.00 | 200.00 |
| 4.00 | 6706X-PG | Comdial Keyset | 112.00 | 448.00 |
| 1.00 | 6702X-PG | Comdial Keyset | 112.00 | 112.00 |
| 2.00 | 6714FB | Comdial Keyset | 123.50 | 247.00 |
| 1.00 | 6620PB | Comdial Keyset | 100.00 | 100.00 |
| 1.00 | W3KMEM95-57 | Comdial Handset | 15.17 | 15.1 |
| 3.00 | PCB | Omega PCB Board | 45.00 | 135.00 |
| 1.00 | ANA | Omega ANA Card | 45.00 | 45.00 |
| 2.00 | ICM | Omega ICM Card | 45.00 | 90.00 |
| 6.00 | XPS | Omega XPS-1 Card | 45.00 | 270.00 |
| 5.00 | SUB | Omega III Sub Kset Int Card | 45.00 | 225.00 |

| | | | Subtotal | Continued |
|---|---|---|---|---|
| | | | Sales Tax | Continued |
| | | | Total | Continued |

PIONEER  0155

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number
0023

Quote Date
Oct 29, 200

Page

**Quoted to:**
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | COT | Omega COT Card | 45.00 | 90.00 |
| 1.00 | CPU | Omega CPU Card | 45.00 | 45.00 |
| 1.00 | 816/2460 | Omega Keyset | 65.00 | 65.00 |
| 7.00 | 60025 | Tie Keyset | 59.00 | 413.00 |
| 5.00 | 60001 | Tie Key Service Unit | 85.00 | 425.00 |
| 2.00 | 60002 | 4 Ckt. C.O. Line Card | 70.00 | 140.00 |
| 1.00 | 60010 | Tie 1-Port C.O. Module | 40.00 | 40.00 |
| 8.00 | THandset | Tie Handset | 15.17 | 121.36 |
| 1.00 | TP1648DCDC | Tel-Plus 1648 DCDC Converter | 225.00 | 225.00 |
| 6.00 | TPHandset | Tel-Plus Handset | 22.50 | 135.00 |
| 1.00 | TP1648PS | Tel-Plus Power Supply | 45.00 | 45.00 |
| 2.00 | TP1648SIB | Tel-Plus 1648 SIB Card | 135.00 | 270.00 |
| 3.00 | TP1648KIB | Tel-Plus 1648 KIB Card | 195.00 | 585.00 |
| 2.00 | TP1648COB | Tel-Plus 1648 COB Card | 135.00 | 270.00 |
| 1.00 | TP1648CNB | Tel-Plus 1648 Keyset SM LCD | 120.00 | 120.00 |
| 1.00 | TP1648TNB | Tel-Plus 1648 TNB Card | 125.00 | 125.00 |
| 1.00 | TP1648SCB | Tel-Plus 1648 SCB Card | 175.00 | 175.00 |
| 2.00 | TP816PM | Tel-Plus 816 Program Module | 25.00 | 50.00 |
| 6.00 | TP1648 | Tel-Plus 1648 Keyset Sm LCD | 71.50 | 429.00 |
| 1.00 | TP1648DSS | Tel-Plus 1648 DSS | 125.00 | 125.00 |
| 5.00 | ATT-24 | ATT 24-Button Keyset | 85.00 | 425.00 |
| 1.00 | ATTML308 | ATT Merlin 308 KSU | 99.00 | 99.00 |
| 1.00 | ACS704A | ATT Power Supply | 25.00 | 25.00 |
| 1.00 | ATTSP616 | ATT Spirit Exp 616 KSU | 150.00 | 150.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number
0023

Quote Date
Oct 29, 200

Page

**Quoted to:**
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | ATTSP | ATT Surge Protector | 15.00 | 45.0 |
| 2.00 | ATTACP | ATT AC Protector | 15.00 | 30.0 |

| | |
|---|---|
| Subtotal | 34,915.5 |
| Sales Tax | |
| Total | 34,915.5 |

PIONEER 0157