**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **PIONEER SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.: 2:06cv377-WKW** |
| **v.** | ) | |
| | ) | |
| **AUTO-OWNERS INSURANCE** | ) | |
| **COMPANY, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>REPORT OF PARTIES' PLANNING MEETING</u>**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on May 23, 2006, via telephone and was attended by:

   a. Harry P. Hall, II, Attorney for Plaintiff; and

   b. Joel H. Pearson, One of the Attorneys for Defendant Auto-Owners
     Insurance Company.

Counsel for Plaintiff and Defendant have been unable to reach a joint agreement on the disclosures, discovery and scheduling of this matter.  Counsel for Plaintiff believes this case should be ready for trial by the March 26, 2007, trial term.  Counsel for Defendant has federal court trials scheduled for February 28, 2007 and March 12, 2007 and a lengthy state court products liability trial which is expected to be set for trial the last week of March, 2007.  Counsel for Defendant does not believe the Defendant's case will be ready for trial until the July 9, 2007 trial term.  Counsel for the parties, therefore, are submitting separate proposed reports which are attached hereto.  Counsel for Plaintiff and Defendant are also available for a court conducted scheduling conference.

Respectfully submitted this the 24th day of May, 2006.


s/Harry P. Hall, II
Attorney for Plaintiff
Harry P. Hall, II (HAL053)
P.O. Drawer 2228
Dothan, Alabama 36302


s/Joel H. Pearson
Attorneys for Defendant, Auto-Owners
Insurance Company
Roger S. Morrow (MOR032)
Joel H. Pearson (PEA019)
P.O. Box 4804
Montgomery, Alabama 36103