IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUTO-OWNERS INSURANCE )<br>COMPANY, INC., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-377-WKW |

### **ORDER**

Upon consideration of the Motion of Defendant Auto-Owners Insurance Company for Leave to Amend Answer to Amended Complaint filed on November 30, 2006 (Doc. #7), it is hereby

ORDERED that on or before December 11, 2006, the plaintiff shall show cause why the motion should not be granted.

Done this 5th day of December, 2006.

                                             /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE