IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PIONEER SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-377-WKW |
| | ) | |
| SOUTH CENTRAL AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Upon consideration of the Motion of Defendant Auto-Owners Insurance Company for Leave to Amend Answer to Amended Complaint filed on November 30, 2006 (Doc. # 7), and the lack of opposition thereto,[1] it is hereby

ORDERED that the motion is GRANTED. On or before December 22, 2006, Defendant Auto-Owners Insurance Company shall file electronically an exact duplicate of the amended answer attached to the motion (Doc. # 7, Ex. A) in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this 15th day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Although given an opportunity to do so, the plaintiff did not file a response in opposition to the motion. (*See* Doc. # 8.)