IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PIONEER SERVICES, INC.,              )
                                     )
        Plaintiff,                   )
                                     )        CIVIL ACTION NO.: 2:06-cv-377-WKW
v.                                   )
                                     )
AUTO-OWNERS INSURANCE                )
COMPANY, INC., et al.,               )
                                     )
        Defendants.                  )

## EVIDENTIARY SUBMISSION OF DEFENDANT, AUTO-OWNERS INSURANCE COMPANY, IN SUPPORT OF AUTO-OWNERS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, Defendant Auto-Owners Insurance Company (Auto-Owners), and files Auto-Owners' Evidentiary Submission in Support of its Motion for Summary Judgment filed contemporaneously herewith in this cause as follows, to wit:

1.      Plaintiff's amended complaint, in this removed Civil Action No.: 2:06-cv-377 Doc. 1-2 at p  55-66

2.      Auto-Owners' answer to amended complaint (Doc. 10) which is adopted by reference.

3.      The order of the Circuit Court of Covington County, Alabama dated April 13, 2006, dismissing Counts Three and Four of Plaintiff's amended complaint and dismissing Defendant South Central Agency, Inc. (Doc. 1-2 at p. 162) which is adopted by reference.

4.      The deposition excerpts of Jimmy Williamson attached as Exhibit A"

5.      The deposition excerpts of Bill Reaves attached as Exhibit "B"

6.      The deposition excerpts of William Barrett attached as Exhibit "C"

7.      The deposition excerpts of John Tomberlin attached as Exhibit "D".

8.   The deposition excerpts of Harold Young attached as Exhibit "E"

9.   Plaintiff's Deposition Exhibit 2 excerpts attached as Exhibit "F".

10.   Auto-Owners Bates Stamped pages AO00001-00299 which is a composite exhibit of documents marked as Pioneer Deposition Exhibits. 1, 3, 4, 5, 6, 7, 10 and/or 11 and/or Auto-Owners Deposition Exhibits. 2 and/or 3   Said excerpts are attached as Exhibit "G"

11.   The affidavit of William Sherman attached as Exhibit "H".

12.   The affidavit of Larry Dewberry attached as Exhibit "I".

13.   The subject Auto-Owners Insurance Company insurance policy for the policy period 06-16-04 to 06-16-05 and the authenticating affidavit of Drew Klasing attached as Exhibit "J"

Dated this the 28th day of February, 2007.

Respectfully submitted,

ROGER S. MORROW (MOR032)

JOEL H. PEARSON (PEA019)
ATTORNEYS FOR DEFENDANT
AUTO-OWNERS INSURANCE COMPANY

2

**OF COUNSEL:**

**MORROW, ROMINE & PEARSON, P.C.**
**P.O. Box 4804**
**Montgomery, AL 36103-4804**
**Telephone:  (334) 262-7707**
**Facsimile:  (334) 262-7742**
**Email:       rsmorrow@mrplaw.com**
              **jhpearson@mrplaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on _February 28, 2007_ , I electronically filed the foregoing with the Court using the CM/ECF system, and I hereby certify that I am serving the foregoing document to the following:

Leland Enzor, Jr., Esq                    Harry P Hall, II, Esq.
Enzor & Enzor                              Farmer, Price, Hornsby & Weatherford, LLC
P.O. Box 339                               P.O. Drawer 2228
Andalusia, AL 36420                        Dothan, AL 36303

Respectfully submitted,

JOEL H. PEARSON (PEA019)
Attorney for Defendant
Auto-Owners Insurance Company
Morrow, Romine & Pearson, P.C.
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742
E-mail: jhpearson@mrplaw com

3