# EXHIBIT "E"

Page 1

IN THE FEDERAL COURT OF
THE NORTHERN DISTRICT OF ALABAMA

CIVIL ACTION NUMBER
2:06CV 377-WKW

PIONEER SERVICES, INC.,
    Plaintiff,
vs
AUTO OWNERS INSURANCE
COMPANY,
    Defendant


VIDEOTAPE DEPOSITION TESTIMONY OF:
HAROLD YOUNG

January 5, 2006
1 p.m.


COURT REPORTER:
APRIL R. BENDINGER, CSR

Page 2

1      STIPULATION
2      IT IS STIPULATED AND AGREED by and
3  between the parties through their respective
4  counsel that the videotape deposition of HAROLD
5  YOUNG may be taken before April R. Bendinger,
6  Notary Public, State at Large, at the Offices of
7  South Central Agency in Andalusia, Alabama on
8  January 5, 2006, commencing at approximately
9  1 p.m.
10     IT IS FURTHER STIPULATED AND
11 AGREED that the signature to and the reading of
12 the deposition by the witness is waived, the
13 deposition to have the same force and effect as
14 if full compliance had been had with all laws
15 and rules of Court relating to the taking of
16 depositions
17     IT IS FURTHER STIPULATED AND
18 AGREED that it shall not be necessary for any
19 objections to be made by counsel to any
20 questions, except as to form or leading
21 questions and that counsel for the parties may
22 make objections and assign grounds at the time
23 of trial or at the time said depositions is

Page 3

1  offered in evidence, or prior thereto
2      In accordance with Rule 5(d) of
3  the Alabama Rules of Civil Procedure, as
4  amended, effective May 15, 1988, I, April R.
5  Bendinger, am hereby delivering to MR. HARRY
6  HALL the original transcript of the oral
7  testimony taken January 5, 2006, along with
8  exhibits
9      Please be advised that this is the
10 same and not retained by the Court Reporter, nor
11 filed with the Court

Page 4

    INDEX
EXAMINATION BY:        PAGE NO
Mr. Hall        6
Mr. Pearson        121
Certificate        131


    INDEX OF EXHIBITS

PX-8    (Cover page)    76
PX-9    (Handwritten document)    118

1 (Pages 1 to 4)

**American Court Reporting**
**toll-free (877) 320-1050**

Page 5

1   APPEARANCES
2
3   FOR THE PLAINTIFF:
4       Mr. Harry Hall
5       FARMER, PRICE, HORNSBY & WEATHERFORD
6       100 Adris Place
7       Dothan, Alabama 36303
8
9
10
11
    FOR THE DEFENDANT, AUTO OWNERS:
12
        Mr. Joel Pearson
13
        MORROW, ROMINE & PEARSON
14
        122 South Hull Street
15
        Montgomery, Alabama 36103
16
17
18  OF COUNSEL FOR HAROLD YOUNG:
19      Mr. James Robertson
20      SCOTT, SULLIVAN, STREETMAN & FOX
21      301 St. Louis Street
22      Mobile, Alabama 36602
23

Page 6

1       I, April R. Bendinger, a Court
2   Reporter of Dothan, Alabama, and a Notary Public
3   for the State of Alabama at Large, acting as
4   Commissioner, certify that on this date,
5   pursuant to the Federal Rules of Civil
6   Procedure, and the foregoing stipulation of
7   counsel, there came before me at the Offices of
8   Auto Owners in Andalusia, Alabama, commencing at
9   approximately 1 p.m. on January 5, 2006, HAROLD
10  YOUNG in the above cause, for oral examination,
11  whereupon the following proceedings were had:
12
13          HAROLD YOUNG,
14  being first duly sworn, was examined and
15  testified as follows:
16  EXAMINATION BY MR. HALL:
17      Q   Mr. Young, my name is Harry Hall.
18  I represent Pioneer Services Inc. -- Pioneer
19  Telephone Service, Inc., actually, and I will
20  refer to them today as Pioneer, if that's all
21  right with you. You will know what I am
22  referring to, won't you?
23      A.  Oh, yeah.

Page 7

1       Q   Have you ever given a deposition
2   before?
3       A   Yes.
4       Q   Tell me what circumstance. Were
5   you a party to a lawsuit or witness or what?
6       A   Personal.
7       Q   What does that mean?
8       A   It was a personal lawsuit.
9       Q   Personal lawsuit. Thank you.
10  Were you a party to the lawsuit?
11      A   I was the plaintiff.
12      Q   Did it involve injury of some kind
13  or business matter?
14      A   No. Personal.
15      Q   All right. How long ago was that?
16      A   Six years ago.
17      Q   In what county?
18      A   Covington.
19      Q   It was a civil lawsuit, not a
20  criminal matter?
21      A.  Yes, civil.
22      Q   And that had to do with your
23  personal claims, nothing to do with a business

Page 8

1   matter?
2       A   No, sir.
3       Q   And you gave a deposition in that
4   matter?
5       A   I did.
6       Q   Who was your attorney in --
7       A   Allen Cook, Jr.
8           MR. ROBERTSON: Just let him
9   finish his questions before you answer so April
10  can get it down.
11      Q   I appreciate the assistance, but
12  because of the formality and what we're trying
13  to do, it comes out badly when we jump in to
14  help each other out, so let me give you some
15  suggestions on how we might proceed to make this
16  go smoothly. I will ask a series of questions,
17  and when I finish, I need for you to respond. I
18  will try to not start talking until you finish
19  answering, if you won't answer until I'm
20  finished asking.
21      A   Okay.
22      Q   Good. Another thing is frequently
23  in conversations people go huh-huh and uh-huh

2 (Pages 5 to 8)

**American Court Reporting**
toll-free (877) 320-1050

Page 121

1  question, and that was your answer to that
2  question. Okay?
3    A    Yes, sir
4    Q    South Central Agency, you and John
5  Tomberlin, y'all are part owners of this agency,
6  correct?
7    A    Yes, sir.
8    Q    It's an independent insurance
9  agency?
10   A    Yes
11   Q    And South Central Agency sells
12 insurance products for a number of different
13 carriers?
14   A.   Yes
15   Q.   Earlier today you were asked about
16 the number of Auto Owners insurance policies
17 that you sold, and that you may have increased
18 the number of Auto Owners policies that you sold
19 in the last several years. Do you remember that
20 testimony?
21   A    Yes, sir
22   Q    Is there some reason for that?
23   A    Yes, sir.

Page 122

1    Q    If you would, tell us why
2    A    Well, if you have growth and
3  produce more numbers with Auto Owners or whoever
4  it is, that increase the size of your business
5  therefore it increases your revenue.
6    Q    Does the number of policies that
7  you sell for a particular carrier also depend on
8  the number of carriers that are selling
9  insurance in that area -- in your area, down
10 here in Covington County?
11   A    Yes, sir
12   Q    Since Hurricane Ivan, have the
13 number of carriers selling insurance and writing
14 insurance in your area increased or decreased?
15   A    Decreased
16   Q    But Auto Owners is still writing
17 insurance policies for the citizens of Covington
18 County?
19   A    Yes, sir
20   Q    Do you have any knowledge how many
21 carriers -- just in your small business here --
22 how many carries are writing policies here in
23 Covington County?

Page 123

1    A.   Of course, I don't know exactly
2  the number, but I know we got ours down to six
3  carriers
4    Q.   Okay. Now, your agency here is,
5  like you say, an independent insurance agency,
6  correct?
7    A    Yes, sir
8    Q    Y'all have independent agency
9  contract with Auto Owners?
10   A.   Yes.
11   Q    And you have a similar contract
12 with other insurance companies?
13   A.   Yes, sir.
14   Q.   And neither you nor Mr Tomberlin
15 or anybody here at South Central Agency adjust
16 claims, do they?
17   A    No.
18   Q.   And nobody here in this agency,
19 including you and Mr Tomberlin or Cindy
20 Roughton or anybody else here, makes claims
21 decisions, do they?
22   A    No, sir
23   Q.   I believe I understood you earlier

Page 124

1  today to say your primary responsibility with
2  regard to a claim by a client is that if they
3  have a loss or a claim, that you will report
4  that loss to the particular insurance company
5  for them, correct?
6    A    Yes, sir
7    Q    And normally at that point, it's
8  between the insurance company and the insured as
9  to what is done with that claim; is that
10 correct?
11   A    Yes, sir
12   Q    And as far as the -- you never saw
13 any of the personal property that is the subject
14 of Pioneer Services' claim with Auto Owners, you
15 never have seen any of that property, have you?
16   A    No, sir
17   Q    And with regard to that property,
18 you never had any discussions with
19 Mr Williamson or anyone else with Pioneer
20 Services about that they could dispose of that
21 property, did you?
22   A    No
23   Q.   You never instructed

31 (Pages 121 to 124)

www.AmericanCourtReporting.com
**January 5, 2007**

Page 125

1  Mr Williamson or anyone with Pioneer that they
2  could dispose of that property, did you?
3      A    Absolutely not.
4      Q    There are all types of losses that
5  may or may not be covered under insurance
6  policies, aren't there?
7      A    Yes, sir.
8      Q    And I assume your agency here has
9  people come in all the time with automobile
10 accidents, don't they?
11     A    Yes, sir.
12     Q    And y'all report those automobile
13 accidents to insurance companies?
14     A    Yes
15     Q    And the people with those property
16 claims, do they go through the insurance
17 companies, including Auto Owners, to adjust
18 those claims and for the company to come out and
19 look at the automobile involved in the accident?
20     A    Yes
21     Q    Have you ever had a circumstance
22 where someone disposed of property that was the
23 subject of a claim in the middle of the

Page 126

1  adjustment of the claim?
2      A    No, sir.
3      Q    And on a similar basis, that would
4  be similar to somebody that's involved in a car
5  wreck selling the car during the adjustment of
6  the claim?
7          MR. HALL: Object to the form
8      A    Yes
9      Q    Would you consider that to be a
10 correct analogy?
11     A    Yes, sir.
12     Q    Even where there are losses to
13 property -- and I know your agency doesn't
14 adjust the claim, but folks with loss of
15 property, have you ever had any circumstances
16 where the insurance company, even if the
17 property is a total loss, will sell the salvage
18 of the property and expects to obtain
19 reimbursement for that salvage value of the
20 property?
21     A    I'm sorry?
22     Q    For instance, let's take it to an
23 automobile accident. The car is totaled out in

Page 127

1  an automobile accident, and I'm not asking a
2  particular circumstance, but in a case that the
3  car is totaled out, won't the car be totaled and
4  the insurance company will transfer title of
5  that car and sell salvage and that helps them
6  recoop the loss that they paid?
7      A    Yes, sir.
8      Q    In that circumstances, it is very
9  important for the insured to maintain possession
10 of the property?
11     A    Yes
12     Q    I thought I saw some records in
13 here, and I believe you mentioned earlier where
14 Pioneer had coverage with Southern Guaranty at
15 one time?
16     A    Yes
17     Q    Do you know anything about claims
18 or nature of the claims Pioneer had with
19 Southern Guaranty or any other insurance
20 company?
21     A    Other than just filing a loss
22 report, no, sir
23     Q    Do you know what types of claim he

Page 128

1  had with Southern Guaranty?
2      A    I think he had automobile claims
3  and maybe some property claims
4      Q    Do you know whether the insurance
5  with Southern Guaranty -- how it came to be
6  written with Auto Owners? Was their coverage
7  with Southern Guaranty canceled, or did y'all
8  find a better rate with Auto Owners or what were
9  the circumstances?
10     A    I believe we moved from Southern
11 Guaranty to Auto Owners because it was a better
12 rate
13     Q    Do you have any estimate as to the
14 number of claims Pioneer had with Southern
15 Guaranty while the policy was with him?
16     A    I don't know exactly how many, but
17 he had some auto and property claims
18     Q    I think that's all  I believe you
19 told me you thought your agency here had 300 to
20 400 Ivan-related claims with all companies; is
21 that correct?
22     A    I think that would be close, yes,
23 sir. I'm not exactly sure how many we had, but

Page 129

1 it was several hundred with all companies.
2  Q.  Did I understand you correctly, to
3 your knowledge, the only Hurricane Ivan
4 lightning related claims were those of Pioneer
5 or Mr. Williamson?  Did I understand that
6 correctly or not?
7  A.  Lightning related claims were
8 prior to the hurricane, if I'm not mistaken.  I
9 don't remember any lightning related claims to
10 the hurricane.
11  Q.  That's what I'm asking you about.
12 On September 16, 2004, I believe is the correct
13 date.
14  A.  Right.
15  Q.  And that's what you're telling me
16 that you don't recall any?
17  A.  No, sir.
18  Q.  Have you told us today about all
19 conversations that you had with anyone with Auto
20 Owners about the Pioneer claims?
21  A.  Yes, sir.
22  Q.  And you have related the substance
23 of those conversations to us the best that you

Page 130

1 recall?
2  A.  Yes, sir.
3  Q.  Do you recall when you learned of
4 Mr. Williamson's or Pioneer's disposal of the
5 equipment, Pioneer's equipment?  Do you recall
6 when you first learned of that?
7  A.  No, sir, I don't.
8  Q.  Okay.  Well, do you recall when
9 you became aware that the property had been
10 disposed of by Mr. Williamson and Pioneer, that
11 that was already after the property had been, in
12 fact, disposed of?
13  A.  Yes, sir.
14  Q.  Okay.  And you didn't have any
15 discussion with anyone with Pioneer or
16 Mr. Williamson regarding the disposal of the
17 property, prior to the disposal?
18  A.  No, sir.
19      MR. PEARSON:  That's all.
20      MR. HALL:  Nothing further.  Thank
21 you.
22      ENDED AT 4:03 p.m.
23      FURTHER DEPONENT SAITH NOT

Page 131

1      CERTIFICATE
2
3 STATE OF ALABAMA )
4 MONTGOMERY COUNTY)
5
6      I hereby certify that the above
7 and foregoing deposition was taken down by me in
8 stenotype, and the questions and answers thereto
9 were transcribed by means of computer-aided
10 transcription, and that the foregoing represents
11 a true and correct transcript of the deposition
12 give by said witness upon said hearing.
13      I further certify that I am
14 neither of counsel nor of kin to the parties to
15 the action, nor am I in any way interested in
16 the result of said cause.
17
18
19  _____
     APRIL BENDINGER, CCR
     CERTIFICATE NUMBER CCR-384
20
21
     My Commission Expires
22 June 8, 2008
23

33 (Pages 129 to 131)