# EXHIBIT "F"

Auto-Owners Insurance                                                                    Page 1 of 1

## LOSS INQUIRY BY POLICY NUMBER

PAGE   1

AGENCY 17-0557-00   POLICY BR 038   POLICY NUMBER 525851   KIND 46
PIONEER TELEPHONE SERVICES INC
  CLM 037 0004873-2004 DOL 09-16-2004 LC 23
  AGENCY: 17-0557-00
  COV                     PAID            LAE         RECOVERY   CLSD DTE
  MPEC                 11,607 92        1,535 55           00    01-18-05
  IOT                  11,607 92        1,535 55           00
  DESC:  1833 E THREE NOTCH ST; ANDALUSIA Al
         OCCUPIED AS: OFFICE
         STORM DAMAGE, CATASTROPHE NUMBER = 038
         IVAN

NO MORE CLAIMS OR PREVIOUS POLICIES

[ Continue ]   Page backward   [ Page forward ]   First page
[ Return to claim policy inquiry selection ]

Screen: 910404

---

2-1-05
BR to mail letter to P 2 > 8 williamson

* ordered lighting strike (by home buck)
  equipt thrown away, they looked at.
  — can't verify —
(1-31-05)

Bill Reaves called Jimmy W (today)

1-27-05
* left message w/ Bill (x 204)
NOON — 1-25-05 emailed again

Pl's EXHIBIT 2 Pioneer

https://www.aoins.com/pcicsw/ATTRBCNV/CSM3/dfhwbtta/IDSF17055700          1/27/2005



AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY OWNERS INSURANCE COMPANY
SOUTHERN OWNERS INSURANCE COMPANY

P O Box 244017 (CLAIMS)
Montgomery, Alabama 36124
PHONE (334) 279-0323
FAX (334) 271-0481

December 20, 2004

Rec'd
12/22/04

Pioneer Telephone Services, Inc
P O Box 1606
Andalusia, AL 36420

RE: 37-4873-04

Dear Sir or Madam:

We have received the estimate from the independent adjuster for your building damages. I have enclosed a copy for you to review. Once you have had a chance to review, please give me a call so that we may settle that portion of the claim.

As to the damages you are claiming to your phone system due to lightning and the water damage to the inventory, Auto-Owners appreciates your professional opinion as to the damages claimed. However, it is a conflict of interest to write your own lightning affidavit. We also understand that you have disposed of the damaged equipment without us being able to have a third party verify the damages. We are hereby requesting you provide us with outside documentation and evidence of the damages along with a salvage value.

Under your policy the following is contained:

3. **Duties In The Event Of Loss Or Damage**

   a You must see that the following are done in the event of loss or damage to Covered Property:

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance

- *Serving Our Policyholders and Agents for More Than 85 Years* -

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records

### RESERVATION

Please be advised that this letter does not waive any rights or defenses which Auto-Owners Insurance Company may have regarding this matter under any policy of insurance issued by Auto-Owners Insurance, whether or not such claims or defenses are set forth herein. Auto-Owners reserves the right to supplement this letter upon receipt of further information which may subsequently become available

Thank you for your time and consideration in this matter. If you need any further assistance, please give me a call at 1-800 548-9881 ext 204

Sincerely,

Bill Reaves
Field Claim Rep



AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

P O Box 244017 (CLAIMS)
Montgomery, Alabama 36124
PHONE (334) 279 0323
FAX (334) 271-0481

February 3, 2005

Pioneer Telephone Services, Inc
P O Box 1606
Andalusia, AL 36420

RE: 37-4873-04

Dear Sir or Madam:

We have completed our investigation of the above referenced claim. You are insured under Auto-Owners Insurance Co with policy number 38525851 with effective dates of 6-16-04 to 6-16-05. Your Tailored Protection Policy has personal property limits of $76,950 00 with a $500 deductible

We have completed our investigation of the lightning claim you submitted for $21,575 72 As part of our investigation we ordered a lightning strike report from Compu Weather, Inc that included the time period from 9-15-04 at 4:00 p m through 9 17-2004 3:59:59 p m According to their report no lightning was detected within a 5 mile radius of your location Therefore, since lightning was not detected in that area we must regretfully deny this portion of the claim

As to the portion of the claim you submitted to us for the damaged inventory totaling $34,915 53 we have been unable to have this damage verified by an expert Under your policy the following is contained:

*~ Serving Our Policyholders and Agents for More Than 85 Years ~*

### 3. Duties In The Event Of Loss Or Damage

   a  You must see that the following are done in the event of loss or damage to Covered Property:

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss If feasible, set the damaged property aside and in the best possible order for examination Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim This will not increase the Limit of Insurance

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

It is my understanding that you have disposed of these items and they are no longer available for inspection As we were not given the opportunity to have these items inspected by an expert to determine the exact damages we must deny this portion of the claim

If there is any additional information you believe to be relevant to the question of coverage, or if you believe that any of the facts or information stated, upon which Auto-Owners has relied is not accurate, please advise

All rights, terms, conditions, and exclusions in your policy are in full force and effect and are completely reserved

Thank you for your time and consideration in this matter   If you need any further assistance, please give me a call at 1-800-548-9881 ext. 204

Sincerely,

*[signature: Bill Reaves]*

Bill Reaves
Field Claim Rep

## CLAIM PAYMENT       1-041216545



MONTGOMERY CLAIM BRANCH
PO BOX 244017
MONTGOMERY, AL 36124-4017

| CLAIM NUMBER | PAID DATE | AMOUNT PAID |
|---|---|---|
| 037-0006920-2004 | 12/01/2004 | $*********19,050.32 |
| LOSS DATE | STATUS | POLICY NUMBER |
| 09/16/2004 | CLOSE FILE | 44 404780 00 |
| COVERAGE | | |
| COVERAGE SPLIT | | |
| INSURED | | |
| JAMES H WILLIAMSON & KELLY WILLIAMSON | | |

SOUTH CENTRAL AGENCY INC
1831 E THREE NOTCH ST
ANDALUSIA AL 36420-2438

SOUTH CENTRAL AGENCY INC
PO BOX 548
ANDALUSIA, AL 36420-1210

```
COVERAGE SPLIT
042    HOMEOWNERS DWELLING                    17,453.87
142    HOMEOWNERS OTHER STRUCTURES             1,596.45

COMMENTS:    GH
```

DETACH HERE AND KEEP FOR YOUR RECORDS

---

THIS DOCUMENT HAS A COLORED BACKGROUND, VOID PANTOGRAPH, AND MICROPRINTING IN THE BORDER.

Auto-Owners Insurance       1-041216545
Life Home Car Business                    12/01/2004

NINETEEN THOUSAND FIFTY AND 32/100 DOLLARS

| INSURED | JAMES H WILLIAMSON & |
| CLAIM NUMBER | LOSS DATE |
| 037-0006920-2004 | 09/16/2004 |
| POLICY NUMBER | AGENCY |
| 44 404780 00 | 17-0557-00 |

PAY TO THE    JAMES H WILLIAMSON &
ORDER OF     KELLY WILLIAMSON
             AND COVINGTON COUNTY BANK                    $*********19,050.32

IN PAYMENT OF:
WIND DAMAGE TO DWELLING AND OTHER STRUCTURES

## CLAIM PAYMENT

1-041216546



MONTGOMERY CLAIM BRANCH
PO BOX 244017
MONTGOMERY, AL 36124-4017

| CLAIM NUMBER | PAID DATE | AMOUNT PAID |
|---|---|---|
| 037-0006920-2004 | 12/01/2004 | $*******18,694.48 |
| LOSS DATE | STATUS | POLICY NUMBER |
| 09/16/2004 | CLOSE FILE | 44 404780 00 |
| COVERAGE | | |
| 242 - HOMEOWNERS PERSONAL PROPERTY | | |
| INSURED | | |
| JAMES H WILLIAMSON & KELLY WILLIAMSON | | |

SOUTH CENTRAL AGENCY INC
1831 E THREE NOTCH ST
ANDALUSIA AL 36420-2438

SOUTH CENTRAL AGENCY INC
PO BOX 548
ANDALUSIA AL 36420-1210

COMMENTS:   GH

DETACH HERE AND KEEP FOR YOUR RECORDS

---

**Auto-Owners Insurance**   1-041216546

EIGHTEEN THOUSAND SIX HUNDRED NINETY-FOUR AND 48/100 DOLLARS

12/01/2004

| INSURED: JAMES H WILLIAMSON & | |
|---|---|
| CLAIM NUMBER | LOSS DATE |
| 037-0006920-2004 | 09/16/2004 |
| POLICY NUMBER | AGENCY |
| 44 404780 00 | 17-0557-00 |

$*******18,694.48

PAY TO THE ORDER OF: JAMES H WILLIAMSON & KELLY WILLIAMSON

IN PAYMENT OF:
CONTENTS DAMAGE LESS $1000 DEDUCTIBLE

**CLAIM PAYMENT**                                    1-041348808    117

*Auto-Owners Insurance*
Life Home Car Business

MONTGOMERY CLAIM BRANCH
PO BOX 244017
MONTGOMERY, AL 36124-4017

| AMOUNT PAID |
|---|
| *******11,607.92 |
| ICY NUMBER |
| 14617 038525851 |

SOUTH CENTRAL AGENCY INC
1831 E THREE NOTCH ST
ANDALUSIA AL 36420-2438

SOUTH CENTRAL AGENCY INC
PO BOX 548
ANDALUSIA, AL 36420-1210

COMMENTS:    $1,000 DEDUCTIBLE
             GH

---

*Auto-Owners Insurance*    AUTO-OWNERS INS. CO.  CLAIM PAYMENT DRAFT    1-041348808
Life Home Car Business     PAYABLE THROUGH
                           STANDARD FEDERAL BANK
                           TROY, MI 48084                               01/18/2005

ELEVEN THOUSAND SIX HUNDRED SEVEN AND 92/100 DOLLARS

INSURED: PIONEER TELEPHONE SERVICES INC

| CLAIM NUMBER | LOSS DATE |
|---|---|
| 037-0004873-2004 | 09/16/2004 |

| POLICY NUMBER | AGENCY |
|---|---|
| 034617 038525851 | 17-0557-00 |

PAY TO THE ORDER OF: PIONEER TELEPHONE SERVICES INC
AND COVINGTON COUNTY BANK

$***********11,607.92

IN PAYMENT OF
BUILDING DAMAGE