# EXHIBIT "G"

# *Auto-Owners*

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

Issued  04-26-2004
**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2004

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00     MKT TERR 041     (334) 222-1556
INSURED  PIONEER TELEPHONE SERVICES INC

**POLICY NUMBER  034617-38525851-04**

ADDRESS  PO BOX 1606

ANDALUSIA, AL  36420-1227

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a m.  | 12:01 a m |
| | 06-16-2004 to | 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

# FOR COMPANY USE ONLY

THE FOLLOWING DIRECTIVES HAVE BEEN ISSUED FOR THIS POLICY:

ATTACHED FORMS MUST BE VIEWED IN MOBIUS APPS SUITE.

The following attachments were issued with this policy transaction

E59349 200310   E59351 200302

2000000000004476

Billing Type: Company Bill    MONTHLY          Account  006764415
Insured Copy Mailed to: Agency

09-11-2003
Original Effective Date: 06-16-2003

AO00001

AGENCY 17-0557-00    POLICY 034617-38525851                    13271 (8-99)

SOUTH CENTRAL AGENCY INC
PO BOX 548
ANDALUSIA, AL  36420

04-26-2004



Life Home Car Business
*The No Problem People®*

P O BOX 30660, LANSING, MICHIGAN 48909-8160  •  517-323-1200

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

PIONEER TELEPHONE SERVICES INC

PO BOX 1606

ANDALUSIA, AL  36420-1227

Thank you for allowing Auto-Owners to handle your insurance needs

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security   Our A + + (Superior) rating by the A M  Best Company signifies that we have the financial strength to provide the insurance protection you need

Feel free to contact your Auto-Owners agency with any questions you may have about your insurance needs    Your agency's phone number is (334) 222-1556

Auto-Owners Insurance - The "No Problem' People®

### * * * * * * * THIS IS NOT A BILL. * * * * * * *
### IF ADDITIONAL PREMIUM IS OWED, A BILL WILL BE MAILED SEPARATELY. PLEASE PAY ANY UNPAID BILLS.

*Serving Our Policyholders and Agents for More Than 85 Years*

AO00002

## *Auto-Owners*

Page   1

55039 (11-87)
Issued   04-26-2004

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2004

AGENCY   SOUTH CENTRAL AGENCY INC
17-0557-00    MKT TERR 041    (334) 222-1556
INSURED   PIONEER TELEPHONE SERVICES INC

**POLICY NUMBER   034617-38525851-04**

ADDRESS PO BOX 1606

ANDALUSIA, Al  36420-1227

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a.m. | 12:01 a m |
| | 06-16-2004 to | 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

COMMON POLICY INFORMATION

BUSINESS DESCRIPTION:  Telephone Sales/Serv

ENTITY:  Corporation

PROGRAM:  Contractors

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) | | PREMIUM |
|---|---|---|
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT | | |
| COMMERCIAL PROPERTY COVERAGE | | $2,426 00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | | 2,050 00 |
| | TOTAL | $4,476 00 |

FORMS THAT APPLY TO ALL COVERAGE PART SHOWN ABOVE (EXCEPT GARAGE LIABILITY, DEALER'S
BLANKET, COMMERCIAL AUTOMOBILE, IF APPLICABLE)
55000  (01-87)   IL0017 (11-85)

A  7% CUMULATIVE MULTI-POLICY DISCOUNT APPLIES.  SUPPORTING POLICIES ARE MARKED WITH
AN (X):  COMM UMB( ) COMM AUTO(X) WC( ) LIFE( ) PERSONAL(X) FARM( )

Countersigned By:  _____

I certify that this policy was assembled from
available records as a representation of coverage
that was in effect for the policy period shown.

*Ted Colvin*

Date_____ 8-16-05 _____

AO00003

# *Auto-Owners*

Page   1

54104 (07-87)
Issued  04-26-2004

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2004

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00      MKT TERR 041    (334) 222-1556

**POLICY NUMBER** 034617-38525851-04

INSURED  PIONEER TELEPHONE SERVICES INC

ADDRESS PO BOX 1606

ANDALUSIA, AL  36420-1227

| Company Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.    12:01 a.m. |
| | 06-16-2004 to 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

**COMMERCIAL PROPERTY COVERAGE**

## COVERAGES PROVIDED

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF
INSURANCE IS SHOWN.

---

## LOCATION 001

**ADDITIONAL FORMS THIS LOCATION:** None

LOC 001   **BLDG** 001 1833 E Three Notch St
Andalusia, AL  36420-2438

**OCCUPIED AS:** Office

**COVERAGE:** Building                    Limit of Insurance      $259,500

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $500 | 0 222 | $576 00 |
| Basic Group II | 80% | 500 | 0 046 | 119 00 |
| Special | 80% | 500 | 0 100 | 260.00 |
| Theft | 80% | 500 | | Included |

**OPTIONAL COVERAGE:**

Inflation Guard Factor
Building
1.020

**COVERAGE:** Personal Prop                Limit of Insurance      $76,950

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $500 | 0 298 | $229 00 |
| Basic Group II | 80% | 500 | 0 037 | 28 00 |
| Special | 80% | 500 | 0 090 | 69.00 |
| Special Including Theft | 80% | 500 | 0 122 | 94.00 |

**OPTIONAL COVERAGE:**

Inflation Guard Factor
Personal Property
1.023

**ADDITIONAL FORMS THIS BUILDING:** 59351  (02-03)  IL0003 (11-85)  IL0190 (03-97)
CP0145 (12-00)  CP0090 (07-88)  CP0010 (10-91)  CP1030 (10-91)

**SECURED INTERESTED PARTIES:** See Attached Schedule

**RATING INFORMATION**

Territory:  200
Program:  Contractors
Class Rate - Building:   0 252

County:  Covington
Construction:  Mas N-C
PC:   05          Class Code:   0702
Class Rate - Contents:   0 338

AO00004

# *Auto-Owners*

Page   2

54104 (07-87)
Issued  04-26-2004

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2004

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00      MKT TERR 041      (334) 222-1556
INSURED  PIONEER TELEPHONE SERVICES INC

**POLICY NUMBER  034617-38525851-04**

ADDRESS  PO BOX 1606

ANDALUSIA, AL  36420-1227

| Company Bill | POLICY TERM |
|---|---|
|  | 12:01 a.m.   12:01 a.m. |
|  | 06-16-2004 to 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL PROPERTY COVERAGE

FOREIGN TERRORISM - CERTIFIED ACTS    SEE FORM  59351                          EXCLUDED

LOCATION 001    PREMIUM                    $1,375 00

---

LOCATION 002

**ADDITIONAL FORMS THIS LOCATION:**  None

LOC 002    BLDG 001 1835 E Three Notch St
Andalusia, AL  36420-2438

**OCCUPIED AS:**  Office

**COVERAGE:** Building                Limit of Insurance        $207,600

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $500 | 0 239 | $496 00 |
| Basic Group II | 80% | 500 | 0 167 | 347 00 |
| Special | 80% | 500 | 0 100 | 208.00 |
| Theft | 80% | 500 |  | Included |

**OPTIONAL COVERAGE:**

Replacement Cost

Inflation Guard Factor
Building
1.020

**ADDITIONAL FORMS THIS BUILDING:**  59351 (02-03)  IL0003 (11-85)  IL0190 (03-97)
CP0145 (12-00)  CP0090 (07-88)  CP0010 (10-91)  CP1030 (10-91)

**SECURED INTERESTED PARTIES:**  See Attached Schedule

**RATING INFORMATION**

Territory:  200                    County: Covington
Program:  Contractors              Construction:  Non-Comb
Class Rate - Building:    0 271    PC:    05          Class Code:    0702

FOREIGN TERRORISM - CERTIFIED ACTS    SEE FORM  59351                          EXCLUDED

LOCATION 002    PREMIUM                    $1,051 00

AO00005

**Auto-Owners**

Page   3

59187 (07-87)
Issued  04-26-2004

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 06-16-2004

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00     MKT TERR 041     (334) 222-1556
INSURED  PIONEER TELEPHONE SERVICES INC

**POLICY NUMBER   034617-38525851-04**

ADDRESS  PO BOX 1606

ANDALUSIA, AL  36420-1227

| Company Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.    12:01 a.m. |
| | 06-16-2004 to 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

**SECURED INTERESTED PARTIES AND/OR ADDITIONAL INTERESTED PARTIES**

Applies to Loc/Bldg(s):
001/001, 002/001
 COVINGTON COUNTY BANK
 P O BOX 518
 ANDALUSIA, AL  36420
 Interest:  Mortgagee

AO00006

**Auto-Owners**                          Page    1

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00        MKT TERR 041      (334) 222-1556
INSURED PIONEER TELEPHONE SERVICES INC

ADDRESS PO BOX 1606

ANDALUSIA, AL  36420-1227

55040 (11/87)
Issued  04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

Renewal Effective 06-16-2004

POLICY NUMBER  034617-38525851-04

| Company Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.    12:01 a.m |
| | 06-16-2004 to 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

**LIMITS OF INSURANCE**
General Aggregate Limit                                      $1,000,000
    (Other Than Products-Completed Operations)
Products-Completed Operations Aggregate Limit         1,000,000
Personal And Advertising Injury Limit                      1,000,000
Each Occurrence Limit                                        1,000,000
Fire Damage Limit                                            100,000 Any One Fire
Medical Expense Limit                                         10,000 Any One Person

Twice the "General Aggregate Limit", shown above, is provided at no additional
charge for each 12 month period in accordance with form 55050

AUDIT TYPE: Annual Audit

FORMS THAT APPLY TO LIABILITY: 59351 (02-03)  55118 (08-91)  55146 (07-96)
55091 (01-89)  55068 (08-89)  IL0021 (11-85)  55029 (07-87)  CG0001 (11-88)
CG0108 (11-85)  IL0017 (11-85)  55050 (06-01)  55064 (07-87)  CL175 (02-86)
55069 (01-88)  CG2147 (09-89)  55137 (06-92)  55145 (12-01)

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY

LOC 001  BLDG 001 1833 E Three Notch St
                Andalusia, AL  36420-2438

TERRITORY:  009   COUNTY:  Covington

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| **CODE 00501**<br>Commercial General Liability<br>Plus Endorsement Included<br>At 7% Of The Premises<br>Operation Premium | Prem/Op | Prem/Op Prem<br>Inc | Inc | Inc |
| **CODE 61217**<br>Buildings Or Premises - Bank Or<br>Office - Mercantile Or Manufacturing<br>Maintained By The Insured (Lessor's<br>Risk Only)<br>Including Products And/Or Completed<br>Operations<br>(For-Profit) | Prem/Op | Area<br>8,800 | Each 1000<br>44 030 | $388 00 |
| **CODE 91585**<br>Contractors - Subcontracted Work -<br>In Connection With Construction,<br>Reconstruction, Repair Or Erection<br>Of Buildings | Prem/Op<br>Prod/Comp Op | Total Costs<br>If Any<br>If Any | Each 1000 | Inc<br>Inc |

# *Auto-Owners*

Page   2

55040 (11/87)
Issued   04-26-2004

INSURANCE COMPANY

**TAILORED PROTECTION POLICY DECLARATIONS**

6101 ANACAPRI BLVD , LANSING, MI 48917-3999

Renewal Effective 06-16-2004

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00     MKT TERR 041     (334) 222-1556

**POLICY NUMBER   034617-38525851-04**

INSURED  PIONEER TELEPHONE SERVICES INC

ADDRESS  PO BOX 1606

ANDALUSIA, AL   36420-1227

| | POLICY TERM | |
|---|---|---|
| Company Bill | 12:01 a m. | 12:01 a m |
| | 06-16-2004 to 06-16-2005 | |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

| **CODE** 99612 | | Payroll | Each 1000 | |
|---|---|---|---|---|
| Telephone Or Telegraph Companies Including Products And/Or Completed Operations | Prem/Op | 87,000 | 19 116 | $1,663 00 |

| FOREIGN TERRORISM - CERTIFIED ACTS | SEE FORM  59351 | | EXCLUDED |
|---|---|---|---|

LOCATION   001   PREMIUM          $2,051 00

AO00008

CG 00 01 11 88

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage  Read the entire policy carefully to determine rights, duties and what is and is not covered

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy  The words "we", "us" and "our" refer to the company providing this insurance

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II)

Other words and phrases that appear in quotation marks have special meaning  Refer to DEFINITIONS (SECTION V)

## SECTION I - COVERAGES

### COVERAGE A.   BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.   **Insuring Agreement**

   a.   We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies  We will have the right and duty to defend any "suit" seeking those damages  We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result  But:

   (1)   The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

   (2)   Our right and duty to defend end when we have used up the applicable limit of insurance in the payments of judgments or settlements under Coverages A or B or medical expenses under Coverage C

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS COVERAGES A AND B

   b.   This insurance applies to "bodily injury" and "property damage" only if:

   (1)   The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

   (2)   The "bodily injury" or "property damage" occurs during the policy period

   c.   Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury"

2.   **Exclusions**

   This insurance does not apply to:

   a.   "Bodily injury" or "property damage" expected or intended from the standpoint of the insured  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property

   b.   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of

Copyright, Insurance Services Office, Inc., 1982, 1988

AO00009

liability in a contract or agreement  This exclusion does not apply to liability for damages:

   **(1)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

   **(2)** That the insured would have in the absence of the contract or agreement

**c.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

   **(1)** Causing or contributing to the intoxication of any person;

   **(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

   **(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages

**d.** Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law

**e.** "Bodily injury" to:

   **(1)** An employee of the insured arising out of and in the course of employment by the insured; or

   **(2)** The spouse, child, parent, brother or sister of that employee as a consequence of (1) above

This exclusion applies:

   **(1)** Whether the insured may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury

This exclusion does not apply to liability assumed by the insured under an "insured contract"

**f.** **(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

   **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

   **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal processing or treatment of waste;

   **(c)** Which are or were at any time transported, handled, stored treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

   **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

     **(i)** if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

Copyright, Insurance Services Office, Inc , 1982, 1988

AO00010

(ii) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants

Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be

(2) Any loss cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing from, monitoring, cleaning up removing containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of pollutants

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste Waste includes materials to be recycled, reconditioned or reclaimed

g. "Bodily injury" or "property damage" arising out of the ownership, maintenance use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured Use includes operation and "loading and unloading"

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f (2) or f (3) of the definition of "mobile equipment" (Section V 8 )

h "Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

i "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war War includes civil war, insurrection, rebellion or revolution This exclusion applies only to liability assumed under a contract or agreement

j "Property damage" to:

(1) Property you own, rent or occupy;

Copyright, Insurance Services Office, Inc , 1982, 1988

AO00011

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard"

**k**  "Property damage" to "your product" arising out of it or any part of it

**l**  "Property damage" to "your work" arising out of it or any part of it and including in the "products-completed operations hazard"

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor

**m**  "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use

**n**  Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it

Exclusions c through n do not apply to damage by fire to premises rented to you   A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III)

**COVERAGE B  PERSONAL AND ADVERTISING INJURY LIABILITY**

**1  Insuring Agreement**

**a**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this coverage part applies  We will have the right and duty to defend any "suit" seeking those damages  We may at our discretion investigate

Copyright, Insurance Services Office, Inc., 1982, 1988

AO00012

any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLE-MENTARY PAYMENTS - COVERAGES A AND B.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions.**

This insurance does not apply to:

**a.** "Personal injury" or "advertising injury":

**(1)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of falsity;

**(2)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(3)** Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**b.** "Advertising injury" arising out of:

**(1)** Breach of contract, other than mis-appropriation of advertising ideas under an implied contract;

**(2)** The failure of goods, products or services to conform with advertised quality or performance;

**(3)** The wrong description of the price of goods, products or services; or

**(4)** An offense committed by an insured whose business is advertising, broad-casting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to exam-ination, at our expense, by physicians of

Copyright, Insurance Services Office, Inc., 1982, 1988

AO00013

our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services

**2   Exclusions.**

We will not pay expenses for "bodily injury":

a   To any insured.

b.   To a person hired to do work for or on behalf of any insured or a tenant of any insured

c   To a person injured on that part of premises you own or rent that the person normally occupies

d   To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefit law or similar law

e   To a person injured while taking part in athletics

f.   Included within the "products-completed operations hazard"

g   Excluded under Coverage A

h.   Due to war, whether or not declared, or any act or condition incident to war   War includes civil war, insurrection, rebellion or revolution

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

We will pay, with respect to any claim or "suit" we defend:

1.   All expenses we incur

2   Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies   We do not have to furnish these bonds

3.   The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance   We do not have to furnish these bonds

4   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work

5.   All costs taxed against the insured in the "suit"

6.   Prejudgment interest awarded against the insured on the part of the judgment we pay   If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer

7.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance

These payments will not reduce the limits of insurance

**SECTION II - WHO IS AN INSURED**

1.   If you are designated in the Declarations as:

a   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner

b   A partnership or joint venture, you are an insured   Your members, your partners, and

Copyright, Insurance Services Office, Inc, 1982, 1988

AO00014

their spouses are also insureds, but only with respect to the conduct of your business

c. An organization other than a partnership or joint venture, you are insured    Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors    Your stockholders are also insureds, but only with respect to their liability as stockholders

2    Each of the following is also an insured:

a    Your employees, other than your executive officers, but only for acts within the scope of their employment by you    However, no employee is an insured for:

(1) "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment, or the spouse, child, parent, brother or sister of that co-employee as a consequence of such 'bodily injury' or "personal injury ', or for any obligation to share damages with or repay someone else who must pay damages because of the injury; or

(2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

(3) "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture)

b. Any person (other than your employee), or any organization while acting as your real estate manager

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed

d. Your legal representative if you die, but only with respect to duties as such    That representative will have all your rights and duties under this Coverage Part

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission    Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability    However, no person or organization is an insured with respect to:

a    "Bodily injury" to a co-employee of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision

4. Any organization you newly acquire or form, other than a partnership of joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization    However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b    Coverage A does not apply to    "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization

Copyright, Insurance Services Office, Inc , 1982, 1988

AO00015

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits"

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard"

4. Subject to 2 above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization

5. Subject to 2 or 3 above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence"

6. Subject to 5, above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises rented to you arising out of any one fire

7. Subject to 5 above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Part

2. **Duties In The Event Of Occurrence, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense

   b. If a claim is made or "suit" is brought against any insured, you must:

Copyright, Insurance Services Office, Inc , 1982, 1988

AO00016

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable

You must see to it that we receive written notice of the claim or "suit" as soon as practicable

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit"

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent

**3.** **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial;

but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage A or B of this Coverage Part, our obligations are limited as follows:

**a** Primary Insurance

This insurance is primary except when b below applies  If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary  Then, we will share with all that other insurance by the method described in c below

**b.** Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g of Coverage A (Section I)

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend  If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers

Copyright, Insurance Services Office, Inc , 1982, 1988

AO00017

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also  Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits    Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5    Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only  At the close of each audit period we will compute the earned premium for that period    Audit premiums are due and payable on notice to the first Named Insured  If the sum of the advance and audit premiums paid for the policy term is greater

than the earned premium, we will return the excess to the first Named Insured

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request

**6    Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations

**7.   Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought

**8.   Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us   The insured must do nothing after loss to impair them   At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them

**9.   When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date

Copyright, Insurance Services Office, Inc., 1982, 1988

AO00018

If notice is mailed, proof of mailing will be sufficient proof of notice

## SECTION V - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment But "auto" does not include "mobile equipment"

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any one time

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a above; or

         (b) The activities of a person whose home is in the territory described in a above, but is away for a short time on your business; and

      (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a above or in a settlement we agree to

5. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement

6. "Insured contract" means:

   a. A lease of premises;

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of

Copyright, Insurance Services Office, Inc , 1982, 1988

AO00019

another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

a.  That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle tracks, road-beds, tunnel, underpass or crossing;

b.  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (1)  Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

   (2)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

c.  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in b. above and supervisory, inspection or engineering services; or

d.  That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

7.  "Loading or unloading" means the handling of property:

a.  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b.  While it is in or on an aircraft, watercraft or "auto"; or

c.  While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

8.  "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.  Vehicles maintained for use solely on or next to premises you own or rent;

c.  Vehicles that travel on crawler treads;

d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1)  Power cranes, shovels, loaders, diggers or drills; or

   (2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

e.  Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2)  Cherry pickers and similar devices used to raise and lower workers;

f.  Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

Copyright, Insurance Services Office, Inc., 1982, 1988

AO00020

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    (1) Equipment designed primarily for:

        (a) Snow removal;

        (b) Road maintenance, but not construction or resurfacing;

        (c) Street cleaning;

    (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise and lower workers; and

    (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment

9  "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions

10  "Personal injury" means, other than "bodily injury", arising out of one or more of the following offenses:

    a.  False arrest, detention or imprisonment;

    b.  Malicious prosecution;

    c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

    d.  Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

    e.  Oral or written publication of material that violates a person's right of privacy

11  a.  "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned

  b.  "Your work" will be deemed completed at the earliest of the following times:

    (1) When all of the work called for in your contract has been completed

    (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site

    (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed

  c.  This hazard does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials;

    (3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations

12.  "Property damage" means:

Copyright, Insurance Services Office, Inc., 1982, 1986

AO00021

a   Physical injury to tangible property, including all resulting loss of use of that property  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.   Loss of use of tangible property that is not physically injured  All such loss shall be deemed to occur at the time of the "occurrence" that caused it

13  "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged "Suit" includes:

a   An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b.   Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent

14  "Your product" means:

a   Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1)  You;

(2)  Others trading under your name; or

(3)  A person or organization whose business or assets you have acquired; and

b.   Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products

"Your product" includes:

a   Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b   The providing of or failure to provide warnings or instructions

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold

15.  "Your work" means:

a.   Work or operations performed by you or on your behalf; and

b   Materials, parts or equipment furnished in connection with such work or operations

"Your work" includes:

a   Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b   The providing of or failure to provide warnings or instructions

Copyright, Insurance Services Office, Inc , 1982, 1988

AO00022

CG 01 08 11 85
COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALABAMA AND LOUISIANA CHANGES - WHO IS AN INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART LIQUOR LIABILITY COVERAGE PART OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART POLLUTION LIABILITY COVERAGE PART PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART RAILROAD PROTECTIVE LIABILITY COVERAGE PART

In WHO IS AN INSURED (Section II) the term "executive officer" means only a person holding any of the officer positions created by your charter, constitution or by laws

Copyright, Insurance Services Office, Inc 1984

AO00023

CG 21 47 09 89

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to COVERAGE A (Section I):

   o. "Bodily injury" arising out of any:

      (1) Refusal to employ;

      (2) Termination of employment;

      (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

      (4) Consequential "bodily injury" as a result of (1) through (3) above

   This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury

2. The following exclusion is added to COVERAGE B (Section I):

   c. "Personal Injury" arising out of any:

      (1) Refusal to employ;

      (2) Termination of employment;

      (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation discrimination or other employment-related practices policies, acts or omissions; or

      (4) Consequential "personal injury" as a result of (1) through (3) above

Copyright, Insurance Services Office, Inc , 1988

CL 175 (2-86)

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02) Common Policy Conditions and Endorsements, if applicable  Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown

**DECLARATIONS**
Named Insured and Mailing Address
Policy Period
Description of Business and Location of Premises
Limits of Insurance
Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
SECTION I - COVERAGES
    Coverage A - Bodily Injury and Property Damage Liability
        Insuring Agreement
        Exclusions
    Coverage B - Personal and Advertising Injury Liability
        Insuring Agreement
        Exclusions
    Coverage C - Medical Payments
        Insuring Agreement
        Exclusions
    Supplementary Payments
SECTION II - WHO IS AN INSURED
SECTION III - LIMITS OF INSURANCE
SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS
    Bankruptcy
    Duties in the Event of Occurrence, Claim or Suit
    Legal Action Against Us
    Other Insurance
    Premium Audit
    Representations
    Separation of Insureds
    Transfer of Rights of Recovery Against Others to Us
    When We Do Not Renew (applicable to CG 00 02 only)
    Your Right to Claim and  "Occurrence" Information (applicable to CG 00 02 only)
SECTION V - EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
    SECTION VI - DEFINITIONS (SECTION V IN CG 00 01)

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc.  1982, 1984, 1986

**COMMON POLICY CONDITIONS (IL 00 17)**
    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1982, 1984, 1986

CP 00 10 10 91
COMMERCIAL PROPERTY

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage   Read the entire policy carefully to determine rights, duties and what is and is not covered

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations   The words "we", "us" and "our" refer to the Company providing this insurance

Other words and phrases that appear in quotation marks have special meaning   Refer to SECTION H - DEFINITIONS

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss

### 1  Covered Property

Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

**a. Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Permanently installed:

    (a) Fixtures;

    (b) Machinery; and

    (c) Equipment;

(3) Outdoor fixtures;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises including:

    (a) Fire extinguishing equipment;

    (b) Outdoor furniture;

    (c) Floor coverings; and

    (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

    (a) Additions under construction, alterations and repairs to the building or structure;

    (b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises used for making additions, alterations or repairs to the building or structure

**b. Your Business Personal Property** located in or on the building described in the Declarations or in open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

AO00027

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock;"

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others

**c  Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property

**2. Property Not Covered**

Covered Property does not include:

a  Accounts, bills, currency, deeds, food stamps or other evidences of debt money, notes or securities Lottery tickets held for sale are not securities;

b  Animals, unless owned by others and boarded by you, or if owned by you only as "stock" while inside of the buildings;

c  Automobiles held for sale;

d  Bridges, roadways, walks, patios or other paved surfaces;

e  Contraband, or property in the course of illegal transportation or trade;

f.  The cost of excavations, grading, backfilling or filling;

g  Foundations of buildings, structures, machinery or boilers if their foundations are below:

    (1) The lowest basement floor; or

    (2) The surface of the ground, if there is no basement;

h  Land (including land on which the property is located), water, growing crops or lawns;

i.  Personal property while airborne or waterborne;

j  Pilings, piers, wharves or docks;

k  Property that is covered under another coverage form of this or any other policy in which it is more specifically described except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l  Retaining walls that are not part of the building described in the Declarations;

m.  Underground pipes, flues or drains;

Copyright, ISO Commercial Risk Services, Inc , 1983, 1990

AO00028

n   The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o   Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1)  Are licensed for use on public roads; or

   (2)  Are operated principally away from the described premises

This paragraph does not apply to:

   (a)  Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   (b)  Vehicles or self-propelled machines, other than autos, you hold for sale; or

   (c)  Rowboats or canoes out of water at the described premises;

p.   The following property while outside of buildings:

   (1)  Grain, hay straw or other crops;

   (2)  Fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions

**3   Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations

**4   Additional Coverages**

   **a   Debris Removal**

(1)  We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period     The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage

(2)  The most we will pay under this Additional Coverage is 25% of:

   (a)  The amount we pay for the direct physical loss of or damage to Covered Property; plus

   (b)  The deductible in this policy applicable to that loss or damage

      But this limitation does not apply to any additional debris removal limit provided in the Limits of Insurance section

(3)  This Additional Coverage does not apply to costs to:

   (a)  Extract "pollutants" from land or water; or

   (b)  Remove, restore or replace polluted land or water

   **b   Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1)  While it is being moved or while temporarily stored at another location; and

Copyright, ISO Commercial Risk Services, Inc., 1983  1990

AO00029

**(2)** Only if the loss or damage occurs within 10 days after the property is first moved

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance

No Deductible applies to this Additional Coverage

d. **Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period  The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants"  But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy

5 **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired or Constructed Property**

**(1)** You may extend the insurance that applies to Building to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse

The most we will pay for loss or damage under this Extension is 25% of the Limit of Insurance for Building shown in the Declarations, but not more than $250,000 at each building

**(2)** You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions

The most we will pay for loss or damage under this Extension is 10% of the Limit of Insurance for Your Business Personal Property shown in the Declarations but not

Copyright, ISO Commercial Risk Services, Inc , 1983, 1990

AO00030

more than $100,000 at each building

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property

**b    Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees    This extension does not apply to loss or damage by theft

(2) Personal property of others in your care  custody or control

The most we will pay for loss or damage under this Extension is $2,500 at each described premises    Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.   Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the information on lost or damaged valuable

papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist  The most we will pay under this Extension is $1,000 at each described premises

**d.   Property Off-Premises**

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock", that is temporarily at a location you do not own, lease or operate    This Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control or your salespersons; or

(3) At any fair or exhibition

The most we will pay for loss or damage under this Extension is $5,000

**e.   Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following cause of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft

Copyright, ISO Commercial Risk Services, Inc., 1983, 1980

AO00031

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant

Each of these Exclusions is additional insurance    The Additional Condition, Co-insurance, does not apply to these Exclusions

## B    EXCLUSIONS

See applicable Causes of Loss Form as shown in the Declarations

## C    LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1    Preservation of Property; or

2    Debris Removal; but if:

   a    The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

   b    The debris removal expense exceeds the amount payable under 25% limit-ation in the Debris Removal Additional Coverage;

we will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage

## D    DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declar-ations    We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage

## E    LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions

1    **Abandonment**

   There can be no abandonment of any property to us

2    **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss    In this event, each party will select a competent and impartial appraiser    The two appraisers will select an umpire    If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction    The appraisers will state separately the value of the property and amount of loss    If they fail to agree, they will submit their differences to the umpire    A decision agreed to by any two will be binding    Each party will:

   a    Pay its chosen appraiser; and

   b    Bear the other expenses of the apprais-al and umpire equally

   If there is an appraisal, we will still retain our right to deny the claim

3    **Duties In The Event Of Loss Or Damage**

Copyright  ISO Commercial Risk Services, Inc , 1983, 1990

AO00032

a   You must see that the following are done in the event of loss or damage to Covered Property:

   (1) Notify the police if a law may have been broken

   (2) Give us prompt notice of the loss or damage. Include a description of the property involved

   (3) As soon as possible, give us a description of how, when and where the loss or damage occurred

   (4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance

   (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed

   (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis and permit us to make copies from your books and records

   (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days

after our request. We will supply you with the necessary forms

   (8) Cooperate with us in the investigation or settlement of the claim

b   We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed

4.   **Loss Payment**

a   In the event of loss or damage covered by this Coverage Form, at our option, we will either:

   (1) Pay the value of loss or damaged property;

   (2) Pay the cost of repairing or replacing the lost or damaged property;

   (3) Take all or any part of the property at an agreed or appraised value; or

   (4) Repair, rebuild or replace the property with other property of like kind and quality

b   We will give notice of our intentions within 30 days after we receive the sworn proof of loss

c   We will not pay you more than your financial interest in the Covered Property

d   We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

AO00033

**e**  We may elect to defend you against suits arising from claims of owners of property  We will do this at our expense

**f**  We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

(1)  You have complied with all of the terms of this Coverage Part; and

(2)  (a)  We have reached agreement with you on the amount of loss; or

(b)  An appraisal award has been made.

### 5.  Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice  At your option, the property will be returned to you  You must then return to us the amount we paid to you for the property  We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance

### 6  Vacancy

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

**a**  Not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1)  Vandalism;

(2)  Sprinkler leakage, unless you have protected the system against freezing;

(3)  Building glass breakage;

(4)  Water damage;

(5)  Theft; or

(6)  Attempted theft

**b**  Reduce the amount we would otherwise pay for the loss or damage by 15%

A building is vacant when it does not contain enough business personal property to conduct customary operations

Buildings under construction are not considered vacant

### 7.  Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

**a**  At actual cash value as of the time of loss or damage, except as provided in b , c , d , e  and f  below

**b**  If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement

This provision does not apply to the following even when attached to the building:

(1)  Awnings or floor coverings;

(2)  Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3)  Outdoor equipment or furniture

**c**  "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had

**d**  Glass at the cost of replacement with safety glazing material if required by law

Copyright, ISO Commercial Risk Services, Inc , 1983, 1990

AO00034

e    Tenant's Improvements and Better-
ments at:

(1) Actual cash value of the lost or
damaged property if you make
repairs promptly

(2) A proportion of your original cost if
you do not make repairs promptly
We will determine the proportionate
value as follows:

(a) Multiply the original cost by the
number of days from the loss
or damage to the expiration of
the lease; and

(b) Divide the amount determined
in (a) above by the number of
days from the installation of
improvements to the expiration
of the lease

If your lease contains a renewal
option, the expiration of the re-
newal option period will replace the
expiration of the lease in this pro-
cedure

(3) Nothing if others pay for repairs or
replacement

f.    Valuable Papers and Records, including
those which exist on electronic or
magnetic media (other than pre-
packaged software programs), at the
cost of:

(1) Blank materials for reproducing the
records; and

(2) Labor to transcribe or copy the
records when there is a duplicate

## F    ADDITIONAL CONDITIONS

The following conditions apply in addition to the
Common Policy Conditions and the Commercial
Property Conditions

1    **Coinsurance**

If a Coinsurance percentage is shown in the
Declarations, the following condition applies

a    We will not pay the full amount of any
loss if the value of Covered Property at
the time of loss times the Coinsurance
percentage shown for it in the
Declarations is greater than the Limit of
Insurance for the property

Instead, we will determine the most we
will pay using the following steps:

(1) Multiply the value of Covered
Property at the time of loss by the
Coinsurance percentage;

(2) Divide the Limit of Insurance of the
property by the figure determined
in step (1);

(3) Multiply the total amount of loss,
before the application of any
deductible by the figure determined
in step (2); and

(4) Subtract the deductible from the
figure determined in step (3)

We will pay the amount determined in
step (4) or the limit of insurance,
whichever is less  For the remainder,
you will then have to rely on other
insurance or absorb the loss yourself

**Example No. 1** (Underinsurance):
When:

| | |
|---|---|
| The value of property is | 250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | 100,000 |
| The Deductible is | $250 |
| The amount of loss is | $ 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to
meet your Coinsurance requirements)
Step (2): $100,000 ÷ $200,000 = 50
Step (3): $40,000 x .50 = $20,000
Step (4): $20,000 - $250 = $19,750

Copyright, ISO Commercial Risk Services, Inc, 1983, 1990

AO00035

We will pay no more than $19,750   The remaining $20,250 is not covered

**Example No. 2** (Adequate Insurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 × 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)
Step (2): $200,000 ÷ $200,000 = 1 00
Step (3): $40,000 × 1 00 = $40,000
Step (4): $40,000 - $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible   No penalty applies

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies

**Example No. 3:**
When:

The value of the property is:

| | |
|---|---|
| Bldg  at Location No  1 | $75,000 |
| Bldg  at Location No  2 | $100,000 |
| Personal Property at Location No  2 | $75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos  1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is Bldg at Location No  2 | $30,000 |
| Personal Property at Location No  2 | $20,000 |
| | $50,000 |

Step (1):  $250,000 × 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)
Step (2):  $180,000 ÷ $225,000 = 80
Step (3):  $50,000 × .80 = $40,000
Step (4):  $40,000 - $1,000 = $39,000

We will pay no more than $39,000   The remaining $11,000 is not covered

**2.** **Mortgage Holders**

**a.** The term "mortage holder" includes trustee

**b** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder

All of the terms of this Coverage Part will then apply directly to the mortgage holder

Copyright, ISO Commercial Risk Services, Inc , 1983, 1990

AO00036

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies

We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

    (1) On or after the effective date of this Optional Coverage; and

    (2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations

b. The amount of increase will be:

    (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

    (2) The percentage of annual increase shown in the Declarations, expressed a decimal (example: 8% is 08), times

    (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365

Copyright, ISO Commercial Risk Services, Inc, 1983, 1990

AO00037

Example:
If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $3,200 |

3. **Replacement Cost**

a. Replacement Cost: (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form

b. This Optional Coverage does not apply to:

(1) Property of others;

(2) Contents of a residence;

(3) Manuscripts;

(4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(5) "Stock," unless the Including "Stock" option is shown in the Declarations

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage

e. We will not pay more for loss or damage on a replacement cost basis than the least of:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property

**H. DEFINITIONS**

1 "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed

2 "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

AO00038

CP 00 90 07 88

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1   This Coverage Part;

2   The Covered Property;

3.   Your interest in the Covered Property; or

4   A claim under this Coverage Part

## B   CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist

## C.   INSURANCE UNDER TWO OR MORE COV-ERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D.   LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1   There has been full compliance with all of the terms of this Coverage Part; and

2   The action is brought within 2 years after the date on which the direct physical loss or damage occurred

## E   LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part

## F   NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance

## G.   OTHER INSURANCE

1   You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part If you do, we will pay our share of the covered loss or damage  Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis

2   If there is other insurance covering the same loss or damage, other than that described in 1 above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not  But we

Copyright, Insurance Services Office, Inc  1983, 1987

AO00039

will not pay more than the applicable Limit of Insurance

### H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1 We cover loss or damage commencing:

    a  During the policy period shown in the Declarations; and

    b.  Within the coverage territory

2. The coverage territory is:

    a.  The United States of America (including its territories and possessions);

    b  Puerto Rico; and

    c.  Canada

### I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment  That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them  But you may waive your rights against another party in writing:

1 Prior to a loss to your Covered Property or Covered Income

2 After a loss to your covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a  Someone insured by this insurance;

    b.  A business firm:

        (1)  Owned or controlled by you; or

        (2)  That owns or controls you; or

    c.  Your tenant

This will not restrict your insurance

Copyright, Insurance Services Office, Inc  1983, 1987

AO00040

COMMERCIAL PROPERTY
CP 01 45 12 00

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ALABAMA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy

**B** The following exclusion and related provisions are added to Paragraph **B 2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

  **1** We will not pay for loss or damage arising out of any act committed:

    **a.** By or at the direction of any insured; and

    **b** With the intent to cause a loss

  **2** However, this exclusion will not apply to deny coverage to an innocent co-insured when the loss or damage is otherwise covered under this policy and is proximately related to and in furtherance of an abusive act by an insured who is a family or household member  such coverage will be provided only if the innocent co-insured:

    **a** Provides evidence of the abuse to us, to demonstrate that the loss is abuse-related; and

  **b** For the act causing the loss, either:

    **(1)** Files a complaint under the Protection From Abuse Act against the abuser, and does not voluntarily dismiss the complaint; or

    **(2)** Seeks a warrant for the abuser's arrest and cooperates in the prosecution of the abuser

  **3** If we pay a claim pursuant to Paragraph **B.2.**, our payment to the innocent co-insured is limited to that insured's legal interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property  In no event we will pay more than the Limit of Insurance

**C** The following is added to the Transfer Of Rights Of Recovery Against Others To Us Condition:

If we pay an innocent co-insured for loss arising out of an act of abuse by another insured, the rights of the innocent co-insured to recover damages from the abuser are transferred to us to the extent of our payment  Following the loss, the innocent co-insured may not waive such rights to recover against the abuser

Copyright, Insurance Services Office, Inc , 2000

AO00041

CP 10 30 10 91
COMMERCIAL PROPERTY

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning  Refer to Section F - Definitions

## A  COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section B , Exclusions; or

2. Limited in Section C , Limitations;

that follow.

## B  EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss

   a  **Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris

   b  **Earth Movement**

   (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting  But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage

   (2) Volcanic eruption, explosion or effusion  But if loss or damage by fire, building glass breakage or volcanic

   actions results, we will pay for that resulting loss or damage

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property

   c  **Governmental Action**

   Seizure or destruction of property by order of governmental authority

   But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part

   d  **Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination however caused.

   But if loss or damage by fire results, we will pay for that resulting loss or damage

Copyright, ISO Commercial Risk Services, Inc , 1983, 1990

AO00042

**e  Off-Premises Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage

**f  War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these

**g  Water**

(1) Flood, surface water waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up from a sewer or drain; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage

2  We will not pay for loss or damage caused by or resulting from any of the following:

a  Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires

But if loss or damage by fire results, we will pay for that resulting loss or damage

b.  Delay, loss of use or loss of market

c  Smoke, vapor or gas from agricultural smudging or industrial operations

d.  (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force  However, this does not apply to any resulting loss or damage caused by elevator collision;

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching

But if loss or damage by the "specified causes of loss" or building glass breakage

Copyright ISO Commercial Risk Services, Inc , 1983, 1990

AO00043

results, we will pay for that resulting loss or damage

e    Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control   But if loss or damage by fire or combustion explosions results, we will pay for that resulting loss or damage   We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass

f.    Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more

g.    Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the supply if the heat is not maintained

h.    Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   (1) Acting alone or in collusion with others; or

   (2) Whether or not occurring during the hours of employment

   This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered

i    Voluntary parting with any property by you or anyone else to whom you have en-trusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense

j.    Rain, snow, ice or sleet to personal property in the open

k.    Collapse, except as provided below in the Additional Coverage for Collapse   But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage

l    Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss"   But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified causes of loss "

3.    We will not pay for loss or damage caused by or resulting from any of the following   But if loss or damage by a Covered Cause of Loss results we will pay for the resulting loss or damage

a    Weather conditions   But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1 above to produce the loss or damage

b.    Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body

c.    Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   (3) Materials used in repair, construction, renovation or remodeling; or

Copyright ISO Commercial Risk Services, Inc , 1983, 1990

Page 3 of 7

(4) Maintenance;

of part or all of any property on or off the described premises

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms

a **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock;" or

(b) The time required to reproduce "finished stock "

This exclusion does not apply to Extra Expense

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration "

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration "

(5) Any other consequential loss

b. **Leasehold Interest Coverage Form**

(1) Paragraph B 1 a Ordinance or Law, does not apply to insurance under this Coverage Form

(2) We will not pay for any loss caused by:

(a) Your canceling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss

c. **Legal Liability Coverage Form**

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B 1 a, Ordinance or Law;

(b) Paragraph B 1 c, Governmental Action;

(c) Paragraph B 1 d, Nuclear Hazard;

(d) Paragraph B 1 e, Power Failure; and

(e) Paragraph B 1 f, War and Military Action

(2) **Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement

Copyright ISO Commercial Risk Services, Inc, 1983, 1990

AO00045

**(3) Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

## C  LIMITATIONS

1. We will not pay for loss of or damage to:

   a  Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment  But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure

   d. Building materials and supplies not attached as part of the building or structure, unless held for sale by you, caused by or resulting from theft, except as provided in C 5 a below

   e  Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property

   f.  Gutters and downspouts caused by or resulting from weight of snow, ice or sleet

   g  Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions

2.  We will not pay more for loss of or damage to glass that is part of a building or structure than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter  We will not pay more than $500 for all loss of or damage to building glass that occurs at any one time

   This Limitation does not apply to loss or damage by the "specified causes of loss," except vandalism

3.  We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a.  Valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records

   b  Animals, and then only if they are killed or their destruction is made necessary

   c  Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken  This restriction does not apply to:

      (1) Glass that is part of a building or structure;

      (2) Containers of property held for sale; or

Copyright, ISO Commercial Risk Services, Inc., 1983, 1990

AO00046

**(3)** Photographic or scientific instrument lenses

d   Builders' machinery, tools, and equipment you own or that are entrusted to you, while away from the premises described in the Declarations, except as provided in paragraph C 5 b. below

4.  For loss or damage by theft, the following types of property are covered only up to the limits shown:

a   $2,500 for furs, fur garments and garments trimmed with fur.

b.  $2,500 for jewelry, watches, watch movements jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals This limit does not apply to jewelry and watches worth $100 or less per item

c   $2,500 for patterns, dies, molds and forms

d   $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit

5.  **Builders' Risk Coverage Form Limitations**

The following provisions apply only to the Builders' Risk Coverage Form

a   Limitation 1 d  is replaced by the following:

d.  Building materials and supplies not attached as part of the building or structure caused by or resulting from theft

b.  Limitation 3 d  is replaced by the following:

d   Builders' machinery, tools and equipment you own or that are entrusted to you

6   We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material es-

capes  But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a   Results in discharge of any substance from an automatic fire protection system; or

b.  Is directly caused by freezing

**D  ADDITIONAL COVERAGE  COLLAPSE**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

1   The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

2.  Hidden decay;

3.  Hidden insect or vermin damage;

4.  Weight of people and personal property;

5   Weight of rain that collects on a roof;

6   Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items 2 , 3 , 4 , 5   and 6 unless the loss or damage is a direct result of the collapse of a building:

outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings, gutters and downspouts; yard fixtures; outdoor swimming pools; fences; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces

Collapse does not include settling, cracking, shrinkage, bulging or expansion

Copyright ISO Commercial Risk Services, Inc , 1983  1990

AO00047

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

**E  ADDITIONAL COVERAGE EXTENSIONS**

1. **Property In Transit.** This Extension applies only to your personal property to which this form applies

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises  Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object  It does not mean your vehicle's contact with the road bed

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle  There must be visible marks of the forced entry

   c. The most we will pay for loss or damage under this Extension is $1000

   This Coverage Extension is additional insurance  The Additional Condition, Coinsurance, does not apply to the Extension

2. **Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage

caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes

**F  DEFINITIONS**

"Specified Causes of Loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of ice and snow, ice or sleet; water damage

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite  This cause of loss does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into man-made underground cavities

2. Falling objects does not include loss or damage to:

   a. Personal property in the open; or

   b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam

Copyright, ISO Commercial Risk Services, Inc  1983, 1990

AO00048

55029 (7-87)

**THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY.**

## ABSOLUTE ASBESTOS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART**

No coverage is provided by this policy for any claim, suit, action or proceeding against the insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material

AO00049

55084 (7-87)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MOTOR VEHICLE LAWS

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

It is agreed the following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS:

We will provide coverage:

1    up to the minimum required limits; and
2    subject to all the terms and conditions of the policy;

to comply with any motor vehicle insurance law to the extent such law applies to the "mobile equipment" covered by this coverage part

All other terms and conditions of the policy apply

AO00050

# IMPORTANT POLICYHOLDER MESSAGE

55088 (8-89)

Dear Policyholder:

RE:   YOUR SUBCONTRACTED WORK

Your policy has a subcontracted work classification   The subcontracted work classification requires that your subcontractors are "adequately insured subcontractors"   We define an "adequately insured subcontractor" to be a subcontractor who carries commercial general liability insurance

If your subcontractors are not "adequately insured subcontractors", they will be classified and rated as your employees and charged a premium which best describes their work   This classification procedure will result in a substantial additional premium charge to you at final audit

We suggest that you take immediate steps to qualify your subcontractors as "adequately insured subcontractors" to avoid any additional premium charges at final audit

If you have any questions, please contact your Auto-Owners Agent

Auto-Owners Insurance

AO00051

55069 (1-86)

THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY

## CONTRACTUAL COVERAGE AMENDATORY
## ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

It is agreed:

Under Section I - COVERAGE A, Item 2 Exclusions:

Exclusion b is deleted and replaced by the following:

b   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement  This exclusion does not apply to liability for damages:

   (1)  Assumed in a contract or agreement that is an "insured contract".  However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract"

   (2)  That the insured would have in the absence of the contract or agreement

All other terms and conditions of the policy apply

AO00052

55091 (1-89)

**THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ IT CAREFULLY**

## COMMERCIAL GENERAL LIABILITY PLUS ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

It is agreed the insurance provided under this Coverage Part is amended as follows:

1   **EXTENDED WATERCRAFT COVERAGE**
    Under COVERAGE A - 2 Exclusions, exclusion g (2) is deleted and is replaced by the following:

    (2) A watercraft you do not own that is:

       (a) Less than 50 feet long; and

       (b) Not being used to carry persons or property for a charge;

2   **NONOWNERSHIP/HIRED AUTO COVERAGE**
    Coverage for "bodily injury" and "property damage" liability provided under Coverage A is extended as follows under this item, but only if you do not have any insurance available to you which affords the same or similar coverage:

    **Coverage**

    We will pay those sums the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" arising out of the maintenance or use of an "auto" you do not own or which is not registered in your name, but which is used in your business

    **Exclusions**

    With respect to only this coverage, the exclusions which apply to Coverage A, other than exclusions a., d , f and I and the Nuclear Energy Liability Exclusion Endorsement  are replaced by the following:

    The coverage does not apply to:

    (1) Liability assumed by the insured under any contract or agreement

    (2) "Property damage" to:

       (a) property owned or being transported by, or rented or loaned to the insured; or
       (b) property in the care, custody or control of the insured;

       other than property damage to a residence or a private garage by a private passenger "auto" covered by this coverage

    (3) "Bodily injury" to:

       (a) An employee of the insured arising out of and in the course of employment by the insured; or

AO00053

(b)  The spouse, child, parent, brother or sister of that employee as a consequence of (a) above

This exclusion applies:

(a)  Whether the insured may be liable as an employer or in any other capacity; and
(b)  To any obligation to share damages with or repay someone else who must pay damages because of the injury

This exclusion does not apply to:

(a)  Liability assumed by the insured under an "insured contract"
(b)  "Bodily injury" to any employee of the insured arising out of and in the course of his domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law

**Who Is An Insured**

It is agreed with respect to this coverage, the section WHO IS AN INSURED is deleted and replaced by the following:

WHO IS AN INSURED

Each of the following is an insured with respect to this coverage:

1    You
2    Any partner or executive officer of yours
3    Any person using the "auto" and any person or organization legally responsible for the use of an "auto" not owned by such person or organization, provided the actual use is with your permission

None of the following is an insured:

1    Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment

2    Any person using the "auto" and any person other than you, legally responsible for its use with respect to an "auto" owned or  registered in the name of:

a    such person; or
b    any partner or executive officer of yours or a member of his or her household; or
c    any employee or agent of yours who is granted an operating allowance of any sort for the use of such 'auto"

3    Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate

4    The owner or lessee (of whom you are a subleassee) of a "auto" or the owner of an "auto" you do not own or which is not registered in your name which is used in your business or any agent or employee of any such owner or lessee

5    Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations

AO00054

**Additional Definitions**

The following definition applies to this coverage:

"Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos"

**Limits of Insurance**

It is agreed with respect to this coverage only, the section LIMITS OF INSURANCE is deleted and replaced by the following:

LIMITS OF INSURANCE

1   The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a   insureds;
   b   claims made or "suits" brought; or
   c   persons or organizations making claims or bringing "suits"

2   If the Limits of Insurance shown in the Declarations:

   a   are shown only as an Each Occurrence Limit, the Each Occurrence Limit:

      (1)  is the most we will pay for; and
      (2)  applies to;

      the sum of damages under Coverage A for "bodily injury" and "property damage" arising out of any one "occurrence"; or

   b   are shown in the Declarations as an Each Person Limit and an Each Occurrence Limit:

      (1)  the Each Person Limit is the most we will pay under Coverage A for "bodily injury" sustained by any one person; and

      (2)  the Each Occurrence Limit:

         (a)  is the most we will pay for, and
         (b)  applies separately to:
            1)  damages covered under Coverage A for "bodily injury"; and
            2)  damages covered under Coverage A for "property damage";
            arising out of any one "occurrence".

The limits which apply to this Coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance

AO00055

3   **BROADENED SUPPLEMENTARY PAYMENTS COVERAGE**

Under SUPPLEMENTARY PAYMENTS - COVERAGES A and B :

a   item 2 , the amount we will pay for the cost of bail bonds is increased from $250 to $500
b   item 4 , the amount we will pay the actual loss of earnings is increased from $100 per day to $150 per day

4   **PRODUCTS-COMPLETED OPERATIONS AGGREGATE REINSTATMENT**

The following is added to the section LIMITS OF INSURANCE:

If the Products-Completed Operations Aggregate limit is exhausted, as a result of losses occurring during the policy period because of payment of judgments or settlements, we will reinstate that aggregate limit for losses occurring during the same policy period   We will reinstate such limit only once for each policy period   Further, our liability:

a   with respect to any one occurrence, shall never exceed t he aggregate limit; or

b   with respect to all occurrences during the policy period, shall never exceed two times the aggregate limit.

5   **PERSONAL INJURY EXTENSION COVERAGE**

a   Under the section DEFINITIONS, the following is added to the definition for "Personal Injury":

f   discrimination and humiliation

b   Under COVERAGE B - 2  Exclusions, the following exclusion is added:

c   Any alleged or actual "personal injury" if directly or indirectly related to the past, present or prospective employment of any person or person by an insured

All other terms and conditions of the policy apply

AO00056

THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ IT CAREFULLY.    55118 (8-91)

# POLLUTION EXCLUSION ENDORSEMENT
## PERSONAL INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Under SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2 EXCLUSIONS, exclusion c is added:

c. (1) "Personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

(i) if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

(ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants

Subparagraphs (a) and (d) (i) do not apply to "personal injury" arising out of heat, smoke or fumes from a hostile fire

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up remove, contain treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing from, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of pollutants

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste Waste includes materials to be recycled, reconditioned or reclaimed

All other policy terms and conditions apply

Includes copyrighted material of Insurance Services
Office, Inc, with its permission
Copyright, Insurance Services Office 1982, 1988

AO00057

## COMMUNICABLE DISEASE EXCLUSION
### Commercial General Liability Coverage Form

55137 (6-92)

It is agreed:

1   The following exclusion is added and applies to:

   a   COVERAGE A  BODILY INJURY AND PROPERTY DAMAGE LIABILITY;

   b   COVERAGE B  PERSONAL AND ADVERTISING INJURY LIABILITY; and

   c   COVERAGE C  MEDICAL PAYMENTS

2   **EXCLUSION**

   This policy does not apply to "bodily injury", "personal injury" or medical expenses for "bodily injury" arising out of or resulting from the transmission of any communicable disease by any "insured"

All other policy terms and conditions apply

AO00058

55145 (12-01)

THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ IT CAREFULLY.

## AMENDMENT OF POLLUTION EXCLUSION -
## EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the COMMERCIAL GENERAL LIABILITY COVERAGE FORM,

It is agreed:

Under **SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2 Exclusions**, exclusion **f**, subparagraph **(1) (a)** is deleted and replaced by the following:

This insurance does not apply to:

**f (1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured  However, this subparagraph, **(a)**, does not apply to "bodily injury" if sustained within a building at such premises, site or location and caused by smoke, fumes, vapor or soot from equipment used to heat a building at such premises, site or location

All other policy terms and conditions apply

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright  Insurance Services Office, Inc , 1996  1997

Page 1 of 1

AO00059

THIS ENDORSEMENT CHANGES THE POLICY  PLEASE READ IT CAREFULLY.    55146 (7-96)

## UPSET AND OVERSPRAY COVERAGE

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed the coverage for "property damage" liability with respect to your operations is extended as follows:

1  **COVERAGE**

We will pay those sums which you become legally obligated to pay for "property damage" caused directly by immediate, abrupt and accidental:

a    upset, overturn or collision of your "mobile equipment" while transporting; or

b    "overspray" during your application or dispersal of;

"pollutants" which are intended for and normally used in your operations  The operations must be in compliance with local, state, and federal ordinances and laws

This is not an additional amount of insurance and does not increase the LIMITS OF INSURANCE stated in the Declarations

2  **EXCLUSIONS**

a    With regard only to the coverage provided by this endorsement, SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2 Exclusions, f is deleted and replaced by the following:

f    Any loss, cost or expense arising out of any:

(1) request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(2) claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"

b    The following exclusion is added under SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2 Exclusions:

o    This coverage does not apply to "overspray" resulting from aerial application or dispersal of "pollutants"

All other policy exclusions apply

3  **DEDUCTIBLE**

Any deductible provision of the policy which is applicable to Property Damage Liability coverage applies to this coverage extension

4  **DEFINITIONS**

The following definitions apply in addition to those in the policy

"Overspray" means spray, from a device specifically designed for spray application or dispersal, that goes beyond the entire area of intended application or dispersal

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, liquids, gases and waste Waste includes materials to be recycled, reconditioned or reclaimed

All other policy terms and conditions apply

59349 (10-03)

## AVAILABILITY OF TERRORISM RISK INSURANCE COVERAGE

Dear Policyholder:

Our records indicate that you previously rejected our offer to provide coverage for certified acts of terrorism   The enclosed policy does not provide coverage for certified acts of terrorism in accordance with your previous rejection of coverage

If you would like coverage for certified acts of terrorism, please contact us

This notice is for informational purposes only

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency

AO00062

59351 (2-03)

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM
### and
## IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

It is agreed:

1   The following definition applies:

**Certified act of terrorism** means any act certified by the Secretary of the Treasury, in concurrence with:

a   the Secretary of State; and

b   the Attorney General of the United States;

to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002.

Under the federal Terrorism Risk Insurance Act of 2002 a terrorist act may be certified:

a   if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

b   **(1)**   if the act of terrorism is:

    **a)**   a violent act; or

    **b)**   an act that is dangerous to human life, property or infrastructure; and

  **(2)**   if the act is committed:

    **a)**   by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States; or

    **b)**   to influence the policy or affect the conduct of the United States Government by coercion

2   The following exclusion is added:

We shall not pay:

a   for any loss caused directly or indirectly by a **certified act of terrorism**, whether or not any other cause or event contributed concurrently or in any sequence to the loss

b   sums any insured becomes legally obligated to pay because of or arising out of bodily injury, property damage, personal injury or advertising injury, if covered by this insurance, caused by a **certified act of terrorism**.

All other policy terms and conditions apply

AO00063

## IMPORTANT INFORMATION REGARDING TERRORISM RISK INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002. The Act defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion

At your request, this policy does not provide insurance coverage for certified acts of terrorism as defined in the Act. "Excluded" is shown on the Declarations page under this coverage. In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act

AO00064

IL 00 03 11 85

THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ IT CAREFULLY

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESS AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued  On each renewal, continuation, or anniversary of the effective date of this policy  we will compute the premium in accordance with our rates and rules then in effect

Copyright, Insurance Services Office, Inc , 1983
Copyright, ISO Commercial Risk Services, Inc , 1983

## COMMON POLICY CONDITIONS

IL 00 17 11 85

All Coverage Parts included in this policy are subject to the following conditions

### A  CANCELLATION

1   The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation

2   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a   10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b   30 days before the effective date of cancellation if we cancel for any other reason

3   We will mail or deliver our notice to the first Named Insured's last mailing address known to us

4   Notice of cancellation will state the effective date of cancellation   The policy period will end on that date

5   If this policy is cancelled, we will send the first Named Insured any premium refund due   If we cancel, the refund will be pro rata   If the first Named Insured cancels, the refund may be less than pro rata   The cancellation will be effective even if we have not made or offered a refund

6   If notice is mailed, proof of mailing will be sufficient proof of notice

### B  CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded   The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent   This policy's terms can be amended or waived only by

endorsement issued by us and made a part of this policy

### C  EXAMINATIONS OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward

### D.  INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1   Make inspections and surveys at any time;

2   Give you reports on the conditions we find; and

3   Recommend changes

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged   We do not make safety inspections   We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public   And we do not warrant that conditions:

1   Are safe or healthful; or

2   Comply with laws, regulations, codes or standards

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections surveys, reports or recommendations

### E.  PREMIUMS

The first Named Insured shown in the Declarations:

Copyright, Insurance Services Office 1982, 1983

THIS ENDORSEMENT CHANGES THE POLICY PLEASE READ IT CAREFULLY

IL 00 21 11 85

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United State of America, or any agency thereof, with any person or organization

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material," if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or

Copyright, Insurance Services Office, Inc., 1983, 1984

AO00067

possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat

**2.** As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility"

"Nuclear facility" means:

**(a)** Any "nuclear reactor;"

**(b)** Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property

 Copyright Insurance Services Office, Inc 1983 1984

AO00068

IL 01 90 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ALABAMA CHANGES - ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

Copyright, Insurance Services Office, Inc., 1996

AO00069



*Auto-Owners Insurance*

Life Home Car Business

*The No Problem People®*

# *Tailored Protection Insurance Policy*



*Auto-Owners Insurance Company*

AO00070

Insert Declarations Page (Part Two), form and Endorsements here so that edge butts against fold of Contract.

**POLICY NON-ASSESSABLE**
This policy is non-assessable and the premium stated in the Declarations is the only premium you will be asked to pay

**PARTICIPATING**
You will be entitled to an equitable participation in Company funds in excess of an amount required to pay expenses and all the losses or claims or other policy obligations incurred, together with the reserve and surplus funds required or permitted by law A distribution will be made only in accordance with the decision of our Board of Directors acting under the insurance laws and under our charter

## NOTICE OF MEMBERSHIP AND ANNUAL MEETING

Because we are a mutual company this policy makes you a member of the Auto-Owners Insurance Company  You are entitled to vote, in person or by proxy, at all meetings   Our annual policyholder's meetings are held at our home office at Lansing, Michigan on the second Monday in May in each year at 10:00 A M

In witness whereof, we, the Auto-Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary

Secretary

President

# CLAIM NO.: 37-4873-04

AO00072

May-10-2005 01:55am    From-                                    T-119  P 007    F-298

37-4873-04

COPY
SERVE ON DEFENDANT

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

PIONEER SERVICES, INC.,              )
JIMMY WILLIAMSON, and
KELLY WILLIAMSON,                    )

    PLAINTIFFS,                      )

VS                                   )        CIVIL ACTION NO : CV- 05·110

AUTO-OWNERS INSURANCE                )
COMPANY, INC., a corporation, and
SOUTH CENTRAL AGENCY, INC.,          )
a corporation, and XYZ fictitious
defendants, "X", "Y", and/or "Z"     )
being that person or persons who
caused and/or contributed to the     )
injuries and/or damages suffered
and sustained by the Plaintiffs, whose )
identity is unknown at this time but will
be added by amendment when such is   )    :
ascertained, et al ,
                                     )
    DEFENDANTS

SUMMONS - CIVIL

NOTICE TO:        Auto-Owners Insurance Company, Inc.
                  Attn: Drew Klasin
                  5915 Carmichael Road
                  Montgomery, Alabama 36124-4017

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS
YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR
WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION
IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR
ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR
ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Leland Enzor,**
**Jr.,** WHOSE ADDRESS IS **P. O. Drawer 339, Andalusia, AL   36420,** THIS
ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS
SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER
THINGS DEMANDED IN THE COMPLAINT

FILED IN OFFICE

APR 2 6 2005

*Reg. of Probate*
CLERK

AO00073

May-10-2005  01:56am   From-                                    T-119   P 008    F-296

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒     You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☐     Service by certified mail of this summons is initiated upon the written request of the State of Alabama pursuant to the Alabama Rules of Civil Procedure

Date_____ *4-26-05* _____          _____ Roger A Powell _____ By ds ___
                                                          Clerk/Register

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RETURN ON SERVICE:

☐     Return receipt of certified mail received in this office on _____

☐     I certify that I personally delivered a copy of the Summons to _____
      _____ in _____ _____ County, Alabama on
      _____ (Date).


_____
Date

                                        _____
                                        Server's Signature


_____
Address of Server

                                        _____
                                        Type of Server


FILED IN OFFICE

APR 2 6 2005

_Roger A Powell_
CLERK

May-10-2005  01:56am   From-                                    T-119  P 009/024  F-298

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| PIONEER SERVICES, INC.,<br>JIMMY WILLIAMSON, and<br>KELLY WILLIAMSON, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| Vs | ) | CIVIL ACTION NO : CV- |
| | ) | |
| AUTO OWNERS INSURANCE<br>COMPANY, INC., a corporation, and<br>SOUTH CENTRAL AGENCY, INC.,<br>a corporation, and XYZ fictitious<br>defendants, "X", "Y", and/or "Z"<br>being that person or persons who<br>caused and/or contributed to the<br>injuries and/or damages suffered<br>and sustained by the Plaintiffs, whose<br>identity is unknown at this time but will<br>be added by amendment when such is<br>ascertained, et al , | ) | |
| | ) | FILED IN OFFICE |
| | ) | APR 26 2005 |
| | ) | *Rory A. Prescott* |
| | ) | CLERK |
| | ) | |
| DEFENDANTS. | ) | |

## CIVIL COMPLAINT
## AND DEMAND FOR TRIAL BY JURY

COME NOW THE PLAINTIFFS, and hereby file their Complaint for Damages and Demand for Trial by Jury as to the Defendants, stating as follows:

1.    Plaintiff's Complaint is an action for damages for property damage and other injuries suffered by Plaintiff(s) resulting from the acts of the Defendants  The amount in controversy exceeds the jurisdictional minimum of this Court.

2    Plaintiffs, Jimmy Williamson and Kellie Williamson, are residents and citizens of Covington County, Alabama, and specifically reside at 25083 Sutton Road, Andalusia, Alabama

—

AO00075

3.    Plaintiff, Pioneer Services, Inc., is a domestic corporation, properly licensed to conduct business in Alabama, and whose principal place of business is Covington County, Alabama.

4.    Defendant, Auto-Owners Insurance Company, is a corporation, properly licensed and qualified to do business in the State of Alabama, that is itself doing business, for itself and through its agents, in Covington County, Alabama. It is subject to service of process at P.O. Box 244017, Montgomery, Alabama 36124-4017.

5.    Defendant, South Central Agency, Inc., is a domestic corporation, properly licensed to do business in the State of Alabama, that is itself doing business in Covington County, Alabama. It principal place of business is 1831 E Three Notch Street, Andalusia, Alabama 36420-2438.

6.    Fictitious Party Defendants X, Y, and Z, are those individuals, businesses, associations, organizations, corporations, or other entities who or which are described in the caption of the Complaint, and who either caused or contributed to the injuries and/or damages suffered by Plaintiffs. Plaintiffs aver that the identity of the Fictitious Party Defendants are otherwise unknown to the Plaintiffs at this time, or, if their names are known to the Plaintiffs, their identity as proper party Defendants are not known to the Plaintiffs at this time; but their true names will be substituted by amendment to the Complaint when the aforesaid lacking knowledge is ascertained.

7.    This honorable Court has both subject matter jurisdiction over all of the claims presented herein and personal jurisdiction over the parties hereto. Suit over the claims present is therefore proper and lawful in this honorable Court.

FILED IN OFFICE

APR 2 6 2005

Ray A Ross
Clerk

May-10-2006  01:59am   From-                                           T-119  P 011/024  F-298

## COUNT ONE-BREACH OF CONTRACT

8       Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full.

9.      Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

10.     As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory.

11      Around and during the events of Hurricane Ivan, in 2004, the Plaintiff suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property  Plaintiffs also suffered damages to their inventory.

12      The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages under two of the insurance policies maintained by the Plaintiffs

13      As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other similarly related water issues   Lightning damages and water damages are expressly included as a covered damages in the Plaintiff's insurance policies with the Defendants

FILED IN OFFICE

APR 2 6 2005

*Royd A Parson*

AO00077

14    Even so, the Defendants wrongfully refused to cover lightning and/or water damages suffered by the Plaintiffs, even though they had previously paid for such damages under other policies and had previously promised the Plaintiffs that any and all lightning and other water related damages that they suffered would be covered

15.    As a result of the Defendant's Breach of Contract, the Plaintiffs have been severely damaged


WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained.  Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact.

### COUNT TWO-NEGLIGENCE/WANTONNESS

16    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full.

17    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants.

18    As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

FILED IN OFFICE

APR 2 6 2005

Ryal A Parce
CLERK

AO00078

19    Around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property   Plaintiffs also suffered damages to their inventory

20.    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs, under two of the insurance policies maintained by the Plaintiffs

21    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues   Lightning damages and water damages were expressly included as covered damages in the Plaintiff's policies with the Defendants

22    Even so, the Defendants wrongfully refused to cover lightning and/or water damages suffered by the Plaintiffs, even though they had previously paid for such damages under other policies and promised the Plaintiffs previously that any and all lightning damages that they suffered would be covered

23    The Defendants had a duty to the Plaintiffs to properly investigate all claims, to fully and completely investigate all claims in an appropriate fashion, to handle claims in a non-negligent manner, and to pay all  damages as appropriate and required under the specific policies of insurance, et al

24    The Defendants breached the legal duties that they owed to the Plaintiffs, as aforesaid

25    As  a  direct  and  proximate  result  of  the  Defendant's Negligence/Wantonness, the Plaintiffs have been severely damaged.

FILED IN OFFICE

APR 2 6 2005

*Boyd A Prince*
CLERK

AO00079

May-10-2006  01:57am   From-                                    T-119  P 014/024  F-299

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact   Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

### COUNT THREE-BAD FAITH

26    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

27    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

28    As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

29    Around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property   Plaintiffs also suffered damages to their inventory.

May-10-2005  01:67am    From-                                                    T-119   P 015/024   F-299

30     The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

31.     As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues   They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so   They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past

32     The Defendants further refused to pay for lightning damages and water damages even though coverage for such claims are expressly included as a covered damages in the Plaintiff's policies with the Defendants

31.     In their handling of the specific insurance policies in question, the Defendants, in bad-faith, failed to investigate the claims in a timely manner, failed to handle the claims in a competent and appropriate manner, failed to notify the Plaintiffs of their decisions in a timely manner, failed to communicate with the Plaintiffs in a timely manner, and otherwise, exhibited a complete and utter disregard for the obligations that they owed the Plaintiffs

32     As a result of their misconduct, as aforesaid, et al., the Defendants are liable for their bad-faith misconduct

33     As a result of the Defendants misconduct, as aforesaid, et al., the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

May-10-2005 01:57am  From-                                T-119  P 016/024  F-298

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact   Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

## COUNT FOUR-FRAUDULENT INDUCEMENT

34    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

35    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

36    The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

37    The Plaintiffs reasonably and justifiably relied upon the fraudulent misrepresentations of the Defendants and purchased the specific insurance policies in question

FILED IN OFFICE

APR 2 6 2005

*Roy A. Powe*
CLERK

AO00082

38.    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property  Plaintiffs also suffered damages to their inventory

39    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

40    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues  They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so.  They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid.

41    The Defendants fraudulently induced the Plaintiffs to purchase the insurance policies in question, by representing that they would provide coverage as aforesaid

42    As a result of their misconduct, as aforesaid, et al., the Defendants are liable for fraudulent inducement.

43    As a result of the Defendants misconduct, as aforesaid, et al , the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

AO00083

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained  Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact.  Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

## COUNT FIVE-FRAUDULENT CONCEALMENT

44    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

45    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

46 .    The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

47    The Plaintiffs reasonably and justifiably relied upon the fraudulent misrepresentations of the Defendants and purchased the specific insurance policies in question

FILED IN OFFICE

APR 2 8 2005

Roger A Pancack
CLERK

AO00084

May-10-2005  01:57am   From-                                          T-119  P 019/024  F-298

48    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property  Plaintiffs also suffered damages to their inventory

49    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

50    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues  They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so.  They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid

51    The Defendants now claim that the damages suffered by the Plaintiffs are not covered damages under their policy and therefore, the claims of the Plaintiff are not due to be satisfied

52    If the damages of the Plaintiffs are not now covered, as described above and herein, then the Defendants are liable for fraudulently concealing the true terms of the insurance policies in question, fraudulent concealing their intentions and obligations under their policies, and otherwise, fraudulently concealing specific details of the policies in question which would have been completely material to the Plaintiffs if properly disclosed as required

FILED IN OFFICE
APR 2 6 2005
*[signature]*
CLERK

53      As a result of their misconduct, as aforesaid, et al , the Defendants are liable for fraudulent concealment

54      The Plaintiff's justifiably and reasonably relied upon the Defendants, as aforesaid, and said reliance is responsible for the damages suffered by the Plaintiffs

55      As a result of the Defendants misconduct, as aforesaid, et al , the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

WHEREFORE ALL PREMISES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained   Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact   Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

## COUNT SIX-MISREPRESENTATION

56      Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

57      Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

—

AO00086

May-10-2005  01:57am   From-                                          T-119   P 021/024   F-298

58    , The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory.

59    The Plaintiffs reasonably and justifiably relied upon the misrepresentations of the Defendants and purchased the specific insurance policies in question

60    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property  Plaintiffs also suffered damages to their inventory

61.   The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs.

62:'   As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues. They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so  They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid

FILED IN OFFICE

APR 2 6 2005

*Roger A. Powell*
CLERK

AO00087

63.    The Defendants now claim that the damages suffered by the Plaintiffs are not covered damages under their policy and therefore, the claims of the Plaintiffs are not due to be satisfied.

64    If the damages of the Plaintiffs are not now covered, as described above and herein, then the Defendants are liable for misrepresenting the true terms of the insurance policies in question, misrepresenting their intentions and obligations under their policies, and otherwise, misrepresenting specific details of the policies in question which would have been completely material to the Plaintiffs if properly disclosed as required

65    As a result of their misconduct, as aforesaid, et al., the Defendants are liable for misrepresentation

66    The Plaintiff's justifiably and reasonably relied upon the Defendants, as aforesaid, and said reliance is responsible for the damages suffered by the Plaintiffs

67    As a result of the Defendants misconduct, as aforesaid, et al., the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained  Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact  Plaintiff further demand punitive

FILED IN OFFICE

APR 2 6 2005

*Royal A. Penner*
CLERK

AO00088

May-10-2005  01:59am    From-                                    T-119  P 023/024  F-298

damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

### COUNT SEVEN-FICTITIOUS PARTIES

68.    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full.

69    Plaintiffs hereby adopt and reaver all of the above allegations and causes of action against all fictitously pled parties, whose identify is currently unknown to the Plaintiffs  Said fictitous parties will be substituted by amendment upon being ascertained by the Plaintiffs in the ordinary course, as required and necessary

WHEREFORE ALL PREMIES CONSIDEREED, Plaintiffs hereby DEMAND JUDGMENT against all of the fictitously pled Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact    Plaintiff further demand punitive damages of the fictitously pled Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

FILED IN OFFICE

APR 2 6 2005

*Boyd A. Rawer*
                                    CLERK

May-10-2005  01:58am   From-                                   T-119   P 024/024   F-238

## JURY DEMAND

Plaintiffs demand trial by struck jury as to all of the issues in this Complaint so triable

DONE AND SUBMITTED, this the 26 day of April, 2005

ENZOR & ENZOR, Attorneys at Law

BY: _____
Leland Enzor, Jr.
Attorney for the Plaintiffs
Post Office Box 339
Andalusia, Alabama 36420
(334) 222-8177

## PLEASE SERVE DEFENDANTS:

Auto Owners Insurance Company, Inc
Attn: Drew Klasin
5915 Carmichael Road
Montgomery, Alabama 36124-4017

Auto Owners Insurance Company, Inc
Attn: Legal Department
6101 Anacapri Blvd
Lancing, Michigan 48917

South Central Agency, Inc
Defendant, South Central Agency, Inc
1831 E Three Notch Street
Andalusia, Alabama 36420-2438

AO00090

COPY
SERVE ON DEFENDANT

37-4873-04

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

PIONEER SERVICES, INC ,                    )
JIMMY WILLIAMSON, and
KELLY WILLIAMSON,                          )

    PLAINTIFFS,                            )

VS                                         )          CIVIL ACTION NO : CV- 05·110

AUTO OWNERS INSURANCE                      )
COMPANY, INC , a corporation, and
SOUTH CENTRAL AGENCY, INC ,                )
a corporation, and XYZ fictitious
defendants, "X", "Y", and/or "Z"           )
being that person or persons who
caused and/or contributed to the           )
injuries and/or damages suffered
and sustained by the Plaintiffs, whose     )
identity is unknown at this time but will
be added by amendment when such is         )
ascertained, et al ,
                                           )

    DEFENDANTS

SUMMONS - CIVIL

NOTICE TO:    Auto Owners Insurance Company, Inc
            Attn: Drew Klasin
            5915 Carmichael Road
            Montgomery, Alabama 36124-4017

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT :
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS
YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR
WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION
IN THE COMPLAINT WITH THE CLERK OF THIS COURT   A COPY OF YOUR
ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR
ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY __Leland Enzor,
Jr.,__ WHOSE ADDRESS IS __ P. O. Drawer 339, Andalusia, AL   36420__ THIS
ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS
SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER
THINGS DEMANDED IN THE COMPLAINT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED IN OFFICE

APR 2 6 2005

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒    You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant

☐    Service by certified mail of this summons is initiated upon the written request of the State of Alabama pursuant to the Alabama Rules of Civil Procedure

Date   4-26 05        Roger A Powell   By ds
                                   Clerk/Register

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RETURN ON SERVICE:

☐    Return receipt of certified mail received in this office on _____

☐    I certify that I personally delivered a copy of the Summons to _____
                 in _____County, Alabama on
_____ (Date)

_____       _____
Date                                  Server's Signature

_____       _____
Address of Server                        Type of Server

FILED IN OFFICE

APR 2 6 2005

Roger A Powell
CLERK