IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| PIONEER SERVICES, INC., JIMMY WILLIAMSON, and KELLY WILLIAMSON, | ) ) ) | |
| PLAINTIFFS, | ) | |
| Vs | ) | CIVIL ACTION NO : CV- |
| AUTO-OWNERS INSURANCE COMPANY, INC., a corporation, and SOUTH CENTRAL AGENCY, INC., a corporation, and XYZ fictitious defendants, "X", "Y", and/or "Z" being that person or persons who caused and/or contributed to the injuries and/or damages suffered and sustained by the Plaintiffs, whose identity is unknown at this time but will be added by amendment when such is ascertained, et al., | ) ) ) ) ) ) ) ) | FILED IN OFFICE APR 26 2005 _R...l A P...._ CLERK |
| DEFENDANTS | | |

## CIVIL COMPLAINT
## AND DEMAND FOR TRIAL BY JURY

COME NOW THE PLAINTIFFS, and hereby file their Complaint for Damages and Demand for Trial by Jury as to the Defendants, stating as follows:

1    Plaintiff's Complaint is an action for damages for property damage and other injuries suffered by Plaintiff(s) resulting from the acts of the Defendants  The amount in controversy exceeds the jurisdictional minimum of this Court.

2.    Plaintiffs, Jimmy Williamson and Kellie Williamson, are residents and citizens of Covington County, Alabama, and specifically reside at 25083½ Sutton Road, Andalusia, Alabama

AO00093

3    Plaintiff, Pioneer Services, Inc, is a domestic corporation, properly licensed to conduct business in Alabama, and whose principal place of business is Covington County, Alabama

4    Defendant, Auto-Owners Insurance Company, is a corporation, properly licensed and qualified to do business in the State of Alabama, that is itself doing business, for itself and through its agents, in Covington County, Alabama  It is subject to service of process at P O Box 244017, Montgomery, Alabama 36124-4017

5    Defendant, South Central Agency, Inc, is a domestic corporation, properly licensed to do business in the State of Alabama, that is itself doing business in Covington County, Alabama  It principal place of business is 1831 E Three Notch Street, Andalusia, Alabama 36420-2438.

6    Fictitious Party Defendants X, Y, and Z, are those individuals, businesses, associations, organizations, corporations, or other entities who or which are described in the caption of the Complaint, and who either caused or contributed to the injuries and/or damages suffered by Plaintiffs  Plaintiffs aver that the identity of the Fictitious Party Defendants are otherwise unknown to the Plaintiffs at this time, or, if their names are known to the Plaintiffs; their identity as proper party Defendants are not known to the Plaintiffs at this time; but their true names will be substituted by amendment to the Complaint when the aforesaid lacking knowledge is ascertained

7    This honorable Court has both subject matter jurisdiction over all of the claims presented herein and personal jurisdiction over the parties hereto.  Suit over the claims present is therefore proper and lawful in this honorable Court

FILED IN OFFICE

APR 2 8 2005

*[signature]*

## COUNT ONE-BREACH OF CONTRACT

8    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

9    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

10    As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

11.    Around and during the events of Hurricane Ivan, in 2004, the Plaintiff suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property    Plaintiffs also suffered damages to their inventory.

12    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages under two of the insurance policies maintained by the Plaintiffs

13    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other similarly related water issues.   Lightning damages and water damages are expressly included as a covered damages in the Plaintiff's insurance policies with the Defendants

FILED IN OFFICE

APR 2 6 2005

Reupd A Parrow
CLERK

AO00095

14    Even so, the Defendants wrongfully refused to cover lightning and/or water damages suffered by the Plaintiffs, even though they had previously paid for such damages under other policies and had previously promised the Plaintiffs that any and all lightning and other water related damages that they suffered would be covered

15    As a result of the Defendant's Breach of Contract, the Plaintiffs have been severely damaged

WHEREFORE ALL PREMISES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained    Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact:

## COUNT TWO-NEGLIGENCE/WANTONNESS

16    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

17    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

18    As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

FILED IN OFFICE

APR 2 6 2005

*Roger A Powell*
CLERK

AO00096

19    Around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property.  Plaintiffs also suffered damages to their inventory

20    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs, under two of the insurance policies maintained by the Plaintiffs.

21    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues  Lightning damages and water damages were expressly included as covered damages in the Plaintiff's policies with the Defendants

22    Even so, the Defendants wrongfully refused to cover lightning and/or water damages suffered by the Plaintiffs, even though they had previously paid for such damages under other policies and promised the Plaintiffs previously that any and all lightning damages that they suffered would be covered

23    The Defendants had a duty to the Plaintiffs to properly investigate all claims, to fully and completely investigate all claims in an appropriate fashion, to handle claims in a non-negligent manner, and to pay all  damages as appropriate and required under the specific policies of insurance, et al

24    The Defendants breached the legal duties that they owed to the Plaintiffs, as aforesaid

25    As  a  direct  and  proximate  result  of  the  Defendant's Negligence/Wantonness, the Plaintiffs have been severely damaged

FILED IN OFFICE

APR 2 6 2005

*Daniel A. Powell*
, CLERK

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact. Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

### COUNT THREE-BAD FAITH

26. Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

27. Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

28. As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

29. Around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property. Plaintiffs also suffered damages to their inventory

—

30     The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

31.    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues. They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so. They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past

32     The Defendants further refused to pay for lightning damages and water damages even though coverage for such claims are expressly included as a covered damages in the Plaintiff's policies with the Defendants

31     In their handling of the specific insurance policies in question, the Defendants, in bad-faith, failed to investigate the claims in a timely manner, failed to handle the claims in a competent and appropriate manner, failed to notify the Plaintiffs of their decisions in a timely manner, failed to communicate with the Plaintiffs in a timely manner, and otherwise, exhibited a complete and utter disregard for the obligations that they owed the Plaintiffs

32     As a result of their misconduct, as aforesaid, et al., the Defendants are liable for their bad-faith misconduct

33     As a result of the Defendants misconduct, as aforesaid, et al., the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

AO00099

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact. Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

### COUNT FOUR-FRAUDULENT INDUCEMENT

34    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full.

35    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants.

36    The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory.

37    The Plaintiffs reasonably and justifiably relied upon the fraudulent misrepresentations of the Defendants and purchased the specific insurance policies in question.

FILED IN OFFICE

APR 2 6 2005

*Roger A. Powell*
CLERK

AO00100

38.    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property. Plaintiffs also suffered damages to their inventory.

39    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs.

40    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues. They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so. They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid.

41    The Defendants fraudulently induced the Plaintiffs to purchase the insurance policies in question, by representing that they would provide coverage as aforesaid.

42    As a result of their misconduct, as aforesaid, et al, the Defendants are liable for fraudulent inducement.

43    As a result of the Defendants misconduct, as aforesaid, et al., the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish.

AO00101

WHEREFORE ALL PREMISES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact. Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

## COUNT FIVE-FRAUDULENT CONCEALMENT

44    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set out and reavered herein in full

45    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

46    The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory.

47    The Plaintiffs reasonably and justifiably relied upon the fraudulent misrepresentations of the Defendants and purchased the specific insurance policies in question

FILED IN OFFICE

APR 2 6 2005

*Roger A. Pannell*
CLERK

AO00102

48    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property   Plaintiffs also suffered damages to their inventory

49    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

50    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues   They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so   They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid

51    The Defendants now claim that the damages suffered by the Plaintiffs are not covered damages under their policy and therefore, the claims of the Plaintiff are not due to be satisfied

52    If the damages of the Plaintiffs are not now covered, as described above and herein, then the Defendants are liable for fraudulently concealing the true terms of the insurance policies in question, fraudulent concealing their intentions and obligations under their policies, and otherwise, fraudulently concealing specific details of the policies in question which would have been completely material to the Plaintiffs if properly disclosed as required

FILED IN OFFICE

APR 2 6 2005

*Ray A Pearce*
CLERK

AO00103

53    As a result of their misconduct, as aforesaid, et al, the Defendants are liable for fraudulent concealment

54    The Plaintiff's justifiably and reasonably relied upon the Defendants, as aforesaid, and said reliance is responsible for the damages suffered by the Plaintiffs

55    As a result of the Defendants misconduct, as aforesaid, et al, the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained    Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact    Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

## COUNT SIX-MISREPRESENTATION

56    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set out and reavered herein in full

57    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

AO00104

58    , The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

59    The Plaintiffs reasonably and justifiably relied upon the misrepresentations of the Defendants and purchased the specific insurance policies in question

60    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property.  Plaintiffs also suffered damages to their inventory

61    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

62.    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues  They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so  They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid

FILED IN OFFICE

APR 2 6 2005

*Raymond A. Parmich*
CLERK

AO00105

63    The Defendants now claim that the damages suffered by the Plaintiffs are not covered damages under their policy and therefore, the claims of the Plaintiffs are not due to be satisfied

64    If the damages of the Plaintiffs are not now covered, as described above and herein, then the Defendants are liable for misrepresenting the true terms of the insurance policies in question, misrepresenting their intentions and obligations under their policies, and otherwise, misrepresenting specific details of the policies in question which would have been completely material to the Plaintiffs if properly disclosed as required

65    As a result of their misconduct, as aforesaid, et al , the Defendants are liable for misrepresentation

66    The Plaintiff's justifiably and reasonably relied upon the Defendants, as aforesaid, and said reliance is responsible for the damages suffered by the Plaintiffs

67    As a result of the Defendants misconduct, as aforesaid, et al , the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

WHEREFORE ALL PREMISES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained  Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact   Plaintiff further demand punitive

FILED IN OFFICE

APR 2 6 2005

*Ringof A. Powell*
CLERK

damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

### COUNT SEVEN-FICTITOUS PARTIES

68    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

69    Plaintiffs hereby adopt and reaver all of the above allegations and causes of action against all fictitously pled parties, whose identify is currently unknown to the Plaintiffs  Said fictitous parties will be substituted by amendment upon being ascertained by the Plaintiffs in the ordinary course, as required and necessary

WHEREFORE ALL PREMIES CONSIDEREED, Plaintiffs hereby DEMAND JUDGMENT against all of the fictitously pled Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained  Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact    Plaintiff further demand punitive damages of the fictitously pled Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

FILED IN OFFICE

APR 2 6 2005

Roger A. Premier
CLERK

AO00107

<u>JURY DEMAND</u>

Plaintiffs demand trial by struck jury as to all of the issues in this Complaint so triable

DONE AND SUBMITTED, this the 26 day of April , 2005

ENZOR & ENZOR, Attorneys at Law

BY: _____

Leland Enzor, Jr.
Attorney for the Plaintiffs
Post Office Box 339
Andalusia, Alabama 36420
(334) 222-8177

<u>PLEASE SERVE DEFENDANTS:</u>

Auto Owners Insurance Company, Inc
Attn: Drew Klasin
5915 Carmichael Road
Montgomery, Alabama 36124-4017

Auto Owners Insurance Company, Inc
Attn: Legal Department
6101 Anacapri Blvd
Lancing, Michigan 48917

South Central Agency, Inc
Defendant, South Central Agency, Inc
1831 E Three Notch Street
Andalusia, Alabama 36420-2438

AO00108

# *Auto-Owners Insurance*

### Inter-Office and Agency Communication

**DATE:**    December 21, 2004

**TO:**    Home Office Claims

**FROM:**    Bill Reaves - Montgomery Claims

**RE:**    37-4873-04

Insured:

The insured is Pioneer Telephone Services in Andalusia, AL. The date of loss is 9-16-04 (Hurricane Ivan). They are insured under policy 38-525851 with effective dates of 6-16-04 to 6-16-05. The insureds business is installing commercial telephone systems

Risk:

The risk is located at 1833 & 1835 E. Three Notch St. In Andalusia, AL. The insured occupies one building and leases the other building to some other small businesses

Loss:

Due to the hurricane, both buildings sustained wind damage. There was flashing that was blown off the roof edge and allowed water to enter the building. GAB has written an estimate for replacement cost on location 1 at $10,401.16 and location 2 at $2,206.76. I have sent a letter to the insured to contact me about settling this portion of the claim that is not disputed

On November 8, we were at the agency and were handed several invoices that the insured had left for me. These invoices were for the personal property and inventory that was claimed damaged. The insured advised that his phone system had been damaged by lightning and had already been replaced. He enclosed a lightning affidavit that he wrote himself. This portion of the claim amounted to $21,575.72. He also claimed that inventory was in the back store room and was damaged by water. This portion totaled $34,915.53.

We met with the insured on 11-15-04 and inspected the loss. The building where the storage room was did have water damage to the ceiling. The inventory he claims was damaged was on wooden shelves under the area where the leak occurred. We asked to see the damaged inventory and the old phone system and were told that he had taken it to his house and put in the shed. We followed the insured to his residence and inspected the alleged damaged property. The inventory mostly consisted of boards that are installed in a phone system that resembled something like a motherboard on a

2426 (07-00) WordPro

AO00109

computer. Several of the boxes appeared to have slight water stains on them but the boards inside were in heavy plastic bags and packed in foam. I could not verify any damage to the inventory. Other items were what appeared to be old computer monitors and computer parts and we did not see any visible water damage. As to the phone system, I saw what the insured said was the phone system but was unable to identify any internal lightning damage. I advised the insured that he was not to get rid of any of the damaged property as we may want to reinspect the damages and there was a possibility of salvage value

I contacted Larry Dewberry of Franklin Engineering on December 9 to go and inspect the damaged property and give his opinion on whether there was lightning damage and water damage. He called me back on December 16, 2004 after he had contacted the insured to inform me that the insured had thrown all the property away and no longer had the property. It was Mr. Dewberry's understanding that the insureds agent had advised him that he could dispose of the property. We have not yet verified that with the insured

I plan to get a statement from the insured when he calls about the building damages and what the agent told him. At this time, I have no way of verifying the damages to the personal property. In the letter to the insured I advised him that we appreciated his professional opinion as to the damages to his property but felt it was a conflict of interest to write his own lightning affidavit. I have requested that he provide us with outside documentation of the damages to support his claim

Settlement:

I will plan to go ahead and settle the building damage as I do not dispute those damages. Please advise if you have any thoughts to the personal property claim

Bill Reaves

AO00110

## ADDITIONAL CONTACT RECORD

File #:

| Date | With Whom | Discussion |
|------|-----------|------------|
| 1-27-05 | | Spoke with Cindy Jones - We will deny the damaged stock that the insured threw away. She and I both agreed to run a lighting strike for the damages claimed to be hit by lightning. |
| 1-31-05 | | Spoke to Dwed - Not sure when lighting strike occured. Sometime after he left on 4-15-04. Ordered lighting strike |
| 2-3-05 | | Recd lighting strike data - No lighting detected during the storm. Can't deny both for lighting claim along with denying the inventory claim that claimed threw away - Recd ok via email from Cindy Jones. Writing on comper weather lighting damage. |
| 2-7-05 | | Paid Comper Weather $1,175.00. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

18207 (9-92)

AO00111

CONTACT RECORD          1833 A   E. Three Notch St.

| Date | With Whom | Discussion |
|---|---|---|
| 11-11-04 | | Baker says they called Insured and Insured told them it was already looked at. |
| 11-15-04 | | Left msg for Insured to call. |
| 11-16-04 | | Met with Insured. Says Part of Roof Blow up - Says telephone sys components in Back Storage Room got wet. Also claims the phone sys in Bldg was struck by lightning. He will furnish Breakdown of components including Invoice Prices. |
| 12-9-04 | | Assigned to Larry Dewberry. |
| 12-16-04 | | Larry Dewberry called - stated Insured had disposed of property - stated the Agent told them to. |
| 12-30-04 | | Set letter to Insured Set Agent to Home Office |
| 1-11 | | Reviewed GAB Summary List to Rely Review bids, discussed w/ Kathy May, most work done Rebuilt up front w/ Advanced Agents form, will leave open for Damaged Property Rel GAB |

RESERVES-SHOW COVERAGE CODE, LOSS CAUSE

| COVERAGE CODE | AMOUNT | CLAIM REP. | CLAIM NO. | CLAIM NO. |
|---|---|---|---|---|
| MPFJ | 25,000.00 | | | |
| MPAP 33 | 25,000.00 | | | |

CHARGEABLE ☐ Yes    ☐ No
☐ Yes   does not affect Merit Rating · Mich Only
Controllable ☐ Yes    ☐ No

1
18493 (9-03)

Over For Closing Check List

AO00112

SEP 17 2004 10:20AM  HP LASERJET 3200                                    P.3

PIONEER TELEPHONE SERVICES INC     CATAS1/SEQ NUM 038/020821

**Catastrophe Loss Notice**
PAGE 1 OF 2

| | |
|---|---|
| **A G E N C Y** | SOUTH CENTRAL AGENCY INC<br>PO BOX 548<br>ANDALUSIA AL 36420-0548<br>Policy Number: 034617  38 525851<br>Term: 06/16/2004  06/16/2005 | AUTO-OWNERS INS CO.<br>Agency Number: 17-0557-00<br>Loss Cause: 23 |

*Auto-Owners Insurance*
Life Home Car Business

| | |
|---|---|
| **I N S U R E D** | PIONEER TELEPHONE SERVICES INC<br>PO BOX 1606<br>ANDALUSIA, AL 36420-1227 |

**When and Where can the insured be contacted?**
Residence Phone: (  )   -
Business Phone: (334 )_22 2_ 8777
Other Information: _Roof damage, Water_
_damage to the inside._
_Antenna's broken off._

| | |
|---|---|
| **L O S S** | HURRICANE IVAN<br>**Loss Date: 09/16/2004** |

37-4873-04

Policy Locations Follow

**1833 E THREE NOTCH ST**
**ANDALUSIA, AL  36420-2438**

| | |
|---|---|
| Building Damage is: | ( ) None  ( ) Light  (X) Medium  ( ) Heavy  ( ) Total Loss |
| Contents Damage is: | ( ) None  ( ) Light  (X) Medium  ( ) Heavy  ( ) Total Loss |

TAILORED PROTECTION POLICY (TPP) - OFFICE

| LOC | BLDG | SUBJECT OF INS | AMOUNT | % CO INS | COV AND/OR DESC OF PROPERTY |
|---|---|---|---|---|---|
| 00001 | 0001 | BUILDING | 259,500 | 80 | DED  $500 |
| 00001 | 0001 | PERSONAL PROP | 76,950 | 80 | DED  $500 |
| 00001 | 0001 | | | | |
| 00001 | 0001 | | | | |

Subject to Form Numbers:
IL0017 (11-85) 59351  (02-03) IL0003 (11-85) IL0190 (03-97) CP0145 (12-00) CP0090 (07-88) CP0010 (10-91)
CP1030 (10-91)

| SPEC WIND & HAIL  Deductible<br>FIXED  $500 | Deductible Other Perils<br>Fixed  $500 | Deductible Miscellaneous |
|---|---|---|

Mortgagee:
COVINGTON COUNTY BANK
P O BOX 518
ANDALUSIA, AL  36420

AO00113

SEP 17 2004 10:20AM   HP LASERJET 3200

P 4

PIONEER TELEPHONE SERVICES INC       CATAST/SEQ NUM 038/020821

**Catastrophe Loss Notice**
PAGE 2 OF 2

**1835 E THREE NOTCH ST**
**ANDALUSIA, AL 36420-2438**

Building Damage is:     ( ) None   ( ) Light   (X) Medium   ( ) Heavy   ( ) Total Loss
Contents Damage is:     ( ) None   ( ) Light   (X) Medium   ( ) Heavy   ( ) Total Loss

TAILORED PROTECTION POLICY (TPP) - OFFICE

| LOC | BLDG | SUBJECT OF INS | AMOUNT | % CO INS | COV AND/OR DESC OF PROPERTY |
|-----|------|----------------|--------|----------|------------------------------|
| 00002 | 0001 | BUILDING | 207,600 | 80 | REPLACEMENT COST DED $500 |
| 00002 | 0001 | | | | |
| 00002 | 0001 | | | | |
| 00002 | 0001 | | | | |

Subject to Form Numbers:
IL0017 (11-85) 59351 (02-03) IL0003 (11-85) IL0190 (03-07) CP0145 (12-00) CP0090 (07-88) CP0010 (10-91)
CP1030 (10-91)

| SPEC WIND & HAIL Deductible FIXED $500 | Deductible Other Perils Fixed $500 | Deductible Miscellaneous |
|---|---|---|

Mortgagee:
COVINGTON COUNTY BANK
P O BOX 518
ANDALUSIA, AL 36420

Does the insured have a flood loss: ( ) Yes  ( ) No  Flood Insurer _____

Additional Comments: _____

_____

_____

_____

_____

_____

_____

_____

Date  9/17/04                Reported:  Ashley Sasser

AO00114

Today's Date:  02/02/2005
ORIGINAL MAILED:  01/31/2005

**COMPU-WEATHER**
2566 Route 52
Hopewell Junction, NY 12533

Compu-Weather-A service of:
Customized Meteorological Evaluations LTD
Federal ID # 14-1779328

## INVOICE

Bill Reaves
Auto-Owners Group
P O Box 244017

Montgomery, AL 36124-4016

| | |
|---|---|
| Invoice | CM0028912 |
| Invoice Date | 01/31/2005 |
| Invoice Due: | 02/15/2005 |
| Customer Code: | A33402 |
| Terms | Upon Receipt |

GAI/Data/NOFF                                                             175 00
  37-4873-04
  9/15/04  9/17/04     37-4873-04
  Andalusia, AL (1833 E Three Notch St ; 36421-2438)
                                                                    0 00
                                                                    0 00
                                                                    0 00
                                                                    0 00
                                                                    0 00
Shipping & Handling

  Ensure proper credit  Please include invoice #     CM0028912          on your remittance

  Your primary ID # is     A33402

SAVE TIME - - - - PAY BY CREDIT CARD - - - FILL out the information below and fax it to 845-227-7763

Name:_____ Address:_____
Card Number:_____ Type:   MC    Visa    AX    Discover
Signature_____Expiration Date:_____

  -Electronic fund transfers are also accepted   Call 845 226 8300 for details

Orderrep:  PCR        *Total amount due:*              *175.00*

### Your business is greatly appreciated.  Thank you!

If you have any questions concerning this invoice, please call accounting at 845-226 8300

AO00115

STRIKEnet Report 78828

| Reference: | ai09172004ff | Start Time | 09/15/2004 16:00:00 EDT |
| Ordered by: | Compu-Weather Inc | End Time | 09/17/2004 15:59:59 EDT |
| | Compu-Weather Inc | Center Latitude | 31 3242 |
| | 2566 Route 52 | | |
| | Hopewell Jct , NY 12533 USA | Center Longitude | -86 4625 |
| | | Location | 1833 East Three Notch Street Andalusia AL 36421 2438 US |
| | | Search Radius | 5 00 mi |

Lightning WAS NOT detected within the search area and time span

AO00116

CLAIMS PAYMENT AUTHORIZATION / **RESERVE CHANGE**

CLAIM NUMBER __37- 4823-04__

REOPEN/CHANGE _____     RESERVE TO $ _____

OPEN NEW _____     RESERVE TO $ _____

TOTAL AMOUNT OF DRAFT $ __175.00__     ☑ LAE PMT     ☑ IRS# __141229328__

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

☐ CLOSE COVERAGE     ☑ CLOSE FILE     ☐ CLOSE ADD'L COV'S _____

PAY TO:

☐ INSURED     ☑ IRS# _____     ☐ AGENT     ☐ CLAIMANT # _____     ☐ BUSN # _____

PAYEE __Compu - Weather__

MAIL TO:     ATTACHMENTS GO WITH DRAFT     ☑ YES __Copy of Invoice__     ☐ NO

☐ INSURED     ☐ IRS# _____     ☐ AGENT     ☐ CLAIMANT # _____     ☐ BUSN # _____

OTHER __2566  Route  52__

__Hopewell  Junction  N Y  12533__

(FOR PA, PIP, WC, ONLY:) FROM MO _____ DAY _____ YR _____ to MO _____ DAY _____ YR _____

IN PAYMENT OF (DETAIL PRINTS ON THE DRAFT) __Invoice # CM0028912__

ADDITIONAL COMMENTS (PRINTS ON THE DRAFT STUB) (YOU MAY INCLUDE ACCOUNT #'S INVOICE #'S ETC )

AUTHORIZED __Bill Press__     DATE _____

INDICATORS     ☐ SUBRO     ☐ CONTROLLABLE     ☐ CHARGEABLE     ☐ SEAT BELT IND
                              ☐ UNCONTROLLABLE     ☐ NON-CHARGEABLE

HOLD CLOSED FILE FOR (MARKOVER TYPE)

☐ SUBROGATION     ☐ RELEASE/PROOF     ☐ DISMISSAL     ☐ POLICE REPORT     ☐ OTHER

1836 (8-04)

AO00117

FEB 02 2005 1:31PM    HP LASERJET 3200                          P 1

# FAX COVER SHEET

TO: Bill Reaves

DATE: 2-2-05

FAX # 334-271-0481

RE: 37-4873-04

# PAGES INCLUDING COVER: 3

FROM: PATRICIA ROBERTSON
COMPU-WEATHER, INC.
800-343-4567 ext. 1215
FAX: 800-825-4441

COMMENTS:

AO00118

FEB 02 2005 1:31PM    HP LASERJET 3200                          P 2

### STRIKEnet Report 78828

| | | | |
|---|---|---|---|
| Reference: | al09172004ff | Start Time | 09/15/2004 16:00:00 EDT |
| Ordered by: | Compu-Weather Inc | End Time | 09/17/2004 15:59:59 EDT |
| | Compu-Weather Inc | Center Latitude | 31 3242 |
| | 2566 Route 52 | Center Longitude | -86.4625 |
| | Hopewell Jct , NY 12533 USA | Location | 1833 East Three Notch Street Andalusia AL 36421-2438 US |
| | | Search Radius | 5 00 mi |

Lightning WAS NOT detected within the search area and time span.

AO00119

FEB 02 2005 1:31PM   HP LASERJET 3200                          P.3

## STRIKEnet Report 78828

| Reference: | aI09172004ff | Start Time | 09/15/2004 16:00:00 EDT |
| Ordered by: | Compu-Weather Inc | End Time | 09/17/2004 15:59:59 EDT |
| | Compu-Weather Inc | Center Latitude | 31 3242 |
| | 2566 Route 52 | Center Longitude | -86 4625 |
| | Hopewell Jct , NY 12533 USA | Location | 1833 East Three Notch Street Andalusia AL 36421-2488 US |
| | | Search Radius | 5 00 mi |

| Date/Time | Latitude | Longitude | kA | Bearing | Range |
|-----------|----------|-----------|-----|---------|-------|

No strikes detected within the search area.

Compu-Weather-A service of
Customized Meteorological Evaluations LTD
Federal ID # 11-1776328

**COMPU-WEATHER**
2566 Route 52
Hopewell Junction, NY 12533

## INVOICE

Bill Recipient
Auto Cruises Group
P.O. Box 244017

Montgomery AL 36124-4016

| | |
|---|---|
| Invoice | CM0028912 |
| Invoice Date | 01/31/2005 |
| Invoice Due | 02/15/2005 |
| Customer Code | A33402 |
| Terms | Upon Receipt |

CAI/Data/NOPS                                                    175.00
  37 4873 04
  9-15-04  9/17/04    37 4873 04
  Andalusia  Al  1633 E Three Notch St  36421-2436

                                                                    0.00
                                                                    0.00
                                                                    0.00
                                                                    0.00
                                                                    0.00

Shipping & Handling

*** YOUR ORDER IS IN PROCESS AND WILL ARRIVE UNDER SEPARATE COVER ***
ENSURE PROPER CREDIT PLEASE INCLUDE INVOICE  CMO028912      ON YOUR REMITTANCE ***

SAVE TIME - Pay by credit card - Fill out the information below and fax it to 845-227-7763

Name _____  Address _____
Card Number _____ Type  MC  Visa  AX  Discover
Signature _____  Expiration date: _____

Electronic transfers are also accepted  Call 845-226-8300 for details

Orderrep    PCR       *Total amount due:*                175.00

**Your business is greatly appreciated.  Thank you!**

If you have any questions concerning this invoice, please call accounting at 845-226-8300

FEB 0   2005

AO00121

# Compu-Weather Experts

2566 Route 52, Hopewell Junction, NY  12533                    (800) 825-4445
experts@compu-weather.com / www.compu-weather.com         Fax:  (800) 825-4441

SAVE TIME, MONEY AND AGGRAVATION!

WE'RE PLEASED TO ANNOUNCE THAT WE NOW OFFER ELECTRONIC
INVOICING AND ELECTRONIC BILL PAYMENT! NO NEED TO DEAL WITH
UNTIMELY MAIL DELIVERIES OR EXCESS PAPER ANY MORE!

YOU MAY NOW MAKE SECURE AND SAFE PAYMENT ON OUR INVOICES,
DIRECTLY THROUGH YOUR COMPANY BANK ACCOUNT, OR, IF YOU
PREFER, ANY AUTHORIZED MAJOR CREDIT CARD.  THIS WILL SAVE YOU
AND YOUR DEPARTMENT COLLEAGUES VALUABLE PROCESSING TIME AND
ELIMINATE ADDITIONAL PAPER.

THERE IS NO FEE FOR STREAMLINING THE INVOICING AND PAYMENT
PROCESS.  IT'S EASY TO GET STARTED.  JUST CONTACT ME TODAY TO SET
UP ELECTRONIC INVOICING AND/OR ELECTRONIC BILL PAYMENT.

THANKS!


Tony Russ
Finance Manager
845-226-8300 extension 1500
EMAIL : truss@fleetweather.com

AO00122

2

| Qty | Item Description | Part # |
|---|---|---|
| 27 | Executive Speakerphone | 1414-08 |
| Qty | Item Description | Part # |
| 12 | Enhanced Speakerphone | 1412-08 |
| Qty | Item Description | Part # |
| 1 | BKSU (Basic KSU) | SP4000-00 |
| Qty | Item Description | Part # |
| 1 | DCU | SP4074-00 |
| Qty | Item Description | Part # |
| 7 | KIB Board | SP4032-00 |
| Qty | Item Description | Part # |
| 1 | COB Board | SP4031-00 |
| Qty | Item Description | Part # |
| 1 | CPB | SP4030-00 |
| Qty | Item Description | Part # |
| 1 | SIB Board | SP4033-00 |
| Qty | Item Description | Part # |
| 1 | APL | SP4035 00 |
| Qty | Item Description | Part # |
| 9 | GLX 12 KSU | 612 1000 |
| Qty | Item Description | Part # |
| 22 | GI X Std  Keyset | 612 3201 |
| Qty | Item Description | Part # |
| 1 | Comdial 616 KSU | CD616 |
| Qty | Item Description | Part # |
| 1 | Comdial DSS | DCDSS |
| Qty | Item Description | Part # |
| 17 | Comdial Keyset | 6600E |
| Qty | Item Description | Part # |
| 6 | Comdial Keyset | 6714X-PG |

AO00123

3

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 13 | Comdial Keyset | 6714V-PG |
| Qty | Item Description | Part # |
| 9 | Comdial Keyset | 6614E-PG |
| Qty | Item Description | Part # |
| 1 | Comdial Keyset | 6614I-PG |
| Qty | Item Description | Part # |
| 1 | Comdial Keyset | 6714S |
| Qty | Item Description | Part # |
| 1 | Comdial 820 KSU | CD820 |
| Qty | Item Description | Part # |
| 1 | E80PT KSU | E80 |
| Qty | Item Description | Part # |
| 2 | Station Card | M0016 |
| Qty. | Item Description | Part # |
| 1 | Comdial 2-Port OPX | CDOPX |
| Qty | Item Description | Part # |
| 4 | Comdial Keyset | 6706X-PG |
| Qty | Item Description | Part # |
| 1 | Comdial Keyset | 6702X-PG |
| Qty | Item Description | Part # |
| 2 | Comdial Keyset | 6714FB |
| Qty | Item Description | Part # |
| 1 | Comdial Keyset | 6620PB |
| Qty | Item Description | Part # |
| 1 | Comdial Handset | W3KMEM95-57 |
| Qty | Item Description | Part # |
| 3 | Omega PCB Board | PCB |
| Qty | Item Description | Part # |
| 1 | Omega ANA Card | ANA |

4

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 2 | Omega ICM Card | ICM |
| Qty | Item Description | Part # |
| 6 | Omega XPS-1 Card | XPS-1 |
| Qty | Item Description | Part # |
| 5 | Omega SUB Card | SUB |
| Qty | Item Description | Part # |
| 2 | Omega COT Card | COT |
| Qty | Item Description | Part # |
| 1 | Omega CPU Card | CPU |
| Qty | Item Description | Part # |
| 1 | Omega Keyset | 816/2460 |
| Qty | Item Description | Part # |
| 7 | Tie Keyset | 60025 |
| Qty | Item Description | Part # |
| 5 | Tie Key Service Unit | 60001 |
| Qty | Item Description | Part # |
| 2 | 4 Ckt C O Line Card | 60002 |
| Qty | Item Description | Part # |
| 1 | Tie 1 Port CO Module | 60010 |
| Qty | Item Description | Part # |
| 8 | Handset | Thandset |
| Qty | Item Description | Part # |
| 1 | Tel-Plus 1648DCDC Converter | TP1648DCDC |
| Qty | Item Description | Part # |
| 6 | Tel-Plus Handset | TPhandset |
| Qty | Item Description | Part # |
| 1 | Tel-Plus Power Supply | TP1648PS |
| Qty | Item Description | Part # |
| 2 | Tel-Plus SIB Card | TP1648SIB |

AO00125

5

| Qty | Item Description | Part # |
|-----|-----------------|--------|
| 3 | Tel-Plus KIB Card | TP1648KIB |
| Qty | Item Description | Part # |
| 2 | Tel-Plus COB Card | TP1648COB |
| Qty | Item Description | Part # |
| 1 | Tel-Plus CNB Card | TP1648CNB |
| Qty | Item Description | Part # |
| 1 | Tel-Plus TNB Card | TP1648TNB |
| Qty | Item Description | Part # |
| 1 | Tel-Plus SCB Card | TP1648SCB |
| Qty | Item Description | Part # |
| 2 | Tel-Plus 816 Program Module | TP816PM |
| Qty | Item Description | Part # |
| 6 | Tel-Plus 1648 Keyset | TP1648 |
| Qty | Item Description | Part # |
| 1 | Tel-Plus 1648 DSS | TP1648DSS |
| Qty | Item Description | Part # |
| 5 | ATT 24 Button Keyset | ATT-24 |
| Qty | Item Description | Part # |
| 1 | Merlin 308 KSU | ATTML308 |
| Qty | Item Description | Part # |
| 1 | ATT Power Supply | ACS704A |
| Qty | Item Description | Part # |
| 1 | ATT Spirit Exp 616 KSU | ATTSP616 |
| Qty | Item Description | Part # |
| 3 | ATT Surge Protector | ATTSP |
| Qty | Item Description | Part # |
| 2 | ATT AC Protector | ATTACP |

AO00126

6

Belonging to:  Pioneer Telephone Services, Inc

I further certify that to the best of my knowledge the above described property was damaged by water because of damage done to the printed circuit boards in the above equipment

*K. Mac Bracewell, by SWP*

K. Mac Bracewell
Tel-Com Services, Inc

# Quotation

Tel-Com Services, Inc
1833A East Three Notch Street
P O Box 1606
Andalusia, AL 36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
1

**Quoted to:**
Pioneer Telephone Services, In
P O Box 1606
Andalusia, AL 36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | Equipment in warehouse that was | | |
| | | water damaged by Ivan's storms | | |
| 1 00 | SX50 | Mitel Cabinet | 375 00 | 375 00 |
| 1 00 | SX50PS | Mitel SX50 Power Supply | 325 00 | 325 00 |
| 1 00 | 9102-018-000 | Mitel Console | 375.00 | 375 00 |
| 1 00 | 9110-211-000 | Mitel 4 Irk. Circuit Card | 175 00 | 175 00 |
| 2 00 | 9104-020-001SA | Mitel 16 CI Station Card | 559 00 | 1 118 00 |
| 1 00 | NSCICS | Norstar CICS KSU | 300 00 | 300 00 |
| 13 00 | T7100B | Norstar Single Line B | 89 00 | 1,157 00 |
| 2 00 | T7100 | Norstar Single Line P | 89 00 | 178 00 |
| 7 00 | T7208B | 8-Button Keyset w/display Blk | 105 00 | 735 00 |
| 6 00 | T7316B | 16-Button Keyset w/display Blk | 129.00 | 774 00 |
| 20 00 | 2831-00 | 4x8 CO Key Station Board | 175 00 | 3,500 00 |
| 1 00 | 2830-16 | CPU/VCM Processor | 225 00 | 225 00 |
| 27 00 | 1414-08 | Executive Speakerphone w/displ | 135 00 | 3,645 00 |
| 12 00 | 1412-08 | Enhanced Speakerphone | 109.00 | 1,308 00 |
| 1 00 | SP4000-00 | BKSU (Basic KSU) | 1,499 00 | 1,499 00 |
| 1 00 | SP4074-00 | DCU | | |
| 1 00 | SP4032-00 | KIB Board | | |
| 1 00 | SP4031-00 | COB Board | | |
| 1 00 | SP4030-00 | CPB Board | | |
| 1 00 | SP4033-00 | SIB Board | | |
| 1 00 | SP4035-00 | APL | | |
| 6 00 | SP4032-00 | KIB Board | 139 00 | 834 00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00128

# Quotation

Iel-Com Services, Inc
1833A East Three Notch Street
P O Box 1606
Andalusia, AL  36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
2

Quoted to:
Pioneer Telephone Services, In
P O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9  00 | 612 1000 | GLX-12 KSU | 250 00 | 2,250 00 |
| 22 00 | 613 3201 | GLX Std  Keyset | 150 00 | 3,300 00 |
| 1 00 | CD616 | Comdial 616 KSU | 400 00 | 400 00 |
| 1 00 | CDDSS | Comdial DSS | 100 00 | 100 00 |
| 17 00 | 6600E | Comdial Keyset | 139.00 | 2,363 00 |
| 6 00 | 6714-X | Comdial Keyset | 70 00 | 420 00 |
| 13 00 | 6714V-PG | Comdial Keyset | 70 00 | 910 00 |
| 9 00 | 6614E-PG | Comdial Keyset | 95 00 | 855 00 |
| 1 00 | 6614I-PG | Comdial Keyset | 120 00 | 120 00 |
| 1 00 | 6714S | Comdial Keyset | 95.00 | 95 00 |
| 1 00 | CD820 | Comdial 820 KSU | 425 00 | 425 00 |
| 1 00 | E80 | E80PI KSU | 250 00 | 250 00 |
| 2 00 | M0016 | Station Card | 175.00 | 350 00 |
| 1 00 | CDOPX | Comdial 2-Port OPX | 200 00 | 200 00 |
| 4 00 | 6706X-PG | Comdial Keyset | 112 00 | 448 00 |
| 1 00 | 6702X-PG | Comdial Keyset | 112 00 | 112 00 |
| 2 00 | 6714FB | Comdial Keyset | 123 50 | 247 00 |
| 1 00 | 6620PB | Comdial Keyset | 100 00 | 100 00 |
| 1 00 | W3KMEM95-57 | Comdial Handset | 15 17 | 15 17 |
| 3 00 | PCB | Omega PCB Board | 45 00 | 135 00 |
| 1 00 | ANA | Omega ANA Card | 45 00 | 45 00 |
| 2 00 | ICM | Omega ICM Card | 45 00 | 90 00 |
| 6 00 | XPS | Omega XPS-1 Card | 45.00 | 270 00 |
| 5 00 | SUB | Omega III Sub Kset Int Card | 45 00 | 225 00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00129

# Quotation

Tel-Com Services, Inc
1833A East Three Notch Street
P O Box 1606
Andalusia, AL 36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
3

Quoted to:
Pioneez Telephone Services, In
P O Box 1606
Andalusia, AL 36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| PG01 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2 00 | COT | Omega COT Card | 45 00 | 90 00 |
| 1 00 | CPU | Omega CPU Card | 45 00 | 45 00 |
| 1 00 | 816/2460 | Omega Keyset | 65 00 | 65 00 |
| 7 00 | 60025 | Tie Keyset | 59 00 | 413 00 |
| 5 00 | 60001 | Tie Key Service Unit | 85 00 | 425 00 |
| 2 00 | 60002 | 4 Ckt C O Line Card | 70 00 | 140 00 |
| 1 00 | 60010 | Tie 1-Port C O Module | 40 00 | 40 00 |
| 8 00 | THandset | Tie Handset | 15 17 | 121 36 |
| 1 00 | TP1648DCDC | Tel-Plus 1648 DCDC Converter | 225 00 | 225 00 |
| 6 00 | TPHandset | Tel-Plus Handset | 22 50 | 135 00 |
| 1 00 | TP1648PS | Tel-Plus Power Supply | 45 00 | 45 00 |
| 2 00 | TP1648SIB | Tel-Plus 1648 SIB Card | 135 00 | 270 00 |
| 3 00 | TP1648KIB | Tel-Plus 1648 KIB Card | 195 00 | 585 00 |
| 2 00 | TP1648COB | Tel-Plus 1648 COB Card | 135 00 | 270 00 |
| 1 00 | TP1648CNB | Tel-Plus 1648 Keyset SM LCD | 120 00 | 120 00 |
| 1 00 | TP1648TNB | Tel-Plus 1648 INB Card | 125 00 | 125 00 |
| 1 00 | TP1648SCB | Tel-Plus 1648 SCB Card | 175 00 | 175 00 |
| 2 00 | TP816PM | Tel-Plus 816 Program Module | 25 00 | 50 00 |
| 6 00 | TP1648 | Tel Plus 1648 Keyset Sm LCD | 71 50 | 429 00 |
| 1 00 | TP1648DSS | Tel-Plus 1648 DSS | 125 00 | 125 00 |
| 5 00 | ATT-24 | ATT 24-Button Keyset | 85 00 | 425 00 |
| 1 00 | ATTML308 | ATT Merlin 308 KSU | 99 00 | 99 00 |
| 1 00 | ACS704A | ATT Power Supply | 25 00 | 25 00 |
| 1 00 | ATISP616 | ATT Spirit Exp 616 KSU | 150 00 | 150 00 |
| | | | Subtotal | Continued |
| | | | Sales Tax | Continued |
| | | | Total | Continued |

AO00130

# Quotation

Iel-Com Services, Inc
1833A East Three Notch Street
P O  Box 1606
Andalusia. AL  36420 1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
4

Quoted to:
Pioneer Telephone Services, In
P O  Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3 00 | ATTSP | ATT Surge Protector | 15 00 | 45 00 |
| 2 00 | ATTACP | ATT AC Protector | 15 00 | 30 00 |

| | | |
|---|---|---|
| Subtotal | 34,915 53 |
| Sales Tax | |
| Total | 34,915 53 |

AO00131

37 - 4873 - 04



# TEL-COM SERVICES, INC.
P.O. Box 1606
Andalusia, Alabama 36420-1227

## LIGHTNING AFFIDAVIT

I, K Mac Bracewell, do certify that I have this 20th day of September, 2004, examined the following item(s):

| Qty | Item Description | Part # |
|-----|-----------------|--------|
| 1 | Norstar Modular ICS KSU 0x32 | NS19404 |
| 1 | Norstar Caller ID Trk Cartridge | NS19419 |
| 1 | Call Pilot 150 Voice Mail Unit | NS19467 |
| 1 | 24 Button Keyset w/ Display | M7324 |
| 3 | 16 Button Keyset | T7316B |
| 2 | 8 Button Keyset | T7208B |
| 1 | V20P Attack Pack w/6160 | Vista-20P |
| 1 | Digital Sprite System | DSDX16C80GB |
| 2 | 1/3" Color Digital Cam 350 TVL | 1K629A |
| 2 | 1/3" 5 50mm Varifocal Lense | 13VG550S |
| 2 | Camera Mount | EH35212MT |
| 1 | CCTV Power Supply | PS2416 |

AO00132

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Outdoor FM Antenna | FMA |
| Qty | Item Description | Part # |
| 1 | Television Antenna Amplifier | TelAA |
| Qty | Item Description | Part # |
| 1 | 30' TV Antenna Pole | TELMST |
| Qty. | Item Description | Part # |
| 1 | 4-Head Hi-Fi VCR | VWM-680 |
| Qty | Item Description | Part # |
| 1 | THX Select Receiver | TX-DS797 |
| Qty | Item Description | Part # |
| 1 | Stereo Receiver | TX-8511 |
| Qty | Item Description | Part # |
| 1 | Dell Computer System | DCS |
| Qty | Item Description | Part # |
| 1 | Dell Inspiron Laptop | DIL17 |
| Qty | Item Description | Part # |
| 1 | Gateway Computer System | GWS |
| Qty | Item Description | Part # |
| 1 | Norstar 900Mhz Cordless Phone | NS900 |
| Qty | Item Description | Part # |
| 1 | Subwoofer | Encore 8 |

Belonging to: Pioneer Telephone Services, Inc

I further certify that to the best of my knowledge the above described property was damaged by
lightning because of severe damage done to the printed circuit boards in the above equipment

_K. Mac Bracewell_ , by SWP

K. Mac Bracewell
Tel-Com Services, Inc

# Quotation

Tel-Com Services, Inc
1833A East Three Notch Street
P O Box 1609
Andalusia, AL  36420-1227

Quote Number:
00232

Quote Date:
Oct 29, 2004

Page:
1

Quoted to:
Pioneer Telephone Services, In
P O Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | Lightning damage done during | | |
| | | hurricane Ivan's storms | | |
| 1 00 | LBR | LABOR | 2,410 00 | 2,410 00 |
| 1 00 | NS19404 | Norstar Modular ICS 0x32 KSU | 989 00 | 989 00 |
| 1 00 | NS19419 | Norstar Caller ID Trunk Cart | 498 00 | 498 00 |
| 1 00 | NS19467 | Call Pilot 150 Voice Mail Unit | 1,995 00 | 1,995 00 |
| 1 00 | M7324 | 24-Button Keyset w/display | 150 00 | 150 00 |
| 3 00 | T7316B | 16-Button Keyset w/display Blk | 129 00 | 387 00 |
| 3 00 | T7208B | 8-Button Keyset w/display Blk | 115 00 | 345 00 |
| 1 00 | VISTA-20P | V20P Attack Pack w/6160 | 804 35 | 804 35 |
| 1 00 | DSDX16C80GB | Digital Sprite System | 2,908 01 | 2,908 01 |
| 2 00 | 1K629A | 1/3" Color Digital Camera 350 | 173 99 | 347 98 |
| 2 00 | 13VG550S | 1/3" 5 5mm Varifocal Lense | 136 00 | 272 00 |
| 2 00 | EH3512MT | Camera Mount | 89 98 | 179 96 |
| 1 00 | PS2416 | CCIV Power Supply | 147 90 | 147 90 |
| 1 00 | FMA | Television Antenna | 167 95 | 167 95 |
| 1 00 | TelAA | Television Antenna Amplifier | 119 60 | 119 60 |
| 1 00 | TELMSI | 30' TV Antenna Pole | 169 00 | 169 00 |
| 1 00 | VWM-680 | 4-Head HI-FI VCR | 79 96 | 79 96 |
| 1 00 | Tx-DS797 | THX Select Receiver | 946 00 | 946 00 |
| 1 00 | Tx-8511 | Stereo Receiver | 259 00 | 259 00 |
| 1 00 | DCS | Dell Computer System (Flat Panel | 1,687 00 | 1,687 00 |
| | | 17" Monitor, Keyboard, Hard | | |
| | | Drive, & Printer) | | |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total | | Continued |

AO00134

# Quotation

Tel-Com Services, Inc
1833A East Three Notch Street
P O Box 1606
Andalusia, AL  36420-1227

Quote Number:
00232

Quote Date:
Oct 29, 2004

Page:
2

**Quoted to:**
Pioneer Telephone Services, In
P O Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1 00 | DIL17 | 17" Dell Inspiron Laptop (17" Flat Panel Display, Port Replicator, Printer) | 2,683 33 | 2,683 33 |
| 1 00 | GWS | Gateway Computer (Monitor, Keyboard, Hard Drive) | 1,650 00 | 1,650 00 |
| 1 00 | NS900 | 900mhz Cordless Phone | 435 00 | 435 00 |
| 1 00 | Encore 8 | Subwoofer | 525 00 | 525 00 |

| | |
|---|---|
| Subtotal | 20,156 04 |
| Sales Tax | 1,419 68 |
| Total | 21,575 72 |

AO00135

TEL–COM SERVICES, INC.
P.O. Box 1606
Andalusia, Alabama 36420-1227

LIGHTNING AFFIDAVIT

I, K. Mac Bracewell, do certify that I have this 20th day of September, 2004, examined the following item(s):

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Mitel Cabinet | SX50 |
| Qty | Item Description | Part # |
| 1 | Mitel SX50 Power Supply | SX50PS |
| Qty | Item Description | Part # |
| 1 | Mitel Console | 9102-018-000 |
| Qty | Item Description | Part # |
| 1 | Mitel 4 Trk Cir Card | 9110-211-000 |
| Qty | Item Description | Part # |
| 2 | 16 Ct Station Card | 9104-020-001SA |
| Qty | Item Description | Part # |
| 1 | NS CICS KSU | NSCICS |
| Qty | Item Description | Part # |
| 13 | Norstar Single-line Black | T7100B |
| Qty | Item Description | Part # |
| 2 | Norstar Single-line Platinum | T7100 |
| Qty | Item Description | Part # |
| 7 | Norstar 8 Button Keyset Charcoal | T7208B |
| Qty | Item Description | Part # |
| 6 | Norstar 16 Button Keyset Charcoal | T7316B |
| Qty | Item Description | Part # |
| 20 | 4x8 CO Key Station Board | 2831-00 |
| Qty | Item Description | Part # |
| 1 | CPU/VCM Processor | 2830-16 |

AO00136

2

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 27 | Executive Speakerphone | 1414-08 |
| Qty. | Item Description | Part # |
| 12 | Enhanced Speakerphone | 1412-08 |
| Qty. | Item Description | Part # |
| 1 | BKSU (Basic KSU) | SP4000-00 |
| Qty. | Item Description | Part # |
| 1 | DCU | SP4074-00 |
| Qty. | Item Description | Part # |
| 7 | KIB Board | SP4032-00 |
| Qty. | Item Description | Part # |
| 1 | COB Board | SP4031-00 |
| Qty. | Item Description | Part # |
| 1 | CPB | SP4030-00 |
| Qty. | Item Description | Part # |
| 1 | SIB Board | SP4033-00 |
| Qty. | Item Description | Part # |
| 1 | APL | SP4035-00 |
| Qty. | Item Description | Part # |
| 9 | GLX-12 KSU | 612 1000 |
| Qty. | Item Description | Part # |
| 22 | GLX Std. Keyset | 612 3201 |
| Qty. | Item Description | Part # |
| 1 | Comdial 616 KSU | CD616 |
| Qty. | Item Description | Part # |
| 1 | Comdial DSS | DCDSS |
| Qty. | Item Description | Part # |
| 17 | Comdial Keyset | 6600E |
| Qty. | Item Description | Part # |
| 6 | Comdial Keyset | 6714X-PG |

A000137

3

| Qty. | Item Description | Part # |
|---|---|---|
| 13 | Comdial Keyset | 6714V-PG |
| Qty. | Item Description | Part # |
| 9 | Comdial Keyset | 6614E-PG |
| Qty. | Item Description | Part # |
| 1 | Comdial Keyset | 6614T-PG |
| Qty. | Item Description | Part # |
| 1 | Comdial Keyset | 6714S |
| Qty. | Item Description | Part # |
| 1 | Comdial 820 KSU | CD820 |
| Qty. | Item Description | Part # |
| 1 | E80PI KSU | E80 |
| Qty. | Item Description | Part # |
| 2 | Station Card | M0016 |
| Qty. | Item Description | Part # |
| 1 | Comdial 2-Port OPX | CDOPX |
| Qty. | Item Description | Part # |
| 4 | Comdial Keyset | 6706X-PG |
| Qty. | Item Description | Part # |
| 1 | Comdial Keyset | 6702X-PG |
| Qty. | Item Description | Part # |
| 2 | Comdial Keyset | 6714FB |
| Qty. | Item Description | Part # |
| 1 | Comdial Keyset | 6620PB |
| Qty. | Item Description | Part # |
| 1 | Comdial Handset | W3KMEM95-57 |
| Qty. | Item Description | Part # |
| 3 | Omega PCB Board | PCB |
| Qty. | Item Description | Part # |
| 1 | Omega ANA Card | ANA |

AO00138

4

| Qty | Item Description | Part # |
|---|---|---|
| 2 | Omega ICM Card | ICM |
| Qty | Item Description | Part # |
| 6 | Omega XPS-1 Card | XPS-1 |
| Qty | Item Description | Part # |
| 5 | Omega SUB Card | SUB |
| Qty | Item Description | Part # |
| 2 | Omega COT Card | COT |
| Qty | Item Description | Part # |
| 1 | Omega CPU Card | CPU |
| Qty | Item Description | Part # |
| 1 | Omega Keyset | 816/2460 |
| Qty | Item Description | Part # |
| 7 | Tie Keyset | 60025 |
| Qty | Item Description | Part # |
| 5 | Tie Key Service Unit | 60001 |
| Qty | Item Description | Part # |
| 2 | 4 Ckt C.O. Line Card | 60002 |
| Qty | Item Description | Part # |
| 1 | Tie 1 Port CO Module | 60010 |
| Qty | Item Description | Part # |
| 8 | Handset | Thandset |
| Qty | Item Description | Part # |
| 1 | Tel-Plus 1648DCDC Converter | TP1648DCDC |
| Qty | Item Description | Part # |
| 6 | Tel-Plus Handset | TPhandset |
| Qty | Item Description | Part # |
| 1 | Tel-Plus Power Supply | TP1648PS |
| Qty | Item Description | Part # |
| 2 | Tel-Plus SIB Card | TP1648SIB |

AO00139

5

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 3 | Tel-Plus KIB Card | TP1648KIB |
| Qty 2 | Item Description Tel-Plus COB Card | Part # TP1648COB |
| Qty. 1 | Item Description Tel-Plus CNB Card | Part # TP1648CNB |
| Qty 1 | Item Description Tel-Plus TNB Card | Part # TP1648TNB |
| Qty 1 | Item Description Tel-Plus SCB Card | Part # TP1648SCB |
| Qty 2 | Item Description Tel-Plus 816 Program Module | Part # TP816PM |
| Qty 6 | Item Description Tel-Plus 1648 Keyset | Part # TP1648 |
| Qty 1 | Item Description Tel Plus 1648 DSS | Part # TP1648DSS |
| Qty 5 | Item Description ATT 24 Button Keyset | Part # ATT-24 |
| Qty. 1 | Item Description Merlin 308 KSU | Part # ATTML308 |
| Qty 1 | Item Description ATT Power Supply | Part # ACS704A |
| Qty 1 | Item Description ATT Spirit Exp 616 KSU | Part # ATTSP616 |
| Qty 3 | Item Description ATT Surge Protector | Part # ATTSP |
| Qty 2 | Item Description ATT AC Protector | Part # ATTACP |

AO00140

6

Belonging to: Pioneer Telephone Services, Inc

I further certify that to the best of my knowledge the above described property was damaged by water because of damage done to the printed circuit boards in the above equipment

K. Mac Bracewell, by swp

K Mac Bracewell
Tel-Com Services, Inc

AO00141

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P O Box 1606
Andalusia, AL 36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
1

Quoted to:
Pioneer Telephone Services, In
P O Box 1606
Andalusia, AL 36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | Equipment in warehouse that was | | |
| | | water damaged by Ivan's storms | | |
| 1 00 | SX50 | Mitel Cabinet | 375 00 | 375 00 |
| 1 00 | SX50PS | Mitel SX50 Power Supply | 325 00 | 325 00 |
| 1 00 | 9102-013-000 | Mitel Console | 375 00 | 375 00 |
| 1 00 | 9110-211-000 | Mitel 4 Irk Circuit Card | 175 00 | 175 00 |
| 2 00 | 9104-020-001SA | Mitel 16 CT Station Card | 559 00 | 1,118 00 |
| 1 00 | NSCICS | Norstar CICS KSU | 300 00 | 300 00 |
| 13 00 | T7100B | Norstar Single Line B | 89 00 | 1,157 00 |
| 2 00 | T7100 | Norstar Single Line P | 89 00 | 178 00 |
| 7 00 | T7208B | 8-Button Keyset w/display Blk | 105 00 | 735 00 |
| 6 00 | T7316B | 16-Button Keyset w/display Blk | 129 00 | 774 00 |
| 20 00 | 2831-00 | 4x8 CO Key Station Board | 175 00 | 3,500 00 |
| 1 00 | 2830-16 | CPU/VCM Processor | 225 00 | 225 00 |
| 27 00 | 1414-08 | Executive Speakerphone w/displ | 135 00 | 3,645 00 |
| 12 00 | 1412-08 | Enhanced Speakerphone | 109 00 | 1,308 00 |
| 1 00 | SP4000-00 | BKSU (Basic KSU) | 1,499 00 | 1,499 00 |
| 1 00 | SP4074-00 | DCU | | |
| 1 00 | SP4032-00 | KIB Board | | |
| 1 00 | SP4031-00 | COB Board | | |
| 1 00 | SP4030-00 | CPB Board | | |
| 1 00 | SP4033-00 | SIB Board | | |
| 1 00 | SP4035-00 | APL | | |
| 6 00 | SP4032-00 | KIB Board | 139 00 | 834 00 |

| | | |
|---|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00142

# Quotation

Iel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
2

Quoted to:
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | 612 1000 | GLX-12 KSU | 250.00 | 2,250.00 |
| 22.00 | 612 3201 | GLX Std  Keyset | 150.00 | 3,300.00 |
| 1.00 | CD616 | Comdial 616 KSU | 400.00 | 400.00 |
| 1.00 | CDDSS | Comdial DSS | 100.00 | 100.00 |
| 17.00 | 6600E | Comdial Keyset | 139.00 | 2,363.00 |
| 6.00 | 6714-X | Comdial Keyset | 70.00 | 420.00 |
| 13.00 | 6714V-PG | Comdial Keyset | 70.00 | 910.00 |
| 9.00 | 6614E-PG | Comdial Keyset | 95.00 | 855.00 |
| 1.00 | 6614T-PG | Comdial Keyset | 120.00 | 120.00 |
| 1.00 | 6714S | Comdial Keyset | 95.00 | 95.00 |
| 1.00 | CD820 | Comdial 820 KSU | 425.00 | 425.00 |
| 1.00 | E80 | E80PT KSU | 250.00 | 250.00 |
| 2.00 | M0016 | Station Card | 175.00 | 350.00 |
| 1.00 | CDOPX | Comdial 2-Port OPX | 200.00 | 200.00 |
| 4.00 | 6706X-PG | Comdial Keyset | 112.00 | 448.00 |
| 1.00 | 6702X-PG | Comdial Keyset | 112.00 | 112.00 |
| 2.00 | 6714FB | Comdial Keyset | 123.50 | 247.00 |
| 1.00 | 6620PB | Comdial Keyset | 100.00 | 100.00 |
| 1.00 | W3KMEM9S-57 | Comdial Handset | 15.17 | 15.17 |
| 3.00 | PCB | Omega PCB Board | 45.00 | 135.00 |
| 1.00 | ANA | Omega ANA Card | 45.00 | 45.00 |
| 2.00 | ICM | Omega ICM Card | 45.00 | 90.00 |
| 6.00 | XPS | Omega XPS-1 Card | 45.00 | 270.00 |
| 5.00 | SUB | Omega III Sub Kset Int Card | 45.00 | 225.00 |

|  | Subtotal | Continued |
|---|---|---|
|  | Sales Tax | Continued |
|  | Total | Continued |

AO00143

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420 1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
3

Quoted to:
Pioneer Telephone Services, In
P O  Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2 00 | COT | Omega COT Card | 45 00 | 90 00 |
| 1 00 | CPU | Omega CPU Card | 45 00 | 45 00 |
| 1 00 | 816/2460 | Omega Keyset | 65 00 | 65 00 |
| 7 00 | 60025 | Tie Keyset | 59 00 | 413 00 |
| 5 00 | 60001 | Tie Key Service Unit | 85 00 | 425 00 |
| 2 00 | 60002 | 4 Ckt C O  Line Card | 70 00 | 140 00 |
| 1 00 | 60010 | Tie 1-Port C O  Module | 40 00 | 40 00 |
| 8 00 | THandset | Tie Handset | 15 17 | 121 36 |
| 1 00 | TP1648DCDC | Tel-Plus 1648 DCDC Converter | 225 00 | 225 00 |
| 6 00 | TPHandset | Tel-Plus Handset | 22 50 | 135 00 |
| 1 00 | TP1648PS | Tel-Plus Power Supply | 45 00 | 45 00 |
| 2 00 | TP1648SIB | Tel-Plus 1648 SIB Card | 135 00 | 270 00 |
| 3 00 | TP1648KIB | Tel-Plus 1648 KIB Card | 195.00 | 585 00 |
| 2 00 | TP1648COB | Tel-Plus 1648 COB Card | 135 00 | 270 00 |
| 1 00 | TP1648CNB | Tel-Plus 1648 Keyset SM LCD | 120 00 | 120 00 |
| 1 00 | TP1648INB | Tel-Plus 1648 INB Card | 125 00 | 125 00 |
| 1 00 | TP1648SCB | Tel-Plus 1648 SCB Card | 175 00 | 175 00 |
| 2 00 | TP816PM | Tel-Plus 816 Program Module | 25.00 | 50 00 |
| 6 00 | TP1648 | Tel-Plus 1648 Keyset Sm LCD | 71.50 | 429 00 |
| 1 00 | TP1648DSS | Tel-Plus 1648 DSS | 125 00 | 125 00 |
| 5 00 | ATT-24 | ATT 24-Button Keyset | 85 00 | 425 00 |
| 1.00 | ATTML308 | ATT Merlin 308 KSU | 99 00 | 99 00 |
| 1 00 | ACS704A | ATT Power Supply | 25 00 | 25 00 |
| 1 00 | ATTSP616 | ATT Spirit Exp 616 KSU | 150 00 | 150 00 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total | | Continued |

AO00144

COMPU-WEATHER INFORMATION REQUEST FORM

CALL with your request: (800) 825-4445
FAX your request: (800) 825-4441
We will contact you to assess your case.
Requests are not processed without your approval.

Today's date: 1-31-05          Your Compu-Weather account #: A33402

Ordered by:
NAME  Bill Reaves

Auto-Owners Group
P O Box 244017,
Montgomery, AL
36124-4016
Main: 3342790323
Extension: 204
Fax: 3342853738

Bill to:
Same ( ✓ )
Name: _____
Company: _____
Street: _____
City & State: _____
Zip: _____
Phone: _____
Fax: _____
Email: _____

Case name: 32-4873-04          File #: 32-4873-04
Date of incident/loss: 9-16-04     Time: _____ AM ( ) PM ( )

Location of incident/loss (address, intersection, county, nearest town, etc ):
    1833 E. Three Notch St
              Andalusia, AL 36420

Type of incident/loss (description of occurrence):
    Lightning

What information do you need?
    Lightning Strike Data 9-15-04 @ 4:00 pm through
    9-17-04 @ 4:00 pm

Date information is needed: ASAP

You represent: Plaintiff ( ) Defendant ( ) Insured ( ✓ ) Self ( )

Thank you for your inquiry. We will contact you shortly with information and cost

PCR

_____

When you need to know what the weather was!

AO00145

Confirmation Report - Memory Send

Date & Time: Feb-01-2005  01:14am
Tel line  :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 601 |
| Date & Time | : | Feb-01 01:14am |
| To | : | 918008254441 |
| Number of pages | : | 001 |
| Start time | : | Feb-01 01:14am |
| End time | : | Feb-01 01:14am |
| Pages sent | : | 001 |
| Status | : | OK |

Job number    : 601          *** SEND SUCCESSFUL ***

CALL with your request: (800) 825-4445
FAX your request: (800) 825-4441
We will contact you to assess your case.
Requests are not processed without your approval.

Today's date: 1-31-05

Ordered by:
NAME: Bill Reaves
Auto-Owners Group
P O Box 244017
Montgomery AL
38124-4016
Main: 3342780323
Extension: 204
Fax: 3342853738

Your Compu-Weather account #: A33402

Bill to:
Same (✓)
Name: _____
Company: _____
Street: _____
City & State: _____
Zip: _____
Phone: _____
Fax: _____
Email: _____

Case name: 37-4873-04
Date of incident/loss: 9-16-04

File #: 37-4873-04
Time: _____ AM ( ) PM ( )

Location of incident/loss (address intersection county, nearest town etc.):
1833 E Three Notch St
Andalusia, AL 36420

Type of incident/loss (description of occurrence):
Lightning

What information do you need?
Lightning Strike Data   9-15-04 @ 4:00 pm  through
9-17-04 0° 4:00 pm

Date information is needed: ASAP

You represent: Plaintiff ( ) Defendant ( ) Insured (✓) Self ( )

Thank you for your inquiry. We will contact you shortly with information and cost

PCR

When you need to know what the weather was!

AO00146

CLAIMS PAYMENT AUTHORIZATION / **RESERVE CHANGE**

CLAIM NUMBER _37 37-4873-04_

REOPEN/CHANGE_____     RESERVE TO $_____

OPEN NEW_____     RESERVE TO $_____

TOTAL AMOUNT OF DRAFT $ _11,607.92_     ☐ LAE PMT     ☐ IRS#_____

AMOUNT $_____ COVERAGE _MPEC_     ☐ LAE/WC/PIP PAY TYPE_____ CLMT #_____

AMOUNT $_____ COVERAGE_____     ☐ LAE/WC/PIP PAY TYPE_____ CLMT #_____

AMOUNT $_____ COVERAGE_____     ☐ LAE/WC/PIP PAY TYPE_____ CLMT #_____

AMOUNT $_____ COVERAGE_____     ☐ LAE/WC/PIP PAY TYPE_____ CLMT #_____

☑ CLOSE COVERAGE     ☐ CLOSE FILE     ☐ CLOSE ADD'L COV'S_____

PAY TO:

☑ INSURED   ☐ IRS#_____ ☐ AGENT ☐ CLAIMANT #_____ ☐ BUSN #_____

PAYEE _____ Coosaw County Bank

MAIL TO:   ATTACHMENTS GO WITH DRAFT ☐ YES_____     ☐ NO

☐ INSURED   ☐ IRS#_____ ☑ AGENT ☐ CLAIMANT #_____ ☐ BUSN #_____

OTHER_____

(FOR PA, PIP, WC, ONLY:) FROM MO_____ DAY_____ YR_____ to MO_____ DAY_____ YR_____

IN PAYMENT OF (DETAIL PRINTS ON THE DRAFT) _Property Damage_
_Building_

ADDITIONAL COMMENTS (PRINTS ON THE DRAFT STUB) (YOU MAY INCLUDE ACCOUNT #'S INVOICE #'S ETC )

AUTHORIZED_____     DATE _1-17-05_

INDICATORS   ☐ SUBRO   ☐ CONTROLLABLE   ☐ CHARGEABLE   ☐ SEAT BELT IND
                  ☐ UNCONTROLLABLE   ☐ NON-CHARGEABLE

HOLD CLOSED FILE FOR (MARKOVER TYPE)

☐ SUBROGATION   ☐ RELEASE/PROOF   ☐ DISMISSAL   ☐ POLICE REPORT   ☐ OTHER

1836 (8-04)

AO00147

**CLAIMS PAYMENT AUTHORIZATION /** | **RESERVE CHANGE**

CLAIM NUMBER _37-4873-04_

REOPEN/CHANGE_____     RESERVE TO $_____

OPEN NEW_____     RESERVE TO $_____

TOTAL AMOUNT OF DRAFT $ _1535 55_     ☑ LAE PMT     IRS# _B2747054_

AMOUNT $_____ COVERAGE _MPET_ ☐ LAE/WC/PIP PAY TYPE _46_ CLMT #_____

AMOUNT $_____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $_____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $_____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

☑ CLOSE COVERAGE     ☐ CLOSE FILE     ☐ CLOSE ADD'L COV'S_____

PAY TO:

☑ INSURED     ☑ IRS#_____     ☐ AGENT     ☐ CLAIMANT #_____     ☐ BUSN #_____

PAYEE _____

MAIL TO:   ATTACHMENTS GO WITH DRAFT   ☑ YES_____     ☐ NO

☐ INSURED     ☑ IRS#_____     ☐ AGENT     ☐ CLAIMANT #_____     ☐ BUSN #_____

OTHER _____

(FOR PA, PIP, WC, ONLY:) FROM MO_____DAY_____YR_____to MO_____DAY_____YR_____

IN PAYMENT OF (DETAIL PRINTS ON THE DRAFT) _Expense # 3663-0067_ _____

ADDITIONAL COMMENTS (PRINTS ON THE DRAFT STUB) (YOU MAY INCLUDE ACCOUNT #'S INVOICE #'S ETC.)

_____

AUTHORIZED _____     DATE _____

INDICATORS     ☐ SUBRO     ☐ CONTROLLABLE     ☐ CHARGEABLE     ☐ SEAT BELT IND
                                ☐ UNCONTROLLABLE     ☐ NON-CHARGEABLE

HOLD CLOSED FILE FOR (MARKOVER TYPE)

☐ SUBROGATION     ☐ RELEASE/PROOF     ☐ DISMISSAL     ☐ POLICE REPORT     ☐ OTHER

1836 (8-04)

AO00148



**GAB Robins**
GAB Robins North America, Inc

1110 Montlimar Drive
Suite 530
Mobile, Al 36609

T: 251 342 3277
F: 251 342 9317

## SERVICE INVOICE

028000
AUTO OWNERS INS CO
P O BOX 244017

MONTGOMERY, AL 361244017

**Wire Transfer Information:**
Citibank Delaware
1 Penns Way
New Castle, DE 19720
ABA routing # 031100209
Account # 3863-0067
Name: GAB Robins NA Inc.
By order of: AUTO OWNERS INS CO
Fax Wire Details: 973-993-3221

Invoice Number 7032903070
THANK YOU FOR THIS ASSIGNMENT
Claim Number 37-4873-04

Invoice Date 12/10/04

Catastrophe No. 30

GAB File Number 22821-00173A

Insured PIONEER TELEPHONE SE

Policy Number 034617 38 525851

Policy Term 06/16/2004-06/16/2005

Claimant PIONEER TELEPHONE SERVICE

Agency & Location

Acc/Loss/Occur Location ANDALUSIA,AL

Loss Zip 36420 2438

Acc/Loss/Occur Date 09/16/2004

Type of Loss/Claim PR

Assign Date 09/19/2004

Product Code ICW

Gross Loss            $12,607 92

FINAL BILLING

| Expenses | |
|---|---|
| Service | 1,425 00 |
| Miscellaneous | 110 55 |
| Sub Total | 1,535 55 |
| Taxes/Overhead | 00 |
| | |
| Total Invoice | $1,535 55 |

Mail Remittance To :
GAB Robins North America, Inc
P.O Box 7247-7162
Philadelphia, PA 19170 7162
IRS - 13-2747054

ORIGINAL INVOICE
PAYMENT TERMS: NET 30 DAYS
PAYMENT IN US DOLLARS ONLY

GAB A991

(Copyright (c) 2002 GAB Robins North America, Inc  All Rights Reserved)

Version 2 0 1 3

AO00149

# GAB ROBINS

1110 Montlimar Drive
Mobile, AL
251-342-3277

**Report : Final**

December 5, 2004

Auto Owners Insurance
5915 Carmichael Road
PO Box 244017
Montgomery, AL 36124-4017

Insured / Claimant

**GAB File Number**
**Policy Number**
**Claim Number**
**Type of claim**
**Loss Location**

**Cause Of Loss**
**Date of Claim**
**Policy Term**

Pioneer Telephone
Services Inc
22821-00173
034617 38 525851
37 4873 04
Property
1833 E Three Notch St
Andalusia, AL
Hurricane
09-16-04
08-09-04/05

| Form No's | Items Covered | Insurance |
|---|---|---|
| CP1030-TPP | Building LOC 1 | $259,500 |
| | Building LOC 2 | $207,600 |
| | App Structures | $ |
| | Contents | $ |
| | A L E | |

| Deductibles | $500 & $500 | | |
|---|---|---|---|
| **Mortgagee** | Covington County Bank | | |
| **Enclosures** | Y  Loss Notice | Y  Photograph | |
| | Y  Detailed Estimate | Y  Diagram | |

| Coverage Verified | Insured's Policy | Agent's | Company |
|---|---|---|---|
| | X | Advices | Advices |

| Reserve & Recommended Settlement | | LOC 1 | LOC 2 | TOTAL |
|---|---|---|---|---|
| | RCV LOSS | $10,401 16 | $2,206 76 | $12,607.92 |
| | DEPRECIATION | 1,229 58 | 594 19 | 1,823.77  (Recoverable) |
| | ACV LOSS | $ 9,171 58 | $1,612 57 | 10,784.15 |
| | DEDUCTIBLE | 500 00 | 500 00 | 1,000.00 |
| | NET CLAIM | $ 8,671.58 | $1,112.57 | $ 9,784.15 |
| **Cause Of Loss** | WIND | | | 11,607.92 |

| Adjustment | See GAB Scope/Estimate | Other |
|---|---|---|
| **Subrogation** | N/A | SUBROGATION COMMENT |
| **Salvage** | N/A | SALVAGE DESCRIPTION |

| Date Assigned | 09-20-04 |
|---|---|
| **Date of Contact** | 09-21-04 |
| **Date of Inspection** | 09-23-04 |

| What Has Been Done | Inspection of the LOC 1 revealed extreme roof flashing damage on the roof and parapet walls. This allowed water penetration to the interior finishes of 5 spaces of the interior. This damage was on ceilings and walls of exterior bearing walls on the inside. Water ran down behind finished walls to floors in 3 office spaces. The insured had water extracted to attempt to save the carpet but was unsuccessful. Odor still remained as of 10-03-04 when he called to inform me of the need to replace the carpet. Inspection of LOC 2 revealed roof flashing damage only with minor water penetration to interior spaces. Canvas awnings attached at front entrance tore up in winds. |
|---|---|
| What Is To Be Done | Our file is closed with this report. Thank you for this business. |

Phillip Gauthier  Property Claims Adjuster

AO00150

# Statement of Loss

Claim # 37 4873 04 Loc1

## Gab Robins

| | | |
|---|---|---|
| **Adjuster** | 1110 Montillmar Drive | December 5, 2004 |
| Phillip Gauthier | Suite 530 | |
| **Phone** | Mobile, AL 36609 | |
| **Fax** | Phone (250) 342-3277   Fax (251) 340-6172 | |

**Insured Name** Pioneer Telephone Services
**Address** Po Box 1606, Andalusia, AL 36420-1227
**Phone Number** (334) 222-8777
**Other Phone**                                    **Ins Claim #**                              **Date of Loss** 9/16/2004
**Ins Company** Auto Owners Insurance Company

## Abstract of Coverage

**Policy #** 034617-38525851-04          **Effective** 6/16/2004 - 6/15/2005
**Forms**
**Agency**
**Agent**

| Coverage | Limit | | | Deductible |
|---|---|---|---|---|
| | | | | $500.00 |
| Coverage - Building | $259,500.00 | Repl Cost | 80% Co-Insurance | |
| Coverage - Business Personal Property | $0.00 | | | |
| Coverage - Business Income | $0.00 | | | |
| Coverage - Extra Expense | $0.00 | | | |
| Coverage - Other | $0.00 | | | |

## Coverage - Building

**Coverage** $259,500.00    Repl Cost 80% Co Insurance

| | RC Detail | ACV Detail | Value | Loss | Claim |
|---|---|---|---|---|---|
| Total Replacement Cost Loss | $10,401.16 | $10,401.16 | | | |
| Less Depreciation | | $1,229.58 | | | |
| ACV Loss | | $9,171.58 | | $9,171.58 | |
| Less Deductible Applied | -$500.00 | $500.00 | | | |
| ACV Claim | -$8,671.58 | $8,671.58 | | | $8,671.58 |
| Recoverable Depreciation | $1,229.58 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | $9,171.58 | $8,671.58 |

**Total ACV Loss & Claim**

**Total Recoverable Depreciation**    $1,229.58

This estiamte is not an authorization for you to make repairs to your property. No adjuster has the authority to authorize
repairs to you property. The hiring of a contractor is STRICTLY the decision of the policyholder. This estimate is
subject to the review and approval by the insurance company

AO000151

# Estimate

Claim #
Coverage BLDG

37 4873 04 Loc1

## Gab Robins

Adjuster
  Phillip Gauthier

1110 Montilimar Drive
Suite 530
Mobile, AL 36609
Phone (250) 342-3277   Fax (251) 340-6172

December 5, 2004
Coverage - Building

Insured    Pioneer Telephone Services
Address   Po Box 1606, Andalusia, AL 36420-1227
Phone Number (334) 222-8777   Policy #   034617-38525851-04
                 Ins Claim #

Date of Loss  9/16/2004

Ins Company  Auto Owners Insurance Company

### Debris

| | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|
| Remove Debris | 1 LD @ $338 80 | $338.80 | $0.00 | $338.80 | | |
| | | $338.80 | $0.00 | $338 80 | | |

### Roof

| | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|
| Replace Trim, Flashing 8" C cover | 230 LF @ $2.04 | $469 20 | $117 30 | $351 90 | | |
|   Steel building gable roof edge trim | | | | | | |
| Rem & Replace Flashing, Parapet Wall, Aluminum | 230 LF @ $16.08 | $3,698 40 | $0 00 | $3,698 40 | | |
|   Allowed water penetration to interior. Affected 4 spaces | | | | | | |
| | | $4,167.60 | $117 30 | $4,050.30 | | |

### Office 1 (13' 3" x 12' x 8')

159 sf Floor    375 sf Wall    159 sf Ceiling    48 lf Floor    50 lf Ceiling    1,272 cf Volume

Door(s)  2' 6" x 6' 8"
Window(s)  3' x 4'

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Rem & Replace Suspended Ceiling Panels 2' x 4', Average Grade | 159 SF @ $1 29 | $205 11 | $51.28 | $153 83 | | |
|   Water ran behind walls to floors  Insured attempted to clean but could not get rid of the smell | | | | | | |
| Rem & Replace Wallpaper border | 51 LF @ $2 80 * | $142 80 | $42 84 | $99 96 | | |
| Rem & Replace Carpet, Glued Down, per SF Average Grade | 159 SF @ $1 83 | $290 97 | $87 29 | $203 68 | | |
| Replace Ceiling Insulation, Batt 12" | 10 SF @ $0 97 | $9 70 | $0 00 | $9.70 | | |
| Rem & Replace Sheetrock Walls 1/2" | 96 SF @ $1 25 | $120 00 | $0 00 | $120.00 | | |
| Replace Texture Walls, Medium | 375 SF @ $0 61 | $228 75 | $68 63 | $160 12 | | |
| Paint Sheetrock Walls 1/2" | 375 SF @ $0 40 | $150 00 | $45 00 | $105 00 | | |

Dec 5, 2004

-- 1 --

Estimate (MS/B 0410)
Claim # 37 4873 04 Loc1

AO00152

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| | 12 LF @ $4.49 | $53.88 | $0.00 | $53.88 | | |
| Rem & Replace Base Molding, Wood 6", Average Grade | 48 LF @ $0.57 | $27.36 | $8.21 | $19.15 | | |
| Paint Base Molding, Wood 6", Average Grade | 50 LF @ $0.44 | $22.00 | $6.60 | $15.40 | | |
| Paint Cove Molding 4" Average Grade | 12 LF @ $2.71 | $32.52 | $9.76 | $22.76 | | |
| Rem & Replace Cove Molding 4" Average Grade | | $1,283.09 | $319.61 | $963.48 | | |

## Warehouse (21' x 18' 3" x 8')

| 383 sf Floor | 628 sf Wall | 383 sf Ceiling | 78 lf Floor | 78 lf Ceiling | 3,066 cf Volume |
|---|---|---|---|---|---|

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Repair Suspended Ceiling Panels 2' x 4', Average Grade | 1 EA @ $35.00 * | $35.00 | $0.00 | $35.00 | | |
| Use pieces from replaced office 1 ceiling to piece in wet tiles. | | | | | | |
| | | $35.00 | $0.00 | $35.00 | | |

## Bathroom (14' 8" x 5' x 8')

| 73 sf Floor | 298 sf Wall | 73 sf Ceiling | 37 lf Floor | 39 lf Ceiling | 587 cf Volume |
|---|---|---|---|---|---|
| Door(s) | 2' 6" x 6' 8" | | | | |

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Repair Suspended Ceiling Panels 2' x 4', Average Grade | 1 EA @ $35.00 * | $35.00 | $0.00 | $35.00 | | |
| Use pieces from replaced office 1 ceiling to piece in wet tiles. | | | | | | |
| | | $35.00 | $0.00 | $35.00 | | |

## Office 2 (13' 5" x 11' 1" x 8')

| 149 sf Floor | 323 sf Wall | 149 sf Ceiling | 40 lf Floor | 49 lf Ceiling | 1,190 cf Volume |
|---|---|---|---|---|---|
| Door(s) | 2' 6" x 6' 8" | 3' x 6' 8" (2) | | | |
| Window(s) | 3' x 4' | | | | |

|  |  | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Rem & Replace Carpet, Glued Down, per SF Average Grade | 149 SF @ $1.83 | $272.67 | $81.80 | $190.87 | | |
| Replace Coiling Insulation, Batt 12" | 10 SF @ $0.97 | $9.70 | $0.00 | $9.70 | | |
| Rem & Replace Sheetrock Walls 1/2" | 96 SF @ $1.25 | $120.00 | $0.00 | $120.00 | | |
| Replace Texture Walls, Medium | 323 SF @ $0.61 | $197.03 | $59.11 | $137.92 | | |
| Paint Sheetrock Walls 1/2" | 323 SF @ $0.40 | $129.20 | $38.76 | $90.44 | | |
| Repair Suspended Ceiling Panels 2' x 4', Average Grade | 1 EA @ $35.00 * | $35.00 | $0.00 | $35.00 | | |
| Use pieces from replaced office 1 ceiling to piece in wet tiles. | | | | | | |
| Rem & Replace Cove Molding 4" Average Grade | 12 LF @ $2.71 | $32.52 | $9.76 | $22.76 | | |
| Paint Cove Molding 4" Average Grade | 49 LF @ $0.44 | $21.56 | $6.47 | $15.09 | | |
| Rem & Replace Base Molding, Wood 6", Average Grade | 12 LF @ $4.49 | $53.88 | $0.00 | $53.88 | | |
| Paint Base Molding, Wood 6", Average Grade | 40 LF @ $0.57 | $22.80 | $6.84 | $15.96 | | |
| | | $894.36 | $202.74 | $691.62 | | |

Dec 5, 2004

Estimate (MS/B 0410)
Claim # 37 4873 04 Loc1

AO00153

## Reception (14' 5" x 14' x 8')

202 sf Floor    403 sf Wall    202 sf Ceiling    51 lf Floor    57 lf Ceiling    1,615 cf Volume

Door(s)   3' x 6' 8" (2)
Window(s)   3' x 4'

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Repair Suspended Ceiling Panels 2' x 4', Average Grade | 1 EA @ $35 00 * | $35 00 | $0 00 | $35 00 | | |

Use pieces from replaced office 1 ceiling to piece in wet tiles

| | | Repl. Cost | Depr. | ACV |
|---|---|---|---|---|
| Rem & Replace Carpet, Glued Down, per SF Average Grade | 202 SF @ $1 83 | $369 66 | $110 90 | $258 76 |
| Replace Ceiling Insulation, Batt 12" | 10 SF @ $0 97 | $9 70 | $0 00 | $9 70 |
| Rem & Replace Sheetrock Walls 1/2" | 96 SF @ $1 25 | $120 00 | $0 00 | $120.00 |
| Replace Texture Walls, Medium | 403 SF @ $0 61 | $245 83 | $73 75 | $172 08 |
| Paint Sheetrock Walls 1/2" | 403 SF @ $0 40 | $161 20 | $48 36 | $112 84 |
| Rem & Replace Cove Molding 4" Average Grade | 12 LF @ $2 71 | $32 52 | $9 76 | $22 76 |
| Paint Cove Molding 4" Average Grade | 57 LF @ $0 44 | $25 08 | $7 52 | $17 56 |
| Rem & Replace Base Molding, Wood 6", Average Grade | 12 LF @ $4 49 | $53 88 | $0 00 | $53 88 |
| Paint Base Molding, Wood 6", Average Grade | 51 LF @ $0 57 | $29.07 | $8.72 | $20.35 |
| | | $1,081 94 | $259 01 | $822 93 |

## Kitchen Area (10' x 12' x 8')

120 sf Floor    315 sf Wall    120 sf Ceiling    38 lf Floor    44 lf Ceiling    960 cf Volume

Door(s)   2' 6" x 6' 8"    3' x 6' 8"

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Repair Suspended Ceiling Panels 2' x 4', Average Grade | 1 EA @ $35 00 * | $35 00 | $0 00 | $35 00 | | |

Use pieces from replaced office 1 ceiling to piece in wet tiles.

| | | Repl. Cost | Depr. | ACV |
|---|---|---|---|---|
| Replace Ceiling Insulation, Batt 12" | 10 SF @ $0 97 | $9 70 | $0 00 | $9 70 |
| Rem & Replace Sheetrock Walls 1/2" | 96 SF @ $1 25 | $120 00 | $0 00 | $120.00 |
| Replace Texture Walls, Medium | 315 SF @ $0 61 | $192 15 | $57 65 | $134 50 |
| Paint Sheetrock Walls 1/2" | 315 SF @ $0 40 | $126 00 | $37 80 | $88 20 |
| Rem & Replace Cove Molding 4" Average Grade | 12 LF @ $2.71 | $32 52 | $9 76 | $22 76 |
| Paint Cove Molding 4" Average Grade | 44 LF @ $0 44 | $19 36 | $5 81 | $13 55 |
| Rem & Replace Base Molding, Wood 6", Average Grade | 12 LF @ $4 49 | $53 88 | $0 00 | $53.88 |
| Paint Base Molding, Wood 6", Average Grade | 38 LF @ $0 57 | $21.66 | $6.50 | $15.16 |
| | | $610.27 | $117 52 | $492 75 |

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $8,446.06 | $1,016 18 | $7,429 88 |
| Contractor's Overhead (10%) | $844 61 | $101 62 | $742 99 |
| Contractor's Profit (10%) | $929.07 | $111.78 | $817.29 |
| Total With Overhead & Profit | $10,219.74 | $1,229 58 | $8,990.16 |

Dec 5, 2004

Estimate (MS/B 0410)
Claim # 37 4873 04 Locl

AO00154

This estiamte is not an authorization for you to make repairs to your property   No adjuster has the authority to authorize repairs to you property.  The hiring of a contractor is STRICTLY the decision of the policyholder   This estimate is subject to the review and approval by the insurance company

**Price Database Legend**
All prices from Alabama Commercial 03/2004
*  = Modified

AO00155

# Roof Sheet

Coverage BLDG

Claim #     37 4873 04 Loc1
Policy #    034617-38525851-04
Ins Claim #

Insured    Pioneer Telephone Services

Photo - Roof

Parapet wall damage - Water
penetration to 4 spaces on interior



Roof Diagram



| | Length | | Width | Times | Qty | | Sq Ft |
|---|---|---|---|---|---|---|---|
| A | 51' | B | 97' | 1 | 1 | = | 4,947 00 |
| C | 23' | D | 16' | 1 | 1 | = | 368 00 |
| | Total Sq Ft | | | | | | 5,315 00 |
| | Divided by 100 | | | | | | 53 15 |
| | Cutting Loss 10% | | | | | | 5 32 |
| | Estimated Squares | | | | | | 58 47 |

AO00156

# Statement of Loss

Claim # 37 4873 04 LOC2

## Gab Robins

1110 Montlimar Drive
Suite 530
Mobile, AL  36609

December 5, 2004

| | |
|---|---|
| Adjuster | Phillip Gauthier |
| Phone | |
| Fax | Phone  (250) 342-3277   Fax  (251) 340-6172 |

| | |
|---|---|
| Insured Name | Pioneer Telephone Services |
| Address | Po Box 1606, Andalusia, AL  36420 1227 |
| Phone Number | (334) 222-8777 |
| Other Phone | |
| Ins Company | Auto Owners Insurance Company |

Ins Claim #

Date of Loss    9/16/2004

## Abstract of Coverage

| | | | | |
|---|---|---|---|---|
| Policy # | 034617-38525851-04 | Effective | 6/16/2004 - 6/15/2005 | |
| Forms | | | | |
| Agency | | | | |
| Agent | | | | |

| | Limit | | Deductible |
|---|---|---|---|
| | | | $500 00 |
| Coverage | | 80% Co-Insurance | |
| Coverage - Building | $207,600 00 | | |
| Coverage - Business Personal Property | $0 00 | | |
| Coverage - Business Income | $0 00 | | |
| Coverage - Extra Expense | $0 00 | | |
| Coverage - Other | $0 00 | | |

## Coverage - Building

Coverage   $207,600 00     80% Co-Insurance

| | RC Detail | ACV Detail | Value | Loss | Claim |
|---|---|---|---|---|---|
| Total Replacement Cost Loss | $2,206 76 | $2,206 76 | | | |
| Less Depreciation | | -$594 19 | | | |
| ACV Loss | | $1,612 57 | | $1,612 57 | |
| Less Non-Recoverable Depreciation | -$46 90 | | | | |
| Less Deductible Applied | $500 00 | -$500 00 | | | |
| ACV Claim | -$1,112 57 | $1,112 57 | | | $1,112 57 |
| Recoverable Depreciation | $547 29 | | | | |

| | | | Loss | Claim |
|---|---|---|---|---|
| Total ACV Loss & Claim | | | $1,612 57 | $1,112 57 |

| | |
|---|---|
| Total Recoverable Depreciation | $547.29 |

This estimate is not an authorization for you to make repairs to your property  No adjuster has the authority to authorize repairs to you property  The hiring of a contractor is STRICTLY the decision of the policyholder  This estimate is subject to the review and approval by the insurance company

AO00157

# Estimate

Claim #
Coverage BLDG

37 4873 04 LOC2

## Gab Robins

1110 Montlimar Drive
Suite 530
Mobile, AL 36609
Phone (250) 342-3277   Fax (251) 340-6172

| | |
|---|---|
| Adjuster | |
| Phillip Gauthier | |

December 5, 2004
Coverage - Building

| | |
|---|---|
| Insured | Pioneer Telephone Services |
| Address | Po Box 1606, Andalusia, AL 36420-1227 |
| Phone Number | (334) 222-8777 |

Policy #         034617-38525851-04
Ins Claim #

Date of Loss   9/16/2004

Ins Company   Auto Owners Insurance Company

## Roof

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Replace Trim, Flashing 8" C cover | 100 LF @ $2.04 | $204.00 | $51.00 | $153.00 | | |
| Steel building gable roof edge trims uplifted   Water penetrated at bearing walls. | | | | | | |
| | | $204.00 | $51.00 | $153.00 | | |

## Elevation(Front)

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| | | | | | | N |
| Rem & Replace Awning Cover, Canvas | 40 SF @ $4.69 | $187.60 | $46.90 | $140.70 | | |
| | | $187.60 | $46.90 | $140.70 | | |

## Retail Space 1  (19' x 10' 9" x 8')

204 sf Floor         476 sf Wall         204 sf Ceiling         60 lf Floor         60 lf Ceiling         1,634 cf Volume

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Rem & Replace Suspended Ceiling Panels 2' x 4', Average Grade | 204 SF @ $1.29 | $263.16 | $78.95 | $184.21 | | |
| Use good pieces to repair ceilings in Retail Spaces 2 & 3 | | | | | | |
| | | $263.16 | $78.95 | $184.21 | | |

## Retail Space 2  (30' x 19' 8" x 8')

590 sf Floor         795 sf Wall         590 sf Ceiling         99 lf Floor         99 lf Ceiling         4,720 cf Volume

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Repair Suspended Ceiling Panels 2' x 4', Average Grade | 1 EA @ $35.00 * | $35.00 | $0.00 | $35.00 | | |
| Use pieces from replaced office 1 ceiling to piece in wet tiles. | | | | | | |
| Rem & Replace Carpet, Glued Down | 65.56 SY @ $16.39 | $1,074.53 | $322.36 | $752.17 | | |

Dec 5, 2004

- 1 -

Estimate (MS/B 0410)
Claim # 37 4873 04 LOC2

AO00158

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| | | $1,109.53 | $322.36 | $787.17 | | |

## Retail Space 3 (30' x 16' x 8')

| 480 sf Floor | 736 sf Wall | 480 sf Ceiling | 92 lf Floor | 92 lf Ceiling | 3,840 cf Volume | |
|---|---|---|---|---|---|---|
| | | | | Repl. Cost | Depr. | ACV OP RD |

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Repair Suspended Ceiling Panels 2' x 4', Average Grade | 1 EA @ $35.00 * | $35.00 | $0.00 | $35.00 | | |

Use pieces from replaced office 1 ceiling to piece in wet tiles.

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| | $35.00 | $0.00 | $35.00 |

| | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $1,799.29 | $499.21 | $1,300.08 |
| Contractor's Overhead (10%) | $175.24 | $45.23 | $130.01 |
| Contractor's Profit (10%) | $192.76 | $49.75 | $143.01 |
| Total With Overhead & Profit | $2,167.29 | $594.19 | $1,573.10 |
| Alabama | $39.47 | $0.00 | $39.47 |
| Total With Tax | $2,206.76 | $594.19 | $1,612.57 |

This estimate is not an authorization for you to make repairs to your property. No adjuster has the authority to authorize repairs to you property. The hiring of a contractor is STRICTLY the decision of the policyholder. This estimate is subject to the review and approval by the insurance company.

**Price Database Legend**
All prices from Alabama Commercial 03/2004
* = Modified

AO00159

# Roof Sheet

Coverage BLDG

| Claim # | 37 4873 04 Loc2 |
|---------|-----------------|
| Policy # | 034617-38525851-04 |
| Ins Claim # | |

Insured    Pioneer Telephone Services



**Photo - Roof**

Overview - No damage to metal

Roof Diagram



| Length | | Width | | Times | Qty | | Sq Ft |
|--------|---|-------|---|-------|-----|---|-------|
| A   50' | | B   117' | | 1 | | 1 = | 5,850.00 |
| Total Sq Ft | | | | | | | 5,850.00 |
| Divided by 100 | | | | | | | 58.50 |
| Cutting Loss 10% | | | | | | | 5.85 |
| Estimated Squares | | | | | | | 64.35 |

AO00160



# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #

---

Photo - ID

ID 1833



Photo - RISK

FRONT



AO00161

# Photo Sheet

**Insured**    Pioneer Telephone Services

Coverage BLDG

| | |
|---|---|
| Claim # | 04-10017 |
| Policy # | 034617-38525851 04 |
| Ins Claim # | |



**Photo - RISK**

REAR



Photo - CAP

CAP DAMAGE

---

Photo Sheet (MS/B 0470)                    - 2 -                    Sep 25, 2004

AO00162

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #      04-10017
Policy #     034617-38525851-04
Ins Claim #



Photo - CAP

DAMAGE



Photo - ANTENNA

DAMAGE

AO00163

# Photo Sheet

Coverage BLDG

Claim # 04-10017
Policy # 034617-38525851-04
Ins Claim #

Insured    Pioneer Telephone Services



Photo - ROOF

OVERVIEW NO DAMAGE



Photo - RISK

FRONT 1835

AO00164

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #         04-10017
Policy #        034617-38525851-04
Ins Claim #



**Photo - AWNING**

CANVAS DAMAGE



**Photo - ROOF**

OVERVIEW

AO00165



AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

P O. Box 244017 (CLAIMS)
Montgomery, Alabama  36124
PHONE (334) 279-0323
FAX (334) 271-0481

December 9, 2004

Mr. Larry Dewberry

RE:  37-4873-04

Dear Larry:

Enclosed is a copy of the information our insured Pioneer Telephone Services are
claiming that was damaged during the Hurricane  Damage alleged are lightning to the
phone system that was in use in the insured's business   Also he is claiming that water
entered the building in the storeroom and got spare parts for phone systems wet which
rendered them unusable   Please inspect to verify the damages   The contact is Jimmy
Williamson 334-222-8777  The location is P O. Box 548 Andalusia, AL 36420.

Thank you for your time and consideration in this matter.  If you need any further
assistance, please give me a call at 1-800-548-9881 ext. 204

Sincerely,

*Bill Reaves*

Bill Reaves
Field Claim Rep

*~ Serving Our Policyholders and Agents for More Than 85 Years ~*

AO00166

# Photo Sheet

Insured     Pioneer Telephone Services

Coverage BLDG

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #



Photo  OFFICE 1

SCOPE



Photo - OFFICE 1

CEILING & BORDER DAMAGE

AO00167

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

| | |
|---|---|
| Claim # | 04-10017 |
| Policy # | 034617-38525851-04 |
| Ins Claim # | |



Photo   OFFICE 1

CLEAN CARPET

Insured called back 10/3. Cleaning did not work.



Photo - WAREHOUSE

CEILING DAMAGE

AO00168

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #



Photo - WAREHOUSE

SCOPE



Photo - BATHROOM

SCOPE

Photo Sheet (MS/B 0470)                    - 8 -                    Sep 25, 2004

AO00169

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #



**Photo - BATHROOM**

CEILING DAMAGE



Photo   OFFICE 2

SCOPE

---

Photo Sheet (MS/B 0470)                    - 9 -                    Sep 25, 2004

AO00170

# Photo Sheet

Insured     Pioneer Telephone Services

Coverage BLDG

Claim #      04-10017
Policy #     034617-38525851-04
Ins Claim #



Photo   OFFICE 2

CLEAN CARPET



Photo - RECEPTION

CLEAN CARPET

AO00171

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #        04 10017
Policy #       034617-38525851-04
Ins Claim #



Photo - KITCHEN

SCOPE



Photo - KITCHEN

CEILING DAMAGE

AO00172

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #    04-10017
Policy #    034617-38525851-04
Ins Claim #

Photo - *MAIN ATTRACTION* ~~MERLE NORMAN~~

SCOPE *Retail Space 1*



Photo - *MAIN ATTRACTION* ~~MERLE NORMAN~~

CEILING DAMAGE
*Retail Space 1*

AO00173

# Photo Sheet

**Insured**   Pioneer Telephone Services

**Coverage BLDG**

Claim #       04-10017
Policy #      034617-38525851-04
Ins Claim #



Photo - MERLE NORMEN

CLEAN CARPET – *Cleaning did not work, Insured called on 10/3 with request to replace.*

*Retail Space 2*

Photo - PREGNANCY RESOURCE

SCOPE   *Retail Space 3*

AO00174

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #

Photo - PREGNANCY RESOURCE

CEILING DAMAGE



AO00175

Billing Summary for Property Files and All Time and Expense Files

**GAB Robins**
GAB Robins North America, Inc

Date: _12-09_

GAB Robins File #  22821-0 _0123_ _Pioneer Telephone Services_                    Final _1_
Insured:                                                                          Interim
Claim/Policy #:  _37-4873-04_   Adj# _2044-8_                                     Supp
Resp. Branch #:  22821           Adj# _Gauthier_
Additional Branch#
Est.\Gross Loss:  _#1260292_                    _#10,401.16_ Flat Rate  >>>   _# 1110_
                                                _# 206.76_  Flat Rate  >>>       _715_
Damage Appraisal  _@ Locations_                 _# 1260292_ Flat Rate  >>>
Full Adjustment _of_ _see 12nd_
Other                                                        Flat Rate Sub Total: _# 1425_

Time and Expense

Branch # _22821_    Adjuster # _2044-8_   Hours _____   Rate _____    Totals _____
Branch # _____      Adjuster # _____      Hours _____   Rate _____    Totals _____
Branch # _____      Adjuster # _____      Hours _____   Rate _____    Totals _____    _5_
Branch # _22821_    Clerical # _3567-2_   Hours _0.3_   Rate _$40.00_ Totals _____

                                                         Time & Exp  SubTo' #

Miscellaneous
Photos Total        # _28_
Less Included:      # _2_                                              Totals  _# 152_
Billable Photos     # _26_        Rate:  _$2.00_

                                  # Miles  # _25_      Rate  _$1.65_
Travel Time & Mileage

Mileage Total       # _75_
Less Included:      # _50_                                             Totals  _41.25_
Billable Miles      # _25_        Rate:  _$0.47_

                                                                      Totals
Tele/Fax        Vs _____         Rate: _____          Totals          _$5.00_
Cell Phone                       Rate: _____          Totals          _$4.50_
Express Mail    # _____          Rate: _____          Totals
Public Record   # _26_           Rate: _$0 30_        Totals          _780_
Copies          # _____          Rate: _____          Totals
Other           # _____          Rate: _____

                                                 Misc. Exp. Sub Total _# 110.55_

                                    Total    Billing
                                             Tax:

State Sales Tax (where applicable)           GAB Robins            _#1535.55_
                                             Service Invoice Total

Page 1 of 1

## Reaves, Bill

| | | |
|---|---|---|
| From: | Jones, Cindy | |
| To: | Reaves, Bill | Sent: Tue 12/21/2004 1:37 PM |
| Cc: | Barrett, Billy | |
| Subject: | 37-4873-04, Pioneer Telephone Services | |
| Attachments: | | |

Bill:

Thanks for this file.  It looks like you are headed in the right direction   I think the insured has to prove his claim, or he won't be paid

Thanks Cindy

AO00177

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*
Life Home Car Business
*The No Problem People®*

P O Box 244017 (CLAIMS)
Montgomery, Alabama 36124
PHONE (334) 279 0323
FAX (334) 271-0481

December 20, 2004

Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL 36420

RE: 37-4873-04

Dear Sir or Madam:

We have received the estimate from the independent adjuster for your building damages I have enclosed a copy for you to review Once you have had a chance to review, please give me a call so that we may settle that portion of the claim

As to the damages you are claiming to your phone system due to lightning and the water damage to the inventory, Auto-Owners appreciates your professional opinion as to the damages claimed However, it is a conflict of interest to write your own lightning affidavit We also understand that you have disposed of the damaged equipment without us being able to have a third party verify the damages We are hereby requesting you provide us with outside documentation and evidence of the damages along with a salvage value

Under your policy the following is contained:

3 Duties In The Event Of Loss Or Damage

a You must see that the following are done in the event of loss or damage to Covered Property:

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss If feasible, set the damaged property aside and in the best possible order for examination Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim This will not increase the Limit of Insurance

*~ Serving Our Policyholders and Agents for More Than 85 Years ~*

AO00178

(5) At our request, give us complete inventories of the damaged and undamaged property Include quantities, costs, values and amount of loss claimed

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

### RESERVATION

Please be advised that this letter does not waive any rights or defenses which Auto-Owners Insurance Company may have regarding this matter under any policy of insurance issued by Auto-Owners Insurance, whether or not such claims or defenses are set forth herein. Auto-Owners reserves the right to supplement this letter upon receipt of further information which may subsequently become available

Thank you for your time and consideration in this matter   If you need any further assistance, please give me a call at 1-800-548-9881 ext. 204

Sincerely,

Bill Reaves
Field Claim Rep

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



**Auto-Owners Insurance**
Life Home Car Business
*The No Problem People®*

P.O. Box 244017 (CLAIMS)
Montgomery, Alabama 36124
PHONE (334) 279-0323
FAX (334) 271-0481

December 9, 2004

Mr. Larry Dewberry

RE: 37-4873-04

Dear Larry:

Enclosed is a copy of the information our insured Pioneer Telephone Services are claiming that was damaged during the Hurricane. Damage alleged are lightning to the phone system that was in use in the insured's business. Also he is claiming that water entered the building in the storeroom and got spare parts for phone systems wet which rendered them unusable. Please inspect to verify the damages. The contact is Jimmy Williamson 334-222-8777. The location is P.O. Box 548 Andalusia, AL 36420.

Thank you for your time and consideration in this matter. If you need any further assistance, please give me a call at 1-800-548-9881 ext 204.

Sincerely,

Bill Reaves

Bill Reaves
Field Claim Rep

*~ Serving Our Policyholders and Agents for More Than 85 Years ~*

AO00180

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:    334-222-8777
Fax:      334-222-8458

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
1

Sold To:
Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL  36420-1227

Ship to:

*Claim # 037-0004873-2004*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 2228777 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | EQUIPMENT IN WAREHOUSE WATER | | |
| | | DAMAGED BY IVAN'S STORMS | | |
| 1.00 | SX50 | MITEL CABINET | | |
| 1.00 | SX50PS | MITEL SX50 POWER SUPPLY | | |
| 1.00 | 9102-018-000 | MITEL CONSOLE | | |
| 1.00 | 9110-211-000 | MITEL 4 TRK. CIR CARD | | |
| 2.00 | 9104-020-001SA | 16 CI STA CARD | | |
| 1.00 | NSCICS | NS CICS KSU | | |
| 13.00 | T7100B | NORSTAR SINGLE LINE BLACK | | |
| 2.00 | T7100 | PLATINUM SINGLE-LINE | | |
| 7.00 | T7208B | CHARCOAL 8-BUTTON KEYSET | | |
| 6.00 | T7316B | CHARCOAL 16-BUTTON PHONE | | |
| 20.00 | 2831-00 | 4X8 CO KEY STATION BOARD | | |
| 1.00 | 2830-16 | CPU/VCM PROCESSOR | | |
| 27.00 | 1414-08 | EXECUTIVE DISPLAY SPEAKERPHONE | | |
| 12.00 | 1412-08 | ENHANCED SPEAKERPHONE | | |
| 1.00 | SP4000-00 | BKSU (BASIC KSU) | | |
| 1.00 | SP4074-00 | DCU | | |
| 7.00 | SP4032-00 | KIB BOARD | | |

| | | |
|---|---|---|
| Subtotal | Continued | |
| Sales Tax | Continued | |
| Total Invoice Amount | Continued | |
| Payment Received | | |
| **TOTAL** | Continued | |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue