# Pioneer Telephone Services, Inc.
# P. O. Box 1606
# Andalusia, AL 36420-1227

Voice:   334-222-8777
Fax:     334-222-8458

# Invoice

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
2

Sold To:
  Pioneer Telephone Services, Inc
  P.O. Box 1606
  Andalusia, AL  36420-1227

Ship to:

*Claim #037 0004873 2004*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 2228777 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SP4031-00 | COB BOARD | | |
| 1.00 | SP4030-00 | CPB | | |
| 1.00 | SP4033-00 | SIB BOARD | | |
| 1.00 | SP4035-00 | APL | | |
| 9.00 | 612 1000 | GLX-12 KSU | | |
| 22.00 | 612 3201 | GLX SID KEYSET | | |
| 1.00 | CD616 | COMDIAL 616 KSU | | |
| 1.00 | DCDSS | COMDIAL DSS | | |
| 17.00 | 6600E | COMDIAL KEYSET | | |
| 6.00 | 6714X-PG | COMDIAL KEYSET | | |
| 13.00 | 6714V-PG | COMDIAL KEYSET | | |
| 9.00 | 6614E-PG | COMDIAL KEYSET | | |
| 1.00 | 6614T-PG | COMDIAL KEYSET | | |
| 1.00 | 6714S | Comdial Keyset | | |
| 1.00 | CD820 | COMDIAL 820 KSU | | |
| 1.00 | E80 | E80PT KSU | | |
| 2.00 | M0016 | STATION CARD | | |
| 1.00 | CDOPX | COMDIAL 2-PORT OPX | | |
| 4.00 | 6706X-PG | COMDIAL KEYSET | | |

|  | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment Received | |
| **TOTAL** | Continued |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

AO00182

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice: 334-222-8777
Fax: 334-222-8458

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
3

Sold To:
Pioneer Telephone Services, Inc
P O Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim #037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |
| Sales Rep ID | SO# / Date | SC Date | Due Date |
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 6702X-PG | COMDIAL KEYSET | | |
| 2.00 | 6714FB | COMDIAL KEYSET | | |
| 1.00 | 6620PB | COMDIAL KEYSET | | |
| 1.00 | W3KMEM95-57 | PG COMDIAL HANDSET | | |
| 3.00 | PCB | OMEGA PCB BOARD | | |
| 1.00 | ANA | OMEGA ANA CARD | | |
| 2.00 | ICM | OMEGA ICM CARD | | |
| 6.00 | XPS | OMEGA XPS-1 CARD | | |
| 5.00 | SUB | OMEGA SUB CARD | | |
| 2.00 | COT | OMEGA COT CARD | | |
| 1.00 | CPU | OMEGA CPU CARD | | |
| 1.00 | 816/2460 | OMEGA KEYSET | | |
| 7.00 | 60025 | TIE KEYSET | | |
| 5.00 | 60001 | TIE KEY SERVICE UNIT | | |
| 2.00 | 60002 | 4 CKT C O LINE CARD | | |
| 1.00 | 60010 | TIE 1 PORT CO MODULE | | |
| 8.00 | THANDSET | TIE HANDSET | | |
| 1.00 | TP1648DCDC | TEL-PLUS 1648DCDC CONVERTER | | |
| 6.00 | TPHANDSET | TEL-PLUS HANDSET | | |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment Received | |
| **TOTAL** | Continued |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue

AO00183

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:   334-222-8777
Fax:     334-222-8458

# Invoice

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
4

Sold To:
Pioneer Telephone Services, Inc.
P O Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim # 037-0004873 2004*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 2228777 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | TP1648PS | TEL-PLUS POWER SUPPLY | | |
| 2.00 | TP1648SIB | TEL PLUS SIB CARD | | |
| 3.00 | TP1648KIB | TEL-PLUS 1648 KIB CARD | | |
| 2.00 | TP1648COB | TEL-PLUS 1648 COB CARD | | |
| 1.00 | TP1648CNB | TEL-PLUS 1648 CNB CARD | | |
| 1.00 | TP1648INB | TEL-PLUS 1648 INB CARD | | |
| 1.00 | TP1648SCB | TEL-PLUS 1648 SCB CARD | | |
| 2.00 | TP816PM | TEL-PLUS 816 PROGRAM MODULE | | |
| 6.00 | TP1648 | TELPLUS 1648 KEYSET SM LCD | | |
| 1.00 | TP1648DSS | TEL-PLUS 1648 DSS | | |
| 5.00 | | AIT 24 BUTTON KEYSET | | |
| 1.00 | AITML308 | AIT MERLIN 308 KSU | | |
| 1.00 | ACS704A | AIT POWER SUPPLY | | |
| 1.00 | ATISP616 | AIT SPIRIT EXP 616 KSU | | |
| 3.00 | | ATI SURGE PROJECTOR | | |
| 2.00 | | AIT AC PROJECTOR | | |
| 1.00 | EQUIPMENT | TOTAL EQUIPMENT | 34,915.53 | 34,915.53 |

| | |
|---|---|
| Subtotal | 34,915.53 |
| Sales Tax | |
| Total Invoice Amount | 34,915.53 |
| Payment Received | |
| **TOTAL** | 34,915.53 |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue

AO00184

PIONEER TELEPHONE SERVICES, INC
P O. Box 1606
Andalusia, Alabama 36420-1227

*Claim #037-0004873-2004*

LIGHTNING AFFIDAVIT

I, James H. Williamson, do certify that I have this 20th day of September, 2004, examined the
following item(s):

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Mitel Cabinet | SX50 |
| 1 | Mitel SX50 Power Supply | SX50PS |
| 1 | Mitel Console | 9102-018-000 |
| 1 | Mitel 4 Trk Cir Card | 9110-211-000 |
| 2 | 16 Ct Station Card | 9104-020-001SA |
| 1 | NS CICS KSU | NSCICS |
| 13 | Norstar Single-line Black | T7100B |
| 2 | Norstar Single-line Platinum | T7100 |
| 7 | Norstar 8-Button Keyset Charcoal | T7208B |
| 6 | Norstar 16-Button Keyset Charcoal | T7316B |
| 20 | 4x8 CO Key Station Board | 2831-00 |
| 1 | CPU/VCM Processor | 2830-16 |

AO00185

2

claim # 0370004873-2004

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 27 | Executive Speakerphone | 1414-08 |
| Qty 12 | Item Description Enhanced Speakerphone | Part # 1412-08 |
| Qty 1 | Item Description BKSU (Basic KSU) | Part # SP4000-00 |
| Qty 1 | Item Description DCU | Part # SP4074-00 |
| Qty. 7 | Item Description KIB Board | Part # SP4032-00 |
| Qty. 1 | Item Description COB Board | Part # SP4031-00 |
| Qty. 1 | Item Description CPB | Part # SP4030-00 |
| Qty 1 | Item Description SIB Board | Part # SP4033-00 |
| Qty 1 | Item Description API | Part # SP4035-00 |
| Qty 9 | Item Description GLX-12 KSU | Part # 612.1000 |
| Qty 22 | Item Description GLX Std Keyset | Part # 612 3201 |
| Qty 1 | Item Description Comdial 616 KSU | Part # CD616 |
| Qty 1 | Item Description Comdial DSS | Part # DCDSS |
| Qty 17 | Item Description Comdial Keyset | Part # 6600E |
| Qty. 6 | Item Description Comdial Keyset | Part # 6714X-PG |

AO00186

3

*claim # 0370004873-2004*

| Qty | Item Description | Part # |
|---|---|---|
| 13 | Comdial Keyset | 6714V-PG |
| Qty 9 | Item Description Comdial Keyset | Part # 6614E-PG |
| Qty 1 | Item Description Comdial Keyset | Part # 6614T-PG |
| Qty 1 | Item Description Comdial Keyset | Part # 6714S |
| Qty 1 | Item Description Comdial 820 KSU | Part # CD820 |
| Qty 1 | Item Description E80PT KSU | Part # E80 |
| Qty 2 | Item Description Station Card | Part # M0016 |
| Qty 1 | Item Description Comdial 2-Port OPX | Part # CDOPX |
| Qty 4 | Item Description Comdial Keyset | Part # 6706X-PG |
| Qty 1 | Item Description Comdial Keyset | Part # 6702X-PG |
| Qty 2 | Item Description Comdial Keyset | Part # 6714FB |
| Qty 1 | Item Description Comdial Keyset | Part # 6620PB |
| Qty 1 | Item Description Comdial Handset | Part # W3KMEM95-57 |
| Qty 3 | Item Description Omega PCB Board | Part # PCB |
| Qty 1 | Item Description Omega ANA Card | Part # ANA |

AO00187

*Claim #037-0004873-2004*

4

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 2 | Omega ICM Card | ICM |
| 6 | Omega XPS-1 Card | XPS-1 |
| 5 | Omega SUB Card | SUB |
| 2 | Omega COT Card | COT |
| 1 | Omega CPU Card | CPU |
| 1 | Omega Keyset | 816/2460 |
| 7 | Tie Keyset | 60025 |
| 5 | Tie Key Service Unit | 60001 |
| 2 | 4 Ckt C O Line Card | 60002 |
| 1 | Tie 1 Port CO Module | 60010 |
| 8 | Handset | Thandset |
| 1 | Tel-Plus 1648DCDC Converter | TP1648DCDC |
| 6 | Tel-Plus Handset | TPhandset |
| 1 | Tel-Plus Power Supply | TP1648PS |
| 2 | Tel-Plus SIB Card | TP1648SIB |

AO00188

*claim# 037-0004873-2004* 5

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 3 | Tel-Plus KIB Card | TP1648KIB |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 2 | Tel-Plus COB Card | TP1648COB |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 1 | Tel-Plus CNB Card | TP1648CNB |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 1 | Tel-Plus TNB Card | TP1648TNB |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 1 | Tel-Plus SCB Card | TP1648SCB |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 2 | Tel-Plus 816 Program Module | TP816PM |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 6 | Tel-Plus 1648 Keyset | TP1648 |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 1 | Tel-Plus 1648 DSS | TP1648DSS |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 5 | ATT 24 Button Keyset | |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 1 | Merlin 308 KSU | ATTML308 |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 1 | ATT Power Supply | ACS704A |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 1 | ATT Spirit Exp 616 KSU | ATTSP616 |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 3 | ATT Surge Protector | |

| Qty | Item Description | Part # |
|-----|------------------|--------|
| 2 | ATT AC Protector | |

AO00189

*Claim # 037-0004 873 2004*    6

Belonging to:  Pioneer Telephone Services, Inc

I further certify that to the best of my knowledge the above described property was damaged by water because of damage done to the printed circuit boards in the above equipment

James H Williamson
Pioneer Telephone Services, Inc

AO00190

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:   334-222-8777
Fax:     334-222-8458

Invoice Number:
13383

Invoice Date:
Oct 29, 2004

Page:
1

Sold To:
Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL  36420-1227

Ship to:

*Claim #031-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | LIGHTNING DAMAGE DONE DURING | | |
| | | HURRICAN IVAN'S STORMS  REPLACED | | |
| | | EQUIPMENT AND TESTED | | |
| 1.00 | LBR | LABOR | 2,410 00 | 2,410 00 |
| 1 00 | EQUIPMENT | TOTAL EQUIPMENT | 17,746 04 | 17,746.04 |
| 1 00 | NS19404 | NORSTAR MODULAR ICS KSU 0X32 | | |
| 1 00 | NS19405 | NORSTAR MICS 6 0 SOFTWARE | | |
| 1 00 | NS19419 | NORSTAR CALLER ID IRK CTG | | |
| 1 00 | M7324 | 24 Button Keyset w/Display | | |
| 3.00 | T7316B | CHARCOAL 16-BUTTON PHONE | | |
| 3.00 | T7208B | CHARCOAL 8-BUTTON KEYSET | | |
| 1 00 | VISTA-20P | V20P ATTACK PACK W/6160 | | |
| 1.00 | DSDX16C80GB | DIGITAL SPRITE SYSTEM | | |
| 2 00 | AO\38\000000001K6291 | 1/3" COLOR DIGITAL CAM 350TVL | | |
| 2 00 | EO-63-13VG550S | 1/3" 5 50mm VARIFOCAL LENSE | | |
| 2 00 | PE-EH3512MI | EH3512 W/EM1450 MOUNT | | |
| 1 00 | LO\SI\00000000PS3414 | CCTV POWER SUPPLY | | |
| 1 00 | FMA | OUTDOOR FM OMNI ANTENNA | | |
| 1 00 | | TELEVSION ANTENNA AMPLIFIER | | |

Check No:

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment Received | |
| **TOTAL** | Continued |

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue

AO00191

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:   334-222-8777
Fax:     334-222-8458

Invoice Number:
13383

Invoice Date:
Oct 29, 2004

Page:
3

Sold To:
Pioneer Telephone Services, Inc
P O Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim # 037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | TELESCOPIC MAST | 30' TV ANTENNA POLE | | |
| 1.00 | | SANYO 4-HEAD HI-FI-VCR | | |
| 1.00 | ONK-TX-DS797 | THX SELECT RECEIVER | | |
| 1.00 | ONK-TX-8511 | STEREO RECEIVER | | |
| 1.00 | | DELL COMPUTER SYSTEM (FLAT PANEL 17", KEYBOARD, HARD DRIVE, PRINTER) | | |
| 1.00 | | DELL INSPIRON LAPTOP, 17" FLAT PANEL DISPLAY, PORT REPLICATOR, PRINTER | | |
| 1.00 | | GATEWAY COMPUTER SYSTEM (MONITOR, KEYBOARD, HARD DRIVE) | | |
| 1.00 | NS900MHZ | NORSTAR 900 MHZ CORDLESS PHONE | | |
| 1.00 | ENCORE 8 | SUBWOOFER | | |

| | |
|---|---|
| Subtotal | 20,156.04 |
| Sales Tax | 1,419.68 |
| Total Invoice Amount | 21,575.72 |
| Payment Received | |
| **TOTAL** | 21,575.72 |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue

AO00192

PIONEER TELEPHONE SERVICES, INC
P O. Box 1606
Andalusia, Alabama 36420-1227

*Claim. # 037. 0004873-2004*

LIGHTNING AFFIDAVIT

I, James H. Williamson, do certify that I have this 20th day of September, 2004, examined the
following item(s):

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Norstar Modular ICS KSU 0x32 | NS19404 |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Norstar Mics 6 0 Sotware | NS19405 |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Norstar Caller ID Trk Cartridge | NS19419 |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | 24 Button Keyset w/ Display | M7324 |

| Qty | Item Description | Part # |
|---|---|---|
| 3 | 16 Button Keyset | T7316B |

| Qty | Item Description | Part # |
|---|---|---|
| 2 | 8 Button Keyset | T7208B |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | V20P Attack Pack w/6160 | Vista-20P |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Digital Sprite System | DSDX16C80GB |

| Qty | Item Description | Part # |
|---|---|---|
| 2 | 1/3" Color Digital Cam 350 I VL | AO\38\0001K629A |

| Qty | Item Description | Part # |
|---|---|---|
| 2 | 1/3" 5 50mm Varifocal Lense | EO-63-13VG550S |

| Qty | Item Description | Part # |
|---|---|---|
| 2 | EH3512 w/EM1450 Mount | PE-EH35212MT |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | CCTV Power Supply | LO\ST\000PS2416 |

AO00193

2

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Outdoor FM Omni Antenna | FMA |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Television Antenna Amplifier | |

| Qty | Item Description | Part # |
|------|------------------|--------|
| 1 | 30' TV Antenna Pole | Telescopic Mast |

| Qty | Item Description | Part # |
|------|------------------|--------|
| 1 | Sanyo 4 Head Hi-Fi VCR | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | THX Select Receiver | ONK-TX-DS797 |

| Qty | Item Description | Part # |
|------|------------------|--------|
| 1 | Stereo Receiver | ONK-TX-8511 |

| Qty | Item Description | Part # |
|------|------------------|--------|
| 1 | Dell Computer System | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Dell Inspiron Laptop | |

| Qty | Item Description | Part # |
|------|------------------|--------|
| 1 | Gateway Computer System | |

| Qty | Item Description | Part # |
|------|------------------|--------|
| 1 | Norstar 900Mhz Cordless Phone | NS900MHZ |

| Qty | Item Description | Part # |
|------|------------------|--------|
| 1 | Subwoofer | Encore 8 |

*claim # 037-004873-2004*

Belonging to:  Pioneer Telephone Services, Inc.

I further certify that to the best of my knowledge the above described property was damaged by lightning because of severe damage done to the printed circuit boards in the above equipment

*James H. Williamson*

James H  Williamson
Pioneer Telephone Services, Inc

AO00194

10-29-04;11:59AM;Wiregrass Hospice          WHP ANDALUSIA     ;18889869183          # 3/ 3

INVOICE

# X-Tra Clean

Phone: 222-6793
682-6866

404 River Falls Street
Andalusia, AL 36420

CUSTOMER'S
ORDER NO. 2-0659 _____ DATE 9-23-04

NAME Wire Grass Hospice

ADDRESS 1833 E. Three Notch Suite B
Andalusia Al 36420

| SOLD BY | CASH | CHECK | CHARGE | ON ACCT. | MDS RETD. | PAID OUT | |
|---------|------|-------|--------|----------|-----------|----------|---|

| DESCRIPTION | | AMOUNT | |
|---|---|---|---|
| Water Damage - Cleaned & Scotchgard affected areas | | 278 | 32 |
| | | | |
| | | | |
| Thank You | | | |
| | | | |
| | | | |
| MAIL | | | |
| OCT 2 9 2004 | | | |
| RECEIVED | | | |

All claims and returned goods MUST be accompanied by this bill

RECEIVED BY _____

| TAX | | |
|---|---|---|
| TOTAL | 278 | 32 |

This is my authorization for X-tra Clean to proceed with the services listed hereon. I understand that this work is being done for me and that I am responsible for payment on completion of work. I further agree that if this bill is not paid, to pay any reasonable collection costs plus a 1 and 1/2% monthly service charge applicable thirty days after completion of services

Claim# 037-004873-2004

INVOICE

# X-Tra Clean
Phone: 222-6793
682-6866

404 River Falls Street
Andalusia, AL 36420

CUSTOMER'S
ORDER NO. _222-8777_    DATE _4-23-04_

NAME _Pioneer Telephone Services_

ADDRESS _P.O. Box 1664_
_Andalusia AL 36420_

| SOLD BY | CASH | CHECK | CHARGE | ON ACCT | MDS RETD | PAID OUT |
|---------|------|-------|--------|---------|----------|----------|

| DESCRIPTION | | AMOUNT |
|-------------|--|--------|
| Pioneer Telephone Service | | 87 92 |
| Water Damage - Cleaned Affected | | |
| Area | | |
| | | |
| Merle Norman | | 108 00 |
| Cleaned carpet | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

All claims and returned goods MUST be accompanied by this bill.    TAX

RECEIVED BY _____    TOTAL  195 95

This is my authorization for X-tra Clean to proceed with the services listed hereon. I understand that this work is being done for me and that I am responsible for payment on completion of work. I further agree that if this bill is not paid, to pay any reasonable collection costs plus a 1 and 1/2% monthly service charge applicable thirty days after completion of services.

Claim # 037-004873-2004

Kelley Builders
Russell Kelley
25232 Jack Kelley Rd
Dozier, Alabama 36028

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/31/2004 | 113 |

| BILL TO | SHIP TO |
|---------|---------|
| Jimmy Williamson/Pioneer Plaza | |

| | DUE DATE | P. O. NUMBER |
|--|----------|--------------|
| | 11/30/2004 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Remove damaged eave metal | | | 850 00 |
| | Dispose of damaged materials | | | 85 00 |
| | | | | |
| | Eave metal, lexel caulk, galvanized scews | | | 1,510 40 |
| | Removal/rebuilding | | | 690 00 |
| | Removal of Damaged Privacy Fence | | | 260 00 |
| | New materials | | | 300 00 |
| | Labor on New Fence | | | 250 00 |

| | | |
|--|--|--|
| Subtotal | | 3,945 40 |
| 0% Tax | | |
| **Total** | | 3,945 40 |

AO00197

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*
Life Home Car Business
*The No Problem People®*

BRANCH CLAIM OFFICE
5915 Carmichael Road • P O Box 244017
Montgomery, Alabama 36124-4017
334-279-0323 FAX 334-271-0481
WWW.AUTO-OWNERS COM

## CLAIMS FAX TRANSMISSION

DATE: _12,9,04_

Number of pages including cover sheet _19_

TO:     FAX # ( )_____

TO:     _LARRY  Dewberry_

Attention: _____

FROM:  AUTO-OWNERS INSURANCE COMPANY

BY:     _Bill  Reaves_

SUBJECT: _32  4823-04_

Remarks: _____
_New  Assignmt  we spoke about_

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above.  This message may be an attorney-client or work product communication and is privileged and confidential. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail  Any review, dissemination, distribution or copying of this message by any person other than the intended recipient(s) or their authorized agents is strictly prohibited   Thank you

PLEASE CALL SENDER IF ANY PAGES ARE MISSING OR UNCLEAR

AO00198

# Quotation

Pioneer Telephone Services, Inc
P. O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
13383

Quote Date:
Oct 29, 2004

Quoted to:
Pioneer Telephone Services, Inc
P. O. Box 1606
Andalusia, AL  36420-1227

Page:
1

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | LBR | *Pioneer - Lightning Damage from Ivan* | 2,410.00 | 2,410.00 |
| 1.00 | NS19404 | | 989.00 | 989.00 |
| 1.00 | NS19419 | | 498.00 | 498.00 |
| 1.00 | NS19467 | | 1,995.00 | 1,995.00 |
| 1.00 | M7324 | | 150.00 | 150.00 |
| 3.00 | T7316B | | 129.00 | 387.00 |
| 3.00 | T7208B | | 115.00 | 345.00 |
| 1.00 | VISIA 20P | | 804.35 | 804.35 |
| 1.00 | DSDX16C80GB | | 2,908.01 | 2,908.01 |
| 2.00 | AC\38\000000001K629A | 1/3" COLOR DIGITAL CAM 350TVL | 173.99 | 347.98 |
| 2.00 | EO-63-13VG550S | 1/3" 5-50mm VARIFOCAL LENSE | 136.00 | 272.00 |
| 2.00 | PE-EH3512MT | EH3512 W/EM1450 MOUNT | 89.98 | 179.96 |
| 1.00 | LO\SI\00000000PS2416 | CCTV POWER SUPPLY | 147.90 | 147.90 |
| 1.00 | EMA | TELEVISION ANTENNA | 167.95 | 167.95 |
| 1.00 | | TELEVISION ANTENNA AMPLIFIER | 119.60 | 119.60 |
| 1.00 | TELESCOPIC MAST | 30' TV ANTENNA POLE | 169.00 | 169.00 |
| 1.00 | VWM-680 | SANYO 4-HEAD HI-FI VCR | 79.96 | 79.96 |
| 1.00 | ONK-TX DS797 | THX SELECT RECEIVER | 946.00 | 946.00 |
| 1.00 | ONK-TX 8511 | STEREO RECEIVER | 259.00 | 259.00 |
| 1.00 | | DELL COMPUTER SYSTEM (FLAT PANEL | 1,687.00 | 1,687.00 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total | | Continued |

AO00199

# Quotation

Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL 36420-1227

Quote Number:
13383

Quote Date:
Oct 29, 2004

Page:
2

Quoted to:
Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL 36420-1227

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 17", KEYBOARD, HARD DRIVE, PRINTER) | | |
| 1.00 | | DELL INSPIRON LAPTOP, 17" FLAT PANEL DISPLAY, PORT REPLICATOR, PRINTER | 2,683 33 | 2,683 33 |
| 1 00 | | GATEWAY COMPUTER SYSTEM (MONITOR, KEYBOARD, HARD DRIVE) | 1,650 00 | 1,650 00 |
| 1 00 | NS900MHZ | NORSTAR 900 MHZ CORDLESS PHONE | 435 00 | 435 00 |
| 1 00 | ENCORE 8 | SUBWOOFER | 525 00 | 525 00 |

| | | |
|---|---|---|
| Subtotal | | 20,156.04 |
| Sales Tax | | 1,419 68 |
| Total | | 21,575 72 |

AO000200

# Quotation

Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
13383B

Quote Date:
Oct 29, 2004

Page:
1

Quoted to:
Pioneer Telephone Services, Inc
P O  Box 1606
Andalusia, AL  36420-1227

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | | Unit Price | Extension |
|---|---|---|---|---|
| 1 00 | SX50 | *Pioneer Water Damage from IVAN* | 375 00 | 375 00 |
| 1 00 | SX50PS | | 325 00 | 325 00 |
| 1 00 | 9102-018-000 | | 375 00 | 375 00 |
| 1 00 | 9110-211-000 | | 175 00 | 175 00 |
| 2 00 | 9104-020-001SA | | 559 00 | 1,118 00 |
| 1 00 | MSCICS | | 300 00 | 300 00 |
| 13 00 | T7100B | | 89.00 | 1,157 00 |
| 2 00 | T7100 | | 89 00 | 178 00 |
| 7 00 | T7208B | | 105.00 | 735 00 |
| 6 00 | T7316B | | 129 00 | 774 00 |
| 20 00 | 2831-00 | | 175 00 | 3,500 00 |
| 1 00 | 2830-16 | CPU/VCM PROCESSOR | 225 00 | 225 00 |
| 27 00 | 1414-08 | EXECUTIVE DISPLAY SPEAKERPHONE | 135 00 | 3,645 00 |
| 12 00 | 1412-08 | ENHANCED SPEAKERPHONE | 109 00 | 1,308 00 |
| 1 00 | SP4000-00 | BKSU (BASIC KSU) | 1,499 00 | 1,499 00 |
| 1 00 | SP4074-00 | DCU | | |
| 1 00 | SP4032-00 | KIB BOARD | | |
| 1 00 | SP4031-00 | COB BOARD | | |
| 1 00 | SP4030-00 | CPB | | |
| 1 00 | SP4033-00 | SIB BOARD | | |
| 1 00 | SP4035-00 | APL | | |
| 6 00 | SP4032-00 | KIB BOARD | 139 00 | 834 00 |

| | Subtotal | Continued |
|---|---|---|
| | Sales Tax | Continued |
| | Total | Continued |

# Quotation

Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
13383B

Quote Date:
Oct 29, 2004

Page:
2

Quoted to:
Pioneer Telephone Services, Inc
P O  Box 1606
Andalusia, AL  36420-1227

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9 00 | 612 1000 | GLX-12 KSU | 250.00 | 2,250 00 |
| 22 00 | 612 3201 | GLX SID KEYSET | 150.00 | 3,300 00 |
| 1 00 | CD616 | COMDIAL 616 KSU | 400 00 | 400 00 |
| 1 00 | DCDSS | COMDIAL DSS | 100 00 | 100 00 |
| 17 00 | 6600E | COMDIAL KEYSET | 139 00 | 2,363 00 |
| 6 00 | 6714-X | Comdial Keyset | 70 00 | 420 00 |
| 13 00 | 6714V-PG | COMDIAL KEYSET | 70.00 | 910 00 |
| 9 00 | 6614E-PG | COMDIAL KEYSET | 95 00 | 855 00 |
| 1 00 | 6614I-PG | COMDIAL KEYSET | 120 00 | 120 00 |
| 1 00 | 6714S | Comdial Keyset | 95 00 | 95 00 |
| 1 00 | CD820 | COMDIAL 820 KSU | 425 00 | 425 00 |
| 1 00 | E80 | E80PT KSU | 250 00 | 250 00 |
| 2 00 | M0016 | STATION CARD | 175 00 | 350 00 |
| 1 00 | CDOPX | COMDIAL 2-PORT OPX | 200.00 | 200 00 |
| 4 00 | 6706X-PG | COMDIAL KEYSET | 112 00 | 448 00 |
| 1 00 | 6702X PG | COMDIAL KEYSET | 112 00 | 112 00 |
| 2 00 | 6714FB | COMDIAL KEYSET | 123 50 | 247 00 |
| 1 00 | 6620PB | COMDIAL KEYSET | 100 00 | 100 00 |
| 1 00 | W3KMEM95-57 | PG COMDIAL HANDSET | 15 17 | 15 17 |
| 3 00 | PCB | OMEGA PCB BOARD | 45 00 | 135 00 |
| 1 00 | ANA | OMEGA ANA CARD | 45 00 | 45 00 |
| 2 00 | ICM | OMEGA ICM CARD | 45 00 | 90 00 |
| 6 00 | XPS | OMEGA XPS-1 CARD | 45 00 | 270 00 |
| 5 00 | SUB | OMG III SUB KSET INI CARD | 45 00 | 225 00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO000202

# Quotation

Pioneer Telephone Services, Inc
P O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
13383B

Quote Date:
Oct 29, 2004

Page:
3

Quoted to:
Pioneer Telephone Services, Inc
P O  Box 1606
Andalusia, AL  36420-1227

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2 00 | COT | OMEGA COT CARD | 45 00 | 90 00 |
| 1 00 | CPU | OMEGA CPU CARD | 45 00 | 45 00 |
| 1 00 | 816/2460 | OMEGA KEYSET | 65 00 | 65 00 |
| 7 00 | 60025 | TIE KEYSET | 59 00 | 413 00 |
| 5 00 | 60001 | TIE KEY SERVICE UNIT | 85 00 | 425 00 |
| 2 00 | 60002 | 4 CKT C O  LINE CARD | 70 00 | 140 00 |
| 1 00 | 60010 | TIE 1 PORT CO MODULE | 40 00 | 40 00 |
| 8 00 | THANDSET | TIE HANDSET | 15 17 | 121 36 |
| 1 00 | TP1648DCDC | TEL-PLUS 1648DCDC CONVERTER | 225 00 | 225 00 |
| 6 00 | TPHANDSET | TEL-PLUS HANDSET | 22 50 | 135 00 |
| 1 00 | TP1648PS | TEL-PLUS POWER SUPPLY | 45 00 | 45 00 |
| 2 00 | TP1648SIB | TEL-PLUS SIB CARD | 135 00 | 270 00 |
| 3 00 | TP1648KIB | TEL-PLUS 1648 KIB CARD | 195 00 | 585 00 |
| 2 00 | TP1648COB | TEL-PLUS 1648 COB CARD | 135 00 | 270 00 |
| 1 00 | TP1648CNB | TEL-PLUS 1648 CNB CARD | 120 00 | 120 00 |
| 1 00 | TP1648TNB | TEL-PLUS 1648 TNB CARD | 125 00 | 125 00 |
| 1 00 | TP1648SCB | TEL-PLUS 1648 SCB CARD | 175 00 | 175 00 |
| 2 00 | TP816PM | TEL-PLUS 816 PROGRAM MODULE | 25 00 | 50 00 |
| 6 00 | TP1648 | TELPLUS 1648 KEYSET SM LCD | 71 50 | 429 00 |
| 1 00 | TP1648DSS | TEL-PLUS 1648 DSS | 125 00 | 125 00 |
| 5 00 | | ATT 24 BUTTON KEYSET | 85 00 | 425 00 |
| 1 00 | ATTML308 | ATT MERLIN 308 KSU | 99 00 | 99 00 |
| 1 00 | ACS704A | ATT POWER SUPPLY | 25 00 | 25 00 |
| 1 00 | ATTSP616 | ATT SPIRIT EXP 616 KSU | 150 00 | 150 00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00203

# Quotation

Pioneer Telephone Services, Inc
P  O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
13383B

Quote Date:
Oct 29, 2004

Page:
4

Quoted to:
Pioneer Telephone Services, Inc.
P.O  Box 1606
Andalusia, AL  36420-1227

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3 00 | | ATF SURGE PROTECTOR | 15 00 | 45 00 |
| 2 00 | | AIT AC PROTECTOR | 15 00 | 30 00 |

| | | |
|---|---|---|
| Subtotal | | 34,915 53 |
| Sales Tax | | |
| Total | | 34,915 53 |

AO00204

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*
Life Home Car Business
The 'No Problem' People®

P O Box 244017 (CLAIMS)
Montgomery, Alabama 36124
PHONE (334) 279-0323
FAX (334) 271-0481

December 20, 2004

Pioneer Telephone Services, Inc
P.O. Box 1606
Andalusia, AL 36420

RE: 37-4873-04

Dear Sir or Madam:

We have received the estimate from the independent adjuster for your building
damages  I have enclosed a copy for you to review  Once you have had a chance to
review, please give me a call so that we may settle that portion of the claim

As to the damages you are claiming to your phone system due to lightning and the
water damage to the inventory, Auto-Owners appreciates your professional opinion as
to the damages claimed  However, it is a conflict of interest to write your own lightning
affidavit  We also understand that you have disposed of the damaged equipment
without us being able to have a third party verify the damages  We are hereby
requesting you provide us with outside documentation and evidence of the damages
along with a salvage value

Under your policy the following is contained:

3  Duties In The Event Of Loss Or Damage

   a  You must see that the following are done in the event of loss or damage to Covered
   Property:

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered
Cause of Loss  If feasible, set the damaged property aside and in the best possible order for
examination  Also keep a record of your expenses for emergency and temporary repairs, for
consideration in the settlement of the claim  This will not increase the Limit of Insurance

*~ Serving Our Policyholders and Agents for More Than 85 Years ~*

AO00205

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records

### RESERVATION

Please be advised that this letter does not waive any rights or defenses which Auto-Owners Insurance Company may have regarding this matter under any policy of insurance issued by Auto-Owners Insurance, whether or not such claims or defenses are set forth herein Auto-Owners reserves the right to supplement this letter upon receipt of further information which may subsequently become available

Thank you for your time and consideration in this matter  If you need any further assistance, please give me a call at 1-800-548-9881 ext 204

Sincerely,

Bill Reaves
Field Claim Rep

P .02

The Area's Oldest And Largest    INVOICE

**BOB TAYLOR'S** *Carpet One*

P.O. Box 881
123 E Covington Avenue
Opp AL 36467
334-493-3456

Floor Covering Specialist
*"Since 1965"*

641 N. Ferdon Blvd
Crestview FL 32536
850-682-1090

Jimmy

Quote
SOLD TO Pioneer Telephone Svcs JOB

Hwy 29 A

Andalusia

11-24-04
Date

CITY _____ COUNTY ____

PHONE 222-8777

EST DEL DATE ____

YOUR ORDER NO ____ DATED ____    SALESMAN ____

*We Appreciate Your Business*

| QUANTITY | | | | PRICE | TOTAL |
|---|---|---|---|---|---|
| 594 | #1 | Digitert | Jimmy's Offices | 2.64 | 1550.00 |
| 594 | #1 | Peek | | 61 | 362.34 |
| 2 | 5 | Gal do | Pioneer and | 90.00 | 180.00 |
| 594 | #1 | Double | Wiregrass water | 78 | 463.32 |
| | | | Damage! | | |
| | | | | TOTAL | 2,555.66 |
| | | | | PAYMENT | |
| | | DEL DATE | | BALANCE DUE | |

CONDITIONS OF SALE

CAUTION: IT IS IMPORTANT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT

TERMS ____    BUYER ____

BUYER ____

ALL PERSONS WHO ARE, OR MAY BE RESPONSIBLE FOR THE PURCHASE PRICE MUST SIGN AT THE TIME OF SALE
SEE THE RESERVE SIDE OF THIS ORDER FOR ADDITIONAL IMPORTANT TERMS OF THIS AGREEMENT

PNKee Office Products & Printing (334) 405-3505

AO00207

1-03-04  09:08A

P. 02

*The Area's Oldest And Largest*

## BOB TAYLOR'S CARPET ONE

**Floor Covering Specialist**
*"Since 1965"*

INVOICE

P.O. Box 881
123 E. Covington Avenue
Opp, AL 36467
334-493-3456

641 N. Ferdon Blvd
Crestview, FL 32536
850-682-1090

Date: 12-3-04

SOLD TO: Jimmy W. Williamson      JOB: Wiregrass Hospice

CITY _____ COUNTY _____
PHONE _____
YOUR ORDER NO _____ DATED _____      EST DEL DATE _____
SALESMAN _Dave_

*We Appreciate Your Business*

| QUANTITY | ARTICLE | PRICE | TOTAL |
|---|---|---|---|
| 1320 | Solon 26oz Military | | |
| 1320 | Cpt Take up glue down | | 1025.00 |
| 1320 | Commercial glue down | | 183.34 |
| 6 | T mold | | 528.00 |
| | | | 6.00 |

CONDITIONS OF SALE

| | TOTAL | 1742.34 |
|---|---|---|
| DEL DATE | PAYMENT | |
| | BALANCE DUE | |

CAUTION-IT IS IMPORTANT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT

TERMS _____
BUYER _____
BUYER _____

ALL PERSONS WHO ARE, OR MAY BE, RESPONSIBLE FOR THE PURCHASE PRICE MUST SIGN AT THE TIME OF SALE
SEE THE RESERVE SIDE OF THIS ORDER FOR ADDITIONAL IMPORTANT TERMS OF THIS AGREEMENT.

Philco Office Products & Printing (334) 493-3596

AO00208

NO. 671    P01

# SALES QUOTATION

TO: Pioneer Telephone

DATE: 12-13-04

ATTENTION:

We are pleased to submit the following quotation for your consideration.

| QUANTITY | DESCRIPTION | UNIT COST |
|---|---|---|
| 2 | Bookcases | $ 638.90 ea |

NET COST $

**WALKER**
**Business Machines**
P.O. Drawer 480 • Four Court Square
Andalusia, Alabama 36420
(334) 222-6255 • 1-800-832-0500

Sales Representative

June Walker
Name

222-6255
Telephone #

AO00209

Confirmation Report - Memory Send

Date & Time: Dec-22-2004  12:45am
Tel line   :
Machine ID :

| | | |
|---|---|---|
| Job number | : | 837 |
| Date & Time | : | Dec-22 12:39am |
| To | : | 915173911904 |
| Number of pages | : | 020 |
| Start time | : | Dec-22 12:39am |
| End time | : | Dec-22 12:45am |
| Pages sent | : | 020 |
| Status | : | OK |
| Job number | : 837 | |

*** SEND SUCCESSFUL ***

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*
Life Home Car Business
*The No Problem People*

BRANCH CLAIM OFFICE
5915 Carmichael Road • P O. Box 244017
Montgomery, Alabama 36124-4017
334-279-0323   FAX 334-271-0481
WWW.AUTO-OWNERS.COM

CLAIMS FAX TRANSMISSION

DATE:  12-21-04                Number of pages including cover sheet: 20

TO:    FAX # (    )

TO:    _Home Office   Claims_

Attention:

FROM:  AUTO-OWNERS INSURANCE COMPANY

BY:    _Bill Reeves_

SUBJECT:  _32 - 4873 - 04_

Remarks: _Reporting New Loss to you   Please Advise_

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s)
named above. This message may be an attorney-client or work product communication and is privileged and confidential. If you have
received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Any review,
dissemination, distribution or copying of this message by any person other than the intended recipient(s) or their authorized agents is strictly
prohibited. Thank you.

PLEASE CALL SENDER IF ANY PAGES ARE MISSING OR UNCLEAR

AO00210



MVC-001F.JPG
2004/11/16 11:01:48

MVC-002F.JPG
2004/11/16 11:22:14



MVC-003F.JPG
2004/11/16 11:22:26

MVC-004F.JPG
2004/11/16 11:22:58

Area Insured Claims
Inventory got wet

New phone
Sys in Bldg.

AO00211



MVC-005F.JPG
2004/11/16 11:24:44

MVC-006F.JPG
2004/11/16 11:38:18



MVC-007F.JPG
2004/11/16 11:36:54

MVC-008F.JPG
2004/11/16 11:38:20

Food Inventory
Insured claims
got wet

AO00212



MVC-009F.JPG
2004/11/16 11:38:38

MVC-010F.JPG
2004/11/16 11:38:58



MVC 011F.JPG
2004/11/16 11:40:20

MVC-012F.JPG
2004/11/16 11:42:34

AO00213



MVC-013F.JPG
2004/11/16 11:42:54

MVC-014F JPG
2004/11/16 11:45:10

AO00214

```
JC05 CPP      OPERATION: RENEWAL POLICY ISSUE   ID NBR: 38525851000000000004
     XREF NAME: PIONEER TELEPHONE SERVICES INC PRODUCER: SOUTH CENTRAL AGENCY
                       ** LOCATION DATA **

   0001 001 POLICY TYPE: 38 OCCUPIED AS: OFFICE            MONTHS CLOSED: 00

        LOB: X CP  X GL  _ CRIME  _ IM      _ GAR  _ DB  _ CA PMH:F _ T _ S _

        ADDRESS: 1833 E THREE NOTCH ST

        CITY: ANDALUSIA         STATE: AL    ZIP: 364202438      OVERRIDE?

        COUNTY: 020   COVINGTON             CITY CODE: 09   IN CITY LIMITS? Y



        FD CODE:       KY CITY CODE:     EXEMPT TAXES:    EXEMPT SURCHG:

   MORE LOC(S)?  X    MORE SLOC(S)?  X
   STARTING LOC:      SLOC:


MODE: D OPTION:    1=SUSPND 3=SUPPRT 4=MODFY 5=DISPLY 7=REDSPLY 9=EXIT 10=ESCP
```

AO00215

```
IC05 CPP       OPERATION: RENEWAL POLICY ISSUE   ID NBR: 38525851000000000004
       XREF NAME: PIONEER TELEPHONE SERVICES INC PRODUCER: SOUTH CENTRAL AGENCY
                      ** LOCATION DATA **

   0002 001 POLICY TYPE: 38 OCCUPIED AS: OFFICE            MONTHS CLOSED: 00

       LOB: X CP _ GL _ CRIME _ IM      _ GAR _ DB _ CA PMH:F _ T _ S _

       ADDRESS: 1835 E THREE NOTCH ST

       CITY: ANDALUSIA       STATE: AL    ZIP: 364202438      OVERRIDE?

       COUNTY: 020  COVINGTON              CITY CODE: 09   IN CITY LIMITS? Y



       FD CODE:      KY CITY CODE:    EXEMPT TAXES:    EXEMPT SURCHG:

   MORE LOC(S)? _     MORE SLOC(S)? _
   STARTING LOC:      SLOC:

MODE: D OPTION:    1=SUSPND 3=SUPPRT 4=MODFY 5=DISPLY 7=REDSPLY 9=EXIT 10=ESCP
```

AO00216

# *Auto-Owners*

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

Issued  04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00      MKT TERR 041      (334) 222-1556
INSURED  PIONEER TELEPHONE SERVICES INC

Renewal Effective 06-16-2004

POLICY NUMBER   034617-38525851-04

ADDRESS  PO BOX 1606

ANDALUSIA, AL  36420-1227

Company
Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m |
| 06-16-2004 to 06-16-2005 | |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

# FOR COMPANY USE ONLY

THE FOLLOWING DIRECTIVES HAVE BEEN ISSUED FOR THIS POLICY:

ATTACHED FORMS MUST BE VIEWED IN MOBIUS APPS SUITE

The following attachments were issued with this policy transaction

E59349 200310   E59351 200302

2000000000004476

Billing Type:  Company Bill    MONTHLY
Insured Copy Mailed to:  Agency

Account  006764415

09-11-2003
Original Effective Date: 06-16-2003

AGENCY 17-0557-00   POLICY 034617-38525851

SOUTH CENTRAL AGENCY INC
PO BOX 548
ANDALUSIA, AL  36420

13271 (8-99)

04-26-2004



Auto-Owners Insurance
Life  Home  Car  Business
The No Problem People®

P O BOX 30660, LANSING, MICHIGAN 48909-8160  •  517-323-1200
AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

PIONEER TELEPHONE SERVICES INC

PO BOX 1606

ANDALUSIA, AL  36420-1227

Thank you for allowing Auto-Owners to handle your insurance needs

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security  Our A + + (Superior) rating by the A M Best Company signifies that we have the financial strength to provide the insurance protection you need

Feel free to contact your Auto-Owners agency with any questions you may have about your insurance needs   Your agency's phone number is (334) 222-1556

Auto-Owners Insurance · The "No Problem" People®

* * * * * * THIS IS NOT A BILL * * * * * * *
IF ADDITIONAL PREMIUM IS OWED, A BILL WILL BE MAILED SEPARATELY.  PLEASE PAY ANY UNPAID BILLS

Serving Our Policyholders and Agents for More Than 85 Years

AO00218

# *Auto-Owners*

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

Page   1

55039 (11-87)
Issued  04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

Renewal Effective 06-16-2004

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00      MKT TERR 041     (334) 222-1556
INSURED  PIONEER TELEPHONE SERVICES INC

POLICY NUMBER   034617-38525851-04

ADDRESS  PO BOX 1606

ANDALUSIA, AL  36420-1227

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a m. | 12:01 a m |
| | 06-16-2004 to 06-16-2005 | |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

### COMMON POLICY INFORMATION

BUSINESS DESCRIPTION:  Telephone Sales/Serv

ENTITY:  Corporation

PROGRAM:  Contractors

| | PREMIUM |
|---|---|
| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) | |
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT | |
| COMMERCIAL PROPERTY COVERAGE | $2,426 00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | 2,050 00 |
| TOTAL | $4,476 00 |

FORMS THAT APPLY TO ALL COVERAGE PART SHOWN ABOVE (EXCEPT GARAGE LIABILITY, DEALER'S BLANKET, COMMERCIAL AUTOMOBILE, IF APPLICABLE)
55000  (01-87)    IL0017 (11-85)

A  7% CUMULATIVE MULTI-POLICY DISCOUNT APPLIES.  SUPPORTING POLICIES ARE MARKED WITH AN (X):  COMM UMB( ) COMM AUTO(X) WC( ) LIFE( ) PERSONAL(X) FARM( )

Countersigned By:  _____

AO00219

# *Auto-Owners*

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Page    1

54104 (07-87)
Issued 04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

AGENCY SOUTH CENTRAL AGENCY INC
17-0557-00    MKT TERR 041    (334) 222-1556
INSURED PIONEER TELEPHONE SERVICES INC

Renewal Effective 06-16-2004

POLICY NUMBER 034617-38525851-04

ADDRESS PO BOX 1606

ANDALUSIA, Al 36420-1227

| Company Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.    12:01 a m |
| | 06-16-2004 to 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

## COMMERCIAL PROPERTY COVERAGE

COVERAGES PROVIDED

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

### LOCATION 001

ADDITIONAL FORMS THIS LOCATION: None

LOC 001    BLDG 001 1833 E Three Notch St
Andalusia, AL 36420-2438

OCCUPIED AS: Office

COVERAGE: Building          Limit of Insurance       $259,500

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $500 | 0.222 | $576.00 |
| Basic Group II | 80% | 500 | 0.046 | 119.00 |
| Special | 80% | 500 | 0.100 | 260.00 |
| Theft | 80% | 500 | | Included |

OPTIONAL COVERAGE:

Inflation Guard Factor
Building
1.020

COVERAGE: Personal Prop          Limit of Insurance       $76,950

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $500 | 0.298 | $229.00 |
| Basic Group II | 80% | 500 | 0.037 | 28.00 |
| Special | 80% | 500 | 0.090 | 69.00 |
| Special Including Theft | 80% | 500 | 0.122 | 94.00 |

OPTIONAL COVERAGE:

Inflation Guard Factor
Personal Property
1.023

ADDITIONAL FORMS THIS BUILDING: 59351 (02-03)  IL0003 (11-85)  IL0190 (03-97)
CP0145 (12-00)  CP0090 (07-88)  CP0010 (10-91)  CP1030 (10-91)

SECURED INTERESTED PARTIES:  See Attached Schedule

RATING INFORMATION

Territory: 200
Program: Contractors
Class Rate - Building:    0.252

County: Covington
Construction: Mas N-C
PC:  05          Class Code:    0702
Class Rate - Contents:   0.338

AO00220

# Auto-Owners

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

Page    2

54104 (07-87)
Issued  04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00    MKT TERR 041    (334) 222-1556
INSURED  PIONEER TELEPHONE SERVICES INC

ADDRESS  PO BOX 1606

ANDALUSIA, AL  36420-1227

Renewal Effective 06-16-2004

POLICY NUMBER  034617-38525851-04

Company
Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m |
| 06-16-2004 to | 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

## COMMERCIAL PROPERTY COVERAGE

FOREIGN TERRORISM - CERTIFIED ACTS    SEE FORM  59351                    EXCLUDED

LOCATION 001    PREMIUM                $1,375.00

---

LOCATION 002

ADDITIONAL FORMS THIS LOCATION:  None

LOC 002    BLDG 001 1835 E Three Notch St
Andalusia, Al  36420-2438

OCCUPIED AS:  Office

COVERAGE: Building                    Limit of Insurance    $207,600

| CAUSES OF LOSS | COINSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| Basic Group I | 80% | $500 | 0.239 | $496.00 |
| Basic Group II | 80% | 500 | 0.167 | 347.00 |
| Special | 80% | 500 | 0.100 | 208.00 |
| Theft | 80% | 500 | | Included |

OPTIONAL COVERAGE:

Replacement Cost

Inflation Guard Factor
Building
1.020

ADDITIONAL FORMS THIS BUILDING:  59351  (02-03)  IL0003 (11-85)  IL0190 (03-97)
CP0145 (12-00)  CP0090 (07-88)  CP0010 (10-91)  CP1030 (10-91)

SECURED INTERESTED PARTIES:  See Attached Schedule

RATING INFORMATION

Territory:  200                  County:  Covington
Program:  Contractors            Construction:  Non-Comb
Class Rate - Building:    0.271   PC:  05        Class Code:    0702

FOREIGN TERRORISM - CERTIFIED ACTS    SEE FORM  59351                    EXCLUDED

LOCATION 002    PREMIUM                $1,051.00

AO00221

# *Auto-Owners*

Page    3

59187 (07-87)
Issued  04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

AGENCY  SOUTH CENTRAL AGENCY INC
17-0557-00    MKT TERR 041    (334) 222-1556
INSURED  PIONEER TELEPHONE SERVICES INC

Renewal Effective 06-16-2004

POLICY NUMBER  034617-38525851-04

ADDRESS  PO BOX 1606

ANDALUSIA, AL  36420-1227

Company
Bill

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| 06-16-2004 to | 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

SECURED INTERESTED PARTIES AND/OR ADDITIONAL INTERESTED PARTIES

Applies to Loc/Bldg(s):
001/001, 002/001
COVINGTON COUNTY BANK
P O BOX 518
ANDALUSIA, AL  36420
Interest:  Mortgagee

AO00222

## *Auto-Owners*

Page   1

55040 (11/87)

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

Issued  04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

AGENCY SOUTH CENTRAL AGENCY INC
17-0557-00    MKT TERR 041    (334) 222-1556
INSURED PIONEER TELEPHONE SERVICES INC

Renewal Effective 06-16-2004

POLICY NUMBER  034617-38525851-04

ADDRESS PO BOX 1606

ANDALUSIA, AL  36420-1227

| Company Bill | POLICY TERM |
|---|---|
| | 12:01 a.m.    12:01 a.m |
| | 06-16-2004 to 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this Declarations and attachments to your policy. If you have any questions, please consult with your agent.

### COMMERCIAL GENERAL LIABILITY COVERAGE

LIMITS OF INSURANCE
  General Aggregate Limit
    (Other Than Products-Completed Operations)    $1,000,000
  Products-Completed Operations Aggregate Limit
  Personal And Advertising Injury Limit    1,000,000
  Each Occurrence Limit    1,000,000
  Fire Damage Limit    1,000,000
  Medical Expense Limit    100,000 Any One Fire
    10,000 Any One Person

Twice the "General Aggregate Limit", shown above, is provided at no additional charge for each 12 month period in accordance with form 55050

AUDIT TYPE: Annual Audit

FORMS THAT APPLY TO LIABILITY: 59351  (02-03)  55118  (08-91)  55146  (07-96)
55091  (01-89)  55068  (08-89)  IL0021 (11-85)  55029  (07-87)  CG0001 (11-88)
CG0108 (11-85)  IL0017 (11-85)  55050  (06-01)  55064  (07-87)  CL175  (02-86)
55069  (01-88)  CG2147 (09-89)  55137  (06-92)  55145  (12-01)

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY

LOC 001  BLDG 001 1833 E Three Notch St
    Andalusia, AL  36420-2438

TERRITORY:  009  COUNTY: Covington

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| CODE 00501 Commercial General Liability Plus Endorsement Included At 7% Of The Premises Operation Premium | Prem/Op | Prem/Op Prem Inc | Inc | Inc |
| CODE 61217 Buildings Or Premises - Bank Or Office - Mercantile Or Manufacturing Maintained By The Insured (Lessor's Risk Only) Including Products And/Or Completed Operations (For-Profit) | Prem/Op | Area 8,800 | Each 1000 44.030 | $388.00 |
| CODE 91585 Contractors - Subcontracted Work - In Connection With Construction, Reconstruction, Repair Or Erection Of Buildings | Prem/Op Prod/Comp Op | Total Costs If Any If Any | Each 1000 | Inc Inc |

AO00223

# *Auto-Owners*

INSURANCE COMPANY
6101 ANACAPRI BLVD , LANSING, MI 48917-3999

Page   2

55040 (11/87)
Issued  04-26-2004
TAILORED PROTECTION POLICY DECLARATIONS

AGENCY  SOUTH CENTRAL AGENCY INC
        17-0557-00    MKT TERR 041      (334) 222-1556
INSURED PIONEER TELEPHONE SERVICES INC

Renewal Effective 06-16-2004
POLICY NUMBER  034617-38525851-04

ADDRESS PO BOX 1606
        ANDALUSIA, AL  36420-1227

Company
Bill

| POLICY TERM |
| 12:01 a m.    12:01 a m |
| 06-16-2004 to 06-16-2005 |

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

|  | CODE 99612 | | Payroll | Each 1000 | |
|---|---|---|---|---|---|
| Telephone Or Telegraph Companies Including Products And/Or Completed Operations | | Prem/Op | 87,000 | 19 116 | $1,663 00 |

FOREIGN TERRORISM - CERTIFIED ACTS      SEE FORM  59351

EXCLUDED

LOCATION  001  PREMIUM

$2,051.00

AO00224

COPY
SERVE ON DEFENDANT

37-4873-04

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| PIONEER SERVICES, INC., JIMMY WILLIAMSON, and KELLY WILLIAMSON, | ) ) ) | |
| PLAINTIFFS, | ) | |
| VS | ) | CIVIL ACTION NO.: CV- 05-110 |
| AUTO-OWNERS INSURANCE COMPANY, INC., a corporation, and SOUTH CENTRAL AGENCY, INC., a corporation, and XYZ fictitious defendants, "X", "Y", and/or "Z" being that person or persons who caused and/or contributed to the injuries and/or damages suffered and sustained by the Plaintiffs, whose identity is unknown at this time but will be added by amendment when such is ascertained, et al., | ) ) ) ) ) ) ) ) | : |
| DEFENDANTS | | |

SUMMONS - CIVIL

NOTICE TO:     Auto Owners Insurance Company, Inc
               Attn: Drew Klasin
               5915 Carmichael Road
               Montgomery, Alabama 36124-4017

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.
YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR
WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION
IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR
ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR
ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Leland Enzor,
Jr.,** WHOSE ADDRESS IS **P. O. Drawer 339, Andalusia, AL  36420** THIS
ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS
SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT
BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER
THINGS DEMANDED IN THE COMPLAINT
*************************************************************************

FILED IN OFFICE

APR 2 6 2005

*Royal & Powell*
CLERK

AO00225

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒    You are hereby commanded to serve this summons and a copy of the complaint in this action upon the Defendant.

☐    Service by certified mail of this summons is initiated upon the written request of the State of Alabama pursuant to the Alabama Rules of Civil Procedure

Date____4·26·05_____     ____Roger A Powell____By_ds_
                                                          Clerk/Register

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RETURN ON SERVICE:

☐    Return receipt of certified mail received in this office on _____ _____

☐    I certify that I personally delivered a copy of the Summons to _____
_____ in _____County, Alabama on
_____ (Date)

_____     _____
Date                                       Server's Signature

_____     _____
Address of Server                             Type of Server

FILED IN OFFICE

APR 2 6 2005

_Roger A Powell_
CLERK

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| PIONEER SERVICES, INC., JIMMY WILLIAMSON, and KELLY WILLIAMSON, | ) ) ) |
| PLAINTIFFS, | ) |
| Vs. | ) CIVIL ACTION NO : CV- |
| AUTO-OWNERS INSURANCE COMPANY, INC., a corporation, and SOUTH CENTRAL AGENCY, INC., a corporation, and XYZ fictitious defendants, "X", "Y", and/or "Z" being that person or persons who caused and/or contributed to the injuries and/or damages suffered and sustained by the Plaintiffs, whose identity is unknown at this time but will be added by amendment when such is ascertained, et al , | ) ) ) ) ) ) ) ) |
| DEFENDANTS | |

FILED IN OFFICE

APR 26 2005

*R. J. A. P____*
CLERK

## CIVIL COMPLAINT
## AND DEMAND FOR TRIAL BY JURY

COME NOW THE PLAINTIFFS, and hereby file their Complaint for Damages and Demand for Trial by Jury as to the Defendants, stating as follows:

1    Plaintiff's Complaint is an action for damages for property damage and other injuries suffered by Plaintiff(s) resulting from the acts of the Defendants   The amount in controversy exceeds the jurisdictional minimum of this Court

2    Plaintiffs, Jimmy Williamson and Kellie Williamson, are residents and citizens of Covington County, Alabama, and specifically reside at 25083 Sutton Road, Andalusia, Alabama

3      Plaintiff, Pioneer Services, Inc., is a domestic corporation, properly licensed to conduct business in Alabama, and whose principal place of business is Covington County, Alabama

4.     Defendant, Auto-Owners Insurance Company, is a corporation, properly licensed and qualified to do business in the State of Alabama, that is itself doing business, for itself and through its agents, in Covington County, Alabama. It is subject to service of process at P.O. Box 244017, Montgomery, Alabama 36124-4017

5.     Defendant, South Central Agency, Inc., is a domestic corporation, properly licensed to do business in the State of Alabama, that is itself doing business in Covington County, Alabama. It principal place of business is 1831 E. Three Notch Street, Andalusia, Alabama 36420-2438.

6      Fictitious Party Defendants X, Y, and Z, are those individuals, businesses, associations, organizations, corporations, or other entities who or which are described in the caption of the Complaint, and who either caused or contributed to the injuries and/or damages suffered by Plaintiffs. Plaintiffs aver that the identity of the Fictitious Party Defendants are otherwise unknown to the Plaintiffs at this time, or, if their names are known to the Plaintiffs; their identity as proper party Defendants are not known to the Plaintiffs at this time; but their true names will be substituted by amendment to the Complaint when the aforesaid lacking knowledge is ascertained

7      This honorable Court has both subject matter jurisdiction over all of the claims presented herein and personal jurisdiction over the parties hereto. Suit over the claims present is therefore proper and lawful in this honorable Court

FILED IN OFFICE

APR 2 8 2005

*Roy A. Parker*
CLERK

AO00228

## COUNT ONE-BREACH OF CONTRACT

8. Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

9. Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

10. As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

11. Around and during the events of Hurricane Ivan, in 2004, the Plaintiff suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property   Plaintiffs also suffered damages to their inventory

12. The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages under two of the insurance policies maintained by the Plaintiffs

13. As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other similarly related water issues.  Lightning damages and water damages are expressly included as a covered damages in the Plaintiff's insurance policies with the Defendants

FILED IN OFFICE

APR 2 6 2005

*Boyd A. Penn*
CLERK

AO00229

14    Even so, the Defendants wrongfully refused to cover lightning and/or water damages suffered by the Plaintiffs, even though they had previously paid for such damages under other policies and had previously promised the Plaintiffs that any and all lightning and other water related damages that they suffered would be covered

15    As a result of the Defendant's Breach of Contract, the Plaintiffs have been severely damaged

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENI against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained  Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact

## COUNT TWO-NEGLIGENCE/WANTONNESS

16    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

17    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

18    As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

FILED IN OFFICE

APR 2 6 2005

*Roy A Powell*
CLERK

AO00230

19    Around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property. Plaintiffs also suffered damages to their inventory

20    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs, under two of the insurance policies maintained by the Plaintiffs

21    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues  Lightning damages and water damages were expressly included as covered damages in the Plaintiff's policies with the Defendants

22    Even so, the Defendants wrongfully refused to cover lightning and/or water damages suffered by the Plaintiffs, even though they had previously paid for such damages under other policies and promised the Plaintiffs previously that any and all lightning damages that they suffered would be covered.

23    The Defendants had a duty to the Plaintiffs to properly investigate all claims, to fully and completely investigate all claims in an appropriate fashion, to handle claims in a non-negligent manner, and to pay all damages as appropriate and required under the specific policies of insurance, et al

24    The Defendants breached the legal duties that they owed to the Plaintiffs, as aforesaid

25    As a direct and proximate result of the Defendant's Negligence/Wantonness, the Plaintiffs have been severely damaged

FILED IN OFFICE

APR 2 6 2005

*Boyd A. Purcell*

CLERK

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact. Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

## COUNT THREE-BAD FAITH

26.    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full.

27.    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants.

28.    As part of the obligations of the Defendants under the specific insurance policies, the Defendants were liable for any and all damages caused by hurricane and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory.

29.    Around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property. Plaintiffs also suffered damages to their inventory.

—

30    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs.

31    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues. They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so. They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past.

32.    The Defendants further refused to pay for lightning damages and water damages even though coverage for such claims are expressly included as a covered damages in the Plaintiff's policies with the Defendants.

31.    In their handling of the specific insurance policies in question, the Defendants, in bad-faith, failed to investigate the claims in a timely manner, failed to handle the claims in a competent and appropriate manner, failed to notify the Plaintiffs of their decisions in a timely manner, failed to communicate with the Plaintiffs in a timely manner, and otherwise, exhibited a complete and utter disregard for the obligations that they owed the Plaintiffs.

32    As a result of their misconduct, as aforesaid, et al., the Defendants are liable for their bad-faith misconduct.

33    As a result of the Defendants misconduct, as aforesaid, et al., the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish.

AO00233

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained   Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact   Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

## COUNT FOUR-FRAUDULENT INDUCEMENT

34   Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set out and reavered herein in full

35   Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

36   The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

37   The Plaintiffs reasonably and justifiably relied upon the fraudulent misrepresentations of the Defendants and purchased the specific insurance policies in question

FILED IN OFFICE

APR 2 6 2005

Roged A Power
CLERK

38     Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property   Plaintiffs also suffered damages to their inventory

39     The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

40     As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues   They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so.   They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid

41     The Defendants fraudulently induced the Plaintiffs to purchase the insurance policies in question, by representing that they would provide coverage as aforesaid

42     As a result of their misconduct, as aforesaid, et al , the Defendants are liable for fraudulent inducement

43     As a result of the Defendants misconduct, as aforesaid, et al , the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish.

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained. Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact. Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future.

## COUNT FIVE-FRAUDULENT CONCEALMENT

44      Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set out and reavered herein in full.

45      Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants.

46      The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory.

47      The Plaintiffs reasonably and justifiably relied upon the fraudulent misrepresentations of the Defendants and purchased the specific insurance policies in question.

FILED IN OFFICE

APR 2 6 2005

*Roger A. Powell*
CLERK

48    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property  Plaintiffs also suffered damages to their inventory

49    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs.

50    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues  They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so  They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid

51    The Defendants now claim that the damages suffered by the Plaintiffs are not covered damages under their policy and therefore, the claims of the Plaintiff are not due to be satisfied

52    If the damages of the Plaintiffs are not now covered, as described above and herein, then the Defendants are liable for fraudulently concealing the true terms of the insurance policies in question, fraudulent concealing their intentions and obligations under their policies, and otherwise, fraudulently concealing specific details of the policies in question which would have been completely material to the Plaintiffs if properly disclosed as required

FILED IN OFFICE

APR 2 6 2005

*Roy A Prince*
CLERK

AO00237

53    As a result of their misconduct, as aforesaid, et al , the Defendants are liable for fraudulent concealment

54    The Plaintiff's justifiably and reasonably relied upon the Defendants, as aforesaid, and said reliance is responsible for the damages suffered by the Plaintiffs

55    As a result of the Defendants misconduct, as aforesaid, et al , the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained    Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact    Plaintiff further demand punitive damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

### COUNT SIX-MISREPRESENTATION

56    Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set out and reavered herein in full

57    Prior to the destruction caused by Hurricane Ivan, in 2004, the Plaintiffs bought, maintained and had in affect, insurance on three separate insurance policies, by and through the Defendants

58    . The Plaintiffs only agreed to purchase the specific insurance policies in question from the Defendants, as the Defendants, by and through their agents, represented that said policies would cover any and all damages caused by hurricanes and/or storm destruction, which occurred to the personal and real property of the Plaintiffs, including lightning damages and other such damages associated therewith, as well as damages to the Plaintiff's inventory

59    The    Plaintiffs    reasonably    and    justifiably    relied    upon    the misrepresentations of the Defendants and purchased the specific insurance policies in question

60    Thereafter, around and during the events of Hurricane Ivan, the Plaintiffs suffered extreme and severe damages to their real and personal property, both at their home, their office, as well to their associated structures and property    Plaintiffs also suffered damages to their inventory

61    The Defendants recognized the damages suffered by the Plaintiffs and therefore, paid for some of the damages suffered by the Plaintiffs under two of the insurance policies maintained by the Plaintiffs

62:    As to the third policy however, the Defendants refused to cover the damages suffered by the Plaintiffs, even though such damages were caused by lightning and other water issues    They refused to cover the Plaintiff's damages even though it was recommend by their agents that they do so    They refused to cover the Plaintiff's damages even though they had paid almost identical damages in the past and had promised the Plaintiffs that such damages would be covered, as aforesaid

FILED IN OFFICE

APR 2 6 2005

*Royd A. Price*
CLERK

63    The Defendants now claim that the damages suffered by the Plaintiffs are not covered damages under their policy and therefore, the claims of the Plaintiffs are not due to be satisfied

64    If the damages of the Plaintiffs are not now covered, as described above and herein, then the Defendants are liable for misrepresenting the true terms of the insurance policies in question, misrepresenting their intentions and obligations under their policies, and otherwise, misrepresenting specific details of the policies in question which would have been completely material to the Plaintiffs if properly disclosed as required

65    As a result of their misconduct, as aforesaid, et al, the Defendants are liable for misrepresentation

66    The Plaintiff's justifiably and reasonably relied upon the Defendants, as aforesaid, and said reliance is responsible for the damages suffered by the Plaintiffs

67    As a result of the Defendants misconduct, as aforesaid, et al, the Plaintiffs have suffered severe and extreme damage, including emotional distress and mental anguish

WHEREFORE ALL PREMIES CONSIDERED, Plaintiffs hereby DEMAND JUDGMENT against all of the Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained    Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact    Plaintiff further demand punitive

FILED IN OFFICE

APR 2 6 2005

*Ruypt A Powser*
CLERK

AO00240

damages of the Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

### COUNT SEVEN-FICTITOUS PARTIES

68     Plaintiffs hereby adopt and reaver all of the above allegations, as if fully set-out and reavered herein in full

69     Plaintiffs hereby adopt and reaver all of the above allegations and causes of action against all fictitously pled parties, whose identify is currently unknown to the Plaintiffs   Said fictitous parties will be substituted by amendment upon being ascertained by the Plaintiffs in the ordinary course, as required and necessary

WHEREFORE ALL PREMIES CONSIDEREED, Plaintiffs hereby DEMAND JUDGMENT against all of the fictitously pled Defendants for any and all compensatory damages as necessary to compensate them for the injuries that they sustained   Plaintiffs further demand costs, attorney's fees, interest, and any and all other damages as allowed by law, in an amount to be determined by the trier of fact     Plaintiff further demand punitive damages of the fictitously pled Defendants to punish them for their misconduct and to stop other such misconduct from occurring in the future

FILED IN OFFICE

APR 2 6 2005

*Roger A Premier*
CLERK

<u>JURY DEMAND</u>

Plaintiffs demand trial by struck jury as to all of the issues in this Complaint so triable

DONE AND SUBMITTED, this the 26 day of April , 2005

ENZOR & ENZOR, Attorneys at Law

BY: _____
Leland Enzor, Jr.
Attorney for the Plaintiffs
Post Office Box 339
Andalusia, Alabama 36420
(334) 222-8177

**PLEASE SERVE DEFENDANTS:**

Auto Owners Insurance Company, Inc
Attn: Drew Klasin
5915 Carmichael Road
Montgomery, Alabama 36124-4017

Auto Owners Insurance Company, Inc
Attn: Legal Department
6101 Anacapri Blvd
Lancing, Michigan 48917

South Central Agency, Inc
Defendant, South Central Agency, Inc
1831 E Three Notch Street
Andalusia, Alabama 36420-2438

**Reaves, Bill**

| | | |
|---|---|---|
| **From:** | Jones, Cindy | **Sent:** Thu 2/3/2005 6:50 AM |
| **To:** | Reaves, Bill | |
| **Cc:** | | |
| **Subject:** | RE: 37-4873-04 | |
| **Attachments:** | | |

Sounds like you are headed in the right direction

Thanks Cindy

> -----Original Message-----
> **From:** Reaves, Bill
> **Sent:** Wednesday, February 02, 2005 2:13 PM
> **To:** Jones, Cindy
> **Subject:** 37-4873-04
>
> Cindy, thanks for your call and advice on this one last week  I have run the lightning strike from compu-weather which confirmed that there was no lightning strikes from 4:00 pm on 9-15-04 through 4:00 pm 9-17-04   Therefore, I am going to deny the $21,575 72 the insured claims was damaged by lightning  As to the inventory totaling $34,915 53, I will deny this portion of the claim as the insured threw the inventory away before our engineer could verify the damages even after he was told not to dispose of the property
>
> Please advise if you feel any different
>
> Thanks
> Bill

AO00243

P O Box 244017 (CLAIMS)
Montgomery, Alabama 36124
PHONE (334) 279-0323
FAX (334) 271-0481

February 3, 2005

Pioneer Telephone Services, Inc
P O Box 1606
Andalusia, AL 36420

RE: 37-4873-04

Dear Sir or Madam:

We have completed our investigation of the above referenced claim  You are insured under Auto-Owners Insurance Co  with policy number 38525851 with effective dates of 6-16-04 to 6-16-05  Your Tailored Protection Policy has personal property limits of $76,950 00 with a $500 deductible

We have completed our investigation of the lightning claim you submitted for $21,575.72  As part of our investigation we ordered a lightning strike report from Compu-Weather, Inc  that included the time period from 9-15-04 at 4:00 p m  through 9-17-2004 3:59:59 p m .  According to their report no lightning was detected within a 5 mile radius of your location  Therefore, since lightning was not detected in that area we must regretfully deny this portion of the claim.

As to the portion of the claim you submitted to us for the damaged inventory totaling $34,915.53 we have been unable to have this damage verified by an expert  Under your policy the following is contained:

**3. Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

**(4)** Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

It is my understanding that you have disposed of these items and they are no longer available for inspection. As we were not given the opportunity to have these items inspected by an expert to determine the exact damages we must deny this portion of the claim.

If there is any additional information you believe to be relevant to the question of coverage, or if you believe that any of the facts or information stated, upon which Auto-Owners has relied is not accurate, please advise.

All rights, terms, conditions, and exclusions in your policy are in full force and effect and are completely reserved.

Thank you for your time and consideration in this matter. If you need any further assistance, please give me a call at 1-800-548-9881 ext. 204.

Sincerely,


Bill Reaves
Field Claim Rep

AO00245

**CLAIMS PAYMENT AUTHORIZATION /** [ **RESERVE CHANGE** ]

CLAIM NUMBER __37 - 4873 - 04__

REOPEN/CHANGE_____    RESERVE TO $ _____

OPEN NEW_____    RESERVE TO $ _____

TOTAL AMOUNT OF DRAFT $ __175.00__    ☒ LAE PMT    ☒ IRS# __141779328__

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

AMOUNT $ _____ COVERAGE _____ ☐ LAE/WC/PIP PAY TYPE _____ CLMT #_____

☐ CLOSE COVERAGE    ☒ CLOSE FILE    ☐ CLOSE ADD'L COV'S _____

**PAY TO:**

☐ INSURED    ☒ IRS# _____    ☐ AGENT    ☐ CLAIMANT # _____    ☐ BUSN # _____

PAYEE _____ Compu - Weather _____

**MAIL TO:**    ATTACHMENTS GO WITH DRAFT    ☒ YES __Copy of Invoice.__    ☐ NO

☐ INSURED    ☐ IRS# _____    ☐ AGENT    ☐ CLAIMANT # _____    ☐ BUSN # _____

OTHER _____ 2566 Route 52 _____

_____ Hopewell Junction, NY 12533 _____

(FOR PA, PIP, WC ONLY:) FROM MO____DAY____YR____ to MO____DAY____YR____

**IN PAYMENT OF** (DETAIL PRINTS ON THE DRAFT)__ Invoice # CM0028912__

**ADDITIONAL COMMENTS** (PRINTS ON THE DRAFT STUB) (YOU MAY INCLUDE ACCOUNT #'S INVOICE #'S ETC.)

_____

**AUTHORIZED** _____ Bill Ress _____    **DATE** _____

**INDICATORS**    ☐ SUBRO    ☐ CONTROLLABLE    ☐ CHARGEABLE    ☐ SEAT BELT IND
                              ☐ UNCONTROLLABLE    ☐ NON-CHARGEABLE

**HOLD CLOSED FILE FOR (MARKOVER TYPE)**

☐ SUBROGATION    ☐ RELEASE/PROOF    ☐ DISMISSAL    ☐ POLICE REPORT    ☐ OTHER

AO00246

## NO-FAULT PAY TYPES

01 Prescriptions

02 X-Rays

03 Doctor Bills

04 Hospital or Facility Fees

05 Nursing or Attendant Care

06 Therapy (Physical & Vocational)

07 Transportation Fees

08 Supplies and Equipment

09 Modifications (Home or Vehicle)

20 Loss of Wages

21 Survivor Benefits

30 Funeral Benefits

31 Loss of Services or Replacement Services

90 Miscellaneous

## LOSS ADJUSTMENT EXPENSE PAY TYPES

41 Rehabilitation Management Fees

42 Adjusting Fees (IME's – Medical Reports)

45 Vehicle Appraisals Only

46 Independent Adjuster - Storm

48 Independent Adjuster

00 All Other (Use if No Other Pay Type Applies)

## LEGAL PAY TYPES

91 Defense Attorney Fees

92 Subrogation Fees (By Our Attorney)

93 Expert Witness Fees (Suit Files Only)

94 Mediation and Arbitration Fees (Suit Files Only)

95 Litigation/Court Costs

1836 (8-04)

CLAIMS PAYMENT AUTHORIZATION /   RESERVE CHANGE

CLAIM NUMBER  37-37-4873-04

REOPEN/CHANGE _____   RESERVE TO $ _____

OPEN NEW _____   RESERVE TO $ _____

TOTAL AMOUNT OF DRAFT $ _11,607.92_   ☐ LAE PMT     ☐ IRS# _____

AMOUNT $ _____ COVERAGE _MPEC_   ☐ LAE/WC/PIP PAY TYPE _____ CLMT # _____

AMOUNT $ _____ COVERAGE _____   ☐ LAE/WC/PIP PAY TYPE _____ CLMT # _____

AMOUNT $ _____ COVERAGE _____   ☐ LAE/WC/PIP PAY TYPE _____ CLMT # _____

AMOUNT $ _____ COVERAGE _____   ☐ LAE/WC/PIP PAY TYPE _____ CLMT # _____

☑ CLOSE COVERAGE     ☐ CLOSE FILE     ☐ CLOSE ADD'L COV'S _____

PAY TO:

☑ INSURED   ☐ IRS# _____   ☐ AGENT   ☐ CLAIMANT # _____   ☐ BUSN # _____

PAYEE _Mortgage_ Covington County Bank _____

MAIL TO:   ATTACHMENTS GO WITH DRAFT   ☑ YES _____   ☐ NO

☐ INSURED   ☐ IRS# _____   ☑ AGENT   ☐ CLAIMANT # _____   ☐ BUSN # _____

OTHER _____

(FOR PA PIP, WC, ONLY:) FROM MO _____ DAY _____ YR _____ to MO _____ DAY _____ YR _____

IN PAYMENT OF (DETAIL PRINTS ON THE DRAFT) _Property Damage_
_Building Repair_

ADDITIONAL COMMENTS (PRINTS ON THE DRAFT STUB) (YOU MAY INCLUDE ACCOUNT #'S INVOICE #'S ETC )
_Deductible_

AUTHORIZED _____   DATE _1-17-05_

INDICATORS   ☐ SUBRO   ☐ CONTROLLABLE   ☐ CHARGEABLE   ☐ SEAT BELT IND
                      ☐ UNCONTROLLABLE   ☐ NON-CHARGEABLE

HOLD CLOSED FILE FOR (MARKOVER TYPE)

☐ SUBROGATION   ☐ RELEASE/PROOF   ☐ DISMISSAL   ☐ POLICE REPORT   ☐ OTHER

1836 (8-04)

AO00248

## NO-FAULT PAY TYPES

01 Prescriptions

02 X-Rays

03 Doctor Bills

04 Hospital or Facility Fees

05 Nursing or Attendant Care

06 Therapy (Physical & Vocational)

07 Transportation Fees

08 Supplies and Equipment

09 Modifications (Home or Vehicle)

20 Loss of Wages

21 Survivor Benefits

30 Funeral Benefits

31 Loss of Services or Replacement Services

90 Miscellaneous

## LOSS ADJUSTMENT EXPENSE PAY TYPES

41 Rehabilitation Management Fees

42 Adjusting Fees (IME's -- Medical Reports)

45 Vehicle Appraisals Only

46 Independent Adjuster - Storm

48 Independent Adjuster

00 All Other (Use if No Other Pay Type Applies)

## LEGAL PAY TYPES

91 Defense Attorney Fees

92 Subrogation Fees (By Our Attorney)

93 Expert Witness Fees (Suit Files Only)

94 Mediation and Arbitration Fees (Suit Files Only)

95 Litigation/Court Costs

1836 (8-04)

## CLAIMS PAYMENT AUTHORIZATION / [ RESERVE CHANGE ]

CLAIM NUMBER _37 - 4873-04_

REOPEN/CHANGE _____    RESERVE TO $ _____

OPEN NEW _____    RESERVE TO $ _____

TOTAL AMOUNT OF DRAFT $ _1535 55_    ☑ LAE PMT    ☐ IRS# _132747054_

AMOUNT $ _____ COVERAGE _MPEC_    ☐ LAE/WC/PIP PAY TYPE _46_ CLMT # _____

AMOUNT $ _____ COVERAGE _____    ☐ LAE/WC/PIP PAY TYPE _____ CLMT # _____

AMOUNT $ _____ COVERAGE _____    ☐ LAE/WC/PIP PAY TYPE _____ CLMT # _____

AMOUNT $ _____ COVERAGE _____    ☐ LAE/WC/PIP PAY TYPE _____ CLMT # _____

☐ CLOSE COVERAGE    ☐ CLOSE FILE    ☐ CLOSE ADD'L COV'S _____

**PAY TO:**

☐ INSURED    ☑ IRS# _____    ☐ AGENT    ☐ CLAIMANT # _____    ☐ BUSN # _____

PAYEE _____

**MAIL TO:**    ATTACHMENTS GO WITH DRAFT    ☑ YES _____    ☐ NO

☐ INSURED    ☑ IRS# _____    ☐ AGENT    ☐ CLAIMANT # _____    ☐ BUSN # _____

OTHER _____

(FOR PA, PIP, WC, ONLY:) FROM MO_____ DAY_____ YR_____ to MO_____ DAY_____ YR_____

IN PAYMENT OF (DETAIL PRINTS ON THE DRAFT) _Invoice # 363-0067_

**ADDITIONAL COMMENTS** (PRINTS ON THE DRAFT STUB) (YOU MAY INCLUDE ACCOUNT #'S INVOICE #'S ETC )

AUTHORIZED _____    DATE _____

INDICATORS    ☐ SUBRO    ☐ CONTROLLABLE    ☐ CHARGEABLE    ☐ SEAT BELT IND
                            ☐ UNCONTROLLABLE    ☐ NON-CHARGEABLE

HOLD CLOSED FILE FOR (MARKOVER TYPE)

☐ SUBROGATION    ☐ RELEASE/PROOF    ☐ DISMISSAL    ☐ POLICE REPORT    ☐ OTHER

1836 (8-04)

AO00250

## NO-FAULT PAY TYPES

01 Prescriptions

02 X-Rays

03 Doctor Bills

04 Hospital or Facility Fees

05 Nursing or Attendant Care

06 Therapy (Physical & Vocational)

07 Transportation Fees

08 Supplies and Equipment

09 Modifications (Home or Vehicle)

20 Loss of Wages

21 Survivor Benefits

30 Funeral Benefits

31 Loss of Services or Replacement Services

90 Miscellaneous

## LOSS ADJUSTMENT EXPENSE PAY TYPES

41 Rehabilitation Management Fees

42 Adjusting Fees (IME's -- Medical Reports)

45 Vehicle Appraisals Only

46 Independent Adjuster - Storm

48 Independent Adjuster

00 All Other (Use if No Other Pay Type Applies)

## LEGAL PAY TYPES

91 Defense Attorney Fees

92 Subrogation Fees (By Our Attorney)

93 Expert Witness Fees (Suit Files Only)

94 Mediation and Arbitration Fees (Suit Files Only)

95 Litigation/Court Costs

1836 (8-04)

AO00251