AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*

Life Home Car Business

*The No Problem People®*

BRANCH CLAIM OFFICE
5915 Carmichael Road • P O. Box 244017
Montgomery, Alabama 36124-4017
334-279-0323   FAX 334-271-0481
WWW AUTO-OWNERS COM

## CLAIMS FAX TRANSMISSION

DATE: 12/21/04

Number of pages including cover sheet 20

TO:     FAX # (   )

TO:     Home Office Claims

Attention:

FROM:   AUTO-OWNERS INSURANCE COMPANY

BY:     Bill Reaves

SUBJECT: 32- 4873 -04

Remarks: Reporting New Loss to you.  Please Advise

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above  This message may be an attorney-client or work product communication and is privileged and confidential  If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail  Any review, dissemination, distribution or copying of this message by any person other than the intended recipient(s) or their authorized agents is strictly prohibited  Thank you

PLEASE CALL SENDER IF ANY PAGES ARE MISSING OR UNCLEAR

AO000252

Billing Summary for Property Files and All Time and Expense Files

**GAB Robins**
GAB Robins North America, Inc

Date: _12-09_

GAB Robins File # 22821-0 *0123 f* 
Insured: *Pioneer Telephone Services*
Claim/Policy #: *37-4873-04*    Adj# *2044-B*
Resp Branch #: 22821    Adj# *Gauthier*
Additional Branch#
Est \Gross Loss: *#1260292*

Final _✓_
Interim ___
Supp ___

Damage Appraisal *② locations*
Full Adjustment *☑ Ipee Tased —*
Other

# *10,401,16* Flat Rate >>>    # *1110*
# *206.76* Flat Rate >>>    *815*
# Flat Rate >>>
# *1260292*

Flat Rate Sub Total: # *1425*

**Time and Expense**

| Branch # *22821* | Adjuster # *2044-B* | Hours | | Rate | | Totals |
| Branch # | Adjuster # | Hours | | Rate | | Totals |
| Branch # | Adjuster # | Hours | | Rate | $40.00 | Totals |
| Branch # 22821 | Clerical # 3567-2 | Hours | 0 3 | Rate | | Totals |

Time & Exp  SubTo #

**Miscellaneous**
Photos Total        # *28*            Totals # *52*
Less Included:     #                    Rate: $2.00
Billable Photos    # *26*

# Miles    # *25*    Rate $1.65

**Travel Time & Mileage**
Mileage Total      # *75*
Less Included:     #  *50*    Rate: $0.47    Totals *41.25*
Billable Miles     # *25*

Tele/Fax      Vs ___            Rate: ___        Totals ___
Cell Phone                       Rate: ___        Totals $5.00
Express Mail   # ___            Rate: ___        Totals $4.50
Public Record  # *26*            Rate: $0.30      Totals *780*
Copies        # ___            Rate: ___        Totals ___
Other         # ___                              Totals ___

Misc. Exp. Sub Total # *110.55*

Total    Billing
Tax:

State Sales Tax (where applicable)

GAB Robins
Service Invoice Total # *1535.55*

AO00253

# Roof Sheet

**Coverage BLDG**

| | |
|---|---|
| Claim # | **37 4873 04 Loc1** |
| Policy # | 034617-38525851-04 |
| Ins Claim # | |

Insured    Pioneer Telephone Services



**Photo - Roof**

Parapet wall damage - Water
penetration to 4 spaces on interior

Roof Diagram



| | Length | | Width | | Times | Qty | | Sq Ft |
|---|---|---|---|---|---|---|---|---|
| **A** | 51' | **B** | 97' | 1 | | 1 | = | 4,947 00 |
| **C** | 23' | **D** | 16' | 1 | | 1 | = | 368 00 |
| **Total Sq Ft** | | | | | | | | 5,315.00 |
| **Divided by 100** | | | | | | | | 53 15 |
| **Cutting Loss 10%** | | | | | | | | 5 32 |
| **Estimated Squares** | | | | | | | | 58.47 |

AO00254

# Roof Sheet

**Insured**    Pioneer Telephone Services

**Coverage BLDG**

Claim #     37 4873 04 Loc2
Policy #    034617-38525851-04
Ins Claim #



**Photo - Roof**

Overview - No damage to metal

**Roof Diagram**



|  | Length |  | Width | Times | Qty | Sq Ft |
|---|---|---|---|---|---|---|
| A | 50' | B | 117' | 1 | 1 = | 5,850.00 |
| Total Sq Ft |  |  |  |  |  | 5,850.00 |
| Divided by 100 |  |  |  |  |  | 5,850.00 |
| Cutting Loss 10% |  |  |  |  |  | 58.50 |
| Estimated Squares |  |  |  |  |  | 5 85 |
|  |  |  |  |  |  | 64.35 |

AO00255



# Photo Sheet

**Insured**   Pioneer Telephone Services

**Coverage BLDG**

| | |
|---|---|
| Claim # | 04-10017 |
| Policy # | 034617-38525851-04 |
| Ins Claim # | |

**Photo - ID**

ID 1833



**Photo - RISK**

FRONT



# Photo Sheet

**Insured**   Pioneer Telephone Services

**Coverage BLDG**

Claim #   04-10017
Policy #   034617 38525851-04
Ins Claim #

**Photo - RISK**

REAR



Photo   CAP

CAP DAMAGE



# Photo Sheet

**Insured**    Pioneer Telephone Services

**Coverage BLDG**

Claim #    **04-10017**
Policy #    034617-38525851-04
Ins Claim #



Photo - **CAP**

DAMAGE



Photo - **ANTENNA**

DAMAGE

AO00258
Sep 25, 2004

# Photo Sheet

**Insured**   Pioneer Telephone Services

**Coverage BLDG**

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #

Photo - ROOF

OVERVIEW NO DAMAGE



Photo - RISK

FRONT 1835



# Photo Sheet

**Insured**   Pioneer Telephone Services

**Coverage BLDG**

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #



Photo - **AWNING**

CANVAS DAMAGE



Photo - **ROOF**

OVERVIEW

Photo Sheet (MS/B 0470)

- 5 -

AO00260
Sep 25, 2004

# Photo Sheet

**Insured**   Pioneer Telephone Services

**Coverage BLDG**

Claim #      04-10017
Policy #     034617-38525851-04
Ins Claim #



Photo -OFFICE 1

SCOPE



Photo -- OFFICE 1

CEILING & BORDER DAMAGE

# Photo Sheet

**Insured**    Pioneer Telephone Services

**Coverage BLDG**

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #

---

Photo - **OFFICE 1**

CLEAN CARPET

*Insured called back 10/3. Cleaning did not work.*



Photo - **WAREHOUSE**

CEILING DAMAGE



---

Photo Sheet (MS/B 0470)

- 7 -

AO00262
Sep 25, 2004

# Photo Sheet

Insured     Pioneer Telephone Services

**Coverage BLDG**

Claim #     04-10017
Policy #     034617-38525851-04
Ins Claim #



Photo - **WAREHOUSE**

SCOPE



Photo - **BATHROOM**

SCOPE

# Photo Sheet

**Insured**    Pioneer Telephone Services

**Coverage BLDG**

Claim #    04-10017
Policy #    034617-38525851-04
Ins Claim #



**Photo - BATHROOM**

CEILING DAMAGE



**Photo - OFFICE 2**

SCOPE

Photo Sheet (MS/B 0470)    - 9 -

AO00264
Sep 25, 2004

# Photo Sheet

**Insured**    Pioneer Telephone Services

**Coverage BLDG**

Claim #     04-10017
Policy #    034617-38525851-04
Ins Claim #

---



**Photo - OFFICE 2**

CLEAN CARPET



**Photo - RECEPTION**

CLEAN CARPET

---

Photo Sheet (MS/B 0470)                         - 10 -

AO00265
Sep 25, 2004

# Photo Sheet

**Insured**    Pioneer Telephone Services

**Coverage BLDG**

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #



Photo - **KITCHEN**

SCOPE





Photo - **KITCHEN**

CEILING DAMAGE

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #    04-10017
Policy #    034617-38525851-04
Ins Claim #



Photo - ~~MERLE NORMAN~~ *MAIN ATTRACTION*

SCOPE *Retail Space 1*

Photo - ~~MERLE NORMEN~~ *MAIN ATTRACTION*

CEILING DAMAGE

*Retail Space 1*

# Photo Sheet

**Insured**    Pioneer Telephone Services

**Coverage** BLDG

Claim #    04-10017
Policy #    034617-38525851-04
Ins Claim #



Photo - MERLE NORMEN

CLEAN CARPET — Cleaning did not work. Insure called on 10/3 with request to replace.

Retail Space 2

Photo - PREGNANCY RESOURCE

SCOPE

Retail Space 3

# Photo Sheet

Insured    Pioneer Telephone Services

Coverage BLDG

Claim #        04-10017
Policy #       034617-38525851-04
Ins Claim #

---



Photo - **PREGNANCY RESOURCE**

CEILING DAMAGE

---



MVC-001F.JPG
2004/11/16 11:01:48

MVC-002F.JPG
2004/11/16 11:22:14



MVC-003F.JPG
2004/11/16 11:22:26

MVC-004F.JPG
2004/11/16 11:22:58

AreA insured claims
Inventory got wet

New phone
Sys in Bldg

AO00270



MVC-005F.JPG
2004/11/16 11:24:44

MVC-006F.JPG
2004/11/16 11:36:18



MVC-007F.JPG
2004/11/16 11:36:54

MVC-008F.JPG
2004/11/16 11:38:20

Inventory
Issued claims
got wet

AO00271



MVC-009F.JPG
2004/11/16 11:38:38

MVC-010F.JPG
2004/11/16 11:38:58



MVC-011F.JPG
2004/11/16 11:40:20

MVC-012F.JPG
2004/11/16 11:42:34



MVC-013F JPG
2004/11/16 11:42:54

MVC-014F.JPG
2004/11/16 11:45:10

# Quotation

Pioneer Telephone Services, Inc
P. O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
13383

Quote Date:
Oct 29, 2004

Page:
1

Quoted to:
Pioneer Telephone Services, Inc
P O  Box 1606
Andalusia, AL  36420-1227

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | LIGHTNING DAMAGE DONE DURING | | |
| | | HURRICANE IVAN'S STORMS  REPLACED | | |
| | | EQUIPMENT AND TESTED. | | |
| 1.00 | LBR | LABOR | 2,410.00 | 2,410.00 |
| 1.00 | NS19404 | NORSTAR MODULAR ICS KSU 0X32 | 989.00 | 989.00 |
| 1.00 | NS19419 | NORSTAR CALLER ID TRK CTG | 498.00 | 498.00 |
| 1.00 | NS19467 | CALL PILOT 150 AUTO | 1,995.00 | 1,995.00 |
| | | ATTENDANT/VOICEMAIL | | |
| 1.00 | M7324 | 24 Button Keyset w/Display | 150.00 | 150.00 |
| 3.00 | T7316B | CHARCOAL 16-BUTTON PHONE | 129.00 | 387.00 |
| 3.00 | T7208B | CHARCOAL 8-BUTTON KEYSET | 115.00 | 345.00 |
| 1.00 | VISTA-20P | V20P ATTACK PACK W/6160 | 804.35 | 804.35 |
| 1.00 | DSDX16C80GB | DIGITAL SPRITE SYSTEM | 2,908.01 | 2,908.01 |
| 2.00 | AO\38\000000001K629A | 1/3" COLOR DIGITAL CAM 350TVL | 173.99 | 347.98 |
| 2.00 | EO-63-13VG550S | 1/3" 5-50mm VARIFOCAL LENSE | 136.00 | 272.00 |
| 2.00 | PE-EH3512MT | EH3512 W/EM1450 MOUNT | 89.98 | 179.96 |
| 1.00 | LO\ST\00000000PS2416 | CCTV POWER SUPPLY | 147.90 | 147.90 |
| 1.00 | FMA | TELEVISION ANTENNA | 167.95 | 167.95 |
| 1.00 | | TELEVISION ANTENNA AMPLIFIER | 119.60 | 119.60 |
| 1.00 | TELESCOPIC MAST | 30' TV ANTENNA POLE | 169.00 | 169.00 |
| 1.00 | VWM-680 | SANYO 4-HEAD HI-FI VCR | 79.96 | 79.96 |
| 1.00 | ONK-TX-DS797 | THX SELECT RECEIVER | 946.00 | 946.00 |
| 1.00 | ONK-TX-8511 | STEREO RECEIVER | 259.00 | 259.00 |
| 1.00 | | DELL COMPUTER SYSTEM (FLAT PANEL | 1,687.00 | 1,687.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00274

# Quotation

Pioneer Telephone Services, Inc
P. O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
13383B

Quote Date:
Oct 29, 2004

Page:
1

Quoted to:
    Pioneer Telephone Services, Inc
    P O  Box 1606
    Andalusia, AL  36420-1227

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| 2228777 | 11/28/04 | Net 10 Days | JHW |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | EQUIPMENT IN WAREHOUSE WATER | | |
| | | DAMAGED BY IVAN'S STORMS | | |
| 1 00 | SX50 | MITEL CABINET | 375 00 | 375 00 |
| 1 00 | SX50PS | MITEL SX50 POWER SUPPLY | 325 00 | 325 00 |
| 1 00 | 9102-018-000 | MITEL CONSOLE | 375 00 | 375 00 |
| 1 00 | 9110-211-000 | MITEL 4 TRK  CIR CARD | 175 00 | 175 00 |
| 2 00 | 9104-020-001SA | 16 CT SIA CARD | 559 00 | 1,118 00 |
| 1 00 | NSCICS | NS CICS KSU | 300 00 | 300 00 |
| 13 00 | I7100B | NORSTAR SINGLE LINE BLACK | 89 00 | 1,157 00 |
| 2 00 | I7100 | PLATINUM SINGLE-LINE | 89 00 | 178 00 |
| 7 00 | T7208B | CHARCOAL 8-BUTTON KEYSET | 105 00 | 735 00 |
| 6 00 | I7316B | CHARCOAL 16-BUTTON PHONE | 129 00 | 774 00 |
| 20 00 | 2831-00 | 4X8 CO KEY STATION BOARD | 175 00 | 3,500 00 |
| 1 00 | 2830-16 | CPU/VCM PROCESSOR | 225 00 | 225 00 |
| 27 00 | 1414-08 | EXECUTIVE DISPLAY SPEAKERPHONE | 135 00 | 3,645 00 |
| 12 00 | 1412-08 | ENHANCED SPEAKERPHONE | 109 00 | 1,308 00 |
| 1 00 | SP4000 00 | BKSU (BASIC KSU) | 1,499 00 | 1,499 00 |
| 1 00 | SP4074-00 | DCU | | |
| 1 00 | SP4032-00 | KIB BOARD | | |
| 1 00 | SP4031-00 | COB BOARD | | |
| 1 00 | SP4030-00 | CPB | | |
| 1 00 | SP4033-00 | SIB BOARD | | |
| 1 00 | SP4035-00 | APL | | |
| 6 00 | SP4032-00 | KIB BOARD | 139 00 | 834 00 |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total | | Continued |

AO00275