J4 01:35P                                                                    P 02

*The Area's Oldest And Largest*                    INVOICE

## BOB TAYLOR'S CARPET ONE

P.O. Box 881
123 E Covington Avenue          **Floor Covering Specialist**         641 N Ferdon Blvd
Opp AL 36467                           *"Since 1965"*                  Crestview FL 32536
334 393-3456                                                           850 682-1090

Jimmy

Quote
SOLD TO  *Pioneer Telephone Svces*     JOB _____
         *Hwy 29 N*
         *Andalusia*                   CITY _____ COUNTY ____
                                       PHONE  *222-8777*
                                       EST DEL DATE _____
YOUR ORDER NO _____ DATED ____       SALESMAN _____

Date  *11-24-04*

*We Appreciate Your Business*

| QUANTITY | ARTICLE | PRICE | TOTAL |
|---|---|---|---|
| 594 | # Dimtex - Suede | 2.61 | 1550.00 |
| 594 | # Beli double stick | .61 | 362.34 |
| 2 | 5 Gal double stick adhesive    each | 90.00 | 180.00 |
| 594 | # Double stick labor | .78 | 463.32 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CONDITIONS OF SALE

|  | TOTAL | 2,555.66 |
|---|---|---|
|  | PAYMENT |  |
| DEL DATE | BALANCE DUE |  |

CAUTION-IT IS IMPORTANT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT

TERMS _____        BUYER _____
                                  BUYER _____

ALL PERSONS WHO ARE, OR MAY BE, RESPONSIBLE FOR THE PURCHASE PRICE MUST SIGN AT THE TIME OF SALE
SEE THE RESERVE SIDE OF THIS ORDER FOR ADDITIONAL IMPORTANT TERMS OF THIS AGREEMENT

Philips Office Products & Printing (334) 493-1500

AO00276



AO00277



AO00278



AO00279



AO00280



AO00281



AO00282



AO00283



AO00284



AO00285



AO00286



AO00287





AO00289



AO00290



AO00291



AO00292



AO00293



AO00294



AO00295



AO00296



AO00297



AO00298



AO00299