# EXHIBIT "H"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 2:06-cv-377-WKW |
| v. ) | |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

STATE OF _New York_ )

COUNTY OF _Dutchess_ )

### AFFIDAVIT OF WILLIAM SHERMAN

Before me, the undersigned authority, personally appeared William Sherman, who being by me first duly sworn doth depose and says as follows:

My name is William Sherman. I am over the age of 19 years of age. I have personal knowledge of the facts contained in this affidavit.

I am a senior forensic meteorologist with CompuWeather, Hopewell Junction, New York, a meteorological consulting firm. CompuWeather has provided reliable expert weather services to the insurance, legal and engineering profession for over thirty years. CompuWeather reports are prepared after a review of Official National Weather Service records. I have testified as an expert witness in federal court and in state courts. I have a Bachelor of Science degree in Meteorology from the City College of New York. I have provided expert meteorological testimony in over 75 cases. A copy of my Vita is attached

to this affidavit. I am qualified to render the opinions expressed in this report as set forth below and in the attachments to this report.

CompuWeather was requested by Auto-Owners Insurance Company to provide a lightning report to Auto-Owners for the location at 1833 East Three Notch Street, Andalusia, Alabama 36421, and a search radius of five miles of said location. Following the request by Auto-Owners, I reviewed lightning data from Vaisala Inc. at 2705 East Medina Road, Tucson, Arizona 85706 for the period requested. The time period for which the weather data was reviewed in this case was for the 48 hour period beginning September 15, 2004 at 4:00 p.m. EDT. Based upon my review of the data set forth above, it is my opinion that it can be stated with a reasonable degree of meteorological certainty that for the period commencing September 15, 2004 at 4:00 p.m. EDT until September 17, 2004 at 3:59 p.m., EDT there was no lightning or lightning strikes detected withing a five mile radius of 1833 East Three Notch Street, Andalusia, Alabama 36421.

A copy of CompuWeather's Strike Net Report 78828 provided to Auto-Owners Insurance Company on February 2, 2005, is attached hereto.

The statements contained in this affidavit are based on my education, knowledge, experience, and the facts and information provided to me, and are true and correct to the best of my knowledge, information and belief.

_____
WILLIAM SHERMAN

2

_____
KAREN M. KARATH
Notary Public, State of New York
No. 01KA6038135
Qualified in Dutchess County
Commission Expires March 6, 20 _10_

STATE OF _New York_ )
COUNTY OF _Dutchess_ )

Sworn to and subscribed to before me this the _26th_ day of _February_ 2007.

_Karen M. Karath_
Notary Public
My Commission Expires: _2010_

(SEAL)

KAREN M. KARATH
Notary Public, State of New York
No. 01KA6038135
Qualified in Dutchess County
Commission Expires March 8, 20_10_

3





**William Sherman**
Senior Forensic Meteorologist
Expert Witness

### Professional Experience

| | |
|---|---|
| 1991-Present | **CompuWeather, Hopewell Junction, NY**<br>• Senior Forensic Meteorologist<br>• Expert Witness |
| 1982-1991 | **WCBS-TV, New York, NY**<br>• Member of Forecaster Operations Group<br>• Broadcast Meteorological Support Team<br>• Weather Hotline Manager |
| 1987 – Present | **The City College of New York, New York, NY**<br>• Teaching Assistant – SPISE Meteorology Program |
| 1981-1982 | **National Weather Service, Silver Spring, MD**<br>• Meteorology Trainee / Forecaster |
| 1981 | **National Weather Service, Garden City, NY**<br>• Meteorology Trainee / Hydrology |
| 1980 | **WCBS-TV, New York, NY**<br>• Assistant Meteorologist |
| 1973-1975 | **United States Air Force – Active Duty**<br>• Medical Laboratory Technician |

### Education

| | |
|---|---|
| 1983 | **The City College of New York, B.S. Meteorology** |

FEB 02 2005 1:31PM   HP LASERJET 3200                                   P.1

# FAX COVER SHEET

TO: Bill Reaves

DATE: 2-2-05

FAX #: 334-271-0481

RE: 37-4873-04

# PAGES INCLUDING COVER: 3

FROM: PATRICIA ROBERTSON
COMPU-WEATHER, INC.
800-343-4567 ext. 1215
FAX: 800-825-4441

COMMENTS:

A000118

FEB 02 2005 1:31PM    HP LASERJET 3200                                      P.2

### STRIKEnet Report 76828

| | | | |
|---|---|---|---|
| Reference: | ai09172004fi | Start Time | 09/15/2004 16:00:00 EDT |
| Ordered by: | Compu Weather Inc | End Time | 09/17/2004 15:59:59 EDT |
| | Compu Weather Inc | Center Latitude | 31.3242 |
| | 2566 Route 52 | | |
| | Hopewell Jct, NY 12533 USA | Center Longitude | -86.4625 |
| | | Location | 1833 East Three Notch Street Andalusia AL 36421-2438 US |
| | | Search Radius | 6.00 mi |

Lightning WAS NOT detected within the search area and time span

FEB 02 2005 1:31PM    HP LASERJET 3200                                               P.3

### STRIKEnet Report 78828

| | | | |
|---|---|---|---|
| Reference: | al091 72004ff | Start Time | 09/15/2004 16:00:00 EDT |
| Ordered by: | Compu-Weather Inc | End Time | 09/17/2004 15:59:59 EDT |
| | Compu-Weather Inc<br>2566 Route 52<br>Hopewell Jct, NY 12533 USA | Center Latitude | 31.3242 |
| | | Center Longitude | -86.4625 |
| | | Location | 1833 East Three Notch Street<br>Andalusia AL 36421 2438 US |
| | | Search Radius | 6.00 mi |

| Date/Time | Latitude | Longitude | kA | Bearing | Range |
|---|---|---|---|---|---|

No strikes detected within the search area