# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | 2:06cv377-WKW |
| ) | |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| INC., et al, ) | |
| ) | |
| DEFENDANTS. ) | |

## REPORT OF PARTIES' SETTLEMENT CONFERENCE

Pursuant to this Court's order, a meeting was held on February 28, 2007 and was attended by Harry P. Hall, II, Attorney for Plaintiff and Joel H. Pearson, Attorney for Defendant Auto-Owners Insurance Company. Counsel for the parties conferred during said meeting and discussed the possible settlement of this matter. The parties were unable to reach any settlement. It is the Defendant's position that Mediation would not assist the parties until after this matter has been presented to this Court on dispositive motions.

Respectfully submitted this the 6th day of February, 2007.

                                              _s/Harry P. Hall, II_____
                                              Attorney for Plaintiff
                                              Harry P. Hall, II (HAL053)
                                              P.O. Drawer 2228
                                              Dothan, Alabama 36302

OF COUNSEL:
Farmer, Price, Hornsby & Weatherford, L.L.P.
P.O. Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624-Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served a copy of the foregoing upon the following individual(s) by ECM or U.S. Mail, postage prepaid and properly addressed on this the 6th day of February, 2007.

Roger S. Morrow
Joel H. Pearson
P.O. Box 4804
Montgomery, Alabama 36103-44804

          _s/Harry P. Hall, II__
          Of Counsel