IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-377-WKW |
| ) | (WO) |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, INC., and SOUTH ) | |
| CENTRAL AGENCY, INC., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the defendant Auto-Owners Insurance Company's unopposed Motion for Extension of Discovery Cut-Off Dates (Doc. # 15), it is ORDERED that the Motion is GRANTED. The discovery deadline is EXTENDED from March 20, 2007, to **April 30, 2007.**

Done this the 15th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE