FARMER, PRICE, HORNSBY & WEATHERFORD, L.L.P.

ATTORNEYS AT LAW

100 ADRIS PLACE

DOTHAN, ALABAMA 36303

PHONE (334) 793-2424

FAX (334) 793-6624

EDWARD M. PRICE, JR.*
ERNEST H. HORNSBY
JOEL W. WEATHERFORD
ELIZABETH B. GLASGOW*†
HARRY P. HALL, II†
J. VINCENT EDGE
GARY E. SULLIVAN
PATRICK O. GRAY
RUSSELL N. PARRISH*
NATHAN A. WAKE

*ALSO ADMITTED IN FLORIDA
†ALSO ADMITTED IN GEORGIA

J. HUBERT FARMER (1896-1976)
JAMES H. FARMER, JR. (1930-1999)

MAILING ADDRESS
P.O. DRAWER 2228
DOTHAN, ALABAMA 36302

TUSCALOOSA OFFICE
2130 BRYANT DR., SUITE B
TUSCALOOSA, ALABAMA 35401
PHONE (205) 750-8111
FAX (205) 750-8121

March 28, 2006

VIA FACSIMILE AND REGULAR MAIL

Joel H. Pearson, Esquire
P.O. Box 4804
Montgomery, Alabama 36103-44804

James E. Robertson, Jr., Esquire
P.O. Box 1034
Mobile, Alabama  36633

Re:  *Pioneer Services, et al v. Auto-Owners, et al*

Gentlemen:

I am writing to confirm my conversation with Joel this afternoon wherein we agreed to cancel the depositions tentatively scheduled for next week.  I would ask both of you to look at your calendars for deposition dates including the following, Friday May 5th, Monday May 8th, Tuesday May 9th, Wednesday May 10th, Thursday May 11th and Friday May 12th.  I have a Workers' Compensation trial scheduled for the 11th that will require me to skip the 10th and 11th for deposition dates.  It is possible that case will be continued, as this is its first trial setting.  Please let me know if your calendars can accommodate these dates.

This will also confirm Joel and I discussed my letter of March 24th concerning discovery responses and Joel is forwarding to me several pages of additional discovery and is reviewing potential additional responses with his client in order to determine if he can respond more fully to my earlier requests.  Joel, I will await your revised responses and if your client generates a list of claims files in response to my discovery requests I would ask that you allow me to inspect those claims files far enough in advance of the depositions for me to make copies prior to the depositions to make use of that information at the depositions.  We did not discuss production of the color copies of the photographs mentioned in my letter and I would ask that you provide those to me at your first convenience.  We also did not mention the privilege log I

EXHIBIT

"D"

FARMER, PRICE, HORNSBY & WEATHERFORD, L.L.P.

Joel H. Pearson, Esquire
James E. Robertson, Jr., Esquire
Page Two
March 28, 2006

requested in my March 24th letter, but I would ask that once you and your client make a
final determination of how you will provide your responses to my discovery requests
that you include a privilege log for any documents withheld.

Thank you for both of your cooperation in this matter and I look forward to
hearing from you concerning the proposed new deposition dates.

Sincerely,

Farmer, Price, Hornsby & Weatherford, L.L.P.

Harry P. Hall, II

HPHII/ss
cc: Leland Enzor, Esquire