IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PIONEER SERVICES, INC.,         )
         )
    Plaintiff,         )
         )
v.         )         2:06-cv-377-WKW-TFM
         )
AUTO-OWNERS INSURANCE         )
COMPANY, INC. and SOUTH         )
CENTRAL AGENCY, INC.,         )
         )
    Defendants.         )

## ORDER

Upon of review of Plaintiff Pioneer Services, Inc.'s *Motion to Compel* (Doc. 18, filed March 20, 2007), it is

**ORDERED** that Defendant Auto-Owners Insurance Company show cause why this motion should not be granted on or before **March 28, 2007**.

DONE this 21st day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE