# EXHIBIT "A"




**Start:** 1833 E Three Notch St
Andalusia, AL 36421-2438, US

**End:** ███████████

**Notes:**



**Directions**      **Distance**

**Total Est. Time:** 24 minutes    **Total Est. Distance:** 14.11 miles

1: ███████████████████████████████████

    1.0 miles

    12.3 miles

    0.2 miles

5: End at ███████████

**Total Est. Time:** 24 minutes    **Total Est. Distance:** 14.11 miles