IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PIONEER SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-cv-377-WKW-TFM |
| | ) | |
| AUTO-OWNERS INSURANCE | ) | |
| COMPANY, INC. and SOUTH | ) | |
| CENTRAL AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon referral of this case to the undersigned for discovery issues, it is

**ORDERED** that the parties appear on **April 4, 2007 at 10:00 a.m.** for a **HEARING** on Plaintiff's *Motion to Compel* (Doc. 18, filed March 20, 2007) and Defendant Auto-Owners Insurance Company's *Response* and *Motion for Protective Order* (Doc. 21, filed March 28, 2007). The hearing shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The hearing shall be attended by at least one of the attorneys representing each of the parties. At the hearing, Defendant Auto-Owners Insurance Company, Inc. should also ensure either he or a corporate representative can generally explain the documents reviewed by the Court *in camera*.

DONE this 29th day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE