IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-377-WKW |
| | ) |
| AUTO-OWNERS INSURANCE | ) |
| COMPANY, INC. and SOUTH | ) |
| CENTRAL AGENCY, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's unopposed Motion for Extension of Time to File Response to Motion for Summary Judgment (Doc. # 25), it is ORDERED that the Motion is GRANTED. The deadline to respond is EXTENDED from April 17, 2007, to **April 24, 2007.**

DONE this 12th day of April, 2007.

                                            /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE