UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | )   2:06cv377-WKW |
| | ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| INC., et al, | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF ITS RESPONSE TO DEFENDANT' MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff in the above cause and files its evidentiary submissions in support of its Response to Defendant's Motion for Summary Judgment. The attached documents are organized as follows;

1. Exhibit "A" consisting of excerpts of evidence from Defendant's production of documents.

2. Exhibit "B" consisting of excerpts of testimony and evidence from the deposition of Donald Dinsmore.

3. Exhibit "C" consisting of excerpts of testimony and evidence from the deposition of Bill Reaves.

4. Exhibit "D" consisting of excerpts of testimony and evidence from the deposition of. Todd Worley.

These documents are placed behind Exhibit pages that indicate which Exhibit they are and are organized in sequential order.

1

Respectfully submitted,

        ___s/ Harry P. Hall, II_____
        Harry P. Hall, II (HAL053)
        Attorney for Plaintiff

OF COUNSEL:
Farmer, Price, Hornsby & Weatherford, L.L.P.
P.O. Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624 – Fax

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this date served a copy of the foregoing upon the following individual(s) by electronic means or by U.S. Mail postage prepaid and properly addressed on this the 25th day of April, 2007.

Joel H. Pearson
P.O. Box 4804
Montgomery, Alabama 36103-44804

        __s/ Harry P. Hall, II_____
        Of Counsel