# EXHIBIT "A"

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
1

Quoted to:
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | Equipment in warehouse that was water damaged by Ivan's storms. | | |
| 1.00 | SX50 | Mitel  Cabinet | 375.00 | 375.00 |
| 1.00 | SX50PS | Mitel  SX50 Power Supply | 325.00 | 325.00 |
| 1.00 | 9102-018-000 | Mitel  Console | 375.00 | 375.00 |
| 1.00 | 9110-211-000 | Mitel  4 Irk. Circuit Card | 175.00 | 175.00 |
| 2.00 | 9104-020-001SA | Mitel  16 CT Station Card | 559.00 | 1,118.00 |
| 1.00 | NSCICS | Norstar CICS KSU | 300.00 | 300.00 |
| 13.00 | T7100B | Norstar Single Line B | 89.00 | 1,157.00 |
| 2.00 | T7100 | Norstar Single Line P | 89.00 | 178.00 |
| 7.00 | T7208B | 8-Button Keyset w/display Blk | 105.00 | 735.00 |
| 6.00 | T7316B | 16-Button Keyset w/display Blk | 129.00 | 774.00 |
| 20.00 | 2831-00 | 4x8 CO Key Station Board | 175.00 | 3,500.00 |
| 1.00 | 2830-16 | CPU/VCM Processor | 225.00 | 225.00 |
| 27.00 | 1414-08 | Executive Speakerphone w/displ | 135.00 | 3,645.00 |
| 12.00 | 1412-08 | Enhanced Speakerphone | 109.00 | 1,308.00 |
| 1.00 | SP4000-00 | BXSU (Basic KSU) | 1,499.00 | 1,499.00 |
| 1.00 | SP4074-00 | DCU | | |
| 1.00 | SP4032-00 | KIB Board | | |
| 1.00 | SP4031-00 | COB Board | | |
| 1.00 | SP4030-00 | CPB Board | | |
| 1.00 | SP4033-00 | SIB Board | | |
| 1.00 | SP4035-00 | APL | | |
| 6.00 | SP4032-00 | KIB Board | 139.00 | 834.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00128

# Quotation

Iel-Com Services, Inc.
1833A East Three Notch Street
P O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
2

Quoted to:
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | 612.1000 | GLX-12 KSU | 250.00 | 2,250.00 |
| 22.00 | 612.3201 | GLX Std  Keyset | 150.00 | 3,300.00 |
| 1 00 | CD616 | Comdial 616 KSU | 400.00 | 400.00 |
| 1 00 | CDDSS | Comdial DSS | 100.00 | 100 00 |
| 17.00 | 6600E | Comdial Keyset | 139.00 | 2,363.00 |
| 6 00 | 6714-X | Comdial Keyset | 70.00 | 420 00 |
| 13 00 | 6714V-PG | Comdial Keyset | 70 00 | 910.00 |
| 9.00 | 6614E-PG | Comdial Keyset | 95.00 | 855.00 |
| 1 00 | 6614T-PG | Comdial Keyset | 120.00 | 120 00 |
| 1 00 | 6714S | Comdial Keyset | 95.00 | 95.00 |
| 1 00 | CD820 | Comdial 820 KSU | 425.00 | 425.00 |
| 1 00 | E80 | E80PI KSU | 250.00 | 250 00 |
| 2.00 | M0016 | Station Card | 175.00 | 350.00 |
| 1.00 | CDOPX | Comdial 2-Port OPX | 200 00 | 200 00 |
| 4.00 | 6706X-PG | Comdial Keyset | 112.00 | 448.00 |
| 1.00 | 6702X-PG | Comdial Keyset | 112 00 | 112 00 |
| 2.00 | 6714FB | Comdial Keyset | 123 50 | 247 00 |
| 1 00 | 6620PB | Comdial Keyset | 100 00 | 100.00 |
| 1 00 | W3KMEM95-57 | Comdial Handset | 15.17 | 15 17 |
| 3 00 | PCB | Omega PCB Board | 45.00 | 135.00 |
| 1.00 | ANA | Omega ANA Card | 45.00 | 45 00 |
| 2 00 | ICM | Omega ICM Card | 45 00 | 90.00 |
| 6.00 | XPS | Omega XPS-1 Card | 45.00 | 270 00 |
| 5.00 | SUB | Omega III Sub Kset Int Card | 45.00 | 225.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00129

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
3

Quoted to:
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | COT | Omega COT Card | 45.00 | 90.00 |
| 1.00 | CPU | Omega CPU Card | 45.00 | 45.00 |
| 1.00 | 816/2460 | Omega Keyset | 65.00 | 65.00 |
| 7.00 | 60025 | Tie Keyset | 59.00 | 413.00 |
| 5.00 | 60001 | Tie Key Service Unit | 85.00 | 425.00 |
| 2.00 | 60002 | 4 Ckt  C O. Line Card | 70.00 | 140.00 |
| 1.00 | 60010 | Tie 1-Port C O  Module | 40.00 | 40.00 |
| 8.00 | THandset | Tie Handset | 15.17 | 121.36 |
| 1.00 | TP1648DCDC | Tel-Plus 1648 DCDC Converter | 225.00 | 225.00 |
| 6.00 | TPHandset | Tel-Plus Handset | 22.50 | 135.00 |
| 1.00 | TP1648PS | Tel-Plus Power Supply | 45.00 | 45.00 |
| 2.00 | TP1648SIB | Tel-Plus 1648 SIB Card | 135.00 | 270.00 |
| 3.00 | TP1648KIB | Tel-Plus 1648 KIB Card | 195.00 | 585.00 |
| 2.00 | TP1648COB | Tel-Plus 1648 COB Card | 135.00 | 270.00 |
| 1.00 | TP1648CNB | Tel-Plus 1648 Keyset SM LCD | 120.00 | 120.00 |
| 1.00 | TP1648TNB | Tel-Plus 1648 TNB Card | 125.00 | 125.00 |
| 1.00 | TP1648SCB | Tel-Plus 1648 SCB Card | 175.00 | 175.00 |
| 2.00 | TP816PM | Tel-Plus 816 Program Module | 25.00 | 50.00 |
| 6.00 | TP1648 | Tel-Plus 1648 Keyset Sm LCD | 71.50 | 429.00 |
| 1.00 | TP1648DSS | Tel-Plus 1648 DSS | 125.00 | 125.00 |
| 5.00 | ATT-24 | ATT 24-Button Keyset | 85.00 | 425.00 |
| 1.00 | ATTML308 | ATT Merlin 308 KSU | 99.00 | 99.00 |
| 1.00 | ACS704A | ATT Power Supply | 25.00 | 25.00 |
| 1.00 | ATTSP616 | ATT Spirit Exp 616 KSU | 150.00 | 150.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00130

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
00233

Quote Date:
Oct 29, 2004

Page:
4

Quoted to:
Pioneer Telephone Services, In
P O  Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3.00 | ATTSP | ATT Surge Protector | 15.00 | 45.00 |
| 2.00 | ATTACP | ATT AC Protector | 15.00 | 30.00 |

|  | |
|---|---|
| Subtotal | 34,915.53 |
| Sales Tax | |
| Total | 34,915.53 |

AO00131

37 - 4873 - 04



# TEL—COM SERVICES, INC.
## P.O. Box 1606
### Andalusia, Alabama 36420-1227

### LIGHTNING AFFIDAVIT

I, K. Mac Bracewell, do certify that I have this 20th day of September, 2004, examined the following item(s):

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Norstar Modular ICS KSU 0x32 | NS19404 |
| 1 | Norstar Caller ID Trk Cartridge | NS19419 |
| 1 | Call Pilot 150 Voice Mail Unit | NS19467 |
| 1 | 24 Button Keyset w/ Display | M7324 |
| 3 | 16 Button Keyset | T7316B |
| 2 | 8 Button Keyset | T7208B |
| 1 | V20P Attack Pack w/6160 | Vista-20P |
| 1 | Digital Sprite System | DSDX16C80GB |
| 2 | 1/3" Color Digital Cam 350 TVL | IK629A |
| 2 | 1/3" 5.50mm Varifocal Lense | 13VG550S |
| 2 | Camera Mount | EH35212MT |
| 1 | CCTV Power Supply | PS2416 |

AO00132

2

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Outdoor FM Antenna | FMA |
| Qty<br>1 | Item Description<br>Television Antenna Amplifier | Part #<br>TelAA |
| Qty.<br>1 | Item Description<br>30' TV Antenna Pole | Part #<br>TELMST |
| Qty.<br>1 | Item Description<br>4-Head Hi-Fi VCR | Part #<br>VWM-680 |
| Qty<br>1 | Item Description<br>THX Select Receiver | Part #<br>TX-DS797 |
| Qty<br>1 | Item Description<br>Stereo Receiver | Part #<br>TX-8511 |
| Qty.<br>1 | Item Description<br>Dell Computer System | Part #<br>DCS |
| Qty.<br>1 | Item Description<br>Dell Inspiron Laptop | Part #<br>DIL17 |
| Qty<br>1 | Item Description<br>Gateway Computer System | Part #<br>GWS |
| Qty<br>1 | Item Description<br>Norstar 900Mhz Cordless Phone | Part #<br>NS900 |
| Qty.<br>1 | Item Description<br>Subwoofer | Part #<br>Encore 8 |

Belonging to: Pioneer Telephone Services, Inc.

I further certify that to the best of my knowledge the above described property was damaged by lightning because of severe damage done to the printed circuit boards in the above equipment.

K. Mac Bracewell, by SWP

K. Mac Bracewell
Tel-Com Services, Inc

AO00133

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
00232

Quote Date:
Oct 29, 2004

Page:
1

Quoted to:
Pioneer Telephone Services, In
P.O  Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | Lightning damage done during hurricane Ivan's storms. | | |
| 1.00 | LBR | LABOR | 2,410.00 | 2,410.00 |
| 1.00 | NS19404 | Norstar Modular ICS 0x32 KSU | 989.00 | 989.00 |
| 1.00 | NS19419 | Norstar Caller ID Trunk Cart. | 498.00 | 498.00 |
| 1.00 | NS19467 | Call Pilot 150 Voice Mail Unit | 1,995.00 | 1,995.00 |
| 1.00 | M7324 | 24-Button Keyset w/display | 150.00 | 150.00 |
| 3.00 | T7316B | 16-Button Keyset w/display Blk | 129.00 | 387.00 |
| 3.00 | T7208B | 8-Button Keyset w/display Blk | 115.00 | 345.00 |
| 1.00 | VISTA-20P | V20P Attack Pack w/6160 | 804.35 | 804.35 |
| 1.00 | DSDX16C80GB | Digital Sprite System | 2,908.01 | 2,908.01 |
| 2.00 | 1K629A | 1/3" Color Digital Camera 350 | 173.99 | 347.98 |
| 2.00 | 13VG550S | 1/3" 5.5mm Varifocal Lense | 136.00 | 272.00 |
| 2.00 | EH3512MT | Camera Mount | 89.98 | 179.96 |
| 1.00 | PS2416 | CCTV Power Supply | 147.90 | 147.90 |
| 1.00 | FMA | Television Antenna | 167.95 | 167.95 |
| 1.00 | TelAA | Television Antenna Amplifier | 119.60 | 119.60 |
| 1.00 | TELMST | 30' TV Antenna Pole | 169.00 | 169.00 |
| 1.00 | VWM-680 | 4-Head HI-FI VCR | 79.96 | 79.96 |
| 1.00 | Tx-DS797 | THX Select Receiver | 946.00 | 946.00 |
| 1.00 | Tx-8511 | Stereo Receiver | 259.00 | 259.00 |
| 1.00 | DCS | Dell Computer System (Flat Panel 17" Monitor, Keyboard, Hard Drive, & Printer) | 1,687.00 | 1,687.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total | Continued |

AO00134

# Quotation

Tel-Com Services, Inc.
1833A East Three Notch Street
P.O. Box 1606
Andalusia, AL  36420-1227

Quote Number:
00232

Quote Date:
Oct 29, 2004

Page:
2

Quoted to:
Pioneer Telephone Services, In
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| P001 | 11/28/04 | Net 30 Days | KMB |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | DIL17 | 17" Dell Inspiron Laptop (17" Flat Panel Display, Port Replicator, Printer) | 2,683.33 | 2,683.33 |
| 1.00 | GWS | Gateway Computer (Monitor, Keyboard, Hard Drive) | 1,650.00 | 1,650.00 |
| 1.00 | NS900 | 900mhz Cordless Phone | 435.00 | 435.00 |
| 1.00 | Encore 8 | Subwoofer | 525.00 | 525.00 |

|  |  |
|---|---|
| Subtotal | 20,156.04 |
| Sales Tax | 1,419.68 |
| Total | 21,575.72 |

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:  334-222-8777
Fax:    334-222-8458

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
1

Sold To:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim #037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |
| Sales Rep ID | SO# / Date | SC Date | Due Date |
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | EQUIPMENT IN WAREHOUSE WATER | | |
| | | DAMAGED BY IVAN'S STORMS. | | |
| 1.00 | SX50 | MITEL CABINET | | |
| 1.00 | SX50PS | MITEL SX50 POWER SUPPLY | | |
| 1.00 | 9102-018-000 | MITEL CONSOLE | | |
| 1.00 | 9110-211-000 | MITEL 4 TRK. CIR CARD | | |
| 2.00 | 9104-020-001SA | 16 CT STA CARD | | |
| 1.00 | NSCICS | NS CICS KSU | | |
| 13.00 | T7100B | NORSTAR SINGLE LINE BLACK | | |
| 2.00 | T7100 | PLATINUM SINGLE-LINE | | |
| 7.00 | T7208B | CHARCOAL 8-BUTTON KEYSET | | |
| 6.00 | T7316B | CHARCOAL 16-BUTTON PHONE | | |
| 20.00 | 2831-00 | 4X8 CO KEY STATION BOARD | | |
| 1.00 | 2830-16 | CPU/VCM PROCESSOR | | |
| 27.00 | 1414-08 | EXECUTIVE DISPLAY SPEAKERPHONE | | |
| 12.00 | 1412-08 | ENHANCED SPEAKERPHONE | | |
| 1.00 | SP4000-00 | BKSU (BASIC KSU) | | |
| 1.00 | SP4074-00 | DCU | | |
| 7.00 | SP4032-00 | KIB BOARD | | |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total Invoice Amount | | Continued |
| Payment Received | | |
| **TOTAL** | | Continued |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

AO00181

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:  334-222-8777
Fax:    334-222-8458

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
2

Sold To:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim #037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |
| **Sales Rep ID** | **SO# / Date** | **SC Date** | **Due Date** |
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SP4031-00 | COB BOARD | | |
| 1.00 | SP4030-00 | CPB | | |
| 1.00 | SP4033-00 | SIB BOARD | | |
| 1.00 | SP4035-00 | APL | | |
| 9.00 | 612 1000 | GLX-12 KSU | | |
| 22.00 | 612 3201 | GLX SID KEYSET | | |
| 1.00 | CD616 | COMDIAL 616 KSU | | |
| 1.00 | DCDSS | COMDIAL DSS | | |
| 17.00 | 6600E | COMDIAL KEYSEI | | |
| 6.00 | 6714X-PG | COMDIAL KEYSEI | | |
| 13.00 | 6714V-PG | COMDIAL KEYSEI | | |
| 9.00 | 6614E-PG | COMDIAL KEYSET | | |
| 1.00 | 6614T-PG | COMDIAL KEYSET | | |
| 1.00 | 6714S | Comdial Keyset | | |
| 1.00 | CD820 | COMDIAL 820 KSU | | |
| 1.00 | E80 | E80PT KSU | | |
| 2.00 | M0016 | STATION CARD | | |
| 1.00 | CDOPX | COMDIAL 2-PORT OPX | | |
| 4.00 | 6706X-PG | COMDIAL KEYSET | | |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total Invoice Amount | | Continued |
| Payment Received | | |
| **TOTAL** | | Continued |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

**Invoice**

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
3

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:   334-222-8777
Fax:     334-222-8458

Sold To:                                        Ship to:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

*Claim #037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 6702X-PG | COMDIAL KEYSET | | |
| 2.00 | 6714FB | COMDIAL KEYSET | | |
| 1.00 | 6620PB | COMDIAL KEYSET | | |
| 1.00 | W3KMEM95-57 | PG COMDIAL HANDSEI | | |
| 3.00 | PCB | OMEGA PCB BOARD | | |
| 1.00 | ANA | OMEGA ANA CARD | | |
| 2.00 | ICM | OMEGA ICM CARD | | |
| 6.00 | XPS | OMEGA XPS-1 CARD | | |
| 5.00 | SUB | OMEGA   SUB CARD | | |
| 2.00 | COT | OMEGA COT CARD | | |
| 1.00 | CPU | OMEGA CPU CARD | | |
| 1.00 | 816/2460 | OMEGA KEYSET | | |
| 7.00 | 60025 | TIE KEYSET | | |
| 5.00 | 60001 | IIE KEY SERVICE UNIT | | |
| 2.00 | 60002 | 4 CKT C.O. LINE CARD | | |
| 1.00 | 60010 | TIE 1 PORT CO MODULE | | |
| 8.00 | THANDSET | IIE HANDSET | | |
| 1.00 | TP1648DCDC | TEL-PLUS 1648DCDC CONVERTER | | |
| 6.00 | TPHANDSET | TEL-PLUS HANDSET | | |

|  | Subtotal | Continued |
|---|---|---|
|  | Sales Tax | Continued |
|  | Total Invoice Amount | Continued |
| Check No: | Payment Received | |
|  | **TOTAL** | Continued |

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue

AO00183

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:  334-222-8777
Fax:    334-222-8458

# Invoice

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
4

Sold To:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim # 037-0004873-2004*

| Customer ID | Customer PO | Payment Terms |
| --- | --- | --- |
| 2228777 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
| --- | --- | --- | --- |
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- |
| 1.00 | TP1648PS | TEL-PLUS POWER SUPPLY | | |
| 2.00 | TP1648SIB | TEL-PLUS SIB CARD | | |
| 3.00 | TP1648KIB | TEL-PLUS 1648 KIB CARD | | |
| 2.00 | TP1648COB | TEL-PLUS 1648 COB CARD | | |
| 1.00 | TP1648CNB | TEL-PLUS 1648 CNB CARD | | |
| 1.00 | TP1648INB | TEL-PLUS 1648 INB CARD | | |
| 1.00 | TP1648SCB | TEL-PLUS 1648 SCB CARD | | |
| 2.00 | TP816PM | TEL-PLUS 816 PROGRAM MODULE | | |
| 6.00 | TP1648 | TELPLUS 1648 KEYSET SM LCD | | |
| 1.00 | TP1648DSS | TEL-PLUS 1648 DSS | | |
| 5.00 | | AIT 24 BUTTON KEYSET | | |
| 1.00 | AITML308 | AIT MERLIN 308 KSU | | |
| 1.00 | ACS704A | AIT POWER SUPPLY | | |
| 1.00 | ATTSP616 | AIT SPIRIT EXP 616 KSU | | |
| 3.00 | | ATI SURGE PROTECTOR | | |
| 2.00 | | ATT AC PROTECTOR | | |
| 1.00 | EQUIPMENT | TOTAL EQUIPMENT | 34,915.53 | 34,915.53 |

| | |
| --- | --- |
| Subtotal | 34,915.53 |
| Sales Tax | |
| Total Invoice Amount | 34,915.53 |
| Payment Received | |
| **TOTAL** | 34,915.53 |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

AO00184

# PIONEER TELEPHONE SERVICES, INC.
### P.O. Box 1606
### Andalusia, Alabama 36420-1227

*Claim #037-0004873-2004*

## LIGHTNING AFFIDAVIT

I, James H. Williamson, do certify that I have this 20th day of September, 2004, examined the following item(s):

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Mitel Cabinet | SX50 |
| 1 | Mitel SX50 Power Supply | SX50PS |
| 1 | Mitel Console | 9102-018-000 |
| 1 | Mitel 4 Trk Cir Card | 9110-211-000 |
| 2 | 16 Ct Station Card | 9104-020-001SA |
| 1 | NS CICS KSU | NSCICS |
| 13 | Norstar Single-line Black | T7100B |
| 2 | Norstar Single-line Platinum | T7100 |
| 7 | Norstar 8-Button Keyset Charcoal | T7208B |
| 6 | Norstar 16-Button Keyset Charcoal | T7316B |
| 20 | 4x8 CO Key Station Board | 2831-00 |
| 1 | CPU/VCM Processor | 2830-16 |

A000185

2

claim # 037 0004873 - 2004

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 27 | Executive Speakerphone | 1414-08 |
| Qty. 12 | Item Description Enhanced Speakerphone | Part # 1412-08 |
| Qty. 1 | Item Description BKSU (Basic KSU) | Part # SP4000-00 |
| Qty. 1 | Item Description DCU | Part # SP4074-00 |
| Qty. 7 | Item Description KIB Board | Part # SP4032-00 |
| Qty. 1 | Item Description COB Board | Part # SP4031-00 |
| Qty. 1 | Item Description CPB | Part # SP4030-00 |
| Qty 1 | Item Description SIB Board | Part # SP4033-00 |
| Qty. 1 | Item Description APL | Part # SP4035-00 |
| Qty 9 | Item Description GLX-12 KSU | Part # 612.1000 |
| Qty. 22 | Item Description GLX Std. Keyset | Part # 612.3201 |
| Qty 1 | Item Description Comdial 616 KSU | Part # CD616 |
| Qty 1 | Item Description Comdial DSS | Part # DCDSS |
| Qty. 17 | Item Description Comdial Keyset | Part # 6600E |
| Qty. 6 | Item Description Comdial Keyset | Part # 6714X-PG |

AO00186

3

claim # 0370004873-2004

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 13 | Comdial Keyset | 6714V-PG |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 9 | Comdial Keyset | 6614E-PG |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 1 | Comdial Keyset | 6614T-PG |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 1 | Comdial Keyset | 6714S |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 1 | Comdial 820 KSU | CD820 |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 1 | E80PT KSU | E80 |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 2 | Station Card | M0016 |

| Qty | Item Description | Part # |
|-----|-----------------|--------|
| 1 | Comdial 2-Port OPX | CDOPX |

| Qty | Item Description | Part # |
|-----|-----------------|--------|
| 4 | Comdial Keyset | 6706X-PG |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 1 | Comdial Keyset | 6702X-PG |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 2 | Comdial Keyset | 6714FB |

| Qty | Item Description | Part # |
|-----|-----------------|--------|
| 1 | Comdial Keyset | 6620PB |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 1 | Comdial Handset | W3KMEM95-57 |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 3 | Omega PCB Board | PCB |

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 1 | Omega ANA Card | ANA |

claim #037-0004873-2004

4

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 2 | Omega ICM Card | ICM |
| Qty | Item Description | Part # |
| 6 | Omega XPS-1 Card | XPS-1 |
| Qty. | Item Description | Part # |
| 5 | Omega SUB Card | SUB |
| Qty. | Item Description | Part # |
| 2 | Omega COT Card | COT |
| Qty. | Item Description | Part # |
| 1 | Omega CPU Card | CPU |
| Qty | Item Description | Part # |
| 1 | Omega Keyset | 816/2460 |
| Qty. | Item Description | Part # |
| 7 | Tie Keyset | 60025 |
| Qty. | Item Description | Part # |
| 5 | Tie Key Service Unit | 60001 |
| Qty. | Item Description | Part # |
| 2 | 4 Ckt C.O. Line Card | 60002 |
| Qty. | Item Description | Part # |
| 1 | Tie 1 Port CO Module | 60010 |
| Qty. | Item Description | Part # |
| 8 | Handset | Thandset |
| Qty. | Item Description | Part # |
| 1 | Tel-Plus 1648DCDC Converter | TP1648DCDC |
| Qty. | Item Description | Part # |
| 6 | Tel-Plus Handset | TPhandset |
| Qty. | Item Description | Part # |
| 1 | Tel-Plus Power Supply | TP1648PS |
| Qty. | Item Description | Part # |
| 2 | Tel-Plus SIB Card | TP1648SIB |

AO00188

Claim# 037-0004873-2004    5

| Qty. | Item Description | Part # |
|---|---|---|
| 3 | Tel-Plus KIB Card | TP1648KIB |

| Qty. | Item Description | Part # |
|---|---|---|
| 2 | Tel-Plus COB Card | TP1648COB |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus CNB Card | TP1648CNB |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus TNB Card | TP1648TNB |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus SCB Card | TP1648SCB |

| Qty. | Item Description | Part # |
|---|---|---|
| 2 | Tel-Plus 816 Program Module | TP816PM |

| Qty. | Item Description | Part # |
|---|---|---|
| 6 | Tel-Plus 1648 Keyset | TP1648 |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus 1648 DSS | TP1648DSS |

| Qty. | Item Description | Part # |
|---|---|---|
| 5 | ATT 24 Button Keyset | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Merlin 308 KSU | ATTML308 |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | ATT Power Supply | ACS704A |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | ATT Spirit Exp 616 KSU | ATTSP616 |

| Qty. | Item Description | Part # |
|---|---|---|
| 3 | ATT Surge Protector | |

| Qty. | Item Description | Part # |
|---|---|---|
| 2 | ATT AC Protector | |

AO00189

*Claim # 037-0004873-2004*  6

Belonging to:  Pioneer Telephone Services, Inc.

I further certify that to the best of my knowledge the above described property was damaged by water because of damage done to the printed circuit boards in the above equipment.

*James H. Williamson*

James H. Williamson
Pioneer Telephone Services, Inc.

AO00190

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:  334-222-8777
Fax:    334-222-8458

Invoice Number:
13383

Invoice Date:
Oct 29, 2004

Page:
1

Sold To:
Pioneer Telephone Services, Inc
P.O. Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim # 037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | LIGHTNING DAMAGE DONE DURING HURRICAN IVAN'S STORMS. REPLACED EQUIPMENT AND TESTED. | | |
| 1.00 | LBR | LABOR | 2,410.00 | 2,410.00 |
| 1.00 | EQUIPMENT | TOTAL EQUIPMENT | 17,746.04 | 17,746.04 |
| 1.00 | NS19404 | NORSTAR MODULAR ICS KSU 0X32 | | |
| 1.00 | NS19405 | NORSTAR MICS 6.0 SOFTWARE | | |
| 1.00 | NS19419 | NORSTAR CALLER ID IRK CTG | | |
| 1.00 | M7324 | 24 Button Keyset w/Display | | |
| 3.00 | T7316B | CHARCOAL 16-BUTTON PHONE | | |
| 3.00 | T7208B | CHARCOAL 8-BUTTON KEYSET | | |
| 1.00 | VISIA-20P | V20P ATTACK PACK W/6160 | | |
| 1.00 | DSDX16C80GB | DIGITAL SPRITE SYSTEM | | |
| 2.00 | AO\38\000000001K629 | 1/3" COLOR DIGITAL CAM 350TVL | | |
| 2.00 | EO-63-13VG550S | 1/3" 5-50mm VARIFOCAL LENSE | | |
| 2.00 | PE-EH3512MT | EH3512 W/EM1450 MOUNT | | |
| 1.00 | LO\SI\00000000PS2414 | CCTV POWER SUPPLY | | |
| 1.00 | FMA | OUTDOOR FM OMNI ANTENNA | | |
| 1.00 | | TELEVSION ANTENNA AMPLIFIER | | |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment Received | |
| **TOTAL** | Continued |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

AO00191

# Invoice

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice: 334-222-8777
Fax: 334-222-8458

Invoice Number:
13383

Invoice Date:
Oct 29, 2004

Page:
2

Sold To:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim #037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | TELESCOPIC MAST | 30' TV ANTENNA POLE | | |
| 1.00 | | SANYO 4-HEAD HI-FI-VCR | | |
| 1.00 | ONK-TX-DS797 | THX SELECT RECEIVER | | |
| 1.00 | ONK-TX-8511 | STEREO RECEIVER | | |
| 1.00 | | DELL COMPUTER SYSTEM (FLAT PANEL 17", KEYBOARD, HARD DRIVE, PRINTER) | | |
| 1.00 | | DELL INSPIRON LAPTOP, 17" FLAT PANEL DISPLAY, PORT REPLICATOR, PRINTER | | |
| 1.00 | | GATEWAY COMPUTER SYSTEM (MONITOR, KEYBOARD, HARD DRIVE) | | |
| 1.00 | NS900MHZ | NORSTAR 900 MHZ CORDLESS PHONE | | |
| 1.00 | ENCORE 8 | SUBWOOFER | | |

| | | |
|---|---|---|
| Subtotal | 20,156.04 |
| Sales Tax | 1,419.68 |
| Total Invoice Amount | 21,575.72 |
| Payment Received | |
| **TOTAL** | 21,575.72 |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue

AO00192

PIONEER TELEPHONE SERVICES, INC.
P O. Box 1606
Andalusia, Alabama 36420-1227

*Claim # 037 - 0004873 - 2004*

LIGHTNING AFFIDAVIT

I, James H Williamson, do certify that I have this 20th day of September, 2004, examined the following item(s):

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Norstar Modular ICS KSU 0x32 | NS19404 |
| 1 | Norstar Mics 6.0 Sotware | NS19405 |
| 1 | Norstar Caller ID Trk Cartridge | NS19419 |
| 1 | 24 Button Keyset w/ Display | M7324 |
| 3 | 16 Button Keyset | T 7316B |
| 2 | 8 Button Keyset | T 7208B |
| 1 | V20P Attack Pack w/6160 | Vista-20P |
| 1 | Digital Sprite System | DSDX16C80GB |
| 2 | 1/3" Color Digital Cam 350 TVL | AO\38\0001K629A |
| 2 | 1/3" 5.50mm Varifocal Lense | EO-63-13VG550S |
| 2 | EH3512 w/EM1450 Mount | PE-EH35212MT |
| 1 | CCTV Power Supply | LO\ST\000PS2416 |

AO00193

2

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Outdoor FM Omni Antenna | FMA |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Television Antenna Amplifier | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | 30' TV Antenna Pole | Telescopic Mast |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Sanyo 4-Head Hi-Fi VCR | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | THX Select Receiver | ONK-TX-DS797 |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Stereo Receiver | ONK-TX-8511 |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Dell Computer System | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Dell Inspiron Laptop | |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Gateway Computer System | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Norstar 900Mhz Cordless Phone | NS900MHZ |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Subwoofer | Encore 8 |

*Claim # 037-0004873-2004*

Belonging to: Pioneer Telephone Services, Inc.

I further certify that to the best of my knowledge the above described property was damaged by lightning because of severe damage done to the printed circuit boards in the above equipment.

*James H. Williamson*

James H. Williamson
Pioneer Telephone Services, Inc.

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*

Life  Home  Car  Business
The'No Problem'People®

P.O. Box 244017 (CLAIMS)
Montgomery, Alabama  36124
PHONE (334) 279-0323
FAX (334) 271-0481

December 20, 2004

Pioneer Telephone Services, Inc
P.O. Box 1606
Andalusia, AL 36420

RE: 37-4873-04

Dear Sir or Madam:

We have received the estimate from the independent adjuster for your building
damages. I have enclosed a copy for you to review. Once you have had a chance to
review, please give me a call so that we may settle that portion of the claim.

As to the damages you are claiming to your phone system due to lightning and the
water damage to the inventory, Auto-Owners appreciates your professional opinion as
to the damages claimed. However, it is a conflict of interest to write your own lightning
affidavit. We also understand that you have disposed of the damaged equipment
without us being able to have a third party verify the damages. We are hereby
requesting you provide us with outside documentation and evidence of the damages
along with a salvage value

Under your policy the following is contained:

3. Duties In The Event Of Loss Or Damage

    a. You must see that the following are done in the event of loss or damage to Covered
Property:

(4) Take all reasonable steps to protect the Covered Property from further damage by a Covered
Cause of Loss. If feasible, set the damaged property aside and in the best possible order for
examination. Also keep a record of your expenses for emergency and temporary repairs, for
consideration in the settlement of the claim. This will not increase the Limit of Insurance.

*~ Serving Our Policyholders and Agents for More Than 85 Years ~*

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

### RESERVATION

Please be advised that this letter does not waive any rights or defenses which Auto-Owners Insurance Company may have regarding this matter under any policy of insurance issued by Auto-Owners Insurance, whether or not such claims or defenses are set forth herein. Auto-Owners reserves the right to supplement this letter upon receipt of further information which may subsequently become available.

Thank you for your time and consideration in this matter  If you need any further assistance, please give me a call at 1-800-548-9881 ext  204.

Sincerely,

Bill Reaves
Field Claim Rep.

SEP 16 2004 4:21PM    HP LASERJET 3200                                    P.4

WILLIAMSON    JAMES        CATAST/SEQ NUM 038/020754

**Catastrophe Loss Notice**
Quick Claim ( )

**A G E N C Y**

SOUTH CENTRAL AGENCY INC
PO BOX 548
ANDALUSIA AL 36420-0548

Policy Number: 089517  44 404780 00
Term: 04/14/2004 - 04/14/2005

OWNERS INS. CO.
Agency Number: 17-0557-00
Loss Cause: 23

*Auto-Owners Insurance*
Life Home Car Business

**I N S U R E D**

JAMES H WILLIAMSON &
KELLY WILLIAMSON
PO BOX 1606
ANDALUSIA, AL 36420-1227

| When and Where can the insured be contacted? |
|---|
| Residence Phone: _____ - |
| Business Phone: (334) 222 - 8777  Call Friday |
| Other Information: |
| Jimmy Williamson  Cell phone  488-5960 |
| HCDU  80,000 |
| HCCS  7500 |

**L O S S**

HURRICANE IVAN
**Loss Date: 09/16/2004**
**25083 SUTTON RD ANDALUSIA, AL  36420-9723**

33-J754-04
37.6920.04

Dwelling Damage is:        ( ) None  ( ) Light  (X) Medium  ( ) Heavy  ( ) Total Loss
Other Structure Damage is: ( ) None  ( ) Light  (X) Medium  ( ) Heavy  ( ) Total Loss
Contents Damage is:        (X) None  ( ) Light  ( ) Medium  ( ) Heavy  ( ) Total Loss

**Property Coverage**

**P O L I C Y**

**I N F O R M A T I O N**

| COV A | COV B | COV C | COV D | Describe Additional Cov provided |
|---|---|---|---|---|
| DWELLING | OTHER STRUCTURES | PERSONAL PROPERTY | ADDITIONAL LIVING EXPENSES | |
| $134,500 | $13,450 | $94,150 | $26,900 | |

Subject to Form Numbers:
17398(02-96)  17444(02-97)  17381(02-96)  17447(03-97)  59325(07-01)  59364(05-03)  17903(02-96)
17675(02-96)  17360(03-97)  17618(02-96)  17555(07-01)

| Deductible Hurricane Only | Deductible All Perils $1,000 | Wind Hail Deductible |
|---|---|---|

Mortgagee:
COVINGTON COUNTY BANK
PO BOX 518
ANDALUSIA, AL 36420-0518

**R E M A R K**

Does the insured have a flood loss: ( ) Yes  (X) No    Flood Insurer _____
Additional comments: _____

Date: 9/16/04  4:40 pm        Reported to: John Tomberlin

AO00302

# Report

C 09040269

## Auto Owners Insurance

| | | |
|---|---|---|
| Adjuster | 5915 Carmichael Rd. | November 19, 2004 |
| Kenneth Cleveland | Montgomery, AL 36117-2518 | |
| Phone | (334) 279-0323 | |
| Fax | | |

| | | | |
|---|---|---|---|
| Insured | Williamson, James | | |
| Loss Address | 25083 Sutton Rd , Andalusia, AL 36420 | | |
| Phone Number | (334) 222-8777 | Policy # | 44 404780 00 |
| Other Phone | | Ins Claim # 37-6920-04 | Date of Loss    9/16/2004 |
| Ins Company | Auto Owners Insurance Company | | |

## Coverage

**Policy Type** Homeowners Special
**Effective** 4/14/2004 - 4/14/2005
**Deductible** $1,000.00

**Mortgagee** None Showing

| Coverage | Description | Coverage Amt | Value Requirement |
|---|---|---|---|
| BLDG | Coverage - Building | $134,500.00 | 80% |
| APS | Coverage - APS | $13,450.00 | None |
| UPP | Coverage - UPP | $80,700.00 | None |
| ALE/FMV | Coverage - ALE/FMV | $26,900.00 | None |
| OTHER | Coverage - Other | $0.00 | None |

## Adjuster's Report

| | |
|---|---|
| Assigned    Contacted    Inspected | |
| Apparent Cause of Loss/Scope | Hurricane Damage |
| Items Subject to Exclusions/Limitations | None |
| Salvage or Subrogation Potential | None |

## Loss Recap

| Coverage | RC Loss | Depreciation | ACV Loss | Recov. Depr. | TOTAL |
|---|---|---|---|---|---|
| BLDG | $17,453.87 | $2,815.17 | $14,638.70 | $2,815.17 | $17,453.87 |
| APS | $1,596.45 | $265.13 | $1,331.32 | $265.13 | $1,596.45 |
| UPP | $19,694.48 | $6,893.07 | $12,801.41 | $6,893.07 | $19,694.48 |
| TOTALS | $38,744.80 | $9,973.37 | $28,771.43 | $9,973.37 | $38,744.80 |

## Enclosures

☐ Estimates  ☒ Photos  ☐ Proof of Loss  ☒ Estimate        ☐ Estimate Recap  ☐ Statement of Loss  ☒ Invoice
☐ Claim Summary  ☒ Diagrams  ☐ R/C Proof  ☐ PILR    Other:

## Recommendations

| | | | |
|---|---|---|---|
| Payment Recommendations: Initial | $27,771.43 | Deductible and insured's participation | $1,000.00 |
| Upon Completion | $9,973.37 | Recommended Adjustment | $37,744.80 |

**Payee** Williamson, James
Covington County Bank

Met with Mr. Williamson to inspect the loss. Insured had already replaced the roof of the main house, his childrens 12ft x 12ft play house and the storage bldg in the back yard. Insured stated that some of the wafer board plywood decking had warped due to exposure to the rain, and had to be replaced. Insured claims lightning damaged electronic items. Insured replaced electronics and refridgerator. He claims he was instructed by John and Harold, his agents, to go ahead and replace everything when he turned in his claim. Mr. Williamson has provided a list of the items claimed as damaged. The damaged contents were not present for inspection. There was water damage to the hardwood flooring in the living room and hall. Water stains and minor sheetrock damage on ceilings in several rooms. Scoped loss, completed estimate. Completed file and turned in for review

# Pioneer Telephone Services, Inc.

**P. O. Box 1606**

**Andalusia, AL 36420-1227**

Voice:    334-222-8777
Fax:      334-222-8458

**Invoice Number:**
13367

**Invoice Date:**
Oct 27, 2004

**Page:**
1

Ship to:

**Sold To:**
James H. Williamson
P.O. Box 1606
Andalusia, AL  36420

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 2227267 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| | 9/16/04 | 9/24/04 | 11/6/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | LIGHTNING DAMAGE DONE DURING | | |
| | | HURRICAN IVAN'S STORMS. REPLACED | | |
| | | EQUIPMENT AND TESTED. | | |
| 1.00 | EQUIPMENT | TOTAL EQUIPMENT | 14,538.24 | 14,538.24 |
| 1.00 | LBR | LABOR | 1,505.00 | 1,505.00 |
| 1.00 | NS19396 | NORSTAR CICS KSU W/CID | | |
| 3.00 | M7324 | 24 Button Keyset w/Display | | |
| 3.00 | T7316 | PLATINUM 16-BUTTON PHONE | | |
| 2.00 | T7208 | PLATINUM 8-BUTTON | | |
| 1.00 | | CORDLESS SPEAKERPHONE W/DISPLAY | | |
| 1.00 | NS19466 | NORSTAR CALL PILOT 100 W/10 | | |
| 1.00 | | DELL COMPUTER SYSTEM W/FLAT PANEL | | |
| | | DISPLAY 17" | | |
| 1.00 | ONK-989 | SURROUND SOUND RECEIVER | | |
| 1.00 | ONK-TX-8511 | STEREO RECEIVER | | |
| 1.00 | ONK-DV-9555 | SINGLE PLAY DVD PLAYER | | |
| 1.00 | ONK-DX-C380 | 6-DISC CD CHANGER/CAROUSEL | | |
| 1.00 | API-EXL-S10 | 10" SHIELDED H.D. SUBWOOFER | | |
| 1.00 | VWM-700 | SANYO VCR | | |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Sales Tax | | Continued |
| Total Invoice Amount | | Continued |
| Payment Received | | |
| Check No: | TOTAL | Continued |

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

AO00327

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:   334-222-8777
Fax:      334-222-8458

Invoice Number:
13367

Invoice Date:
Oct 27, 2004

Page:
2

Sold To:
James H. Williamson
P.O. Box 1606
Andalusia, AL  36420

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 2227267 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| | 9/16/04 | 9/24/04 | 11/6/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | | RCA 36" TELEVISION | | |
| 1.00 | GUM0600 | PANAMAX 6/KSU SURGE SUPPRESSOR | | |
| | | (TELEPHONE SYSTEM) | | |
| 1.00 | GMP2400 | PANAMAX COAX-MAX SURGE SUPPRESSOR | | |
| | | (ENTERTAINMENT SYSTEM) | | |
| 1.00 | GNM1200 | PANAMAX SURGE SUPPRESSOR (COMPUTER) | | |

|  |  |
|---|---|
| Subtotal | 16,043.24 |
| Sales Tax | 1,163.06 |
| Total Invoice Amount | 17,206.30 |
| Payment Received | |
| **TOTAL** | 17,206.30 |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

A000328

PIONEER TELEPHONE SERVICES, INC.
P.O. Box 1606
Andalusia, Alabama 36420-1227

LIGHTNING AFFIDAVIT

I, James H. Williamson, do certify that I have this 16th day of September, 2004, examined the following item(s):

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Norstar CICS KSU w/Caller ID | NS19396 |
| 3 | 24 Button Keyset w/Display | M7324 |
| 3 | Platinum 16 Button Keyset | T7316 |
| 2 | Platinum 8 Button Keyset | T7208 |
| 1 | Cordless Speakerphone W/Display | |
| 1 | Dell Computer System w/Flat Panel 17" | |
| 1 | Surround Sound Receiver | ONK-989 |
| 1 | Stereo Receiver | ONK-TX-8511 |
| 1 | Single Play DVD Player | ONK-DV-S555 |
| 1 | 6-Disc CD Changer/Carousel | ONK-DX-C380 |
| 1 | 10" Shielded H.D. Subwoofer | API-EX1-S10 |
| 1 | Sanyo VCR | VWM-700 |

AO00329

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | RCA 36" Television | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Panamax 6/KSU Surge Supressor | GUM0600 |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Panamax Coax-Max Surge Suppressor | GMP2400 |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Panamax Surge Suppressor | GNM1200 |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| | | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| | | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| | | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| | | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| | | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| | | |

| Qty. | Item Description | Part # |
|------|------------------|--------|
| | | |

Belonging to:  Jimmy Williamson

I further certify that to the best of my knowledge the above described property was damaged by lightning because of severe damage done to the printed circuit boards in the above equipment.

James H. Williamson
Pioneer Telephone Services, Inc.

SilverPlume

Options | Table of Contents | Home | Help

Quick Routes | | Search | Advanced Search

Add/Edit Notes | Previous In Library | Next In Library | Printer-Friendly Format

Auto-Owners Insurance Company Claims Handling Guide 03/25/02 Latest Guide

## Statutory Claim Requirements

All States

## Summary of Claims Practices

Co-Insurance
Contact Record/KNOT System
Comparative Negligence
Coverage
Disposition of Salvage
Investigation
Payment of Claims
Releases
Response to Correspondence
Response to Notice of a Claim
Timeliness
Underwriting Notices
Voiding or Stopping Drafts

## Response to Notice of a Claim

On first party losses (policy benefits sought by an insured), within 30 days the insured must be advised in writing, or by dated notation in the file, what is needed to present their claim and what constitutes a satisfactory proof of loss. If the claim is resolved within 30 days the file should be self-explanatory

On other losses, response to communication by the claimant about what is needed to present their claim and prove their loss should also occur within 30 days. If the claim is resolved within 30 days the file should be self-explanatory.

Initiating investigation into the circumstances surrounding the report and the event that led to the claim are not subject to control by people outside the Company. We should conduct appropriate investigation into reports, first determining whether or not coverage existed, and then how the coverage applies to the specific situation.

A report to an agent is a report to the Company, and claims should be acknowledged within ten days, either in writing or by dated notation in the file.

## Response to Correspondence

The file must reflect, either in writing or by dated notation in the file that any correspondence has been answered within 15 days of receipt.

## Payment of Claims

Confidential
AO00953