IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUTO-OWNERS INSURANCE )<br>COMPANY, INC., et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 2:06-cv-377-WKW |

### MOTION OF AUTO-OWNERS INSURANCE COMPANY FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant, Auto-Owners Insurance Company (Auto-Owners), and moves this Honorable Court to grant Auto-Owners an extension of one week within which to file its reply to Plaintiff's response to Auto-Owners' motion for summary judgment, and for grounds shows unto the Court as follows, to wit:

1. That Plaintiff previously requested and obtained an extension of one week (Doc. 26) within which to file its response to Auto-Owners' motion for summary judgement.

2. That Defendant, therefore, requests a corresponding extension of the time set for Defendant's reply (See, Doc. 20) of one week to May 8, 2007 within which to file Defendant's reply to Plaintiff's response to Defendant's motion for summary judgment.

3. That counsel for Defendant has discussed this motion with counsel for Plaintiff and understands that counsel for Plaintiff has no objection to the requested extension.

**WHEREFORE**, Defendant, Auto-Owners Insurance Company, moves this Honorable Court to grant Defendant Auto-Owners an extension of one week (to May 8,

2007) within which to file Auto-Owners' reply to Plaintiff's response to Auto-Owners' motion for summary judgment.

Dated this the 27th day of April, 2007.

Respectfully submitted,

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)
ATTORNEYS FOR DEFENDANT
AUTO-OWNERS INSURANCE COMPANY

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone:  (334) 262-7707
Facsimile:  (334) 262-7742
Email:      rsmorrow@mrplaw.com
            jhpearson@mrplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed the foregoing with the Court using the CM/ECF system, and I hereby certify that I am serving the foregoing document to the following:

Leland Enzor, Jr., Esq.
Enzor & Enzor
P.O. Box 339
Andalusia, AL 36420

Harry P. Hall, II, Esq.
Farmer, Price, Hornsby & Weatherford, LLC
P.O. Drawer 2228
Dothan, AL 36303

2

Respectfully submitted,

/s/ Joel H. Pearson
_____
JOEL H. PEARSON (PEA019)
Attorney for Defendant
Auto-Owners Insurance Company
Morrow, Romine & Pearson, P.C.
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742
E-mail: jhpearson@mrplaw.com