IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PIONEER SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-377-WKW |
| | ) | (WO) |
| AUTO-OWNERS INSURANCE | ) | |
| COMPANY, INC. and SOUTH | ) | |
| CENTRAL AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendant Auto-Owners Insurance Company's Motion for Extension of Time to Reply to Plaintiff's Response to Motion for Summary Judgment (Doc. # 29), and the fact that the plaintiff does not oppose it, it is ORDERED that the motion is GRANTED. The defendant Auto-owners Insurance Company's deadline to reply is EXTENDED from May 1, 2007 to **May 8, 2007.**

DONE this 30th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE