# EXHIBIT "K"

**American Court Reporting**
**toll-free (877) 320-1050**

Page 1

IN THE FEDERAL COURT OF
THE NORTHERN DISTRICT OF ALABAMA

CIVIL ACTION NUMBER
2:06CV 377-WKW

PIONEER SERVICES, INC,
    Plaintiff,
vs
AUTO OWNERS INSURANCE
COMPANY,
    Defendant

VIDEOTAPE DEPOSITION TESTIMONY OF:
    HAROLD YOUNG

January 5, 2006
1 p m

COURT REPORTER:
APRIL R BENDINGER, CSR

Page 2

1   STIPULATION
2       IT IS STIPULATED AND AGREED by and
3   between the parties through their respective
4   counsel that the videotape deposition of HAROLD
5   YOUNG may be taken before April R Bendinger,
6   Notary Public, State at Large, at the Offices of
7   South Central Agency in Andalusia, Alabama on
8   January 5, 2006, commencing at approximately
9   1 p m
10      IT IS FURTHER STIPULATED AND
11  AGREED that the signature to and the reading of
12  the deposition by the witness is waived, the
13  deposition to have the same force and effect as
14  if full compliance had been had with all laws
15  and rules of Court relating to the taking of
16  depositions
17      IT IS FURTHER STIPULATED AND
18  AGREED that it shall not be necessary for any
19  objections to be made by counsel to any
20  questions, except as to form or leading
21  questions and that counsel for the parties may
22  make objections and assign grounds at the time
23  of trial or at the time said depositions is

Page 3

1   offered in evidence, or prior thereto
2       In accordance with Rule 5(d) of
3   the Alabama Rules of Civil Procedure, as
4   amended, effective May 15, 1988, I, April R
5   Bendinger, am hereby delivering to MR HARRY
6   HALL the original transcript of the oral
7   testimony taken January 5, 2006, along with
8   exhibits
9       Please be advised that this is the
10  same and not retained by the Court Reporter, nor
11  filed with the Court

Page 4

1           INDEX
2   EXAMINATION BY:            PAGE NO
3   Mr. Hall                   6
4   Mr. Pearson                121
5   Certificate                131

        INDEX OF EXHIBITS

9   PX-8   (Cover page)           76
10  PX-9   (Handwritten document)  118

1 (Pages 1 to 4)

**www.AmericanCourtReporting.com**
**January 5, 2007**

American Court Reporting
toll-free (877) 320-1050

Page 69

1  didn't come by every Tuesday
2    Q    Okay  He got busy --
3    A    He was out adjusting claims  But
4  usually under normal circumstances he comes once
5  a week
6    Q    How long after Ivan did he resume
7  his weekly stops?
8    A    It was a while after Ivan when
9  before he started back weekly.  There were
10 hundreds of claims, and he was out adjusting
11 claims along with other adjusters for several
12 months
13   Q    How many claims were filed on
14 behalf of your customers after Ivan?
15   A    With all companies?
16   Q    Yeah
17   A    This is a guess, I guess,
18 somewhere between 3 and 400 claims
19   Q    All right  How many of those --
20 Ivan hit in the September of 2004, September
21 16th, I believe?
22   A    Correct
23   Q    How many claims were still open as

Page 70

1  of January of 2005?
2    A    I have no idea
3    Q    Did you have customers calling
4  complaining about claims not getting settled?
5    A    We had several customers calling
6  about claims not getting settled
7    Q    Okay
8    A    A lot of people had a lot of
9  damage and a lot of people was wanting their
10 money right away, and there's only a certain
11 number of roofers in this county and certain
12 number of carpenters in this county, everybody
13 was wanting an estimate now, and you just can do
14 so much  We provided the best service we could
15 based on the catastrophic number of claims in
16 this county.  I think we did an above average
17 job in getting all of them paid that were due.
18   Q    Do you recall any claims that hung
19 around until 2005?
20   A    No, sir
21   Q    You don't remember any?
22   A    From 2005?
23   Q.   Yes, sir. From the Ivan storm?

Page 71

1    A    I'm sure there was several that
2  was still pending in 2005  Ivan hit September
3  16 of '04, so that didn't leave you but three
4  months before 2005, I'm sure there were several
5  that were unpaid
6    Q    Several out of that 300?
7    A    Sir?
8    Q    Several out of that 300?
9         MR  PEARSON:  Object to the form
10   A    I have no idea how many
11   Q    Do you know how many Auto Owners
12 claims were still open?
13   A    No, sir
14   Q    Is there any way to find out?
15   A    I guess ask Auto Owners
16   Q.   Do you have any experience with
17 what is required in order to properly adjust a
18 claim for property damage?
19   A    No, sir
20   Q    You wouldn't be in a position to
21 testify about any of that, would you?
22   A    No, sir  I'm not an adjuster
23   Q    Have you ever assisted a customer

Page 72

1  by forwarding documents to support their claim
2  on to one of your insurance companies that you
3  write policies for?
4    A    Yes, sir
5    Q    What do you do there?
6    A    After the property loss notice is
7  filed, people come in with estimates  Auto
8  Owners do an exceptional job of producing an
9  advanced preprinted claims notice --
10   Q    I will ask you to stop right
11 there  I'm about to run out of tape

          2:36 p m
          (Off the record)
          2:40 p m

    MR  HALL:  Disk 2 of Harold Young's
deposition on January 5, 2007

   Q    (BY MR  HALL) Mr  Young, I
interrupted you, and I apologize for that
   A    No problem
   Q.   You were, I think, discussing what

18 (Pages 69 to 72)

www.AmericanCourtReporting.com
January 5, 2007

**American Court Reporting**
**toll-free (877) 320-1050**

Page 73

1  you would do with information on claims that
2  people brought to you after the fact?
3      A    Yes, sir.  After the property loss
4  notice is sent in, people get estimates and
5  bring those estimates by, and we usually fax
6  those estimates in or get them to the adjuster
7  that came by during that particular time.
8      Q    And after faxing those in, would
9  you have conversations or someone from South
10 Central have a conversation with, say Auto
11 Owners, about confirmation, you got it, is it
12 okay, or enough?
13     A    We usually follow up on those
14 claims that we send in.  Auto Owners is a little
15 different than most companies.  They had a
16 preprinted claims form of every customer that we
17 had.  And we didn't have to go in and do the
18 property loss notice on our computer, it was
19 already done.  So we would attach the estimate
20 to that notice and mail it or fax it or give it
21 to whatever adjuster was here at the time to
22 provide quicker and more efficient service.
23     Q    Would you hand-fill out the forms?

Page 74

1      A    No, sir, they were already
2  preprinted, and we would just attach the
3  estimates to them and give them to the adjuster
4  or mail them in.
5      Q    Would you look through the Exhibit
6  2, and see if you find one for Pioneer for the
7  hurricane.  Exhibit 2 is the entire stack.
8      A    Okay.  Right there.
9          MR. ROBERTSON:  Could we go off
10 the record.
11
12         2:44 p.m.
13         (Off the record)
14         2:48 p.m.
15
16         MR. HALL:  Back on the record
17 after taking a short break.  This is disk 2 of
18 Harold Young's deposition.
19     Q    (BY MR. HALL) Mr. Young, you have
20 pulled out of Plaintiff's Exhibit 2 a document
21 that, I believe, is a catastrophe loss notice
22 prepared by Auto Owners for Hurricane Ivan?
23     A.   Yes, sir.

Page 75

1      Q    Is that an example of the
2  preprinted forms that were sent prior to the
3  hurricane to cover every one of your insured
4  that had insurance through Auto Owners?
5      A    Yes.
6      Q    Is this the one that was prepared
7  by your staff concerning the Pioneer Telephone
8  Services claim?
9      A    Yes.
10     Q    Is it a three-page document?
11     A    Two.
12     Q    Okay.  What is the third page?
13     A    Third page is a certificate of
14 liability insurance sent to Columbus Data
15 Technologies.
16     Q    Has nothing to do with this?
17     A    No, sir.
18     Q    What about the cover page, what is
19 that?
20     A    The cover page is a fax from Auto
21 Owners where they received the catastrophic
22 claims notice prepared by them where they have
23 assigned a claim number to it.

Page 76

1      Q    Let's mark that as 8.
2
3          (WHEREUPON, a document was marked
4  as Plaintiff's Exhibit Number 8 and is attached
5  to the original transcript.)
6
7      A    At that point in time this claim
8  was assigned to Baker Claim Service in
9  Andalusia.
10     Q    (BY MR. HALL) All right.  I am
11 taking this document out of Plaintiff's Exhibit
12 2, and going to call this Plaintiff's Exhibit
13 8.  The cover page is the confirmation you
14 received back from Auto Owners that they
15 received the claim notice?
16     A    Well, it came back from Brentwood,
17 Tennessee where they received it and it was
18 assigned to that branch.  We had so many claims
19 at that time, they assigned a lot of these out
20 to independent adjusters.  This particular one
21 was first assigned out to Baker Claim Service.
22     Q    Is that handwritten on that second
23 page?

19 (Pages 73 to 76)