# EXHIBIT "O"

## Page 1

IN THE FEDERAL COURT OF
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NUMBER
2:06CV 377-WKW

PIONEER SERVICES, INC.,
      Plaintiff,
vs
AUTO OWNERS INSURANCE
COMPANY,
      Defendant

———————————————————

DEPOSITION OF LARRY DEWBERRY
      Date: March 21, 2007
      Time: 1 p.m.

COURT REPORTER:
APRIL R. BENDINGER, CSR

## Page 2

```
 1            APPEARANCES
 2
 3    FOR THE PLAINTIFF:
 4        Mr. Harry Hall
 5        FARMER, PRICE, HORNSBY & WEATHERFORD
 6        100 Adris Place
 7        Dothan, Alabama 36303
 8
 9
10    FOR THE DEFENDANT:
11        Mr. Joel Pearson
12        MORROW, ROMINE & PEARSON
13        122 South Hull Street
14        Montgomery, Alabama 36103
15
16
17
18
19
20
21
22
23
```

## Page 3

```
 1            EXAMINATION INDEX
 2
 3    LARRY DEWBERRY
 4        BY MR. HALL                    7
 5
 6    CERTIFICATE                      120
 7
 8
 9
10            EXHIBIT INDEX
11                       MAR
12    Plaintiff's
13    17    Report                      12
14
15
16
17
18
19
20
21
22
23
```

## Page 4

```
 1            STIPULATION
 2        IT IS STIPULATED AND AGREED by and
 3    between the parties through their respective
 4    counsel that the deposition of LARRY DEWBERRY
 5    may be taken before April R. Bendinger, Notary
 6    Public, State at Large, at the Law Offices of
 7    Pittman & Perry in Panama City, Florida on March
 8    21, 2007, commencing at approximately 1 p.m.
 9        IT IS FURTHER STIPULATED AND
10    AGREED that the signature to and the reading of
11    the deposition by the witness is waived, the
12    deposition to have the same force and effect as
13    if full compliance had been had with all laws
14    and rules of Court relating to the taking of
15    depositions.
16        IT IS FURTHER STIPULATED AND
17    AGREED that it shall not be necessary for any
18    objections to be made by counsel to any
19    questions, except as to form or leading
20    questions and that counsel for the parties may
21    make objections and assign grounds at the time
22    of trial or at the time said depositions is
23    offered in evidence, or prior thereto.
```

Page 9

1  through to find my copy of it. Here we go.
2  That it's that you've got in front of you, I
3  believe. You'll see that it's 150 with a
4  15-percent clerical and overhead rider. And
5  some people just prefer a flat charge, so we
6  also have an alternate rate of 175. If you'll
7  do the math, you'll see there's about a two or
8  three dollars an hour difference in those rates.
9      Q.    All right. So the charge that I'm
10  paying today is $175 per hour for a three-hour
11  window of time.
12      A.    Correct. Or we could do it the
13  three hours at 150 and 15 percent and it comes
14  out, I think, about ten dollars less, give or
15  take a little.
16      Q.    All right. And the clerical and
17  overhead rider, what does that cover?
18      A.    That covers things I'm too lazy to
19  keep up with such as mileage, clerical time,
20  things like that. It goes on our jobs -- and
21  that is what we do most of the time is the 150
22  and 15 percent. Some attorneys prefer just a
23  flat rate.

Page 10

1      Q.    Well, today, for purposes of this
2  deposition, will you be using any clerical
3  support?
4      A.    Well, it doesn't matter. Just
5  like I'm also not going to be putting on any
6  long-term mileage. However, on some jobs, I'll
7  put a lot more mileage than that 15 percent will
8  take care of, and more clerical than that 15
9  percent will take care of. So it's an average.
10  So -
11      Q.    Sorry. I thought you were
12  finished. What about the overhead charge?
13  We're at an office away from yours.
14      A.    That's the same thing. The 15
15  percent covers everything. But again, it's an
16  average. Sometimes it's pure profit; sometimes
17  it doesn't come anywhere near paying what we had
18  for those items.
19      Q.    And your charge for this
20  deposition today includes charges for the
21  overhead and the clerical you just described;
22  right?
23      A.    Well, it's the charge we normally

Page 11

1  charge for all our time, yes.
2      Q.    Which is what you're charging
3  today; right?
4      A.    Correct. And that we charge all
5  other days.
6      Q.    This is the only time Pioneer
7  Telephone Services, Inc. has ever had to pay
8  you; is that correct?
9      A.    As far as I know, yes.
10      Q.    All right. We're not taking this
11  deposition at your office; is that correct?
12      A.    That's correct.
13      Q.    Tell me about the first time you
14  became involved in this matter. And I say,
15  "this matter", the claim by Pioneer Telephone
16  Services, Inc. to Auto Owners.
17      A.    On December 9, 2004, I was
18  contacted by Mr. Bill Reaves with Auto Owners
19  Insurance Company to inspect equipment at
20  Pioneer Telephone Services related to a
21  lightning and water claim. We were also
22  provided with a list of the allegedly damaged
23  items. The list includes the physical damage to

Page 12

1  the building and components reportedly damaged
2  by lightning or water. There was an enclosure
3  that had those items.
4      Q.    All right.
5
6          (Whereupon, Plaintiff's Exhibit 17
7  was marked for identification.)
8
9  BY MR. HALL:
10      Q.    Let me show you what I'll mark as
11  Plaintiff's Exhibit 17. I showed you this
12  before we started the deposition, but can you
13  tell me what that document is?
14      A.    That is my report to Mr. Pearson.
15      Q.    Mr. Pearson, who is representing
16  Auto Owners?
17      A.    That is my understanding, yes.
18      Q.    Are your -- you were referring to
19  a document earlier when figuring out the dates
20  of your contact with Auto Owners and
21  Mr. Reaves. Is that a part of the report that
22  is marked as Plaintiff's Exhibit 17?
23      A.    Yes. It is actually the

Page 13

1    background section of the report.
2    Q.    All right. When Mr. Reaves
3    contacted you, was that the first time that the
4    two of you had spoken?
5    A.    That was in 2004. I don't --
6    actually, I don't know. I don't know how long
7    Bill has been with Auto Owners.
8    Q.    Is that the first time that the
9    two of you spoke about this claim?
10   A.    Yes.
11   Q.    Help me understand some of your
12   language so we that can use the same terms.
13   What do you call this file or case or matter?
14   The claim that we're here about today, for your
15   purposes, what do you call it?
16   A.    A job.
17   Q.    Job. All right. If I say "job",
18   then we're talking about the matters involving
19   Pioneer Telephone Services and their claim for
20   insurance benefits?
21   A.    Correct.
22   Q.    The first time that you were
23   contacted about this job was the phone call from

Page 14

1    Bill Reaves?
2    A.    Yes.
3    Q.    And tell me what he sent you after
4    the phone call.
5    A.    He sent a fax, which I included as
6    an enclosure of that report. And it's here. It
7    looks like 19 pages, according to the cover
8    sheet.
9    Q.    And is that the fax that was dated
10   December 10, 2004, across the top of each of
11   those pages?
12   A.    It does have a December 10th date,
13   but the cover page is dated December 9th
14   Q.    Well, it was either sent on the
15   9th or the 10th. But either way, it got to you
16   around that time?
17   A.    Yes, sir
18   Q.    After you received that, what did
19   you do?
20   A.    Let's see. We contacted
21   Mr. Williamson, the owner, shortly after we
22   received the assignment. He stated personnel at
23   his insurance agency told him he had permission

Page 15

1    to discard the equipment, and he had done that.
2    Then I contacted Mr. Reaves, told him the
3    equipment was no longer available for
4    inspection I had no further work on the matter
5    until February 9, 2007
6    Q.    Tell me about the conversation
7    with Jimmy Williamson. You asked him about
8    seeing the equipment?
9    A.    First, of course, I'm not going to
10   represent to you that I remember every word of a
11   conversation from three years ago.
12   Q.    Yes, sir.
13   A.    But the gist of the conversation
14   was that somebody at his insurance agency had
15   told him he had permission to discard the
16   equipment, and he had done that.
17   Q.    Was that the first time that you
18   spoke to him?
19   A.    I think so.
20   Q.    Is that the only time you've
21   spoken with him?
22   A.    As far as I remember
23   Q.    Did you ask him any questions

Page 16

1    other than, "Can I see the equipment"? And I'm
2    paraphrasing that
3    A.    Again, I'm not representing to you
4    that I remember every word of the conversation,
5    but the gist of it is what I've answered.
6    Q.    Did you ask him for any other
7    information after that?
8    A.    Again, I'm not going to represent
9    that I remember every word of the conversation,
10   but the gist of it is what we talked about
11   Q.    Well, by topic if nothing else.
12   I'm not asking you to quote the words you said
13   What I'm trying to find out is: Is there any
14   other information you requested from
15   Mr. Williamson after he told you about what you
16   said, that his agent had told him he could throw
17   it away and that the equipment was not
18   available?
19   A.    And again, I cannot remember every
20   word of the conversation from 2007, but this is
21   the gist of what we talked about
22   Q.    Well, do your records or the gist
23   of what you talked about bring to your

# FRANKLIN
# ENGINEERING

800-433-8539

Franklin Technical Services, Inc.

(850) 763-2905
Fax (850) 872-8080
P.O. BOX 15894
PANAMA CITY, FL 32406

February 13, 2007

Morrow, Romine & Pearson
P. O. Box 4804
Montgomery, AL 36103-4804

Attention: Mr. J. Pearson

Re: Pioneer Services, Inc. v.
Auto-Owners Insurance Co
Your File: 2:06-CV-377-WKW
Franklin File: 104289

Dear Mr. Pearson,

Complying with your instructions on February 9, 2007, we reviewed documents associated with the above referenced action for the purpose of technically evaluating the allegedly damaged items.

BACKGROUND

On December 9, 2004, we were contacted by Mr. Bill Reaves with Auto-Owners Insurance Company to inspect equipment at Pioneer Telephone Services related to a lightning and water claim. We were also provided with a list of the allegedly damaged items. The list includes the physical damage to the building and components reportedly damaged by lightning or water (see Enclosure 1)

INSPECTION

We contacted Mr. Williams, the owner, shortly after we received the assignment. He stated personnel at his insurance agency told him he had permission to discard the equipment and he had done that. We contacted Mr. Reaves and told him the equipment was no longer available for inspection. We had no further work on the matter until you contacted us on February 9, 2007. On February 12, 2007, we received a CD with PDF files of various documents filed in the action (see Enclosure 2). The documents include a lightning scan that indicates that at the alleged time of the loss, no lightning activity



FRANKLIN ENGINEERING         Page 2                    104289

was present within 5 miles of the facility.   The documents
also indicate the plaintiffs determined the equipment was
damaged by lightning after visually inspecting the equipment
and by the way the equipment smelled.

DISCUSSION

The claim has two parts.   Apparently, one part of the claim
alleges lightning damaged equipment in use at the facility.
Obviously, the equipment could not have been damaged by
lightning if no lightning activity was present within a 5-mile
radius of the location of the equipment.  Since we were unable
to inspect the equipment, we were unable first to confirm the
existence of the equipment, and second, if the equipment
existed, we were unable to confirm that it was damaged.  If we
assume the equipment failed at the same time, the failure
could be due to an outside influence, such as a voltage
transient.   However, voltage transients are virtually always
generated off premises on the primary side of the transformer

The second part of the claim alleges equipment in storage was
damaged by water.   The equipment consists of electronic
circuit boards used in telephone systems.  Again, we were
unable to verify the existence of the equipment.  However, if
we assume the equipment existed and it was contained in the
boxes normally used to ship that equipment, the normal mode
for packing that type equipment would dictate that the
equipment inside the boxes was itself contained in plastic or
foil bags, making it impervious to water exposure.   The fact
that the cardboard boxes were waterstained does not render the
equipment inside the box unusable.  However, even if we assume
the equipment was exposed to water, electronic equipment that
is not energized is rarely damaged by exposure to fresh water.
Obviously, the equipment could have been tested by its
respective manufacturers.   Manufacturers usually have an
exchange program that allows them to receive boards that are
reportedly not operational and for a fee, they can exchange
them for new or rebuilt boards.

CONCLUSIONS

All the equipment was reportedly discarded before the matter
could be resolved.   At the time of the alleged loss, no
lightning activity was present within 5 miles of the facility.
The alleged damage to the stored equipment was limited to
relatively minor exposure to water while the equipment was
contained in the manufacturers' shipping boxes.

FRANKLIN ENGINEERING          Page 3                    104289

OPINION

It is our opinion the equipment in use at the facility at the time of the alleged loss was not damaged by lightning. It is also our opinion that if the reportedly stored equipment was contained in the usual boxes provided by the manufacturer and the equipment contained in the boxes was packed in a manner that is customary for the manufacturer, the equipment would not have been damaged by water. It is further our opinion that electronic equipment that is not energized does not usually sustain damage when exposed to fresh water.

Sincerely,

Franklin Engineering

Larry F. Dewberry, P.E.

Dec-10-2004 05:36am   From-                               T-446  P 001   F-559

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*
Life Home Car Business
*The No Problem People*

**BRANCH CLAIM OFFICE**
5915 Carmichael Road • P.O. Box 244017
Montgomery, Alabama 36124-4017
334-279-0323  FAX 334-271-0481
WWW.AUTO-OWNERS.COM

## CLAIMS FAX TRANSMISSION

DATE: __12,19,04__                Number of pages including cover sheet __19__

TO:       FAX # ( ) _____

TO:       ___LARRY  Dewberry_____

Attention: _____

FROM:   AUTO-OWNERS INSURANCE COMPANY

BY:       ___Bill Reaves___

SUBJECT: ___37- 4873-04___

Remarks: _____
          ___New Assignmet we Spoke about___
          _____

The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client or work product communication and is privileged and confidential. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Any review, dissemination, distribution or copying of this message by any person other than the intended recipient(s) or their authorized agents is strictly prohibited. Thank you.

PLEASE CALL SENDER IF ANY PAGES ARE MISSING OR UNCLEAR

Dec-10-2004  06:36am   From-
                                                                              T-446   P 002      F-558
                                                                     ↲

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY



*Auto-Owners Insurance*

Life  Home  Car  Business

*The No Problem People®*

P.O. Box 244017 (CLAIMS)
Montgomery, Alabama  36124
PHONE (334) 279-0323
FAX (334) 271-0481

December 9, 2004

Mr. Larry Dewberry

RE:  37-4873-04

Dear Larry:

Enclosed is a copy of the information our insured Pioneer Telephone Services are claiming that was damaged during the Hurricane. Damage alleged are lightning to the phone system that was in use in the insured's business   Also he is claiming that water entered the building in the storeroom and got spare parts for phone systems wet which rendered them unusable   Please inspect to verify the damages. The contact is Jimmy Williamson 334-222-8777. The location is P.O Box 548 Andalusia, AL 36420

Thank you for your time and consideration in this matter. If you need any further assistance, please give me a call at 1-800-548-9881 ext. 204.

Sincerely,

*Bill Reaves*

Bill Reaves
Field Claim Rep.

*~ Serving Our Policyholders and Agents for More Than 85 Years ~*

Dec-10-2004 09:36am From-                                  T-446 P 003 F-558

**INVOICE**

## Pioneer Telephone Services, Inc.
## P. O. Box 1606
## Andalusia, AL 36420-1227

Voice:  334-222-8777
Fax:    334-222-8458

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
1

Sold To:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

Ship to:

*claim # 037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |
| Sales Rep ID | SO# / Date | SC Date | Due Date |
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | EQUIPMENT IN WAREHOUSE WATER | | |
| | | DAMAGED BY IVAN'S STORMS | | |
| 1.00 | SX50 | MITEL CABINET | | |
| 1.00 | SX50PS | MITEL SX50 POWER SUPPLY | | |
| 1.00 | 9102-018-000 | MITEL CONSOLE | | |
| 1.00 | 9110-211-000 | MITEL 4 TRK CIR CARD | | |
| 2.00 | 9104-020-001SA | 16 CT STA CARD | | |
| 1.00 | NSCICS | NS CICS KSU | | |
| 13.00 | T7100B | NORSTAR SINGLE LINE BLACK | | |
| 2.00 | T7100 | PLATINUM SINGLE-LINE | | |
| 7.00 | T7208B | CHARCOAL 8-BUTTON KEYSET | | |
| 6.00 | T7316B | CHARCOAL 16-BUTTON PHONE | | |
| 20.00 | 2831-00 | 4X8 CO KEY STATION BOARD | | |
| 1.00 | 2830-16 | CPU/VCM PROCESSOR | | |
| 27.00 | 1414-08 | EXECUTIVE DISPLAY SPEAKERPHONE | | |
| 12.00 | 1412-08 | ENHANCED SPEAKERPHONE | | |
| 1.00 | SP4000-00 | BKSU (BASIC KSU) | | |
| 1.00 | SP4074-00 | DCU | | |
| 7.00 | SP4032-00 | KIB BOARD | | |

Check No:

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment Received | |
| **TOTAL** | Continued |

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

Dec-10-2004 06:36am From-                                    T-448  P 004/019  F-559

# Pioneer Telephone Services, Inc.
# P. O. Box 1606
# Andalusia, AL 36420-1227

Voice:  334-222-8777
Fax:    334-222-8458

**Invoice**

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
2

Sold To:                              Ship to:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

*Claim#037-0004873-2004*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 2228777 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | SP4031-00 | COB BOARD | | |
| 1.00 | SP4030-00 | CFB | | |
| 1.00 | SP4033-00 | SIB BOARD | | |
| 1.00 | SP4035-00 | APL | | |
| 9.00 | 612.1000 | GIX-12 KSU | | |
| 22.00 | 612.3201 | GLX STD KEYSET | | |
| 1.00 | CD616 | COMDIAL 616 KSU | | |
| 1.00 | DCISS | COMDIAL DSS | | |
| 17.00 | 6600E | COMDIAL KEYSET | | |
| 6.00 | 6714X-PG | COMDIAL KEYSET | | |
| 13.00 | 6714V-PG | COMDIAL KEYSET | | |
| 9.00 | 6614E-PG | COMDIAL KEYSET | | |
| 1.00 | 6614T-PG | COMDIAL KEYSET | | |
| 1.00 | 6714S | Comdial Keyset | | |
| 1.00 | CD820 | COMDIAL 820 KSU | | |
| 1.00 | E80 | E80PT KSU | | |
| 2.00 | M0016 | STATION CARD | | |
| 1.00 | CDOPX | COMDIAL 2-PORT OPX | | |
| 4.00 | 6706X-PG | COMDIAL KEYSET | | |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment Received | |
| **TOTAL** | Continued |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

Dec-10-2004 08:37am From-                              T-446  P 005/019  F-569

**INVOICE**

## Pioneer Telephone Services, Inc.
## P. O. Box 1606
## Andalusia, AL 36420-1227

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Voice:   334-222-8777
Fax:     334-222-8458

Page:
3

Sold To:                                      Ship to:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

*Claim #037-0004873-2004*

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 2228777 | | Net 10 Days |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | 6702X-PG | COMDIAL KEYSET | | |
| 2.00 | 6714FB | COMDIAL KEYSET | | |
| 1.00 | 6620PB | COMDIAL KEYSET | | |
| 1.00 | W3KMEM95-57 | PG COMDIAL HANDSET | | |
| 3.00 | PCB | OMEGA PCB BOARD | | |
| 1.00 | ANA | OMEGA ANA CARD | | |
| 2.00 | ICM | OMEGA ICM CARD | | |
| 6.00 | XPS | OMEGA XPS-1 CARD | | |
| 5.00 | SUB | OMEGA SUB CARD | | |
| 2.00 | COT | OMEGA COT CARD | | |
| 1.00 | CPU | OMEGA CPU CARD | | |
| 1.00 | 816/2460 | OMEGA KEYSET | | |
| 7.00 | 60025 | TIE KEYSET | | |
| 5.00 | 60001 | TIE KEY SERVICE UNIT | | |
| 2.00 | 60002 | 4 CKT C.O. LINE CARD | | |
| 1.00 | 60010 | TIE 1 PORT CO MODULE | | |
| 8.00 | THANDSET | TIE HANDSET | | |
| 1.00 | TP1648DCDC. | TEL-PLUS 1648DCDC CONVERTER | | |
| 6.00 | TPHANDSET | TEL-PLUS HANDSET | | |

|  | Subtotal | Continued |
|---|---|---|
| | Sales Tax | Continued |
| | Total Invoice Amount | Continued |
| Check No: | Payment Received | |
| | **TOTAL** | Continued |

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

Dec-10-2004 08:37am From-                              T-446  P 006/019  F-569

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:  334-222-8777
Fax:    334-222-8458

**Invoice**

Invoice Number:
13383B

Invoice Date:
Oct 29, 2004

Page:
4

Sold To:                              Ship to:
Pioneer Telephone Services, Inc.
P.O. Box 1606
Andalusia, AL 36420-1227

*Claim # 037-0004873-2004*

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 2228777 | | Net 10 Days | |

| Sales Rep ID | SO# / Date | SC Date | Due Date |
|---|---|---|---|
| JHW | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | TP1648PS | TEL-PLUS POWER SUPPLY | | |
| 2.00 | TP1648SIB | TEL-PLUS SIB CARD | | |
| 3.00 | TP1648KIB | TEL-PLUS 1648 KIB CARD | | |
| 2.00 | TP1648COB | TEL-PLUS 1648 COB CARD | | |
| 1.00 | TP1648CNB | TEL-PLUS 1648 CNB CARD | | |
| 1.00 | TP1648TNB | TEL-PLUS 1648 TNB CARD | | |
| 1.00 | TP1648SCB | TEL-PLUS 1648 SCB CARD | | |
| 2.00 | TP816PM | TEL-PLUS 816 PROGRAM MODULE | | |
| 6.00 | TP1648 | TELPLUS 1648 KEYSET SM LCD | | |
| 1.00 | TP1648DSS | TEL-PLUS 1648 DSS | | |
| 5.00 | | ATT 24 BUTTON KEYSET | | |
| 1.00 | ATTML308 | ATT MERLIN 308 KSU | | |
| 1.00 | ACS704A | ATT POWER SUPPLY | | |
| 1.00 | ATTSP616 | ATT SPIRIT EXP 616 KSU | | |
| 3.00 | | ATT SURGE PROTECTOR | | |
| 2.00 | | ATT AC PROTECTOR | | |
| 1.00 | EQUIPMENT | TOTAL EQUIPMENT | 34,915.53 | 34,915.53 |

Check No:

| | |
|---|---|
| Subtotal | 34,915.53 |
| Sales Tax | |
| Total Invoice Amount | 34,915.53 |
| Payment Received | |
| **TOTAL** | 34,915.53 |

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue

Dec-10-2004  06:37am   From-                              T-446   P 007/019  F-558

# PIONEER TELEPHONE SERVICES, INC.
### P.O. Box 1606
Andalusia, Alabama 36420-1227

*Claim #037-00004873-2004*

## LIGHTNING AFFIDAVIT

I, James H. Williamson, do certify that I have this 20th day of September, 2004, examined the following item(s):

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Mitel Cabinet | SX50 |
| 1 | Mitel SX50 Power Supply | SX50PS |
| 1 | Mitel Console | 9102-018-000 |
| 1 | Mitel 4 Trk Cir Card | 9110-211-000 |
| 2 | 16 Ct Station Card | 9104-020-001SA |
| 1 | NS CICS KSU | NSCICS |
| 13 | Norstar Single-line Black | T7100B |
| 2 | Norstar Single-line Platinum | T7100 |
| 7 | Norstar 8-Button Keyset Charcoal | T7208B |
| 6 | Norstar 16-Button Keyset Charcoal | T7316B |
| 20 | 4x8 CO Key Station Board | 2831-00 |
| 1 | CPU/VCM Processor | 2830-16 |

claim# 037 0004873-2004

| Qty. | Item Description | Part # |
|---|---|---|
| 27 | Executive Speakerphone | 1414-08 |
| 12 | Enhanced Speakerphone | 1412-08 |
| 1 | BKSU (Basic KSU) | SP4000-00 |
| 1 | DCU | SP4074-00 |
| 7 | KIB Board | SP4032-00 |
| 1 | COB Board | SP4031-00 |
| 1 | CPB | SP4030-00 |
| 1 | SIB Board | SP4033-00 |
| 1 | APL | SP4035-00 |
| 9 | GLX-12 KSU | 612.1000 |
| 22 | GLX Std. Keyset | 612.3201 |
| 1 | Comdial 616 KSU | CD616 |
| 1 | Comdial DSS | DCDSS |
| 17 | Comdial Keyset | 6600E |
| 6 | Comdial Keyset | 6714X-PG |

Dec-10-2004  08:39am  From-                                    T-446  P.008/019  F-558

3

Claim # 0370004873-2004

| Qty. | Item Description | Part # |
|------|-----------------|--------|
| 13 | Comdial Keyset | 6714V-PG |
| Qty.<br>9 | Item Description<br>Comdial Keyset | Part #<br>6614E-PG |
| Qty.<br>1 | Item Description<br>Comdial Keyset | Part #<br>6614T-PG |
| Qty.<br>1 | Item Description<br>Comdial Keyset | Part #<br>6714S |
| Qty.<br>1 | Item Description<br>Comdial 820 KSU | Part #<br>CD820 |
| Qty.<br>1 | Item Description<br>E80PT KSU | Part #<br>E80 |
| Qty.<br>2 | Item Description<br>Station Card | Part #<br>M0016 |
| Qty<br>1 | Item Description<br>Comdial 2-Port OPX | Part #<br>CDOPX |
| Qty.<br>4 | Item Description<br>Comdial Keyset | Part #<br>6706X-PG |
| Qty<br>1 | Item Description<br>Comdial Keyset | Part #<br>6702X-PG |
| Qty.<br>2 | Item Description<br>Comdial Keyset | Part #<br>6714FB |
| Qty.<br>1 | Item Description<br>Comdial Keyset | Part #<br>6620PB |
| Qty.<br>1 | Item Description<br>Comdial Handset | Part #<br>W3KMEM95-57 |
| Qty<br>3 | Item Description<br>Omega PCB Board | Part #<br>PCB |
| Qty<br>1 | Item Description<br>Omega ANA Card | Part #<br>ANA |

Claim #037-0004873-2004

| Qty. | Item Description | Part # |
|---|---|---|
| 2 | Omega ICM Card | ICM |
| Qty. | Item Description | Part # |
| 6 | Omega XPS-1 Card | XPS-1 |
| Qty. | Item Description | Part # |
| 5 | Omega SUB Card | SUB |
| Qty. | Item Description | Part # |
| 2 | Omega COT Card | COT |
| Qty. | Item Description | Part # |
| 1 | Omega CPU Card | CPU |
| Qty | Item Description | Part # |
| 1 | Omega Keyset | 816/2460 |
| Qty | Item Description | Part # |
| 7 | Tie Keyset | 60025 |
| Qty. | Item Description | Part # |
| 5 | Tie Key Service Unit | 60001 |
| Qty | Item Description | Part # |
| 2 | 4 Ckt C O  Line Card | 60002 |
| Qty. | Item Description | Part # |
| 1 | Tie 1 Port CO Module | 60010 |
| Qty. | Item Description | Part # |
| 8 | Handset | Thandset |
| Qty | Item Description | Part # |
| 1 | Tel-Plus 1648DCDC Converter | TP1648DCDC |
| Qty. | Item Description | Part # |
| 6 | Tel-Plus Handset | TPhandset |
| Qty. | Item Description | Part # |
| 1 | Tel-Plus Power Supply | TP1648PS |
| Qty. | Item Description | Part # |
| 2 | Tel-Plus SIB Card | TP1648SIB |

Dec-10-2004 06:59am From-                                    T-446 P 011/019 F-558

Claim # 037 0004873-2004    5

| Qty. | Item Description | Part # |
|---|---|---|
| 3 | Tel-Plus KIB Card | TP1648KIB |

| Qty. | Item Description | Part # |
|---|---|---|
| 2 | Tel-Plus COB Card | TP1648COB |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus CNB Card | TP1648CNB |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus TNB Card | TP1648TNB |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus SCB Card | TP1648SCB |

| Qty. | Item Description | Part # |
|---|---|---|
| 2 | Tel-Plus 816 Program Module | TP816PM |

| Qty. | Item Description | Part # |
|---|---|---|
| 6 | Tel-Plus 1648 Keyset | TP1648 |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Tel-Plus 1648 DSS | TP1648DSS |

| Qty | Item Description | Part # |
|---|---|---|
| 5 | ATT 24 Button Keyset | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Merlin 308 KSU | ATTML308 |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | ATT Power Supply | ACS704A |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | ATT Spirit Exp 616 KSU | ATTSP616 |

| Qty. | Item Description | Part # |
|---|---|---|
| 3 | ATT Surge Protector | |

| Qty. | Item Description | Part # |
|---|---|---|
| 2 | ATT AC Protector | |

Dec-10-2004  06:38am  From-                                    T-446  P 012/019  F-558

Claim # 037-004873-2004

Belonging to:  Pioneer Telephone Services, Inc.

I further certify that to the best of my knowledge the above described property was damaged by water because of damage done to the printed circuit boards in the above equipment.

James H. Williamson
Pioneer Telephone Services, Inc.

Dec-10-2004 08:38am From-                                    T-446  P 013/019  F-558

# Pioneer Telephone Services, Inc.
# P. O. Box 1606
# Andalusia, AL 36420-1227

| | |
|---|---|
| Voice: | 334-222-8777 |
| Fax: | 334-222-8458 |

**Invoice**

Invoice Number:
13383

Invoice Date:
Oct 29, 2004

Page:
1

| Sold To: | Ship to: |
|---|---|
| Pioneer Telephone Services, Inc<br>P.O Box 1606<br>Andalusia, AL 36420-1227 | |

*Claim #037-0004873-2004*

| Customer ID | Customer PO | | Payment Terms | |
|---|---|---|---|---|
| 2228777 | | | Net 10 Days | |

| Sales Rep ID | | SO# / Date | SC Date | Due Date |
|---|---|---|---|---|
| JHN | | 9/27/04 | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | LIGHTNING DAMAGE DONE DURING | | |
| | | HURRICAN IVAN'S STORMS  REPLACED | | |
| | | EQUIPMENT AND TESTED. | | |
| 1.00 | LBR | LABOR | 2,410.00 | 2,410.00 |
| 1.00 | EQUIPMENT | TOTAL EQUIPMENT | 17,746.04 | 17,746.04 |
| 1.00 | NS19404 | NORSTAR MODULAR ICS KSU 0X32 | | |
| 1.00 | NS19405 | NORSTAR MICS 6 0 SOFTWARE | | |
| 1.00 | NS19419 | NORSTAR CALLER ID TRK CTG | | |
| 1.00 | M7324 | 24 Button Keyset w/Display | | |
| 3.00 | T7316B | CHARCOAL 16-BUTTON PHONE | | |
| 3.00 | T7208B | CHARCOAL 8-BUTTON KEYSET | | |
| 1.00 | VISTA-20P | V20P ATTACK PACK w/6160 | | |
| 1.00 | DSIX16C60GB | DIGITAL SPRITE SYSTEM | | |
| 2.00 | AO\38\000000001K629 | 1/3" COLOR DIGITAL CAM 350TVL | | |
| 2.00 | SO-63-13VG550S | 1/3" 5-50mm VARIFOCAL LENSE | | |
| 2.00 | PE-EH3512MI | EH3512 W/EM1450 MOUNT | | |
| 1.00 | LO\ST\00000000PS241 | CCTV POWER SUPPLY | | |
| 1.00 | FMA | OUTDOOR FM OMNI ANTENNA | | |
| 1.00 | | TELEVISION ANTENNA AMPLIFIER | | |

| | | |
|---|---|---|
| | Subtotal | Continued |
| | Sales Tax | Continued |
| | Total Invoice Amount | Continued |
| Check No: | Payment Received | |
| | **TOTAL** | Continued |

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

Dec-10-2004  06:38am  From-

**Pioneer Telephone Services, Inc.**
**P. O. Box 1606**
**Andalusia, AL 36420-1227**

Voice:   334-222-8777
Fax:     334-222-8458

T-446  P.014/019  F-559

**Invoice**

Invoice Number:
13383

Invoice Date:
Oct 29, 2004

Page:
2

Sold To:
Pioneer Telephone Services, Inc
P.O. Box 1606
Andalusia, AL 36420-1227

Ship to:

*Claim #037-0004873-2004*

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| 2228777 | | | | Net 10 Days | |

| Sales Rep ID | | SO# / Date | | SC Date | Due Date |
|---|---|---|---|---|---|
| JBW | | 9/27/04 | | | 11/8/04 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | TELESCOPIC MAST | 30' TV ANTENNA POLE | | |
| 1.00 | | SANYO 4-HEAD HI-FI-VCR | | |
| 1 00 | ONK-TX-DS797 | THX SELECT RECEIVER | | |
| 1.00 | ONK-IX-8511 | STEREO RECEIVER | | |
| 1.00 | | DELL COMPUTER SYSTEM (FLAT PANEL 17", KEYBOARD, HARD DRIVE, PRINTER) | | |
| 1 00 | | DELL INSPIRON LAPTOP, 17" FLAT PANEL DISPLAY, PORT REPLICATOR, PRINTER | | |
| 1 00 | | GATEWAY COMPUTER SYSTEM (MONITOR, KEYBOARD, HARD DRIVE) | | |
| 1 00 | NS900MHZ | NORSTAR 900 MHZ CORDLESS PHONE | | |
| 1.00 | ENCORE 8 | SUBWOOFER | | |

|  | |
|---|---|
| Subtotal | 20,156 04 |
| Sales Tax | 1,419 68 |
| Total Invoice Amount | 21,575.72 |
| Payment Received | |
| **TOTAL** | 21,575.72 |

Check No:

A finance charge of 1 1/2% will be added on invoices more than 10 days overdue.

# PIONEER TELEPHONE SERVICES, INC.
### P.O. Box 1606
### Andalusia, Alabama 36420-1227

*Claim # 037-0004873-2004*

## LIGHTNING AFFIDAVIT

I, James H. Williamson, do certify that I have this 20th day of September, 2004, examined the following item(s):

| Qty. | Item Description | Part # |
|------|------------------|--------|
| 1 | Norstar Modular ICS KSU 0x32 | NS19404 |
| 1 | Norstar Mics 6.0 Sotware | NS19405 |
| 1 | Norstar Caller ID Trk Cartridge | NS19419 |
| 1 | 24 Button Keyset w/ Display | M7324 |
| 3 | 16 Button Keyset | T7316B |
| 2 | 8 Button Keyset | T7208B |
| 1 | V20P Attack Pack w/6160 | Vista-20P |
| 1 | Digital Sprite System | DSDX16C80GB |
| 2 | 1/3" Color Digital Cam 350 TVL | AO\38\0001K629A |
| 2 | 1/3" 5.50mm Varifocal Lense | EO-63-13VG550S |
| 2 | EH3512 w/EM1450 Mount | PE-EH35212MT |
| 1 | CCTV Power Supply | LO\ST\000PS2416 |

2

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Outdoor FM Omni Antenna | FMA |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Television Antenna Amplifier | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | 30' TV Antenna Pole | Telescopic Mast |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Sanyo 4-Head Hi-Fi VCR | |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | THX Select Receiver | ONK-TX-DS797 |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Stereo Receiver | ONK-TX-8511 |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Dell Computer System | |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Dell Inspiron Laptop | |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Gateway Computer System | |

| Qty | Item Description | Part # |
|---|---|---|
| 1 | Norstar 900Mhz Cordless Phone | NS900MHZ |

| Qty. | Item Description | Part # |
|---|---|---|
| 1 | Subwoofer | Encore 8 |

Claim # 037-0004873-2004

Belonging to:  Pioneer Telephone Services, Inc

I further certify that to the best of my knowledge the above described property was damaged by lightning because of severe damage done to the printed circuit boards in the above equipment.

James H. Williamson
Pioneer Telephone Services, Inc.

Dec-10-2004 06:39am  From-

T-446  P.017/019  F-556

INVOICE

# X-Tra Clean  Phone: 222-6793

404 River Falls Street                           682-6866
Andalusia, AL 36420

CUSTOMER'S
ORDER NO. 2-0659                    DATE 9-23-0

NAME Wire Grass Hospice

ADDRESS 1833 E. Three Notch Suite B
Andalusia Al 36420

| SOLD BY | CASH | CHECK | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
|---------|------|-------|--------|----------|-------------|----------|--|

| DESCRIPTION | | AMOUNT |
|-------------|--|--------|
| Water Damage - Cleaned | 278 | 32 |
| & Scotchgard affected | | |
| areas. | | |
| | | |
| Thank You | | |
| | | |
| MAIL | | |
| OCT 2 8 2004 | | |
| RECEIVED | | |

All claims and returned goods MUST be accompanied by this bill.

| | TAX | |
|--|-----|--|
| RECEIVED BY | TOTAL | 278 32 |

This is my authorization for X-tra Clean to proceed with the services listed herein. I understand that this work is being done
for me and that I am responsible for payment on completion of work. I further agree that if this bill is not paid, to pay any
reasonable collection costs plus a 1 and 1/2% monthly service charge applicable thirty days after completion of services.

Claim # 037-004873-2004

Dec-10-2004 06:39am From-　　　　　　　　　　　　T-446　P 018/019　F-558

INVOICE 1

# X-Tra Clean

Phone: 222-6793
682-6866

404 River Falls Street
Andalusia, AL 36420

CUSTOMER'S
ORDER NO. 222-8777　　　　DATE 9-23-04

NAME Pioneer Telephone Services

ADDRESS P.O. Box 1606
Andalusia AL 36420

| SOLD BY | CASH | CHECK | CHARGE | ON ACCT. | MDT RETD. | PAID OUT | |
|---------|------|-------|--------|----------|-----------|----------|---|

| DESCRIPTION | | AMOUNT |
|-------------|---|--------|
| Pioneer Telephone Service | | 871 93 |
| Water Damage - Cleaned Affecter | | |
| Area | | |
| | | |
| Merle Norman | | 108 00 |
| Cleaned carpet | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

All claims and returned goods MUST be accompanied by this bill

RECEIVED BY _____

| TAX | |
|-----|---|
| TOTAL | 1015 93 |

This is my authorization for X-tra Clean to proceed with the services listed herein. I understand that this work is being done for me and that I am responsible for payment on completion of work. I further agree that if this bill is not paid, to pay any reasonable collection costs plus a 1 and 1/2% monthly service charge applicable thirty days after completion of services

Claim # 037-0004873-2004

Dec-10-2004 06:40am From-                                    T-446  P 019/019  F-558

Kelley Builders
Russell Kelley
25232 Jack Kelley Rd.
Dozier, Alabama 36028

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/31/2004 | 113 |

| BILL TO | SHIP TO |
|---------|---------|
| Jimmy Williamson/Pioneer Plaza | |

*Claim #*

| | DUE DATE | P.O. NUMBER |
|---|----------|-------------|
| | 11/30/2004 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Remove damaged eave metal | | | 850.00 |
| | Dispose of damaged materials | | | 85.00 |
| | Eave metal, lexel caulk  galvanized scews | | | 1,510.40 |
| | Removal/rebuilding | | | 690.00 |
| | Removal of Damaged Privacy Fence | | | 260.00 |
| | New materials | | | 300.00 |
| | Labor on New Fence | | | 250.00 |
| | | | Subtotal | 3,945.40 |
| | | | 0% Tax | |
| | | | **Total** | 3,945.40 |

LAW OFFICES

## MORROW, ROMINE & PEARSON, P.C.

1st SOUTH HULL STREET
POST OFFICE BOX 4804
MONTGOMERY, ALABAMA 36103-4804
WEBSITE WWW.MRPLAW.COM
WRITER'S EMAIL ADDRESS JBPEARSON@MRPLAW.COM

ROGER S. MORROW
WESLEY ROMINE
JOEL H. PEARSON
R. WILL HOLMES

TELEPHONE: (334) 262-7707
FACSIMILE: (334) 262-7742

February 9, 2007

Mr Larry Dewberry
2201-G Grant Avenue
Panama City, Florida 32405

RE: Pioneer Services, Inc., v. Auto-Owners Insurance Company, et al., In the United States District Court for the Middle District of Alabama, Northern Division, Civil Action No : 2:06-cv-377-WKW

Dear Larry:

Thank you for speaking with me recently regarding the above-referenced matter. I am enclosing for your review a disk containing the following documents:

1) Plaintiff's Amended Complaint

2) Defendant's Amended Answer

3) Plaintiff's Disclosure of Expert Testimony

4) AO Bates Stamped pages AO00001 to AO00299

5) Pioneer Bates Stamped pages Pioneer 0001 to Pioneer 0357

6) The deposition of Harold Young

7) The deposition of John Tomberlin

8) Interrogatories to Plaintiffs by South Central Agency

9) Answers to Defendant, South Central Agency, Inc 's Interrogatories to Plaintiffs

10) Defendant Auto-Owners Insurance Company's First Interrogatories to Plaintiffs

February 9, 2007
Page 2

11)   Answers to Defendant, Auto-Owners Insurance Company, Inc.'s Interrogatories to
      Plaintiffs

12)   Supplemental Answers to Defendant, Auto-Owners Insurance Company's Inc.'s
      Interrogatories to Plaintiffs

Please advise me if you believe you need additional information in order to review this matter
and to discuss your possible expert testimony on behalf of Auto-Owners with us  I will forward you
copies of transcripts of additional depositions as they are received.

With best personal regards, I remain

                                                    Yours very truly,

                                                    Joel H  Pearson

JHP/djh
enclosures

# FRANKLIN ENGINEERING

Franklin Technical Services, Inc

800-453-8539

(850) 763-2905
Fax (850) 872-8080
P.O. BOX 15894
PANAMA CITY FL 32406

February 13, 2007

Morrow, Romine & Pearson
P. O. Box 4804
Montgomery, AL 36103-4804

Attention: Mr. J Pearson

Re: Pioneer Services, Inc. v.
    Auto-Owners Insurance Co.
Your File: 2:06-CV-377-WKW
Franklin File: 104289

Dear Mr. Pearson,

This is an invoice for professional services provided to your company regarding the above referenced file. Please use Federal ID# 59-3000656 for your records.

If, after 3 months from the date of this invoice, we have not received payment, a 4% interest charge will be added to the invoice total each month the invoice remains unpaid.

The following is an itemized list of charges:

Professional Engineer for 10 hours at $150/hour .....$1,500.00
15% Overhead and clerical fee...... .. ...........$ 225.00
                                                  -----------
                             Total Due . $1,725.00

Thank you

Sincerely,

*Larry N. Dewberry*

Larry F. Dewberry

# FRANKLIN
# ENGINEERING

Franklin Technical Services, Inc.

800-433-8539

(850) 763-2905
Fax (850) 872-8080
P.O. BOX 15994
PANAMA CITY, FL 32406

February 13, 2007

Morrow, Romine & Pearson
P. O. Box 4804
Montgomery, AL 36103-4804

Attention: Mr. J. Pearson

Re: Pioneer Services, Inc. v.
    Auto-Owners Insurance Co.
Your File: 2:06-CV-377-WKW
Franklin File: 104289

Dear Mr. Pearson,

We are providing you with a rate schedule for our services.
We charge $150.00 per hour for all Professional Engineering
services, including time involved in travel, inspection,
report preparation, and court appearance if required. We also
have a 3-hour minimum charge on all assignments, including
depositions and court appearances. Our charges also include
photography expenses for photographs included in our
report(s). Photograph charges for the first copy of our
report are $1.50 per print, and if additional copies of the
report are requested before the report is completed, the
additional photographs in those reports are $1.25 per print.
After the report has been completed, additional copies of the
photographs are $2.00 per print. In some inspections, such as
fire cause and origin, laboratory analysis of debris is
necessary. In that case, the laboratory analysis fee is
included. We also charge a 15% clerical and overhead rider on
the engineering, photography, laboratory, and other expenses.
An alternate rate of $175.00 per hour without the clerical and
overhead rider is available if you desire.

Please contact us if we can provide any further information.

Sincerely,

Franklin Engineering

Larry F. Dewberry, P.E.

Trial/Deposition list for Larry F. Dewberry

| # | Job # | Type of Job | P/D | Client | D/Test | Job Location | Style of Case | Trial |
|---|---|---|---|---|---|---|---|---|
| 1 | 98278 | Lightning claim | C/N | | 2/2/01 | DeFuniak Sprgs, FL | State of Florida v. Cook | |
| 2 | 101041 | Accident reconstruction | P | Douglas Dykes, Panama City, FL | 4/19/01 | Panama City, FL | Powell v. Water Street Seafood | Yes |
| 3 | 98166 | Fire, electrical | D | Jeff Smith, Montgomery, AL | 8/30/01 | Wetumpka, AL | Smith v. E. M. Electric Co. | |
| 4 | 99049 | Accident reconstruction | P | Edward Dean, Mobile, AL | 9/5/01 | Mobile, AL | Cooper v. Merritt | |
| 5 | 100142 | Accident reconstruction | D | James Garrett, Montgomery, AL | 9/7/01 | Pittsview, AL | Dobbs v. Don Taylor Logging | |
| 6 | 100034 | Fire, Electrical | P | Joel Pearson, Montgomery, AL | 10/24/01 | Dothan, AL | Auto Owners v. Donald Smith Co. | Yes |
| 7 | 101125 | Accident reconstruction | D | Charles Wiggins, Pensacola, FL | 11/14/01 | Ponce De Leon, FL | State of Florida v. Ward | |
| 8 | 100240 | Accident reconstruction | D | Jay Tuley, Montgomery, AL | 1/30/02 | Tallassee, AL | Nichols v. Anderson | |
| 9 | 101104 | Accident reconstruction | P | Mark Ulmer, Mobile, AL | 4/26/02 | Fairhope, AL | Blackwell v. Halsel | |
| 10 | 101242 | Accident reconstruction | D | Jay Tuley, Montgomery, AL | 5/1/02 | Montgomery, AL | Guthrie v. Byrd | |
| 11 | 98262 | Fire-Undetermined | N | | 6/18/02 | Citronelle, AL | Reed v. Champion Home Builders | Yes |
| 12 | 97289 | Fire, gas appliance | D | Hobart Hind, Tampa, FL | 7/17/02 | Pensacola, FL | Captain D's of Pensacola v. Commercial Appliance | |
| 13 | 102111 | Accident reconstruction | D | Gordon Chern, Tallahassee, FL | 9/9/02 | Perry, FL | Kemp v. Glombowski | Yes |
| 14 | 102019 | Accident reconstruction | D | Broox Holmes, Mobile, AL | 10/7/02 | Pascagoula, MS | Kelly v. Cable South | |
| 15 | 100147 | Electric stock | D | Ken Hilson, Mobile, AL | 10/29/02 | Mobile, AL | Ward v. Carrigan | |
| 16 | 98037 | Accident reconstruction | D | Jim Newman, Mobile, AL | 2/24/03 | Chatom, AL | Thompson/Hicks v. Dorgan | Yes |
| 17 | 101055 | Fire, electrical | P | Scott Hunter, Mobile, AL | 3/27/03 | Mobile, AL | Glover v. Comfort Zone | |
| 18 | 102210 | Accident reconstruction | P | Mark Redditt, Mobile, AL | 5/29/03 | Mobile, AL | Mezrano v. Road Shows, Inc. | |
| 19 | 100156 | Classroom trailer fire | P | Mark Dreyer, Panama City, FL | 8/7/03 | Panama City, FL | School Board of Bay County v. Willey Electric | |
| 20 | 97214 | Accident reconstruction | D | John Kvartek, Pensacola, FL | 9/4/03 | Panama City, FL | McRany v. Baker | |
| 21 | 103156 | Accident reconstruction | P | Frank Myers, Tallahassee, FL | 9/18/03 | Tallahassee, FL | Assad v. Southeastern Truss | |
| 22 | 100087 | Accident reconstruction | D | Gary Shipman, Tallahassee, FL | 9/22/03 | Fountain, FL | Sombathy v. Food Giant | |
| 23 | 100024 | Accident reconstruction | D | Jim Newman, Mobile, AL | 10/13/03 | Mobile, AL | Punches v. Thomas | Yes |
| 24 | 103075 | Accident reconstruction | D | Daryl Atchison, Mobile, AL | 10/28/03 | Mobile, AL | Delamore v. City of Mobile | Yes |
| 25 | 103144 | Accident reconstruction | D | Jeff Parmer, Birmingham, AL | 11/21/03 | Tallassee, AL | Gantt v. City of Tallassee | Yes |
| 26 | 102200 | Ladder accident | D | Bill Wright, Pensacola, FL | 1/20/04 | Cantonment, FL | Franklin v. Stoner | |
| 27 | 104022 | Fire | D | Mike Beers, Montgomery, AL | 6/3/04 | Evergreen, AL | Bricken v. South AL Buggy Works | |
| 28 | 104166 | Accident reconstruction | D | Tony Higgins, Montgomery, AL | 11/23/04 | Jackson Gap, AL | Etzey & Cooper v. Advanced Construction Services, Inc. | |
| 29 | 101028 | Fire-electrical | P | Stephan Freeman, Tampa, FL | 12/17/04 | Ft. Walton Bch, FL | Hall vs. Gulf Power | Yes |
| 30 | 104292 | Slip & fall | P | John Moneyham, Panama City, FL | 2/7/05 | Panama City, FL | Zahara v. Commercial Supply Co. | |
| 31 | 104177 | Accident reconstruction | D | Chris Peters, Mobile, AL | 2/11/05 | Mobile, AL | Fondon v. Crown Health Corp. | |
| 32 | 105017 | Accident reconstruction | P | Doug Dykes, Panama City, FL | 4/27/05 | Panama City Bch, FL | Tyner v. Beaumont | |
| 33 | 103247 | Accident reconstruction | P | Tommy Yearout, Birmingham, AL | 8/4/05 | Pensacola, FL | Covington v. Advance Auto Transport | |
| 34 | 101059 | Fire-torch | D | Bill Cam, Dothan, AL | 11/22/05 | Ozark, AL | Auto Owners v. Sanders Electrical & Plumbing | Yes |
| 35 | 105199 | Accident reconstruction | D | Rick Howard, Montgomery, AL | 12/16/05 | Fruithurst, AL | Champion v. Laminack | |
| 36 | 104064 | Fire | P | Elizabeth Herre, Atlanta, GA | 12/21/05 | Pensacola, FL | Maryland Casualty v. Bagby Electric | Yes |
| 37 | 103063 | Fire | D | Bob Crabtree, Tallahassee, FL | 3/3/06 | Bonifay, FL | Weiss v. Saunders | |
| 38 | 105247 | Accident reconstruction | D | Merrill Shirley, Elba, AL | 3/13/06 | Greenville, AL | Bohlman v. Siegmund | Yes |
| 39 | 103195 | Accident reconstruction | D | Joel Ramsey, Dothan, AL | 4/11/06 | Dothan, AL | Womack v. Crittenden | |
| 40 | 102230 | Accident reconstruction | D | M. Meyer von Bremen, Albany, GA | 4/20/06 | Early County, GA | Musgrove v. Perdue Farms | |
| 41 | 106069 | Accident reconstruction | P | Jeff Parmer, Birmingham, AL | 7/10/06 | Fultondale, AL | Barnes v. Hammett | |
| 42 | 106104 | Accident reconstruction | P | Ralph Young, Florence, AL | 10/4/06 | Florence, AL | McClure v. Ponderosa Logging | |
| 43 | 105312 | Electric shock | P | Al Guemmer, Tampa, FL | 11/8/06 | Navarre, FL | Grooms v. Service Max Delivery | |
| 44 | 104257 | Fire-hydraulic | D | Harold Mardenborough, Tallahassee | 11/27/06 | Tallahassee, FL | Briggs v. Allstate | Yes |
| 45 | 106101 | Accident reconstruction | P | Will Phillips, Mobile, AL | 11/27/06 | Chicasaw, AL | Rush v. Ortega | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |

# FRANKLIN
# ENGINEERING

800-433-8539

Franklin Technical Services, Inc

(850) 763-2905
Fax (850) 872-8080
P.O. BOX 15894
PANAMA CITY, FL 32406

Larry F. Dewberry, P.E.

Florida P.E.      #28503
Georgia P.E.      #14512
Alabama P.E.      #14606
Mississippi P.E.  #12149

Education:

MSEE - 1973: Georgia Institute of Technology
 BEE - 1971: Georgia Institute of Technology

Member:

Institute of Electrical and Electronic Engineers
Society of Automotive Engineers
National Fire Protection Association

Experience:

January, 1984 to Present:   Senior Engineer, Franklin
Engineering.  Providing consulting services in the areas of
failure analysis and reconstruction.  Services are provided
by myself and other consultants.  My specialties are accident
reconstruction, accident computer simulation, fire cause
determination, and lightning damage analysis.

May, 1977 to January, 1984:   Manager, Swimmer Delivery
Vehicle (SDV) electronic and electrical subsystems, Naval
Coastal Systems Center (NCSC), Panama City, Florida.
Responsible for the design, production, and documentation of
all electrical and electronic subsystems used in the SDV
program.   Other responsibilities included acting as the
Federal government technical representative during contract
performance and serving as a consultant to other Naval
activities.

July, 1974 to May, 1977: Electronic engineer, NCSC, for MK11
underwater breathing apparatus.   Responsibilities included
design, development, and configuration control of
communication and life support monitoring equipment.
Developmental work resulted in my being issued Patent Nos.
4013992 and 4164981.

July, 1973 to June, 1974:   Electronic engineer, NCSC.
Developed computer simulation and conceptual design of
underwater vehicle control systems.   Co-authored the

⌐                                                    ⌐

Larry F. Dewberry, P.E.      Page 2

published report, "The Analysis of Longitudinal Control
Systems for Underwater Vehicles", which detailed the results
of this project.

June, 1972 to June, 1973:   Graduate student at Georgia
Institute of Technology; graduate research assistant for Dr.
M. Milner.  Developed monitoring system for measurement of
human nerve impulses during normal walking.  Graduated Master
of Science Electrical Engineering.

March, 1971 to May, 1972:   Field engineer, Schlumberger
Offshore Services.   Performed electronic measurements on
exploration offshore drilling platforms to evaluate presence
of oil or gas.  Supervised two or three technicians and
interpreted the results of the tests.

June, 1969 to March 1971:  Undergraduate at Georgia Institute
of   Technology.   Graduated,   Bachelor   of   Electrical
Engineering

March, 1969 to June, 1969:  Substation test helper, Georgia
Power Company  Assisted test engineers in inspection of the
instrumentation, transformers, and circuit breakers in power
distribution substations.

April, 1967 to March, 1969:   Specialist 5th Class,
Calibration Technician, U.S. Army.  Calibrated and repaired
electronic and physical measuring devices.  Tour of duty
included six months training in the United States followed by
17 months overseas in Thailand, Vietnam, Taiwan, and Okinawa.

September, 1964 to January 1967:   Undergraduate, Georgia
Institute of Technology.   Drafted into U.S. Army during
sophomore year.

Personal Data:

Date/Place of Birth:  January 18, 1946; Bremen, Georgia

Height:  5'6"

Weight:  145 lbs.

Caucasian

Marital Status:  Married to Sarah B. Dewberry

Children:
Timothy F  Dewberry, born December 6, 1983
Julie A. Dewberry, born November 14, 1985