UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN DEPAOLA, CHAPTER 7 TRUSTEE FOR COLLINS SIGNS, INC., <br><br> Plaintiff, <br> v. <br><br> NISSAN NORTH AMERICA, INC., et al., <br><br> Defendants. | Case No. 1:04cv00267 |

### SUPPLEMENTAL NOTICE OF DEPOSITION OF NONPARTY MARTYN FISHER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant, Nissan North America, Inc., will take the deposition upon oral examination of Martyn Fisher before an officer authorized to administer oaths, **at the offices of Wragge & Co. LLP, 3 Waterhouse Square, 142 Holborn, London EC1, England, commencing on May 30, 2007 at 9:30 a.m. (London Time) and to continue day to day until completed.**

The deposition will be recorded by a certified court reporter using stenographic means. You are invited to attend and cross-examine.

Respectfully submitted this 15th day of May, 2007.

/s/ Charles M. Tatelbaum
Charles M. Tatelbaum
ADORNO & YOSS LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200 (Telephone)
(954) 766-7800 (Facsimile)

{210341.0001/N0659397_1}

-and-

Thomas M. O'Hara (OHART4140)
McDOWELL KNIGHT
ROEDDER & SLEDGE, L.L.C.
Post Office Box 350
Mobile, AL 36601
(334) 432-5300

*Attorneys for Defendants
Nissan North America, Inc.,
Nissan Motor Acceptance Corporation,
Mark Perry, Peter Bossis, and Eric Smith*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, a true and accurate a copy of the foregoing has been furnished by regular U.S. mail, postage prepaid upon the persons listed below. In addition, a copy has been emailed to the persons listed below.

/s/ Charles M. Tatelbaum
Charles M. Tatelbaum

**Attorneys for Plaintiff Susan S. DePaola,
Chapter 7 Bankruptcy Trustee for Collins Signs, Inc.:**

William S. Stone
BOONE & STONE
P.O. Drawer 70
589 College Street
Blakely, GA 39823
Email: *billstone@stonelaw.com*
Tel.: (229) 723-3045
Fax: (229) 723-4834

Brent L. Crumpton
Brent L. Crumpton, P.C.

{210341.0001/N0659397_1}   2

2007 3rd Avenue North
Birmingham, AL 35203
Tel.: (205) 250-0010
Fax: (205) 250-0015
Email: *blc@crumptonlaw.com*

Harry P. Hall, II
Farmer, Price, Hornsby & Weatherford, LLP
100 Adris Place
P.O. Box 2228
Dothan, AL 36303
Tel.: (334) 793-2424
Fax: (334) 793-6624
Email: *hhall@fphw-law.com*

R. Scott Williams
Latanishia D. Watters
HASKELL SLAUGHTER
YOUNG & REDIKER LLC
2001 Park Place N.
1400 Park Place Tower
Birmingham, AL 35203
Tel: (205)251-1000
Fax: (205)324-1133
Email: *rsw@hsy.com*; *ldw@hsy.com*


**Attorneys for Defendants Bunker Plastics and John Parkinson:**

Jannea S. Rogers
Adams & Reese LLP
P.O. Box 1348
Mobile, AL 36633-1348
Tel: (251) 433-3234
Fax: (251) 438-7733
Email: *jannea.rogers@arlaw.com*