IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-377-WKW |
| | )                (WO) |
| AUTO-OWNERS INSURANCE | ) |
| COMPANY, INC. and SOUTH | ) |
| CENTRAL AGENCY, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Continue Pretrial Conference (Doc. # 33), it is ORDERED that the motion is GRANTED. The Pretrial Conference is CONTINUED from May 30, 2007, to June 11, 2007, at 10:00 a.m.

DONE this 16th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE