**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **PIONEER TELEPHONE SERVICES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **CASE NO. 2:06-cv-377-WKW** |
| | ) |
| **AUTO-OWNERS INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On the stipulation of counsel, the Clerk and parties are directed to use the style of the case appearing on this order.

DONE this 27th day of June, 2007.

                                                      /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE