# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 28, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Pioneer Telephone Services, Inc. v. Auto-Owners Insurance Company, Inc. et al**

**Case Number:    2:06cv00377-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 39   filed on    June 27, 2007.**