**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **PIONEER TELEPHONE SERVICES, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **CASE NO. 2:06-cv-377-WKW** |
| **AUTO-OWNERS INSURANCE COMPANY,** | ) ) ) ) | |
| **Defendant.** | ) | |

## **ORDER**

The unopposed motion of plaintiff to extend certain pretrial deadlines (Doc. # 39) is GRANTED. All July 9, 2007 deadlines are extended to July 16, 2007.

DONE this 29th day of June, 2007.

                                              /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE