IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PIONEER TELEPHONE SERVICES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-377-WKW |
| ) | |
| **AUTO-OWNERS INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE TO THE COURT OF SETTLEMENT EFFORTS UNDERTAKEN

Comes now the Plaintiff in the above cause and pursuant to this court's order of June 27, 2007 (Doc. #38) files this notice of settlement efforts undertaken by the parties to date. The Parties have not been able to resolve this matter in part due to the Defendant's reluctance to engage in settlement discussions until such time as the court rules on the Defendant's Motion for Summary Judgment. (See Report of Parties' Settlement Conference Doc. # 16) The parties have recently exchanged offers to settle this matter but have been unable to do so at this time. The parties will continue to discuss the possibility of settlement and would welcome any assistance the court could give in that regard.

Respectfully submitted,

\_\_\_s/ Harry P. Hall, II_____
Harry P. Hall, II (HAL053)
Attorney for Plaintiff

1

OF COUNSEL:
Farmer, Price, Hornsby & Weatherford, L.L.P.
P.O. Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624 – Fax

**CERTIFICATE OF SERVICE**

 I hereby certify that I have on this date served a copy of the foregoing upon the following individual(s) by electronic means or by U.S. Mail postage prepaid and properly addressed on this the 27th day of June, 2007.

Roger Morrow
Joel H. Pearson
P.O. Box 4804
Montgomery, Alabama 36103-44804

          __s/ Harry P. Hall, II_____
          Of Counsel