U.S. District Court
Alabama Middle District
Calendar Events Set For **7/23/2007**
Judge William Keith Watkins, Presiding

Courtroom 2E

**JURY SELECTION - JURY TRIAL**

**NETTIE WADE, ET AL. VS. PLANTATION PIPE LINE CO.  2:05cv697-WKW**

10:00 AM

Gabrielle Renee Dall, John E. Norris, Tyler Charles Vail and D. Frank Davis representing Nettie Wade, et al.( Plaintiffs)

David Patrick Donahue, John Alan Truitt, Will Alan Smith and Gregory Hawley representing Plantation Pipe Line Company (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For **7/23/2007**
Judge William Keith Watkins, Presiding

Courtroom 2E

**JURY SELECTION - JURY TRIAL**

**PIONEER SERVICES VS. AUTO-OWNERS INS. CO., ET AL. - 2:06cv377-WKW**

---

10:00 AM

Harry Preston Hall, II and Leland G. Enzor Jr. representing Pioneer Services, Inc. (Plaintiff)

Joel Hartley Pearson and Roger Stephen Morrow representing Auto-Owners Insurance Company, Inc. (Defendant)

Carroll Hart Sullivan and James E. Robertson Jr. representing South Central Agency, Inc. (Defendant)