IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 2:06-cv-377-WKW |
| v. ) | |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE TO THE COURT OF SETTLEMENT EFFORTS UNDERTAKEN

**COMES NOW** Defendant in the above-styled cause and responds to Plaintiff's "Notice to the Court of Settlement Efforts Undertaken" filed on July 9, 2007. Defendant objects to the statement made in Plaintiff's July 9, 2007 notice that "the parties have not been able to resolve this matter in part due to Defendant's reluctance to engage in settlement discussions until such time as the Court rules on Defendant's motion for summary judgment." Following the pretrial conference, the parties have engaged in settlement negotiations and exchanged settlement offers as instructed by the Court. Auto-Owners Insurance Company's assessment of settlement and its settlement offer is based on the law and facts applicable to this case, is made in good faith, and is not dictated by the status of a ruling by this Court. Defendant objects to such statement being made to the Court at this time. Counsel for Defendant will refrain from replying in kind to Plaintiff's counsel's comments as to impediments to settlement created by Plaintiff unless so directed by the Court. It should be further noted that counsel for both parties have been out of town and that settlement discussions are ongoing, but there has been no resolution of the case

as of this date.

Dated this the  10th  day of  July , 2007.

Respectfully submitted,

*/s/ Roger S. Morrow*
ROGER S. MORROW (MOR032)
ONE OF THE ATTORNEYS FOR
DEFENDANT AUTO-OWNERS INSURANCE
COMPANY

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742
Email:   rsmorrow@mrplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on  10th July, 2007 , I electronically filed the foregoing with the Court using the CM/ECF system, and I hereby certify that I am serving the foregoing document to the following:

Leland Enzor, Jr., Esq.
Enzor & Enzor
P.O. Box 339
Andalusia, AL 36420

Harry P. Hall, II, Esq.
Farmer, Price, Hornsby & Weatherford, LLC
P.O. Drawer 2228
Dothan, AL 36303

2

Respectfully submitted,

/s/ Roger S. Morrow
ROGER S. MORROW (MOR032)
Attorney for Defendant
Auto-Owners Insurance Company
Morrow, Romine & Pearson, P.C.
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742
E-mail: rsmorrow@mrplaw.com