IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PIONEER SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-377-WKW |
| | ) | (WO) |
| AUTO-OWNERS INSURANCE | ) | |
| COMPANY, INC., and SOUTH | ) | |
| CENTRAL AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon oral notice that the parties have settled the instant action, it is ORDERED that the parties shall file a stipulation of dismissal on or before August 14, 2007. All other dates and deadlines, including the dates for the trial and pretrial conference, are CANCELLED.

DONE this 19th day of July, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE