IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PIONEER TELEPHONE SERVICES, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-377-WKW |
| **AUTO-OWNERS INSURANCE COMPANY,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

The Motion in Limine and Motion to Strike, Disregard and Disqualify Testimony of Donald L. Dinsmore and Those Portions of Plaintiff's Brief in Opposition to Motion for Summary Judgment That Rely on Said Testimony (Doc. #32) is DENIED as MOOT.

DONE this 1st day of August, 2007.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE