IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PIONEER TELEPHONE SERVICES, )
INC., )
 )
    Plaintiff, )
 )
 )   CIVIL ACTION NO.: 2:06-cv-377-WKW
v. )
 )
AUTO-OWNERS INSURANCE )
COMPANY, INC., et al., )
 )
    Defendants. )

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Pioneer Telephone Services, Inc., and Defendant, Auto-Owners Insurance Company, in the above-styled action, and hereby stipulate and move this Court that this action and all claims of the Plaintiff be dismissed with prejudice with each party to bear his/its/their own costs. The Plaintiff Pioneer Telephone Services, Inc., and Defendant Auto-Owners Insurance Company respectfully request that this Honorable Court dismiss with prejudice the above-styled cause as to all parties.

Dated this the 3rd day of August, 2007.

_____
HARRY P. HALL, II (HAL053)
Attorney for Plaintiff, Pioneer Telephone
Services, Inc.

OF COUNSEL:

FARMER, PRICE, HORNSBY & WEATHERFORD, L.L.P.
P.O. Drawer 2228
Dothan, Alabama 36302
Telephone: (334) 793-2424
Facsimile:  (334) 793-6624

_____
ROGER S. MORROW, MOR032
JOEL H. PEARSON, PEA019
Attorneys for Defendant, Auto-Owners
Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone:  (334) 262-7707
Facsimile:   (334) 262-7742