IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PIONEER TELEPHONE SERVICES, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-377-WKW |
| | ) |
| AUTO-OWNERS INSURANCE COMPANY, INC., | ) |
| | ) |
| **Defendant.** | ) |

**FINAL JUDGMENT**

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. # 48), it is ORDERED that this case is DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil document as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE